UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 10-204 |
| KENNETH BOWEN<br>ROBERT GISEVIUS<br>ROBERT FAULCON<br>ANTHONY VILLAVASO<br>ARTHUR KAUFMAN<br>GERARD DUGUE | SECTION "N" (1)<br><br>** Does not apply to Mr. Dugue** |

## ORDER AND REASONS

Having reviewed objections asserted by defendants to the exhibits proposed for introduction by the Government, and the Government's June 8, 2011 responses to those objections, the Court rules as stated herein:

1.  **IT IS ORDERED** that objections, on hearsay grounds, to the official New Orleans Police Department reports regarding the incident (including two that were authored by defendant Kaufman) are **OVERRULED**.

2.  **IT IS ORDERED** that objections, on hearsay grounds, to the reports provided by Lohman, are **OVERRULED**.

3.  Regarding objections, on best-evidence grounds, to transcripts of audiotapes, **IT IS ORDERED** that the transcripts will be provided to the jury to use as aids while the audio is played. Unless there is a stipulation regarding the transcripts, however, they will not be sent into the jury

1

room for use during deliberation.

4. Regarding defense objections to photos of victims' injuries, **IT IS ORDERED** that, on the showings made:

a. Objections to Court exhibits 53 and 57 are **OVERRULED**.

b. With respect to objections to Court exhibits 144 and 145, **IT IS ORDERED** that the objections are **SUSTAINED IN PART** and **OVERRULED IN PART**. Specifically, the Government may introduce one of these photos, but not both. Although the choice is the Government's, it seems that Court exhibit 144 would be more probative given that it shows the injuries to both of Ms. Lesha Bartholomew's legs.

c. Objections to Court exhibit 143 are overruled.

d. Objections to Court exhibit 46 are overruled.

e. Objections to Court exhibit 153 are sustained. On the showing made, the Court finds that the probative value of the photo is substantially outweighed by the danger of unfair prejudice.

f. Objections to Court exhibit 213 (a still photo taken from a video that will not be introduced) are overruled.

5. Regarding "all previous objections" to the taped conversations between cooperators and defendants, **IT IS ORDERED** that the Court's prior rulings remain in effect.

New Orleans, Louisiana, this 20th day of June 2011.

_____
**KURT D. ENGELHARDT**
**United States District Judge**