```
1                  IN THE UNITED STATES DISTRICT COURT FOR

2                      THE EASTERN DISTRICT OF LOUISIANA

3

4    UNITED STATES OF AMERICA,        ) 10-CR-204
                                      )
5                     PLAINTIFF,      ) SECTION N
                                      )
6          V.                         ) NEW ORLEANS
                                      )
7    KENNETH BOWEN, ROBERT GISEVIUS   ) JULY 6, 2011
     ROBERT FAULCON, ANTHONY          )
8    VILLAVASO, ARTHUR KAUFMAN,       )
                                      )
9                     DEFENDANTS.     ) JURY TRIAL
     _____)  DAY EIGHT

10

11

12                      TRANSCRIPT OF PROCEEDINGS

13                             VOL. VIII

14            BEFORE THE HONORABLE KURT D. ENGELHARDT

15                  UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21   SUSAN A. ZIELIE, RPR, FCRR
     OFFICIAL COURT REPORTER
22   HB 406
     500 POYDRAS STREET
23   NEW ORLEANS, LOUISIANA 70130
     SUSAN_ZIELIE@LAED.USCOURTS.GOV
24   504.589.7781

25   PROCEEDINGS RECORDED BY COMPUTER-AIDED STENOGRAPHY.
```

```
1    APPEARANCES:

2    FOR THE GOVERNMENT:          US ATTORNEY'S OFFICE
                                  BY:  THEODORE CARTER, AUSA
3                                 500 POYDRAS STREET, ROOM B-210
                                  NEW ORLEANS, LA 70130
4                                 504.680.3165
                                  USALA.ECFCR@USDOJ.GOV
5
                                  US DEPARTMENT OF JUSTICE
6                                 CIVIL RIGHTS DIVISION
                                  BY:  BARBARA BERNSTEIN, ESQ.
7                                 601 D STREET NW
                                  OFFICE PHB 5123
8                                 WASHINGTON, DC 20004
                                  202.353.0032
9                                 BOBBI.BERNSTEIN@USDOJ.GOV

10                                US DEPARTMENT OF JUSTICE
                                  CIVIL RIGHTS DIVISION
11                                BY:  CINDY K. CHUNG, ESQ.
                                  950 PENNSYLVANIA AVENUE NW
12                                WASHINGTON, DC 20530
                                  CINDY.CHUNG@USDOJ.GOV
13                                202.305.4057

14   FOR KENNETH BOWEN:           FRANK G. DESALVO, APLC
                                  829 BARONNE STREET
15                                NEW ORLEANS, LA 70113
                                  504.524.4191
16                                FRANKD@FDESALVO.COM

17   FOR ROBERT GISEVIUS:         ERIC J. HESSLER, ESQ.
                                  700 CAMP STREET
18                                NEW ORLEANS, LA 70130
                                  504.528.9500
19                                HESSLER.LAW@GMAIL.COM

20

21

22

23

24

25
```

```
 1   FOR ROBERT FAULCON:         PAUL C. FLEMING, JR., ESQ.
                                 2821 KINGMAN STREET, SUITE C
 2                               METAIRIE, LA 70006
                                 504.888.3394
 3                               PFLEMING@FLEMINGLAW.NET

 4                               KING KREBS & JURGENS, PPLC
                                 BY: LINDSAY A. LARSON, III, ESQ
 5                               201 ST. CHARLES AVENUE
                                 45TH FLOOR
 6                               NEW ORLEANS LA 70130
                                 504.582.3800
 7                               LLARSON@KINGKREBS.COM

 8   FOR ANTHONY VILLAVASO:      DESALVO BLACKBURN & KITCHENS
                                 BY:  ROGER W. KITCHENS, ESQ.
 9                               2802 TULANE AVENUE
                                 NEW ORLEANS, LA 70119
10                               504.821.6171
                                 RKITCHENS@DESALVOBLACKBURN.COM
11
                                 TIMOTHY A. MECHE, ESQ.
12                               700 CAMP STREET
                                 NEW ORLEANS, LA 70130
13                               504.528.9500
                                 TIM_MECHE@YAHOO.COM
14
     FOR ARTHUR KAUFMAN:         STEPHEN D. LONDON, ESQ.
15                               1100 POYDRAS STREET
                                 SUITE 2950
16                               NEW ORLEANS, LA 70163
                                 504.582.2427
17                               EBYTE2@AOL.COM

18

19

20

21

22

23

24

25
```

```
1                          EXAMINATION INDEX
2

3    TESTIMONY OF:

4        KAREN ALFORD
              DIRECT BY MS. CHUNG              5
5             CROSS BY MR. LARSON             12

6        ANDREA JOHNSON CELESTINE
              DIRECT BY MS. BERNSTEIN         17
7             CROSS BY MR. LARSON             28
              CROSS BY MR. HESSLER            30
8
         MICHAEL HUNTER
9             DIRECT BY MS. BERNSTEIN         31
              CROSS BY MR. DESALVO           185
10            CROSS BY MR. FLEMING           258

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1        NEW ORLEANS, LOUISIANA; WEDNESDAY, JULY 6, 2011

 2                        8:30 A.M.

 3          THE COURT:  GOOD MORNING, YOU MAY BE SEATED.

 4          LADIES AND GENTLEMEN OF THE JURY, ONCE AGAIN THANK YOU

 5  FOR BEING HERE ON TIME.  WHEN WE HAVE WITNESSES READY, WE TRY TO

 6  GET OUT OF THE GATE A LITTLE BIT EARLY, AND WE'LL BE ABLE TO DO

 7  THAT.

 8          I ASSUME THIS IS THE NEXT WITNESS; IS THAT CORRECT?

 9  EITHER SHE IS THE NEXT WITNESS, OR SHE HAS A REALLY GOOD SEAT IN

10  THE COURTROOM.  AND THIS IS?

11          MS. CHUNG:  KAREN ALFORD.

12          KAREN ALFORD, BEING DULY SWORN, TESTIFIED AS FOLLOWS:

13          CASE MANAGER:  PLEASE STATE AND SPELL YOUR FULL NAME FOR

14  THE RECORD.

15          THE WITNESS:  KAREN ALFORD K-A-R-E-N A-L-F-O-R-D.

16                       DIRECT EXAMINATION

17  BY MS. CHUNG:

18  Q   GOOD MORNING.

19          THE COURT:  GO AHEAD, MS. CHUNG, YOU MAY BEGIN.

20          MS. CHUNG:  THANK YOU, YOUR HONOR.

21  BY MS. CHUNG:

22  Q   MS. ALFORD, WHERE DO YOU WORK?

23  A   I'M RETIRED.

24  Q   WHERE DID YOU WORK BEFORE YOU RETIRED?

25  A   WEST JEFFERSON MEDICAL CENTER.
```

1    Q    AND WHAT WAS YOUR POSITION AT WEST JEFFERSON?

2    A    I WAS THE CLINICAL MANAGER OF THE ORTHOPEDIC DEPARTMENT IN

3    SURGERY.

4    Q    WERE YOU WORKING FOR WEST JEFFERSON IN SEPTEMBER OF 2005

5    RIGHT AFTER HURRICANE KATRINA?

6    A    YES.

7    Q    AND DID YOU CONTINUE TO WORK THERE UNTIL YOU RETIRED?

8    A    YES.

9    Q    WHAT WAS YOUR POSITION IN 2005?

10   A    I WAS THE CLINICAL MANAGER OVER THE ORTHOPEDIC SECTION OF THE

11   OPERATING ROOM.

12   Q    COULD YOU BRIEFLY DESCRIBE WHAT YOUR DUTIES AND

13   RESPONSIBILITIES WERE AT THAT TIME.

14   A    I WAS RESPONSIBLE FOR EVALUATING THE EMPLOYEES THAT WERE

15   UNDER ME.  I WAS IN CHARGE OF MAKING SURE THAT THE ROOMS WERE

16   COVERED, THAT THEY HAD WHAT THEY NEEDED.  I ORDERED SUPPLIES AND

17   THAT TYPE OF THING.

18   Q    HAD YOU PREVIOUSLY WORKED AS A CIRCULATING NURSE IN SURGERY

19   AS WELL?

20   A    YES.

21   Q    WERE YOU FAMILIAR WITH THE PROCEDURES AND PROTOCOL FOR HOW A

22   BULLET WAS SECURED IF IT WAS REMOVED DURING SURGERY?

23   A    YES.

24   Q    COULD YOU DESCRIBE THAT PROCEDURE FOR THE JURY.

25   A    THE BULLET WAS PLACED INTO A SPECIMEN CONTAINER, AND THAT WAS

1    PASSED OFF TO THE CIRCULATING NURSE, WHO LABELED IT WITH THE

2    PATIENT'S NAME OR NUMBER.  AND THEN IT WAS SECURED IN WHAT WAS

3    CALLED THE BULLET BOX.

4    Q    WAS THERE ANY KIND OF DOCUMENTATION FOR WHAT WAS CONTAINED IN

5    THE BULLET BOX?  LIKE A LOGBOOK OR AN ENTRY BOOK OF ANY KIND?

6    A    THERE WAS A LOGBOOK.

7    Q    DID THERE COME A DAY IN OCTOBER OF 2005 WHEN A MEMBER OF THE

8    NEW ORLEANS POLICE DEPARTMENT CAME AND ASKED YOU ABOUT A BULLET?

9    A    YES.

10   Q    DO YOU REMEMBER IF YOU GAVE HIM A BULLET?

11   A    YES.

12   Q    COULD YOU DESCRIBE THAT INTERACTION FOR THE JURY.

13   A    THE DETECTIVE APPEARED IN THE SURGERY AREA AND ASKED FOR

14   SOMEONE IN CHARGE, AND EVIDENTLY I WAS THE ONE THAT WAS AVAILABLE

15   AT THAT TIME.  AND SO HE TOLD ME THAT WHAT HE NEEDED, THAT HE

16   NEEDED THE BULLET FROM A PARTICULAR PATIENT.  AND I WENT TO THE

17   BULLET BOX TO FIND THAT, AND DID NOT FIND IT.  AND DID NOT FIND

18   IT THE LOGBOOK; OR, IF THE LOGBOOKS WAS THERE, IT WAS NOT LOGGED

19   INTO THE LOGBOOK, ANYTHING ABOUT THIS PARTICULAR PATIENT.

20        SO I WENT IN AND INQUIRED AROUND THE DEPARTMENT OF OTHER

21   PEOPLE WHO MAY HAVE BEEN WORKING DURING THIS PERIOD OF TIME RIGHT

22   AFTER KATRINA WHEN THIS SURGERY WAS DONE, AND SOMEONE SUGGESTED

23   THAT I LOOK IN THE NARCOTIC BOX IN THE HOLDING ROOM, WHICH IS

24   ALSO A DOUBLE-LOCKED BOX, JUST AS THE BULLET BOX IS.  AND THAT IS

25   WHERE I FOUND A BULLET WITH THE PARTICULAR PATIENT'S NAME AND

1    HOSPITAL NUMBER.

2    Q    AND WAS THERE ALSO A PIECE OF PAPER IN THE NARCOTICS BOX?

3    A    YES.  THERE WAS A SINGLE PIECE OF PAPER THAT HAD SEVERAL

4    PATIENT'S NAMES AND NUMBERS ON THEM WITH THE SPECIMEN

5    DOCUMENTATION.

6    Q    SO WAS IT SORT OF A SUBSTITUTE BULLET LOG, BUT IT WAS IN THE

7    NARCOTICS BOX?

8    A    YES.

9    Q    AND DO YOU REMEMBER AT THIS TIME WHAT THE PATIENT'S NAME WAS?

10   A    NO.

11   Q    AND AT THIS TIME DO YOU REMEMBER IF THE DETECTIVE ASKED ABOUT

12   ANYONE ELSE?

13   A    NO, I DON'T REMEMBER.

14            MS. CHUNG:  MAY I APPROACH, YOUR HONOR?

15            THE COURT:  YES.

16   BY MS. CHUNG:

17   Q    MRS. ALFORD, I AM PLACING IN FRONT OF YOU PAGE 58619, DO YOU

18   RECOGNIZE THIS PIECE OF PAPER?

19   A    YES.

20   Q    WHAT IS IT?

21   A    IT'S THE PIECE OF PAPER THAT WAS IN THE NARCOTICS BOX ALONG

22   WITH THE BULLET.

23   Q    DO YOU SEE YOUR HANDWRITING ON THAT PIECE OF PAPER?

24   A    I SEE THAT MY HANDWRITING SAYS:  RELEASED 10/4 -- 10/27/05.

25   Q    AND THAT'S BY A CERTAIN PATIENT'S NAME?

1   A    YES.

2   Q    AND DID YOU MAKE THAT ENTRY IN THE REGULAR COURSE OF YOUR

3   DUTIES AS THE MANAGING ADMINISTRATOR OF CLINICAL -- MANAGER

4   CLINICIAN OF THE ORTHOPEDIC AND SURGERY DEPARTMENT?

5   A    YES.

6   Q    AND THE PEOPLE WHO ENTER, MAKE ENTRIES INTO THE BULLET BOX,

7   ARE THOSE DONE AT THE TIME OF THE INCIDENT AND IS IT PART OF

8   THEIR BUSINESS DUTY TO DO SO AND TO DO SO ACCURATELY?

9   A    IT IS THE CIRCULATING NURSE'S DUTY TO ENTER THE INFORMATION

10  INTO THE BULLET LOG AT THE TIME THAT THEY'VE PLACED THE BULLET

11  INTO THE BULLET BOX.

12  Q    AND, TURNING YOUR ATTENTION TO THE FIRST PAGE OF THAT

13  EXHIBIT, 241, DID YOU RECOGNIZE THAT?

14  A    YES.

15  Q    AND WHAT DO YOU RECOGNIZE THAT TO BE?

16  A    THIS IS DOCUMENTATION CONCERNING THE BULLET THAT WAS TAKEN

17  FROM JOSE HOLMES ON 9/4/05 AND THE RELEASE INFORMATION THAT I

18  ENTERED AND WHO I GAVE THE BULLET TO.

19  Q    SO YOU WROTE THAT ENTRY?

20  A    YES, I DID.

21  Q    INTO THE BULLET BOOK?

22  A    YES.

23  Q    AND, AGAIN, YOU DID THAT IN THE REGULAR COURSE OF YOUR

24  DUTIES, AND YOU WERE UNDER A BUSINESS DUTY TO DO SO?

25  A    YES.

1              MS. CHUNG:  YOUR HONOR, I WOULD OFFER PAGES 1 AND 2 OF

2     EXHIBIT 241.

3              THE COURT:  ANY OBJECTION?

4              MR. LARSON:  NO OBJECTION.

5              THE COURT:  SO ORDERED.  241 IS ADMITTED.

6              (EXHIBIT ADMITTED.)

7              MS. CHUNG:  COULD I HAVE PAGE 2, PLEASE?

8     BY MS. CHUNG:

9     Q    MRS. ALFORD, IF YOU COULD POINT TO THE HANDWRITTEN PART OF

10    THIS EXHIBIT YOU HAD DISCUSSED BEFORE.  SO THAT INDICATES YOU

11    RELEASED IT ON OCTOBER 27, 2005?

12    A    YES.

13    Q    AND WHICH PATIENT WAS THAT BULLET AFFILIATED WITH?

14    A    JOSE HOLMES.

15    Q    WHAT'S THE NUMBER UNDER JOSE HOLMES'S NAME?

16    A    052478008.

17    Q    AND WHAT IS THAT NUMBER?

18    A    THAT'S THE HOSPITAL NUMBER.

19    Q    SO LIKE A PATIENT NUMBER THE HOSPITAL ASSIGNS?

20    A    YES.

21             MS. CHUNG:  MAY I HAVE PAGE 1, PLEASE?

22    BY MS. CHUNG:

23    Q    AND IS THIS THE RECEIPT YOU WROTE AND GAVE TO THE DETECTIVE?

24    A    I DON'T KNOW THAT I GAVE HIM --

25    Q    I'M SORRY, IS THIS THE RECEIPT YOU WROTE FOR THE LOGBOOK?

1    A    YES.

2    Q    AND THAT WAS TO A DETECTIVE WINSTON HARBIN?

3    A    YES.

4    Q    AND IT WAS FOR A FOREIGN BODY REMOVED FROM THE TONGUE OF JOSE

5    HOLMES?

6    A    YES.

7    Q    MRS. ALFORD, SHOWING YOU A JAR THAT IS PART OF EXHIBIT 22

8    WITH SOME EXTERIOR BAGGING AND PACKAGING, DO YOU RECOGNIZE THAT

9    JAR?

10   A    YES.

11   Q    WHAT IS IT?

12   A    IT'S A SPECIMEN CONTAINER THAT WOULD HAVE BEEN ON THE FIELD

13   THAT WAS PASSED OFF CONTAINING THE BULLET.

14   Q    SO THAT'S THE CONTAINER YOU GAVE TO THE DETECTIVE THAT DAY?

15   A    YES.

16   Q    AND DOES THAT LABEL MATCH THE ENTRY YOU PUT INTO THE LOGBOOK?

17   A    YES.

18           MS. CHUNG:  YOUR HONOR, I WOULD OFFER EXHIBIT 22.

19           THE COURT: ANY OBJECTION?

20           MR. LARSON:  NO OBJECTION.

21           THE COURT:  SO ORDERED, EXHIBIT IT 22 IS ADMITTED.

22           (EXHIBIT ADMITTED.)

23           MS. CHUNG:  I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

24           THE COURT:  ALL RIGHT.  THANK YOU.

25           MR. LARSON.

```
 1                        CROSS EXAMINATION

 2   BY MR. LARSON:

 3   Q    GOOD MORNING, MS. ALFORD.  MY NAME IS LINDSAY LARSON.

 4           AS I UNDERSTAND YOUR PROCEDURE, IF A BULLET IS REMOVED

 5   DURING SURGERY, IT'S ENTERED BY SOMEONE CALLED A CIRCULATING

 6   NURSE; IS THAT CORRECT?

 7   A    YES.

 8   Q    WHAT DOES A CIRCULATING NURSE DO?

 9   A    A CIRCULATING NURSE GIVES TO THE FIELD AND AN O.R.

10   TECHNICIAN EVERYTHING THAT THEY NEED FOR THE PROCEDURE.  THEY

11   ALSO RECEIVE SPECIMENS FROM THE O.R.  TECHNICIAN.

12   Q    BESIDES BULLETS, THEY WOULD RECEIVE SPECIMENS OF SKIN OR

13   TISSUE OR THAT SORT OF THING?

14   A    YES.

15   Q    AND THEY WOULD SEND THAT, AS OPPOSED TO PUTTING IN A LOCKBOX,

16   THEY WOULD SEND THAT TO A LAB FOR EXAMINATION?

17   A    YES, CORRECT.

18   Q    SO, IF I UNDERSTAND THE PROCEDURE CORRECTLY, THE CIRCULATING

19   NURSE, ONCE SHE TAKES THE FOREIGN OBJECT, THEN SHE PUTS IT INTO A

20   CONTAINER AND PUTS THE PATIENT'S NAME AND PATIENT'S NUMBER ON A

21   CONTAINER; IS THAT CORRECT?

22   A    ACTUALLY, THE CONTAINER IS ON THE FIELD, AND THE BULLET IS

23   PUT INTO THE CONTAINER, AND THE CONTAINER IS PASSED OFF TO THE

24   CIRCULATING NURSE, WHO LABELS IT APPROPRIATELY.

25   Q    OKAY.  AND THEN SHE TAKES IT AND SHE PUTS IT IN A BULLET BOX?
```

1    A    CORRECT.

2    Q    WHERE IS THAT BULLET BOX KEPT?

3    A    IT'S IN THE HALLWAY BY A RECEPTION DESK THAT USED TO BE USED

4    BY ANAESTHESIA, AND IT'S IN A CABINET AND IT'S DOUBLE-LOCKED.

5    Q    IS THE CABINET DOUBLE-LOCKED?

6    A    YES.

7    Q    AND IS THE BULLET BOX ITSELF LOCKED?

8    A    ACTUALLY, THE BULLET BOX ITSELF IS DOUBLE-LOCKED.  THE

9    CABINET IS NOT LOCKED, BUT THE BULLET BOX ITSELF IS LOCKED.

10   Q    AND THE BULLET BOX IS ALWAYS KEPT IN THAT PARTICULAR CABINET?

11   A    YES.

12   Q    WHAT DOES THE BULLET BOX LOOK LIKE?

13   A    IT LOOKS LIKE A LITTLE -- I GUESS SIMILAR TO A LITTLE

14   DOCUMENT BOX THAT ONE WOULD HAVE SOMETHING SIMILAR LIKE TO A SAFE

15   OR SOMETHING LIKE THAT.

16   Q    HOW BIG IS IT?

17   A    IT'S ABOUT LIKE THIS.

18            (WITNESS INDICATES.)

19   BY MR. LARSON:

20   Q    SO THE CORRECT PROCEDURE THEN IS THE PHYSICIAN OR WHOEVER

21   REMOVES THE FOREIGN OBJECT PLACES IT INTO A CONTAINER, GIVES IT

22   TO THE CIRCULATING NURSE, CIRCULATING NURSE THEN PUTS THE LABEL

23   ON IT, PATIENT'S NAME, PATIENT'S NUMBER, TAKES IT AND IMMEDIATELY

24   PUTS IT IN THE LOCK BOX AND DOUBLE-LOCKS IT?

25   A    AFTER THE PROCEDURE, THEY PUT IT IN THERE, YES.

1    Q    WHERE DO THEY KEEP IT BEFORE THE PROCEDURE IS OVER?

2    A    IT'S IN THE ROOM WITH THE PATIENT'S DOCUMENTS AND THE JAR.

3    Q    AND THAT'S THE NORMAL PROCEDURE?

4    A    YES.

5    Q    THAT NORMAL PROCEDURE WASN'T FOLLOWED THIS TIME; WAS IT?  AS

6    FAR AS YOU KNOW FROM THE FACTS?

7    A    CORRECT.

8    Q    IF IT HAD BEEN FOLLOWED, YOU WOULD HAVE FOUND THE BULLET IN

9    THE BULLET BOX; CORRECT?

10   A    CORRECT.

11   Q    NOW, WHERE IS THE NARCOTICS BOX KEPT?

12   A    THE NARCOTICS BOX IS IN THE HOLDING ROOM THAT'S UP IN

13   SURGERY.  AND, BEFORE WEST JEFFERSON WENT TO A DIFFERENT DRUG

14   ADMINISTRATION OR DISPENSING TYPE OF THING, NARCOTICS WERE KEPT

15   IN THERE.  AND, SINCE WEST JEFFERSON WENT TO THE AUTOMATED

16   COMPUTER SYSTEM FOR DISPENSING DRUGS, THAT WAS NO LONGER NEEDED,

17   SO IT WAS LIKE VIRTUALLY AN EMPTY DOUBLE-LOCKED CABINET.

18   Q    LET'S TALK ABOUT SEPTEMBER 4 OF 2005, WHAT PROCEDURE WAS USED

19   AT THAT POINT IN TIME?

20   A    FOR NARCOTICS?

21   Q    I GUESS WHAT I'M TRYING TO SAY IS, WHAT WAS THE PURPOSE OF

22   THE NARCOTICS BOXES?

23   A    THERE WAS NO PURPOSE ON 9/4/05.  BECAUSE DISPENSING OF

24   NARCOTICS HAD CHANGED FROM THEM BEING IN THE NARCOTIC BOX AND

25   BEING SIGNED OUT BY THE CIRCULATING NURSE TO THIS AUTOMATED

1    SYSTEM, WHICH WAS VIRTUALLY A CABINET THAT YOU HAD TO ENTER THE

2    PATIENT'S NAME AND HOSPITAL NUMBER, ET CETERA.  AND THE

3    MEDICATION THAT WAS NEEDED.  AND THEN, THE DRAWER OPENED, AND THE

4    NARCOTIC WAS DISPENSED.

5    Q    OKAY.  SO, UNLIKE THE BULLET BOX, THE NARCOTICS BOX WAS

6    ACTUALLY DISPENSING NARCOTICS, AS OPPOSED TO RECEIVING NARCOTICS;

7    IS THAT A FAIR STATEMENT?

8    A    AT ONE TIME IT DID, YES.

9    Q    I WANT YOU TO FOCUS ON SEPTEMBER 4, 2005.  BECAUSE,

10   EVENTUALLY, THERE WAS A NARCOTICS BOX ON THAT DATE BECAUSE THAT'S

11   WHERE YOU FOUND THIS BULLET.  SO WHAT I'M TRYING TO FIGURE OUT

12   HERE IS, AT THAT PARTICULAR TIME, WHAT WAS THE PURPOSE OF THAT

13   NARCOTICS BOX ON THAT DATE.  WAS IT DISPENSING --

14   A    THERE WAS NO PURPOSE.

15   Q    IT WAS JUST AN EMPTY BOX?

16   A    IT WAS AN EMPTY BOX.

17   Q    AND DO YOU KNOW WHO WAS THE CIRCULATING NURSE WHO REMOVED THE

18   CONTAINER AND PUT IT IN WHATEVER -- EITHER THE BULLET BOX OR THE

19   NARCOTICS BOX?

20   A    NO.

21   Q    DO YOU KNOW IF THE BULLET WAS REMOVED FROM THE BULLET BOX BY

22   ANYONE AND PLACED IN THE NARCOTICS BOX?

23   A    I DO NOT KNOW THAT.

24   Q    DO YOU KNOW IF THERE WERE OTHER BULLETS IN THE NARCOTICS BOX

25   BESIDES THIS ONE, OR OTHER OBJECTS?

1    A    THERE WERE OTHER BULLETS IN THE NARCOTICS BOX.

2    Q    AND DO YOU KNOW WHY PROCEDURE WAS NOT FOLLOWED THIS TIME --

3    A    I DO NOT KNOW.

4              MR. LARSON:  THANK YOU.

5              TENDER THE WITNESS.

6              THE COURT:  ANY OTHER CROSS?

7              MR. DESALVO:  NO, YOUR HONOR.

8              THE COURT:  REDIRECT?

9              MS. CHUNG: NO, YOUR HONOR.

10             THE COURT:  THANK YOU, MA'AM.

11             THIS WITNESS IS RELEASED?

12             MR. LARSON:  YOU CAN RELEASE.

13             THE COURT:  THANK YOU, MA'AM.

14             MS. CHUNG:  MAY I APPROACH AND GATHER THE EVIDENCE?

15             THE COURT:  YES, SURE.

16             AND THE NEXT WITNESS WILL BE WHO?

17             MS. BERNSTEIN:  THE UNITED STATES CALLS ANDREA

18   CELESTINE.

19             ANDREA CELESTINE, BEING DULY SWORN, TESTIFIED AS

20   FOLLOWS:

21             CASE MANAGER:  THANK YOU, YOU MAY BE SEATED.

22             PLEASE STATE AND SPELL YOUR FULL NAME FOR THE RECORD.

23             THE WITNESS:  MY NAME IS ANDREA JOHNSON CELESTINE,

24   A-N-D-R-E-A J-O-H-N-S-O-N C-E-L-E-S-T-I-N-E.

25             THE COURT:  GO AHEAD.

```
 1                        DIRECT EXAMINATION

 2   BY MS. BERNSTEIN:

 3   Q    GOOD MORNING, MS. CELESTINE.

 4   A    GOOD MORNING.

 5   Q    ARE YOU RELATED TO JAMES BRISSETTE?

 6   A    YES.

 7   Q    WHO WAS JAMES BRISSETTE?

 8   A    HE WAS MY YOUNGER BROTHER.

 9   Q    DID JAMES DIE IN A SHOOTING ON THE DANZIGER BRIDGE AFTER

10   KATRINA?

11   A    YES.

12   Q    HOW OLD WAS YOUR BROTHER WHEN HE DIED?

13   A    17.

14   Q    I'D LIKE YOU TO TELL A LITTLE BIT ABOUT YOURSELF, MS.

15   CELESTINE.  DID YOU GROW UP HERE IN THE NEW ORLEANS AREA?

16   A    YES.  I WAS BORN AND RAISED HERE.

17   Q    WHAT PART OF THE CITY?

18   A    8TH WARD.

19   Q    WHERE DID YOU GO TO SCHOOL?

20   A    GRADUATED FROM MCDONOUGH 35 SENIOR HIGH SCHOOL.  THEN FROM

21   SOUTHERN UNIVERSITY IN NEW ORLEANS.  GOT A BACHELOR'S DEGREE

22   THERE, AND THEN A MASTERS FROM THE UNIVERSITY OF PHOENIX.

23   Q    WHAT'S YOUR MASTERS DEGREE IN?

24   A    ORGANIZATIONAL MANAGEMENT.

25   Q    WHAT DO YOU DO FOR A LIVING NOW?
```

1   A    I'M AN ENROLLMENT SPECIALIST, SERVICES SPECIALIST AT BATON

2   ROUGE COMMUNITY COLLEGE.

3   Q    WHAT DOES THAT MEAN, TO DO ENROLLMENT SERVICES?

4   A    MY PRIMARILY FUNCTION IS TO DO TRANSCRIPTS AND POST-DEGREE ON

5   TRANSCRIPTS AND TO MAKE SURE THAT THE FINAL CONDITIONS WERE MET

6   IN ORDER FOR THE DEGREE TO BE EARNED.

7   Q    YOU SAID, WHEN YOU WERE GROWING UP, YOU WERE IN THE 8TH WARD?

8   A    YES.

9   Q    WAS JAMES YOUR BIG BROTHER, OR YOUR LITTLE BROTHER?

10   A    MY LITTLE BROTHER.

11   Q    HOW OLD WERE YOU WHEN JAMES WAS BORN?

12   A    15.

13   Q    DID YOU STILL LIVE AT HOME?

14   A    YES.

15   Q    WHO ELSE LIVED IN THE HOUSEHOLD WITH YOU WHEN JAMES CAME

16   ALONG?

17   A    IT WAS MY MOTHER, MYSELF AND MY YOUNGER BROTHER.

18   Q    WHEN YOU SAY YOUR YOUNGER BROTHER, YOU MEAN THE BABY JAMES?

19   A    YES, THE BABY JAMES.

20   Q    SO IT WAS JUST YOU AND YOUR MOM AND JAMES?

21   A    YES.

22   Q    WHAT DID YOU ALL CALL JAMES?

23   A    JJ.

24   Q    WHAT WAS YOUR RELATIONSHIP LIKE WITH JJ?

25   A    HE WAS MY BABY.  I HELPED MY MOM TAKE CARE OF HIM WHEN SHE

1    HAD TO WORK OR DIFFERENT THINGS LIKE THAT.  WE HAD A VERY GOOD

2    RELATIONSHIP.  WE WERE VERY CLOSE.

3    Q    BEING AS MUCH OLDER THAN YOU WERE, BEING 15 YEARS OLDER, WAS

4    IT LIKE A TYPICAL BROTHER/SISTER RELATIONSHIP, OR WERE YOU MORE

5    LIKE LIKE A MOTHER, OR SOMETHING IN BETWEEN?

6    A    SOMETHING IN BETWEEN.  I WOULD STEP IN AND HELP MY MOM

7    WHENEVER SHE NEEDED IT.

8    Q    SO WHAT WAS JJ LIKE, HAVING TWO MOTHERS?

9    A    SPOILED ROTTEN.

10   Q    WHEN HE GOT A LITTLE BIT OLDER, WHAT WAS HIS EMAIL ACCOUNT?

11   A    THAT WAS EXACTLY HIS EMAIL ACCOUNT, SPOILED ROTTEN AT

12   YAHOO.COM.  HE KNEW HE WAS SPOILED.

13   Q    WHEN HE WAS LITTLE, WAS HE A MISCHIEVOUS LITTLE GUY?

14   A    YES, HE WAS.  HE WAS A VERY MISCHIEVOUS.

15        ONE INCIDENT IN PARTICULAR, HE WAS ABOUT 3, AND MY MOM

16   WOULD -- HE WOULD ALWAYS SEE MY MOM MOPPING THE FLOOR.  SO, HE

17   WENT INTO THE CABINET, DUMPED ALL THE SPICK AND SPAN OUT ON THE

18   FLOOR, AND TOLD MY MOM HE WAS HELPING YOU.  SHE SAID:  WHAT ARE

19   YOU DOING?  I WAS HELPING YOU, MOM.  SHE SAID:  YOU KNOW YOU NOT

20   SUPPOSED TO BE DOING THAT.  HE SAID:  I KNOW I HAD NO BUSINESS

21   DOING THAT, I NEED TO BE PUNISHED, I NEED TO GO TO MY ROOM.  AND

22   THEN PUT HIS HEAD DOWN AND WENT TO THE ROOM, AND BROUGHT BACK ALL

23   THE TOYS AND SAID:  I NEED TO BE PUNISHED.  AT THAT POINT, YOU

24   COULDN'T DO ANYTHING BUT LAUGH.  YOU COULDN'T SAY ANYTHING

25   BECAUSE HE HAD ALREADY PUNISHED HIS SELF AND TOOK AWAY ALL HIS

1    THINGS.  HE WAS JUST INTERESTING LIKE THAT.

2    Q    NOW, AS JJ GOT OLDER, DID YOU STAY CLOSE TO HIM?

3    A    YES, WE DID.

4    Q    HOW OLD WAS HE WHEN YOU MOVED OUT OF THE HOUSE?

5    A    HE WAS 5.

6    Q    CAN YOU TELL US, AS JJ GOT OLDER, JUST VERY BRIEFLY, WHAT DID

7    HE LIKE TO DO WITH HIS TIME?

8    A    HE READ A LOT.  I MEAN, AND IF A BOOK REALLY INTERESTED HIM,

9    HE WOULD GO BACK AND READ IT AGAIN.  HE WAS AN INDIVIDUAL READER.

10          HE LIKED TO DRAW AS WELL.

11          LATER ON, AS HE GOT OLDER, HE WAS ACTUALLY -- HE

12   ACTUALLY TESTED GIFTED, AND WAS TALENTED IN VISUAL ARTS, ENGLISH

13   AND READING.

14   Q    AND YOU SAID THAT, EVEN AFTER YOU MOVED OUT OF THE HOUSE, YOU

15   STAYED CLOSE TO JJ?

16   A    YES.

17   Q    DID YOU STAY CLOSE TO HIM HIS WHOLE LIFE?

18   A    YES.  WE HAD A VERY GOOD RELATIONSHIP, AND HE HAD A LOT OF

19   RESPECT FOR ME.

20   Q    ALL RIGHT.  I WANT TO MOVE AHEAD NOW AND TALK ABOUT THE TIME

21   IN 2005 RIGHT BEFORE HURRICANE KATRINA.

22          RIGHT BEFORE HURRICANE KATRINA, WHERE DID YOU LIVE?

23   A    I WAS LIVING IN NEW ORLEANS EAST.

24   Q    WHO DID YOU LIVE THERE WITH?

25   A    I LIVED THERE WITH MY TWO CHILDREN AND MY HUSBAND.

```
 1    Q    HOW OLD WERE YOUR KIDS?

 2    A    AT THAT TIME THEY WERE 9 AND 5.

 3    Q    WHAT'S YOUR HUSBAND'S NAME?

 4    A    MORRIS CELESTINE.

 5    Q    WHAT DID YOUR HUSBAND DO FOR A LIVING?

 6    A    HE WAS AN NOPD POLICE OFFICER, YES.

 7    Q    WORKED FOR NOPD?

 8    A    YES.

 9    Q    NOW, DID YOUR BROTHER JJ KNOW MORRIS?

10    A    YES.

11    Q    WHAT KIND OF RELATIONSHIP DID THEY HAVE?

12    A    THEY HAD A VERY GOOD RELATIONSHIP.  THEY WERE LIKE BROTHERS.

13    HE REVEALED MORRIS LIKE AN OLDER BOTHER.

14    Q    I WANT TO TALK TO YOU ABOUT WHEN THE STORM WAS MOVING IN.

15    DID YOU EVACUATE BEFORE THE STORM?

16    A    YES, I DID.

17    Q    WHERE DID YOU GO?

18    A    I WENT TO BATON ROUGE.

19    Q    WHO DID YOU TAKE WITH YOU TO BATON ROUGE?

20    A    I EVACUATED WITH MY TWO CHILDREN AND MY MOM'S OLDEST SISTER,

21    WHICH IS MY OLDER AUNT.

22    Q    NOW, HOW ABOUT YOUR MOM AND JJ, THEY EVACUATE, OR DID THEY

23    STAY BEHIND?

24    A    THEY STAYED BEHIND.

25    Q    SO THEIR PLAN WAS TO RIDE IT OUT?
```

1    A    YES.

2    Q    NOW, ONCE THE STORM HIT AND YOU WERE OFF IN BATON ROUGE, WERE

3    YOU ABLE TO KEEP IN CONTACT WITH YOUR MOM AND JJ?

4    A    NO.

5    Q    WHY NOT?

6    A    COMMUNICATION WAS DOWN.

7    Q    WHEN'S THE NEXT TIME YOU HEARD FROM EITHER ONE OF THEM?

8    A    I DIDN'T MAKE A CONNECTION WITH MY MOM UNTIL THE LAST WEEK IN

9    SEPTEMBER OF THAT SAME YEAR.  SO THE LAST WEEK IN SEPTEMBER OF

10   '05 IS WHEN I MADE THE CONNECTION WITH HER.

11   Q    SO THREE WEEKS TO A MONTH AFTER THE STORM?

12   A    RIGHT.  I HAD TALKED TO HER AND SAW HER THE SATURDAY BEFORE

13   THE STORM.  AND THEN I DIDN'T HEAR OR SEE HER AGAIN UNTIL THE

14   LAST WEEK IN SEPTEMBER OF THAT SAME YEAR.

15   Q    HOW DID YOU FINALLY TRACK YOUR MOM DOWN AT THE END OF

16   SEPTEMBER?

17   A    I ACTUALLY PUT HER PROFILE OUT ON A YAHOO SEARCH ENGINE.

18   Q    AND SOMEBODY MADE A MATCH?

19   A    AND SOMEONE MADE A MATCH.

20   Q    WHEN YOU TALKED TO YOUR MOM, DID YOU EXPECT JJ TO BE WITH

21   HER?

22   A    I CERTAINLY DID.

23   Q    WAS HE?

24   A    NO.

25   Q    DID YOUR MOM KNOW WHAT HAD HAPPENED TO JJ?

1   A    NO.

2   Q    DID YOU GUYS DO ANYTHING TO TRY TO FIND YOUR BROTHER?

3   A    IMMEDIATELY AFTER I COMPLETED MY CONVERSATION WITH MY MOTHER,

4   I WENT BACK TO THE SAME SEARCH ENGINE AND DID A PROFILE FOR HIM

5   AS WELL AND PUT IT OUT THERE IN HOPES OF THEM MAKING A MATCH

6   AGAIN.

7   Q    DID YOU FIND A MATCH?

8   A    NOT AT THAT TIME USING THAT VENUE.

9   Q    SO WHAT DID YOU GUYS TRY NEXT?

10  A    MORE TIME HAD PASSED.  AND, LIKE I SAID, THAT WAS IN

11  SEPTEMBER OF '05.  AND THEN, IN MAY OF '06, THE MONTH OF MOTHER'S

12  DAY WEEKEND, MY MOTHER FINALLY DECIDED TO SUBMIT A DNA SAMPLE TO

13  -- THERE'S A FIND A FAMILY NETWORK THAT WAS IN BATON ROUGE.

14  Q    WHAT WAS THE PURPOSE OF SUBMITTING A DNA SAMPLE?

15  A    TO TRY TO MAKE A MATCH FOR LOST LOVED ONES.  THAT WAS A

16  NETWORK THAT WAS HELPING VICTIMS OF KATRINA FIND THEIR LOVED ONES

17  SINCE THEY WERE SEPARATED AND WE DIDN'T KNOW WHAT HAPPENED WITH

18  THEM.

19  Q    AND WHAT WAS THIS ORGANIZATION COMPARING DNA TO?

20  A    TO REMAINS.

21  Q    SO THIS WAS TO SEE IF JJ HAD DIED?

22  A    YES, MA'AM.

23  Q    HOW DO YOU REMEMBER THAT THIS WAS MOTHER'S DAY WEEKEND YOU

24  ALL WENT IN AND DID THAT?

25  A    BECAUSE MY GRANDMOTHER CAME DOWN.  MY MOM WANTED MY

```
1    GRANDMOTHER TO BE THERE WITH HER.

2    Q    SO YOU COULD ALL BE TOGETHER FOR SUPPORT?

3    A    CORRECT.

4    Q    DID SHE GIVE HER DNA?

5    A    YES, SHE DID.

6    Q    DID YOU ALL EVER HEAR BACK FROM THEM?

7    A    YES.

8    Q    WHAT DID YOU LEARN?

9    A    THEY DID MAKE A MATCH.  IT CAME BACK A 99 PERCENT CONCLUSIVE

10   THAT JJ WAS DECEASED, AND THEY MATCHED MY MOM'S DNA WITH HIS

11   REMAINS.

12   Q    DID YOU LEARN ANYTHING ABOUT HOW HE HAD DIED?

13   A    YES.

14   Q    WHAT DID YOU LEARN?

15   A    WHEN I SPOKE WITH THE LADY THAT DAY, SHE SAID THAT HE HAD

16   BEEN SHOT MULTIPLE TIMES AND DIED OF GUNSHOT WOUNDS.

17   Q    AT THAT POINT, DID YOU KNOW ANYTHING ABOUT WHO HAD SHOT YOUR

18   BROTHER?

19   A    NO.

20   Q    DID YOU EVENTUALLY LEARN SOME MORE INFORMATION?

21   A    YES.  MONTHS LATER.

22   Q    WHO DID YOU HEAR --

23   A    BECAUSE THAT TOOK PLACE IN THE SUMMER OF THAT YEAR.

24   Q    WHO DID YOU EVENTUALLY LEARN MORE INFORMATION FROM?

25   A    I MET WITH CLYDE MCCOY.
```

```
 1   Q    WHO IS THAT?

 2   A    HE WAS A MEMBER OF THE US DISTRICT ATTORNEY'S OFFICE.

 3   Q    DO YOU KNOW IF HE WAS AN INVESTIGATOR WITH THE DA'S OFFICE?

 4   A    YES.

 5   Q    WHAT DID MR. MCCOY TELL YOU?

 6   A    HE WAS THE ONE THAT ACTUALLY MADE THE CONNECTION THAT TELL US

 7   THAT HE WAS A PART OF THE DANZIGER SHOOTING.

 8   Q    DID YOU LEARN AT THAT POINT WHO HAD SHOT YOUR BROTHER?

 9   A    YES.

10   Q    DID YOU LEARN THAT THE POLICE WERE CLAIMING THAT JJ HAD FIRED

11   AT THEM?

12        MR. FLEMING:  JUDGE, AT THIS POINT, I'M GOING TO OBJECT.

13   SHE'S JUST ASKING FOR DOUBLE HEARSAY.

14        THE COURT:  LET'S JUST ASK HER WHAT SHE KNOWS, AS

15   OPPOSED TO ASKING HER A SPECIFIC QUESTION THAT SUGGESTS AN

16   ANSWER.  LET'S JUST ASK HER WHAT SHE KNOWS.  I'LL SUSTAIN THE

17   OBJECTION.

18        I THINK YOU CAN REPHRASE.

19        MS. BERNSTEIN:  SURE.

20   BY MS. BERNSTEIN:

21   Q    YOU WERE CLOSE TO JJ HIS ENTIRE LIFE; RIGHT?

22   A    YES.

23   Q    HE DIED AT 17?

24   A    YES.

25   Q    AND, IN THOSE 17 YEARS, DID YOU EVER SEE YOUR BROTHER WITH A
```

```
1    GUN?

2    A   NO.

3    Q   DID YOU EVER HEAR HIM TALK ABOUT HAVING A GUN?

4    A   NO.

5    Q   DID YOU EVER HEAR HIM TALK ABOUT WANTING A GUN?

6    A   NO.

7    Q   DID JJ EVER EVEN PLAY WITH TOY GUNS?

8    A   NO.  MY MOM DIDN'T ALLOW THAT.

9    Q   YOUR MOM DIDN'T ALLOW HIM TO PLAY WITH TOY GUNS?

10   A   NO.

11   Q   HOW DID YOUR HOUSE FARE DURING THE STORM?

12   A   IT WAS COMPLETELY DESTROYED.

13   Q   HOW ABOUT YOUR MOM'S HOUSE?

14   A   IT WAS DESTROYED AS WELL.

15   Q   DID YOU GUYS LOSE YOUR PERSONAL BELONGINGS?

16   A   YES.

17   Q   HOW ABOUT ALL OF JJ'S THINGS?

18   A   THEY WERE DESTROYED AS WELL.

19   Q   DO YOU HAVE ANY PICTURES LEFT OF YOUR BROTHER?

20   A   I ONLY HAVE ONE PICTURE LEFT OF HIM WHICH WAS AT MY WEDDING.

21            MS. BERNSTEIN:  MAY I APPROACH, YOUR HONOR?

22            THE COURT:  YES.

23   BY MS. BERNSTEIN:

24   Q   IS THAT A PICTURE OF YOUR BROTHER?

25   A   YES.
```

1    Q    IS THAT THE PICTURE YOU WERE TALKING ABOUT BEING TAKEN FROM

2    YOUR WEDDING?

3    A    YES.

4    Q    HOW OLD WAS JJ AT YOUR WEDDING?

5    A    9.

6           MS. BERNSTEIN:  YOUR HONOR, I'D LIKE OFFER THAT INTO

7    EVIDENCE.  IT'S EXHIBIT 73.

8            THE COURT:  EXHIBIT 73, ANY OBJECTION?

9            MR. FLEMING:  NO OBJECTION, JUDGE.

10           THE COURT:  SO ORDER, 73 IS ADMITTED.

11           (EXHIBIT ADMITTED.)

12   BY MS. BERNSTEIN:

13   Q    HOW OLD WAS JJ AT YOUR WEDDING?

14   A    9.

15   Q    SO THAT WAS ABOUT EIGHT YEARS BEFORE HE DIED?

16   A    YES.

17   Q    CAN YOU TELL US, WHEN HE WAS 17, HOW HE LOOKED DIFFERENT FROM

18   THIS PICTURE HERE?

19   A    HE LOOKED EXACTLY THE SAME, BECAUSE HE HAD NO FACIAL HAIR OR

20   ANYTHING.  HE WAS ONLY TALLER.  HE WAS VERY TALL AND THIN.

21   Q    HOW TALL WAS YOUR BROTHER?

22   A    ALMOST SIX FEET.

23   Q    HOW MUCH DID HE WEIGH, DO YOU KNOW?

24   A    NOT EVEN 130 POUNDS.

25   Q    SKINNY GUY?

```
 1    A    YES.

 2    Q    SO HE LOOKED LIKE THIS BUT TALLER?

 3    A    THAT'S IT.

 4    Q    MS. CELESTINE, IS THIS WHAT YOU HAVE LEFT OF YOUR BROTHER?

 5    A    YES.

 6            MS. BERNSTEIN:  NOTHING FURTHER, YOUR HONOR.

 7            THE COURT:  ALL RIGHT.

 8            CROSS?

 9            MR. DESALVO:  I HAVE NONE, YOUR HONOR.

10            THE COURT:  COUNSEL, ANYONE?

11            MR. LARSON:  I HAVE A FEW QUESTIONS, YOUR HONOR.

12            THE COURT:  SURE.

13                      CROSS EXAMINATION

14    BY MR. LARSON:

15    Q    MS. CELESTINE, MY NAME IS LINDSEY LARSON.  I HAVE JUST A

16    COUPLE QUESTIONS FOR YOU.

17            YOU SAID THAT YOUR BROTHER AND YOUR MOTHER STAYED FOR

18    THE STORM -- I'M SORRY --

19    A    YES.

20    Q    WHERE DID THEY STAY?

21    A    INITIALLY, THEY STAYED HOME.

22    Q    WHERE WAS YOUR MOTHER'S HOUSE?

23    A    IN THE 8TH WARD.

24    Q    AND YOU SAID 8TH WARD.  WHAT STREET?  THE JURY MIGHT NOT KNOW

25    WHERE THE 8TH WARD IS.
```

1    A    THEY WERE ON NORTH DURKA STREET.

2    Q    DO YOU KNOW -- AS WE UNDERSTAND IT, YOUR BROTHER WAS WITH A

3    FAMILY CALLED THE BARTHOLOMEWS FOR A FEW DAYS AT SOME POINT AFTER

4    THE STORM.  AND YOUR MOTHER WAS NOT WITH HIM.  DO YOU KNOW HOW HE

5    GOT SEPARATED FROM YOUR MOTHER?

6         MS. BERNSTEIN:  OBJECTION, CALLS FOR HEARSAY AND

7    SPECULATION.

8         MR. LARSON:  I'M ASKING IF SHE KNOWS HOW.

9    BY MR. LARSON:

10   Q    DO YOU KNOW HOW?

11        THE COURT:  YOU CAN SAY IT, BUT PLEASE DON'T SAY WHAT

12   SOMEBODY TOLD YOU OR SPECULATE IF YOU DON'T REALLY KNOW

13   FIRSTHAND.

14        THE WITNESS:  RIGHT.  I KNOW WHAT MY MOM TOLD ME.

15        THE COURT:  I'LL SUSTAIN THE OBJECTION.

16   BY MR. LARSON:

17   Q    WAS IT UNUSUAL FOR HIM TO BE SEPARATED FROM YOUR MOTHER AND

18   FROM HANGING OUT WITH A FRIEND WHOSE FAMILY HE DIDN'T KNOW FOR A

19   PERIOD OF TIME AT ANY OTHER TIME DURING HIS LIFETIME?

20   A    HE WOULD GO OUT WITH HIS FRIEND.  IT WASN'T ANYTHING UNUSUAL.

21   Q    WAS YOUR MOTHER AWARE OF WHERE HE WAS DURING THE PERIOD OF

22   TIME FROM WHEN HE LEFT HER AND THE DANZIGER BRIDGE HAPPENED?

23        MS. BERNSTEIN:  OBJECTION, SHE CAN ONLY KNOW THIS FROM

24   HEARSAY.

25        THE COURT:  I'LL SUSTAIN.  YOU'RE ASKING HER WHAT

```
 1    SOMEONE ELSE WAS AWARE OF, I'LL SUSTAIN.
 2            MR. LARSON:  HIS MOTHER IS NOT HERE, SO WE CAN ASK HER
 3    THOSE QUESTIONS.
 4            NO FURTHER QUESTIONS.  THANK YOU, MS. CELESTINE.
 5            THE COURT:  ANYONE ELSE?
 6            MR. HESSLER.
 7                       DIRECT EXAMINATION
 8    BY MR. HESSLER:
 9    Q   GOOD MORNING, MA'AM.  MY NAME IS ERIC HESSLER.
10            YOU SAID JAMES WAS 17?
11    A   YES.
12    Q   DID YOU KNOW JAMES TO DRINK ALCOHOL?
13    A   NO.
14            MR. HESSLER:  THANK YOU.
15            THE COURT:  ANYONE ELSE, ANY OTHER CROSS?
16            MR. LONDON:  NO, YOUR HONOR.
17            THE COURT:  ANY REDIRECT?
18            MS. BERNSTEIN:  NO REDIRECT, YOUR HONOR.
19            THE COURT:  THANK YOU, MA'AM.  YOU MAY STEP DOWN.
20            THIS WITNESS IS RELEASED?
21            MR. LARSON:  YES, JUDGE.
22            THE COURT:  OUR NEXT WITNESS IS --
23            MS. BERNSTEIN:  UNITED STATES CALLS MICHAEL HUNTER.
24            THE COURT:  MR. HUNTER, PLEASE COME HERE TO THE WITNESS
25    STAND, REMAIN STANDING.  TAKE THE OATH, AND THEN YOU MAY BE
```

1    SEATED.

2              MICHAEL HUNTER, BEING FIRST DULY SWORN, TESTIFIED AS

3    FOLLOWS:

4              CASE MANAGER:  YOU MAY BE SEATED.

5              PLEASE STATE AND SPELL YOUR FULL NAME FOR THE RECORD.

6              THE WITNESS:  MY NAME IS MICHAEL HUNTER, M-I-C-H-A-E-L

7    HUNTER H-U-N-T-E-R.

8              THE COURT:  YOU MAY BEGIN.

9                        DIRECT EXAMINATION

10   BY MS. BERNSTEIN:

11   Q   GOOD MORNING, MR. HUNTER.

12   A   MORNING.

13   Q   CAN YOU PLEASE TELL THE JURY WHERE YOU WORKED IN 2005, AT THE

14   TIME OF HURRICANE KATRINA.

15   A   I WAS A POLICE OFFICER WITH THE NEW ORLEANS POLICE

16   DEPARTMENT.

17   Q   WHAT WAS YOUR POSITION WITH NOPD?

18   A   OFFICER.

19   Q   WHAT DISTRICT DID YOU WORK IN?

20   A   THE SEVENTH DISTRICT.

21   Q   MR. HUNTER, WERE YOU INVOLVED IN A SHOOTING ON THE DANZIGER

22   BRIDGE ON SEPTEMBER 4TH?

23   A   YES, MA'AM.

24   Q   DID YOU FIRE YOUR WEAPON THAT DAY?

25   A   YES, MA'AM.

```
 1    Q    AS WE SIT HERE TODAY, DO YOU STILL WORK FOR NOPD?

 2    A    NO, MA'AM.

 3    Q    WHEN DID YOU LEAVE THE DEPARTMENT?

 4    A    AFTER I SIGNED AN AGREEMENT WITH THE GOVERNMENT TO PLEAD

 5    GUILTY.

 6    Q    IS THAT WHY YOU LEFT?

 7    A    YES.

 8    Q    DID YOU IN FACT PLEAD GUILTY IN THIS CASE?

 9    A    YES, I DID.

10    Q    WHAT DID YOU PLEAD GUILTY TO?

11    A    CONSPIRACY TO OBSTRUCT JUSTICE AND MISPRISON OF A FELONY.

12    Q    ALL RIGHT.  I WANT TO ASK YOU A WHOLE BUNCH OF QUESTIONS

13    ABOUT WHAT HAPPENED ON SEPTEMBER 4TH, 2005, BUT FIRST LET'S GET A

14    LITTLE BIT OF BACKGROUND.  BEFORE HURRICANE KATRINA, WHAT WAS

15    YOUR ASSIGNMENT WITH NOPD?

16    A    I HAD VARIOUS ASSIGNMENTS.  2005, I WORKED IN THE SEVENTH

17    DISTRICT TASK FORCE, BRIEFLY IN THE SEVENTH DISTRICT NARCOTICS

18    SQUAD.  AND THEN, JUST BEFORE KATRINA, I WENT TO THE SEVENTH

19    DISTRICT NIGHT WATCH PLATOON.

20    Q    LET ME ASK YOU ABOUT EACH THOSE.  WHEN YOU WORKED ON SEVENTH

21    DISTRICT TASK FORCE, WHO WAS YOUR SUPERVISOR?

22    A    KENNETH BOWEN.

23    Q    THEN YOU SAID YOU WORKED NARCOTICS?

24    A    YES, MA'AM.

25    Q    WHO WAS YOUR SUPERVISOR ON NARCOTICS?
```

1   A   ROBERT GISEVIUS.

2   Q   AND I THINK YOU SAID YOU CHANGED AGAIN RIGHT BEFORE THE

3   STORM?

4   A   YES, MA'AM.

5   Q   WHAT WAS THAT MOVE?

6   A   TO THE NIGHT WATCH ON THE PLATOON.

7   Q   PLATOON IS JUST A PATROL POSITION?

8   A   YES, MA'AM.

9   Q   WHY DID YOU MOVE FROM -- NOW, IS THE NARCOTIC POSITION, IS

10  THAT CONSIDERED TASK FORCE, OR IS THAT SOMETHING SEPARATE?

11  A   IT'S KIND OF SEPARATE.  MORE IT'S INVESTIGATIONS RATHER THAN

12  STREET LEVEL WORK.

13  Q   AND YOU MOVED FROM THAT TO THE PLATOON RIGHT BEFORE THE

14  STORM?

15  A   YES, MA'AM.

16  Q   NOW, AS THE STORM WAS COMING IN, DID YOU MAKE ANY

17  ARRANGEMENTS FOR YOUR FAMILY?

18  A   MY WIFE DECIDED TO TAKE THE KIDS AND EVACUATE TO HOUSTON.

19  Q   WHO ALL DID YOU LIVE WITH AT THE TIME?

20  A   MY WIFE AND MY FOUR KIDS.

21  Q   HOW OLD ARE YOUR FOUR KIDS NOW?

22  A   NOW?

23  Q   OR HOW OLD WERE THEY THEN?

24  A   APPROXIMATELY EIGHT, SEVEN, ONE YEAR OLD AND AN INFANT.

25  Q   THAT'S HOW OLD THEY WERE AT THE TIME OF THE STORM?

```
 1    A    YES, MA'AM.

 2    Q    SO YOU SAID YOUR FAMILY EVALUATED, YOUR WIFE AND YOUR KIDS?

 3    A    YES, MA'AM.

 4    Q    WHERE DID THEY GO?

 5    A    HOUSTON.

 6    Q    DID YOU EVACUATE WITH THEM?

 7    A    NO, MA'AM.

 8    Q    WHY NOT?

 9    A    I WAS REQUIRED BY THE DEPARTMENT TO REPORT FOR HURRICANE

10    DUTY.

11    Q    CAN YOU TALK TO US A LITTLE BIT ABOUT THE PREPARATIONS THAT

12    NOPD AND IN PARTICULAR THE SEVENTH DISTRICT MADE BEFORE THE

13    STORM.

14    A    WE WERE REQUIRED TO REPORT FOR DUTY.  MY SHIFT WAS -- STARTED

15    BEFORE THE STORM MADE LANDFALL ON SUNDAY.  SUNDAY AFTERNOON,

16    MAYBE.  I DON'T REMEMBER THE EXACT REPORTING TIME.

17    Q    WHERE DID YOU REPORT?

18    A    THE SEVENTH DISTRICT STATION ON REED BOULEVARD.

19    Q    THEN WHAT DID YOU GUYS DO?

20    A    WE PATROLLED THROUGHOUT THE NIGHT.  AND, AT SOME POINT, WHEN

21    THE WEATHER BECAME SEVERE ENOUGH, THERE WAS A LEVEL -- I DON'T

22    REMEMBER WHAT IT WAS -- THAT THE SUPERVISE DETERMINED THAT ALL

23    PERSONNEL TO BE OFF THE STREET AND GO TO THE DESIGNATED METHODIST

24    HOSPITAL AS THE SHELTER FOR THE SEVENTH DISTRICT.

25    Q    SO IS THAT WHERE YOU WENT WHEN THE STORM GOT BAD?
```

1    A    YES, MA'AM.

2    Q    DID YOU END UP GETTING STUCK AT THE HOSPITAL THERE?

3    A    YES, MA'AM.  THE NEXT MORNING, MONDAY MORNING, NEW ORLEANS

4    EAST FLOODED.  AND IT FLOOD OUT THE HOSPITAL AND WE WERE STRANDED

5    THERE.

6    Q    HOW LONG -- WHEN YOU SAY WE, WHO ARE YOU TALKING ABOUT?

7    A    THE VAST MAJORITY OF THE SEVENTH DISTRICT PERSONNEL, ALONG

8    WITH PATIENTS AND DOCTORS AT THE HOSPITAL.

9    Q    HOW LONG WERE YOU ALL STUCK AT METHODIST HOSPITAL?

10   A    WE WERE THERE ALTOGETHER TWO NIGHTS AND ONE DAY.

11   Q    HOW DID YOU GET OUT?

12   A    SOME CIVILIANS AND POLICE OFFICERS ARRIVED IN BOATS.  I GOT

13   ON THE BOAT WITH SOME CIVILIANS, AND THEY BROUGHT US TO THE CHEF

14   AND REED WHERE IT WASN'T FLOODED.

15   Q    WHEN YOU SAY CHEF AND REED, THAT'S THE INTERSECTION OF REED

16   BOULEVARD AND CHEF MENTEUR HIGHWAY?

17   A    YES.

18   Q    WHAT DID YOU GUYS DO WHEN YOU GOT TO DRY GROUND THERE?

19   A    WHEN I GOT THERE, SOME OFFICERS THAT PROCEEDED ME GAINED

20   ENTRY TO A RECEPTION HALL AT THE CRYSTAL PALACE AT THAT

21   INTERSECTION, AND WE BEGAN TO USE THAT AS A SHELTER.

22   Q    AND DID YOU ALSO SET UP SORT OF A HEADQUARTERS THERE AT THE

23   CRYSTAL PALACE?

24   A    YEAH.  THAT WAS DONE IN THE DAYS FOLLOWING.  INITIALLY, IT

25   WAS GOING TO BE A SHELTER.  AND THEN, IN THE DAYS FOLLOWING, IT

1    KIND OF BECAME A SUBSTATION.

2    Q    ONCE IT BECAME A SUBSTATION, DID YOU ALL FIND SOMEWHERE ELSE

3    TO SLEEP, TO USE AS SHELTER?

4    A    YES.  DURING OUR TRAVELS DURING THE DAYS AFTER THAT, WE

5    DISCOVERED THAT A NEW ORLEANS FIRE DEPARTMENT HAD TAKEN REFUGE AT

6    -- I DON'T KNOW THE NAME OF THE POLICE -- IT'S A SENIOR CITIZEN

7    HOME AT WOODLAND AND GENERAL DEGAULLE IN ALGIERS.

8    Q    SO YOU ALL STARTED SLEEPING THERE, AND WORKING OUT OF THE

9    CRYSTAL PALACE?

10   A    YES, MA'AM.

11   Q    FOCUSING ON THE DAYS AFTER THE STORM, BUT BEFORE THE

12   SHOOTING, DID YOU ALL FALL IN TO ANY SORT OF ROUTINE?

13   A    YES.  DURING THE DAY, WE WOULD TRY TO -- WE NOTICED THAT

14   CIVILIANS THAT WERE FLOODED OUT OF THEIR HOMES WERE AMASSING ON

15   CHEF HIGHWAY, AT DIFFERENT MAJOR INTERSECTIONS.  AND WE WERE MADE

16   A POINT TO SHUTTLE THEM FROM NEW ORLEANS EAST TO WHAT WE THOUGHT

17   WAS AN EVACUATION POINT AT THE CONVENTION CENTER.

18   Q    HOW WERE YOU GUYS IN THE SEVENTH DISTRICT GETTING AROUND

19   AFTER THE STORM?

20   A    WE DIDN'T HAVE ANY POLICE CARS.  WE WERE PROCURING VEHICLES

21   AS WE COULD.

22   Q    HOW WERE YOU PROCURING THEM?

23   A    IF WE FOUND A VEHICLE THAT WE COULD GET STARTED, WE PRETTY

24   MUCH USED IT.

25   Q    WHAT VEHICLE OR VEHICLES WERE YOU USING TO GET AROUND?

1   A   DURING THE FIRST DAY AT CHEF AND REED, THERE'S A HARDWARE

2   STORE NEXT TO THE WINN-DIXIE, AND THE HARDWARE STORE WAS IN THE

3   PROCESS OF ACTUALLY BEING LOOTED.  AND I WENT INSIDE AND I

4   DISCOVERED THAT THEY RENTED BUDGET TRUCKS, AND I NOTICED SOME

5   TRUCKS OUTSIDE.  I FOUND A SET -- COUPLE SETS OF KEYS.  SO I TOOK

6   THEM OUT THERE TO SEE IF THEY WORKED FOR THE TRUCKS.  AND THEY

7   DID.  AND WE ACQUIRED THOSE TWO VEHICLES.

8   Q   SO THE SEVENTH DISTRICT WAS USING BOTH OF THOSE TRUCKS?

9   A   YES.

10  Q   DID YOU KEEP THE KEYS TO ONE OF THE TRUCKS?

11  A   NOT AT FIRST.  I HAD TO TURN THEM OVER TO THE SUPERVISOR WHEN

12  I WENT DRIVING IT.  BUT THEN EVENTUALLY THEY TRUSTED ME TO HOLD

13  ON TO THEM.

14  Q   SO, WHEN YOU SAID YOU FELL INTO A ROUTINE WHERE YOU WERE

15  SHUTTLING PEOPLE BACK AND FORTH TO THE CONVENTION CENTER, WHAT

16  WERE YOU SHUTTLING PEOPLE IN?

17  A   THE BUDGET TRUCK.

18  Q   WHO WERE YOU TALKING ABOUT WHEN YOU SAY WE?

19  A   INITIALLY, IT WAS SERGEANT GAYDOSH AND I AND A COUPLE OF

20  OTHER OFFICERS THAT WOULD RIDE IN THE BACK WITH THE CIVILIANS.

21  AND THEN AT SOME POINT THE CREW CHANGED TO SERGEANT BOWEN AND A

22  DIFFERENT SET OF OFFICERS.

23  Q   AND THIS NEW SET OF OFFICERS WHO CAME ALONG WITH SERGEANT

24  BOWEN, WERE THEY MOSTLY PLATOON OR TASK FORCE OR WAS IT A MIX?

25  A   MOSTLY TASK FORCE.  THERE MIGHT HAVE BEEN ONE OR TWO PLATOON

1   PERSONNEL, I DON'T REMEMBER.

2   Q   DURING THOSE DAYS WHEN YOU FELL INTO THIS ROUTINE YOU'RE

3   TALKING ABOUT, WHAT WERE COMMUNICATIONS LIKE FOR YOU ALL?

4   A   WELL, THE -- WHEN THE CITY FLOODED, I WAITED OUT IN THE

5   PARKING LOT AT THE METHODIST HOSPITAL, AND I THINK I HAD MY RADIO

6   ATTACHED TO MY GUN BELT, AND THE SALTWATER RUINED MY RADIO.  SO I

7   HAD NO MEANS OF COMMUNICATION WITH ANYONE.  MY CELLPHONE WAS IN

8   MY POCKET AT THE SAME TIME.

9   Q   DID OTHER PEOPLE HAVE WORKING RADIOS?

10  A   YES.

11  Q   WERE THEY WORKING LIKE THEY DO IN NORMAL TIMES?

12  A   NO.  THEY WERE USING SOME ALTERNATE CHANNELS THAT YOU USE

13  WHEN THE MAIN NETWORK GOES DOWN.

14  Q   ALL RIGHT, MR. HUNTER, I WANT TO TAKE YOU TO SEPTEMBER 4TH,

15  THE DAY OF THE SHOOTING.

16  A   YES, MA'AM.

17  Q   CAN YOU TELL US WHAT YOU WERE DOING THAT MORNING BEFORE THE

18  SHOOTING.

19  A   I WAS INSIDE THE CRYSTAL PALACE.

20  Q   WHAT WERE YOU DOING?

21  A   JUST SITTING AROUND.

22  Q   WHAT HAPPENED?

23  A   SERGEANT BOWEN CAME INSIDE, CAME RUNNING INSIDE, AND SAID

24  THERE WAS A 108 AND CHEF AND DOWNMAN.

25  Q   WHAT'S A 108?

1    A    THAT'S A POLICE DISTRESS CALL FOR OFFICER'S LIFE'S IN DANGER.

2    Q    WHERE IS THAT INTERSECTION, CHEF AND DOWNMAN?

3    A    ABOUT -- IT'S A FEW MILES WEST OF THE CRYSTAL PALACE.

4    Q    WHERE IS IT IN RELATION TO THE DANZIGER BRIDGE?

5    A    IMMEDIATELY ADJACENT, IMMEDIATELY EAST OF THE DANZIGER

6    BRIDGE.

7    Q    ALL RIGHT.  SO WHAT HAPPENED WHEN BOWEN RAN IN AND SAID THERE

8    WAS A 108?

9    A    WE ALL JUMPED UP AND RAN TO THE BUDGET TRUCK.

10   Q    WHO ALL RAN TO THE BUDGET TRUCK?

11   A    THERE WAS A LARGE GROUP OF OFFICERS THAT WERE RUNNING WITH

12   ME.  I WAS SLIGHTLY AHEAD OF THEM, AND I GOT IN THE DRIVER'S

13   SEAT.  I WASN'T SURE WHO GOT IN THE BACK OF THE TRUCK.

14   Q    DID ANYBODY ELSE GET IN THE DRIVER'S SEAT WITH YOU?  I'M

15   SORRY.  DID ANYBODY ELSE GET UP FRONT WITH YOU?

16   A    YEAH.  SERGEANT BOWEN DID.

17   Q    WHERE WAS HE SITTING?

18   A    IN THE PASSENGER'S SEAT OF THE CAB.

19   Q    WAS IT JUST THE TWO OF YOU IN THE CAB UP THERE?

20   A    YES, MA'AM.

21   Q    DID YOU KNOW HOW MANY OFFICERS HAD GOTTEN IN THE BACK?

22   A    NOT AT THAT TIME.

23   Q    WHAT WERE YOU ARMED WITH THAT DAY?

24   A    I HAD MY DEPARTMENT-ISSUED GLOCK 22.

25   Q    THAT'S A HANDGUN?

1   A   YES, MA'AM.

2           AND AN AK-47 THAT I PERSONALLY OWNED.

3   Q   THAT AK-47, WAS THAT A REGULARLY ISSUED NOPD GUN?

4   A   NO, MA'AM.

5   Q   THAT'S JUST A PRIVATE WEAPON?

6   A   YES, MA'AM.

7   Q   WHERE WAS THAT?

8   A   I HAD IT, WHEN WE WERE DRIVING AROUND, I WOULD PUT IT -- AND

9   THERE'S A SMALL SPLIT BETWEEN THE DRIVER'S SEAT AND THE SEAT NEXT

10  TO ME, WHERE THE WEAPON -- I COULD WEDGE IT IN THERE AND IT

11  WOULDN'T MOVE AROUND WHILE WE WERE DRIVING.

12  Q   DO YOU REMEMBER THAT MORNING, DID YOU HAVE THE AK-47 IN YOUR

13  HAND WHEN BOWEN CAME IN, OR WAS IT ALREADY IN THE TRUCK?

14  A   NO.  I NEVER LEFT IT IN THE TRUCK IF I WASN'T IN THE TRUCK.

15  I ALWAYS HAD IT ON MY POSSESSION.

16  Q   SO, WHEN YOU WENT AND GOT IN THE TRUCK THAT MORNING, WHAT DID

17  YOU DO WITH THE AK-47?

18  A   PUT IT IN THE SAME PLACE THAT I ALWAYS DO.

19  Q   WHAT AN IS AK-47?

20  A   IT'S A MILITARY STYLE ASSAULT RIFLE.

21  Q   HOW LONG IS IT?

22  A   ABOUT 30 INCHES, ROUGHLY.

23  Q   SO IT'S NOT A HANDGUN?

24  A   NO.

25  Q   SO YOU SAID YOU PUT THAT IN BETWEEN THE SEATS.

1    A    YES, MA'AM.

2    Q    WHAT WAS DEFENDANT BOWEN ARMED WITH?

3    A    HIS DEPARTMENT-ISSUED GLOCK.

4    Q    WHEN YOU GOT IN THE TRUCK THERE, DID YOU JUST HEAD UP CHEF

5    TOWARD THAT INTERSECTION, CHEF AND DOWNMAN?

6    A    YES, MA'AM.

7    Q    DID YOU HAVE ANY CONVERSATION WITH DEFENDANT BOWEN ALONG THE

8    WAY?

9    A    WE WEREN'T REALLY TALKING MUCH.  WE WERE TRYING TO LISTEN TO

10   THE RADIO.  I COULDN'T HEAR IT THAT GOOD.  BUT ABOUT I GUESS HALF

11   WAY THERE, SOMEWHERE ALONG THE WAY, BOWEN ASKED TO TAKE

12   POSSESSION OF THE RIFLE SINCE I WAS DRIVING.

13   Q    WHAT DID YOU SAY TO HIM?

14   A    I HESITATED, BUT THEN I RELENTED.

15   Q    WHY DID YOU HESITATE?

16   A    IT'S JUST IT'S A POWERFUL WEAPON AND I WANTED TO KEEP IT IN

17   MY POSSESSION.

18   Q    DO YOU REMEMBER THE LOOK ON BOWEN'S FACE WHEN HE ASKED YOU

19   FOR THE RIFLE?

20   A    HE WAS SERIOUS.

21   Q    WHAT DO YOU MEAN BY SERIOUS?

22   A    HE HAD A SERIOUS LOOK ON HIS FACE.

23   Q    SO WHAT HAPPENED AS YOU DROVE TOWARD THE DANZIGER BRIDGE?

24   A    JUST BEFORE WE GOT THERE, JUST BEFORE WE GOT TO THE

25   INTERSECTION, I GUESS ABOUT A BLOCK AHEAD OF IT, I REMEMBER

1   ASKING OUT LOUD:  WHERE ARE THEY?

2   Q    WHAT DID YOU MEAN BY THAT?

3   A    I DIDN'T HAVE A CLEAR UNDERSTANDING OF WHO WE WERE LOOKING

4   FOR.  AND THERE WAS A GROUP OF PEOPLE ON THE BRIDGE AHEAD OF US,

5   AND I GLANCED AROUND, AND I DIDN'T SEE ANYBODY ELSE.  AND I JUST

6   ASKED OUT LOUD:  WHERE ARE THEY?

7   Q    ALL RIGHT.  TELL ME ABOUT THE GROUP OF PEOPLE THAT YOU SAW ON

8   THE BRIDGE, WHAT WERE THEY DOING?

9   A    THEY WERE WALKING WESTBOUND ON THE BRIDGE.

10  Q    YOU SAID THAT YOU WERE -- YOU HAD NOT YET GOTTEN TO THAT CHEF

11  AND DOWNMAN INTERSECTION?

12  A    NO.  WE WERE PROBABLY ABOUT A BLOCK BEFORE.

13  Q    IS THERE A BUSINESS NEAR WHERE YOU WERE?

14  A    THERE'S SEVERAL, BUT WE WERE PASSING IN FRONT OF THE BANNER

15  CHEVROLET DEALERSHIP AT THAT LOCATION.

16  Q    SO THAT DEALERSHIP IS TO THE WEST OF CHEF AND DOWNMAN?

17  A    YES.  NO, NO.  IT'S EAST.  IT'S EAST.

18  Q    SO IT IS.  THANK YOU.

19              ALL RIGHT.  SO YOU'RE TO THE EAST OF CHEF AND

20  DOWNMAN.  AND, THE PEOPLE THAT YOU SEE WALKING ON THE BRIDGE,

21  WHERE ARE THEY?

22  A    THEY'RE ON THE BRIDGE, WALKING WESTBOUND.

23  Q    CAN YOU ESTIMATE IN FOOTBALL FIELDS HOW FAR AWAY THEY WERE

24  WHEN YOU FIRST SAW THEM.  OR IN BLOCKS.

25  A    WHEN I FIRST SAW THEM, THEY WERE SEVERAL HUNDRED YARDS AWAY.

```
1    MAYBE 60 OR 70 YARDS WEST OF THE INTERSECTION.

2    Q    AND WHAT WERE THEY DOING WHEN YOU SAW THEM?

3    A    WALKING.

4    Q    DID YOU SEE ANY WEAPONS?

5    A    NO, MA'AM.

6    Q    DID YOU SEE ANY THREAT FROM THEM?

7    A    NO.

8    Q    AND YOU SAID YOU THOUGHT OUT LOUD:  WHERE ARE THEY?

9    A    YES.

10   Q    MEANING, WHERE ARE THE PEOPLE WE'RE LOOKING FOR?

11   A    YES.

12   Q    WHAT DID YOU DO NEXT?

13   A    THERE WAS A RADIO CALL THAT CAME OVER THE RADIO THAT SAID

14   THAT:  THAT'S THEM RIGHT THERE, RIGHT THERE, RIGHT THERE.

15   Q    MAN OR WOMAN ON THE RADIO, YOU REMEMBER?

16   A    IT WAS A FEMALE.

17   Q    DID YOU KNOW WHO YOU WERE TALKING TO, WHO THAT WAS ON THE

18   RADIO?

19   A    I HAD NO IDEA.

20   Q    DID YOU KNOW WHERE SHE WAS?

21   A    NO.

22   Q    WHAT DID YOU DO?

23   A    AUTOMATICALLY ASSUMED THE PEOPLE IN FRONT OF US WERE THE

24   PEOPLE THEY WERE TALKING TO -- TALKING ABOUT ON THE RADIO.

25   Q    AND, WHEN YOU SAY THE PEOPLE YOU WERE LOOKING FOR, WHAT DID
```

1   YOU THINK THE PEOPLE YOU WERE LOOKING FOR HAD DONE?

2   A   SHOT AT POLICE OFFICERS.

3   Q   I'M SORRY, I COULDN'T HEAR.

4   A   SHOT AT POLICE OFFICERS.

5   Q   SO YOU ASSUMED THAT THESE WERE THE PEOPLE WHO HAD SHOT AT

6   POLICE OFFICERS?

7   A   YES, MA'AM.

8   Q   WHAT DID YOU DO?

9   A   I DREW MY SERVICE WEAPON, MY GLOCK, AND I HELD IT IN MY LEFT

10  HAND.  I PUT IT OUT THE WINDOW OF TRUCK AND I STARTED FIRING SOME

11  ROUNDS IN THE AIR TO SCARE THE PEOPLE AS WE WERE APPROACHING

12  THEM.

13  Q   WAS THIS WHILE YOU WERE STILL DRIVING?

14  A   YES.

15  Q   SO YOU WERE DRIVING WITH YOUR RIGHT HAND?

16  A   YES.

17  Q   NORMALLY, DO YOU SHOOT WITH YOUR RIGHT AND YOUR LEFT HAND?

18  A   MY RIGHT HAND.

19  Q   BUT YOU WERE SHOOTING WITH YOUR LEFT HAND OUT THE WINDOW?

20  A   YES.

21  Q   AS WERE YOU SHOOTING OUT THE WINDOW, WHERE WAS YOUR FOCUS?

22  A   ON THE PEOPLE IN FRONT OF ME.

23  Q   WHAT DID THEY DO?

24  A   THEY BEGAN TO SCATTER.

25  Q   DID YOU CONTINUE TO DRIVE TOWARD THEM?

1   A   YES.

2   Q   WHAT DID THEY DO AS YOU CONTINUED TO DRIVE?

3   A   ONE -- SOME OF THE PEOPLE RAN TOWARDS THE CONCRETE BARRIER

4   THAT SEPARATES THE SIDEWALK.   THERE'S A SIDEWALK, A PEDESTRIAN

5   WALKWAY ON THE BRIDGE AND THE ROADWAY.   AND THEN SOME OF THE

6   PEOPLE RAN.   THEY STAYED IN THE ROADWAY AND THEY RAN WESTBOUND ON

7   THE BRIDGE.

8   Q   NOW, AS YOU WERE DRIVING UP TO THE BRIDGE THAT DAY, YOU WERE

9   RESPONDING TO THE 108; RIGHT?

10  A   YES, MA'AM.

11  Q   WERE YOU RELAXED, OR WERE YOU ON HIGH ALERT?

12  A   I WAS -- IT WAS VERY INTENSE.

13  Q   VERY WHAT?

14  A   INTENSE.

15  Q   AND WHAT WERE YOU VERY INTENSE, WHAT WERE YOU LOOKING FOR?

16  A   THE PEOPLE THAT SHOT AT THE OFFICERS.

17  Q   AND WERE YOU ALERT TO ANY THREAT AROUND YOU?

18  A   YES, MA'AM.   AND I WAS FOCUSED INTENTLY ON THESE PEOPLE

19  BECAUSE --

20  Q   SO, AS YOU'RE DRIVING TOWARD THEM, YOU SAID ONE GROUP OF

21  PEOPLE STARTED TO GO OVER A CONCRETE BARRIER; RIGHT?

22  A   YES, MA'AM.

23  Q   DID YOU SEE ANY OF THEM WITH A WEAPON?

24  A   NO, MA'AM.

25  Q   DID ANY OF THEM THREATEN YOU IN ANY WAY?

1    A    NO, MA'AM.  THEY WERE RUNNING.

2    Q    DID ANY OF THEM TURN TOWARD THE TRUCK?

3    A    I DIDN'T SEE ANYBODY DO THAT.

4    Q    YOU SAID THERE WERE OTHER PEOPLE WHO WERE RUNNING UP THE

5    BRIDGE; IS THAT RIGHT?

6    A    YES, MA'AM.

7    Q    DID YOU SEE OF ANY THEM WITH A WEAPON?

8    A    NO, MA'AM.

9    Q    DID YOU SEE THEM TURN TOWARD THE TRUCK?

10   A    NO, MA'AM.

11   Q    DID YOU SEE THEM THREATEN YOU IN ANY WAY?

12   A    NO, MA'AM.

13   Q    TELL US WHAT HAPPENED.

14   A    AS THE TRUCK CAME TO A STOP, THE PEOPLE HAD MADE IT OVER THE

15   CONCRETE BARRIER, AND THE OTHER GROUP WAS STILL RUNNING WESTBOUND

16   ON THE BRIDGE.  AS I WAS EXITING THE TRUCK, I SAW SERGEANT BOWEN

17   FIRED AN AK-47 FROM THE CAB OF THE TRUCK AT THE CONCRETE BARRIER.

18   Q    HOW HIGH IS THAT, THE CAB OF THAT TRUCK?

19   A    IT'S -- THE FLOOR IS PROBABLY FIVE FEET OFF THE GROUND.

20   Q    SO WE'RE NOT TALKING LIKE A REGULAR PICKUP OR SOMETHING?

21   A    NO, NO.  IT'S A VERY BIG TRUCK.

22   Q    WHAT DID YOU SEE DEFENDANT BOWEN DOING?

23   A    THIS GENTLEMAN STUCK HIS HEAD UP FROM BEHIND THE CONCRETE

24   BARRIER.  I GUESS HE WAS LOOKING AROUND TO SEE WHAT WAS GOING ON.

25   AND I SAW SERGEANT BOWEN FIRE AT HIM, AND I SAW SOME OF THE

1   ROUNDS HIT THE CONCRETE BARRIER.  AND THEN THE GUY DUCKED HIS

2   HEAD BACK DOWN.

3   Q   WHEN YOU STOPPED THE TRUCK, WHERE WAS IT IN RELATION TO WHERE

4   YOU HAD SEEN THE PEOPLE GO OVER THE BARRIER?

5   A   I'D SAY ABOUT LIKE 2 O'CLOCK FROM MY DRIVER'S SEAT.

6   Q   SO, FROM WHERE YOU WERE, THE PEOPLE WERE AT 2 O'CLOCK?

7   A   APPROXIMATELY, IF I'M IN THE DRIVER'S SEAT NOW, PROBABLY

8   ABOUT WHERE YOU ARE.  YOU KNOW, AT THAT ANGLE OF DIRECTION.

9           MS. BERNSTEIN:  OKAY.  SO, FOR THE RECORD, HE'S

10  INDICATING A BIT AHEAD AND TO THE RIGHT.

11  BY MS. BERNSTEIN:

12  Q   IS THAT RIGHT, MR. HUNTER?

13  A   YES, YES.

14  Q   SO YOU SAID, WHEN THE TRUCK STOPPED, YOU SAW -- YOU CALLED

15  HIM A GENTLEMAN -- POKE HIS HEAD UP OVER ON THE OTHER SIDE OF THE

16  BARRIER.  WHAT DID HE LOOK LIKE?

17  A   AN OLDER MAN.  BLACK MALE.

18  Q   DID HE THREATEN YOU IN ANY WAY?

19  A   I DIDN'T SEE ANY THREAT.

20  Q   WHAT DID DEFENDANT BOWEN DO?

21  A   HE FIRED THE RIFLE AT HIM.

22  Q   JUST ONCE?

23  A   HE FIRED SEVERAL ROUNDS.  I DON'T KNOW HOW MANY.

24  Q   DO YOU KNOW WHETHER HE HIT THE GUY?

25  A   I DON'T THINK SO, BECAUSE THE MAN DUCKED BACK DOWN BEHIND THE

1   WALL.

2   Q   WHAT HAPPENED NEXT?

3   A   I EXITED THE VEHICLE AND FOCUSED MY ATTENTION ON THE PEOPLE

4   RUNNING WESTBOUND.  AND I FIRED SOME MORE ROUNDS IN THEIR

5   DIRECTION.

6   Q   ONCE YOU CLIMBED DOWN FROM THE DRIVER'S SEAT, WHERE DID YOU

7   GO?

8   A   JUST AHEAD OF THE TRUCK ON THE DRIVER'S SIDE.

9   Q   NOW, AS YOU STOPPED THE TRUCK AND AS YOU GOT OUT, WERE YOU

10  FIRING YOUR GUN?

11  A   NOT UNTIL I GOT OUT, COMPLETELY OUT OF THE TRUCK.

12  Q   AND THEN YOU SAID YOU RAN UP IN FRONT OF THE TRUCK?

13  A   YES.

14  Q   WHERE WAS YOUR FOCUS AT THAT POINT?

15  A   THE PEOPLE RUNNING WESTBOUND.

16  Q   COULD YOU SEE AT THAT POINT ANY OF THE PEOPLE WHO HAD GONE

17  OVER THE BARRIER TO YOUR RIGHT?

18  A   NO.

19  Q   SO YOU'RE JUST FOCUSED UP AHEAD OF THE BRIDGE?

20  A   YES, MA'AM.

21  Q   WHAT DID YOU DO?

22  A   I FIRED SOME MORE ROUNDS AT THEM.

23  Q   WHAT GUN WERE YOU USING?

24  A   MY DEPARTMENT-ISSUED GLOCK.

25  Q   WHAT WERE THOSE PEOPLE DOING AS YOU WERE FIRING AT THEM?

```
 1    A    RUNNING AWAY.

 2    Q    DID YOU EVER SEE THEM WITH A WEAPON IN THEIR HANDS?

 3    A    NO, MA'AM.

 4    Q    AS YOU FIRED AT THEM, DID YOU EVER SEE THEM TURN TOWARD YOU?

 5    A    NO, MA'AM.

 6    Q    DID THEY SHOOT AT YOU?

 7    A    NO, MA'AM.

 8    Q    DID THEY POSE ANY THREAT AT ALL?

 9    A    NO, THEY DIDN'T.

10    Q    DID YOU YELL ANY WARNING BEFORE YOU STARTED SHOOTING AT THEM?

11    A    NO, I DIDN'T.

12    Q    I WANT TO GO BACK TO WHEN YOU WERE IN THE BACK OF THE TRUCK

13    -- I MEAN, IN THE FRONT OF THE TRUCK STILL, AND YOU SAID YOU

14    HEARD AND SAW DEFENDANT BOWEN START TO SHOOT INTO THE WALKWAY;

15    RIGHT?

16    A    YES, MA'AM.

17    Q    DID HE YELL ANY WARNING BEFORE HE FIRED?

18    A    I DIDN'T HEAR HIM SAY ANYTHING.

19    Q    HOW FAR AWAY FROM HIM WERE YOU AT THAT POINT?

20    A    ARM'S LENGTH.

21    Q    SO COULD YOU TOUCH THEM?

22    A    YES.

23    Q    YOU WERE TOGETHER IN THE CAB?

24    A    YES.

25    Q    YOU DIDN'T HEAR HIM YELL ANY WARNING?
```

1    A    NO, MA'AM.

2    Q    SO WHY WERE YOU SHOOTING AT PEOPLE WHO WERE RUNNING AWAY FROM

3    YOU, POSING NO THREAT?

4    A    WELL, MOSTLY BECAUSE I WASN'T THINKING STRAIGHT.  I WAS BEING

5    STUPID.  PART OF ME WAS ANGRY THAT I BELIEVED THESE PEOPLE HAD

6    SHOT AT POLICE OFFICERS AND I WAS ANGRY ABOUT IT.  THAT THEY HAD

7    THE AUDACITY TO SHOOT AT US DURING ALL THIS CHAOS IN THE CITY.

8    Q    WHAT THEN WAS THE PURPOSE OF SHOOTING AT THEM?

9    A    I WANTED TO SEND THEM A MESSAGE.

10   Q    WHAT WAS THE MESSAGE?

11   A    DON'T MESS WITH US.

12   Q    US BEING THE COPS?

13   A    YES.

14   Q    WERE YOU JUSTIFIED IN SHOOTING AT THEM?

15   A    NO, MA'AM.

16   Q    DO YOU HAVE ANY QUESTIONS ABOUT THAT?

17   A    NONE AT ALL.

18   Q    WHY WERE YOU NOT JUSTIFIED IN SHOOTING AT THEM?

19          MR. FLEMING:  JUDGE, I'M GOING TO OBJECT.  SHE'S ASKING

20   FOR A LEGAL CONCLUSION AT THIS POINT.

21          THE COURT:  I THINK THE QUESTION CALLS FOR HIM TO ANSWER

22   BASED ON HIS APPRECIATION OF THE CIRCUMSTANCES.  I DON'T THINK

23   IT'S AN UNFAIR QUESTION.  I'LL ALLOW HIM TO ANSWER.

24          THE WITNESS:  CAN YOU REPEAT THE QUESTION, PLEASE?

25   BY MS. BERNSTEIN:

1    Q    DO YOU HAVE ANY QUESTIONS ABOUT WHETHER YOUR SHOOTING WAS

2    UNJUSTIFIED?

3    A    NO.

4    Q    WHY WAS IT UNJUSTIFIED?

5    A    IT GOES AGAINST THE RULES -- THE RULES CONCERNING DEADLY

6    FORCE.

7    Q    WHEN ARE YOU ALLOWED TO USE DEADLY FORCE?

8    A    TO PROTECT MY LIFE OR SOMEONE ELSE'S OR TO PREVENT GREAT

9    BODILY HARM.

10   Q    ARE YOU ALLOWED TO USE DEADLY FORCE TO SEND A MESSAGE?

11   A    NO.

12   Q    EVER?

13   A    NEVER.

14   Q    WHAT HAPPENED AS YOU FIRED AT THESE FOLKS WHO WERE RUNNING

15   AWAY?

16   A    THEY CONTINUED TO RUN.

17   Q    WAS ANYBODY ELSE NEAR YOU WHEN YOU WERE UP IN FRONT OF THE

18   TRUCK FIRING?

19   A    YES.  SERGEANT GISEVIUS WAS THERE.

20   Q    DO YOU KNOW WHERE HE HAD COME FROM?

21   A    THE REAR OF THE TRUCK.  THE BACK OF THE TRUCK.

22   Q    HOW FAR AWAY FROM YOU WAS SERGEANT GISEVIUS?

23   A    PRETTY CLOSE.  A LITTLE MORE THAN ARM'S LENGTH, I GUESS.

24   Q    AS YOU STOOD THERE SHOOTING AT THE PEOPLE RUNNING AWAY, WHAT

25   WAS DEFENDANT GISEVIUS DOING?

1    A    HE WAS FIRING SOME ROUNDS AT THEM AS WELL.

2    Q    WAS HE FIRING HIS HANDGUN LIKE YOU WERE?

3    A    NO.

4    Q    WHAT KIND OF GUN DID HE HAVE?

5    A    HE HAD AN M-4 TYPE ASSAULT RIFLE.

6    Q    WHAT'S AN M-4?

7    A    IT'S A MILITARY ASSAULT RIFLE SIMILAR TO AN M-16.

8    Q    YOU MENTIONED BEFORE THAT AN AK-47 IS A MILITARY STYLE

9    ASSAULT RIFLE AS WELL.  DO YOU KNOW WHETHER THEY FIRED THE SAME

10   KIND OF AMMUNITION?

11   A    NO.  THEY FIRE TWO DIFFERENT TYPES OF ROUNDS.

12   Q    WHAT DOES AN AK-47 FIRE?

13   A    A 7.62 BY 39.

14   Q    THAT'S THE NAME OF THE AMMUNITION?

15   A    YEP.  IT'S A 7.62 MILLIMETER BY 39.

16   Q    HOW ABOUT THE M-4 THE DEFENDANT GISEVIUS WAS FIRING?

17   A    IT'S A 5.56 MILLIMETER ROUND.

18   Q    SO HE WAS STANDING NEXT TO YOU IN FRONT OF TRUCK, AND WHAT

19   WAS HE DOING WITH THAT M-4?

20   A    HE WAS FIRING IT IN THE DIRECTION OF THE PEOPLE THAT WERE

21   RUNNING AWAY.

22   Q    THE SAME ONES YOU WERE FIRING AT?

23   A    YES, MA'AM.

24   Q    DID YOU SEE THOSE PEOPLE TURN TOWARD DEFENDANT GISEVIUS?

25   A    NO.

1   Q    DID YOU SEE THEM THREATEN HIM IN ANY WAY?

2   A    I DIDN'T SEE A THREAT.

3   Q    WHAT HAPPENED NEXT?

4   A    I MOVED FROM MY POSITION IN FRONT OF THE TRUCK TO ACROSS THE

5   FRONT OF THE TRUCK TO THE PASSENGER'S SIDE OF THE VEHICLE TO

6   CHECK ON SERGEANT BOWEN.

7   Q    WHY WERE YOU MOVING -- TO CHECK ON SERGEANT BOWEN, YOU SAID?

8   A    YES.

9   Q    NOW, WHEN YOU STOPPED FIRING UP THE BRIDGE, COULD YOU TELL

10  WHETHER THERE WAS FIRING COMING FROM ANYWHERE ELSE?

11  A    I HEARD GUNFIRE COMING FROM THE OTHER SIDE OF THE TRUCK.

12  Q    MEANING, THE PASSENGER'S SIDE?

13  A    YES, MA'AM.

14  Q    FROM WHERE YOU WERE IN FRONT OF THE TRUCK, COULD YOU SEE WHAT

15  WAS GOING ON ON THE PASSENGER'S SIDE?

16  A    NO, MA'AM.

17  Q    LET ME ASK YOU THIS.  AS YOU AND DEFENDANT GISEVIUS WERE IN

18  FRONT OF THE TRUCK SHOOTING UP THE BRIDGE, DID EITHER OF YOU TAKE

19  ANY COVER?

20  A    I DIDN'T TAKE COVER.  AND I DIDN'T SEE HIM ATTEMPT TO TAKE

21  COVER.

22  Q    SO YOU SAID THAT YOU STARTED TO GO OVER TO THE PASSENGER'S

23  SIDE TO CHECK ON DEFENDANT BOWEN.

24  A    YES, MA'AM.

25  Q    WHAT DID YOU DO?

1    A    WHEN I GOT TO THE FRONT RIGHT CORNER OF THE TRUCK, AND I

2    PEERED AROUND THE CORNER, AND I SAW SERGEANT BOWEN AND

3    APPROXIMATELY THREE OTHER OFFICERS LINED UP NEAR THE CONCRETE

4    ROADWAY.  AND I SHOUTED FOR THEM TO CEASE FIRE.

5    Q    OKAY.  AND THIS THE AREA YOU'RE TALKING NOW ON THE PASSENGER

6    SIDE OF THE TRUCK BETWEEN THE TRUCK AND THE CONCRETE BARRIER?

7    A    YES, MA'AM.

8    Q    ALL RIGHT.  AND YOU SAID YOU SAW DEFENDANT BOWEN AND

9    APPROXIMATELY THREE OTHER OFFICERS.  ARE YOU POSITIVE ABOUT HOW

10   MANY OFFICERS YOU SAW?

11   A    YES.

12   Q    SO YOU SAW BOWEN AND WHO ELSE?

13   A    I DON'T KNOW -- BOWEN WAS FIRST.  I DON'T KNOW THE ORDER OF

14   THE NEXT THREE.  BUT IT WAS OFFICER FAULCON, OFFICER VILLAVASO

15   AND OFFICER BARRIOS.

16   Q    HOW WERE THEY SITUATED IN THAT AREA?

17   A    THEY WERE IN A LINE PARALLEL TO THE CONCRETE BARRIER.

18   Q    WHAT WERE THEY DOING AS YOU CAME AROUND THE FRONT CORNER OF

19   THE TRUCK?

20   A    SERGEANT BOWEN AND ONE OR TWO OR THE OTHER OFFICERS WERE

21   FIRING IN THE DIRECTION OF THE SIDEWALK.

22   Q    WHAT KIND OF GUNS WERE THEY FIRING?

23   A    THEY HAD A VARIETY OF WEAPONS.  SHOTGUNS.  THERE WERE TWO

24   SHOTGUNS AND TWO AK-47S.

25   Q    SO THEY WERE ALL LONG GUNS?

```
1    A    YES.

2    Q    WHERE WERE THOSE GUNS POINTED AS YOU CAME AROUND THE FRONT?

3    A    IN THE DIRECTION OF THE SIDEWALK.

4    Q    AND YOU SAID THAT BOWEN AND SOME OTHERS WERE SHOOTING?

5    A    AT LEAST ONE OTHER, I'M NOT SURE HOW MANY.

6    Q    WHAT DID YOU DO -- FIRST, LET ME, WHEN YOU SAW THEM SHOOTING,

7    COULD YOU SEE WHAT THEY WERE SHOOTING AT?

8    A    NO.

9    Q    COULD YOU HEAR SHOOTING?

10   A    I COULD HEAR THEM.

11   Q    DID YOU HEAR ANY SHOOTING COMING BACK AT THEM?

12   A    NO.

13   Q    DID YOU PERCEIVE ANY THREAT TO THEM?

14   A    NO.  NO.

15   Q    WHAT DID YOU DO?

16   A    I SHOUTED FOR THEM TO CEASE FIRE.

17   Q    DID YOU GIVE ANY SORT OF SIGNAL?

18   A    YEAH.  I MOTIONED LIKE THIS.

19        (WITNESS INDICATING.)

20   Q    SO, FOR THE RECORD, YOU'RE MOVING YOUR UPPER ARM UP AND DOWN;

21   IS THAT RIGHT?  YOUR FOREARM?

22   A    YES, MA'AM.

23   Q    WHAT DOES THAT SIGNAL THAT YOU'RE TALKING ABOUT WITH YOUR

24   FOREARM --

25   A    THAT'S SOMETHING I LEARNED FROM THE MARINE CORPS.  WHEN YOU
```

```
 1   WANT PEOPLE TO CEASE FIRE AND IT'S REAL LOUD, YOU USE A HAND

 2   MOTION RATHER THAN SHOUT CEASE FIRE, BECAUSE NOBODY WOULD BE ABLE

 3   TO HEAR YOU.

 4   Q    SO YOU DID BOTH?

 5   A    YES.

 6   Q    WHAT HAPPENED WHEN YOU DID THAT, YOU YELLED CEASE FIRE?

 7   A    SHOOTING SUBSIDED.

 8   Q    STOPPED?

 9   A    YES.

10   Q    WHAT DID YOU DO WHEN THE SHOOTING STOPPED?

11   A    I RAN ALONG THE SIDE OF THE TRUCK TO THE END OF THE LINE

12   WHERE THE OFFICERS WERE.  AND I GOT TO THE CONCRETE BARRIER AND I

13   LOOKED OVER THE BARRIER TO SEE WHAT WAS GOING ON OVER THERE.

14   Q    WHAT DID YOU SEE WHEN YOU LOOKED OVER THE BARRIER?

15   A    I SAW SEVERAL PEOPLE LAYING ON THE SIDEWALK OF THE -- IN THE

16   SIDEWALK.

17   Q    WERE THEY JUST STRAIGHT DOWN WHERE YOU WERE LOOKING OVER THE

18   BARRIER?

19   A    NO.  THEY WERE AHEAD OF WHERE THE TRUCK WAS.

20   Q    SO, WHEN YOU LOOKED OVER THE BARRIER, WERE YOU HAVING TO LOOK

21   TO YOUR RIGHT OR YOUR LEFT TO SEE THEM?

22   A    I LOOKED TO MY LEFT.

23   Q    AND YOU SAID YOU SAW PEOPLE LYING THERE IN THE WALKWAY?

24   A    YES.

25   Q    WHAT WERE THEY DOING?
```

1    A    JUST LYING THERE.

2    Q    DID YOU SEE ANY WEAPONS?

3    A    NO.

4    Q    DID YOU SEE ANY THREAT?

5    A    NO, MA'AM.

6    Q    AT THAT POINT, DID YOU THINK IT WAS OVER?

7    A    YES.

8    Q    WAS IT ALL OVER?

9    A    NO.

10   Q    WHAT HAPPENED NEXT?

11   A    SERGEANT BOWEN LEANED OVER THE CONCRETE RAIL WITH AN AK-47

12   AND RANDOMLY FIRED A NUMBER OF ROUNDS IN THE DIRECTION OF THE

13   CIVILIANS.

14   Q    YOU SAID HE LEANED OVER THE BARRIER.

15   A    YES, MA'AM.

16   Q    WERE THE PEOPLE STRAIGHT DOWN FROM HIM, OR WERE THEY OFF TO

17   ONE SIDE?

18   A    THEY WERE TO HIS LEFT.

19   Q    SO UP THE BRIDGE?

20   A    YES.

21   Q    AND HE LEANED OVER THE BARRIER, AND WHAT DID HE DO WITH THE

22   AK-47?

23   A    HE FIRED IT INDISCRIMINATELY AT THE PEOPLE.

24   Q    HAVE YOU SEEN GOVERNMENT EXHIBIT 249, THIS -- I DON'T KNOWN

25   IF IT'S PLASTIC OR A RUBBER GUN?

1   A   YES.

2   Q   DOES THIS GUN LOOK, OTHER THAN IT BEING PINK, DOES IT LOOK

3   LIKE THE AK-47 THAT YOU ALL HAD OUT ON THE BRIDGE THAT DAY?

4   A   YES.

5   Q   WOULD THIS BE HELPFUL TO YOU IN DESCRIBING YOUR TESTIMONY,

6   DESCRIBING WHAT HAPPENED THAT DAY?

7   A   YES.

8       MS. BERNSTEIN:  YOUR HONOR, I'D LIKE TO OFFER AS A

9   DEMONSTRATIVE EXHIBIT 249.

10      THE COURT:  COUNSEL?

11      MR. DESALVO:  NO OBJECTION.

12      THE COURT:  DEMONSTRATIVE EXHIBIT, NOT TO GO INTO

13  EVIDENCE.  OTHERWISE, YES, YOU MAY APPROACH.

14      MS. BERNSTEIN:  THANK YOU, YOUR HONOR.

15  BY MS. BERNSTEIN:

16  Q   MR. HUNTER, CAN YOU STAND UP; AND, POINTING THE FAKE GUN THAT

17  IS NOT A REAL GUN, POINTING THAT GUN AT THE WALL, CAN YOU SHOW

18  THE JURY HOW YOU WOULD NORMALLY FIRE AN AK-47.

19  A   YES, MA'AM.

20      (WITNESS INDICATES.)

21  Q   SO, FOR THE RECORD, YOU HAVE THE GUN PROPPED UP INTO YOUR

22  SHOULDER THERE; CORRECT?

23  A   YES, MA'AM.

24  Q   USING THE BARRIER IN FRONT YOU, THE WOODEN BARRIER IN FRONT

25  OF YOU AS THE CONCRETE BARRIER, CAN YOU DEMONSTRATE HOW DEFENDANT

```
1    BOWEN WAS HOLDING THAT GUN WHEN HE SHOT UP THE BARRIER?

2    A   HE WAS IN THIS POSITION.

3            (WITNESS INDICATES.)

4    Q   AND WHAT WAS HE DOING?

5    A   JUST FIRING IT INDISCRIMINATELY.

6    Q   CAN YOU SHOW US?

7    A   JUST FIRING TOWARDS THE PEOPLE THAT WERE LAYING ON THE

8    SIDEWALK.

9    Q   NOW, WHEN YOU SAW THOSE -- YOU CAN SIT DOWN.  THANK YOU.

10           BEFORE DEFENDANT BOWEN STARTED FIRING, WHEN YOU

11   LOOKED OVER THE BARRIER AND SAW THE PEOPLE, DID YOU HAVE YOUR GUN

12   IN YOUR HAND STILL?

13   A   YES.

14   Q   DID YOU SHOOT THOSE PEOPLE?

15   A   NO.

16   Q   WHY NOT?

17   A   I DIDN'T PERCEIVE A THREAT.

18   Q   WHEN DEFENDANT BOWEN STARTED SHOOTING, DID YOU JOIN IN AND

19   SHOOT?

20   A   NO.

21   Q   WHY NOT?

22   A   BECAUSE THERE WAS NO THREAT.

23   Q   WHAT WAS YOUR REACTION WHEN YOU SAW HIM SHOOTING?

24   A   I WAS SHOCKED.

25   Q   FROM WHERE YOU WERE BEHIND DEFENDANT BOWEN ON THE SIDE, THE
```

1    PASSENGER'S SIDE OF THE TRUCK, AT THAT MOMENT WHEN BOWEN WAS

2    FIRING OVER THE WALKWAY, COULD YOU TELL -- DID YOU HAVE DEFENDANT

3    GISEVIUS IN YOUR VIEW?  DO YOU KNOW WHERE HE WAS?

4    A    NO.  I DIDN'T SEE HIM.

5    Q    HOW LONG DID THAT SHOOTING LAST, DO YOU KNOW?

6    A    WITH SERGEANT BOWEN?  SECONDS.

7    Q    WHEN THE SHOOTING STOPPED, WHAT HAPPENED?

8    A    SEVERAL OFFICERS STARTED TO GO RUN UP TO WESTBOUND OVER THE

9    BRIDGE.  AND I RAN ALONG THE CONCRETE BARRIER AND I STARTED TO

10   CHECK THE PEOPLE THAT WERE LAYING ON THE SIDEWALK.

11   Q    LET ME ASK YOU FIRST, THE PEOPLE -- YOU SAID SOME OFFICERS

12   STARTED RUNNING UP OVER THE BRIDGE.  WHO DO YOU REMEMBER RUNNING

13   UP OVER THE BRIDGE?

14   A    FAULCON, BARRIOS AND VILLAVASO AND SERGEANT GISEVIUS.

15   Q    AND YOU SAID YOU RAN UP ALONG THE BARRIER?

16   A    YES, MA'AM.

17   Q    WHAT WERE YOU DOING?

18   A    I WAS CHECKING OUT THE PEOPLE TO MAKE SURE THEY WEREN'T

19   ARMED.

20   Q    DID YOU SEE ANY WEAPONS?

21   A    NO.

22   Q    WHEN YOU GOT UP CLOSER TO THEM, COULD YOU TELL ANYTHING MORE

23   ABOUT THEIR CONDITION?

24   A    THEY HAD THREE INDIVIDUALS CLOSER THAN THE OTHER TWO

25   INDIVIDUALS.  THEY WEREN'T MOVING OR DOING ANYTHING.  THEY WERE

1    JUST LAYING THERE.

2    Q    WERE THEY MALE OR FEMALE?

3    A    THEY WERE MALE.

4          AND THEN I MOVED UP TO THE OTHER TWO INDIVIDUALS, THEY

5    WERE FEMALES.  THEY WERE LAYING ON THEIR SIDES, FACING EACH

6    OTHER, EMBRACING EACH OTHER.

7    Q    WHAT WERE THEY DOING?

8    A    CRYING.

9    Q    SO THEY WERE BOTH ALIVE?

10   A    YES.

11   Q    COULD YOU TELL WHETHER THEY WERE WOUNDED?

12   A    ONE OF THE FEMALES HAD A LARGE GUNSHOT WOUND TO HER LOWER

13   LEG.

14   Q    WHAT DO YOU REMEMBER ABOUT THAT WOUND?

15   A    IT WAS BIG.  I COULD STICK MY FINGERS IN IT.

16   Q    AND THE WOMEN WERE HOLDING EACH OTHER AND CRYING?

17   A    YES.

18   Q    DID YOU GET ANY HELP FOR THEM?

19   A    NO.

20   Q    DID YOU TALK TO THEM?

21   A    NO.

22   Q    WHAT WAS YOUR REACTION WHEN YOU SAW THE WOMEN?

23   A    I THOUGHT IT WAS KIND OF MESSED UP, THAT THE FEMALES GOT

24   SHOT.

25   Q    WHAT WAS THAT ABOUT, WHY WAS THAT YOUR REACTION?

1    A    IT WAS JUST THE FIRST REACTION I HAD.  I'M NOT USED TO

2    DEALING WITH SEEING FEMALES WITH GUNSHOT WOUNDS.

3    Q    NOW, AT THAT MOMENT, WHEN YOU WERE BY THE BARRIER LOOKING AT

4    THE PEOPLE WHO WERE INJURED, DO YOU KNOW WHERE DEFENDANT BOWEN

5    WAS?

6    A    NO, I DON'T.

7    Q    WHAT DID YOU DO NEXT?

8    A    AT SOME POINT, I WENT BACK TO THE DRIVER'S SIDE OF STRUCK AND

9    I OPENED THE DOOR TO THE DRIVER'S SIDE OF TRUCK, AND THAT'S WHEN

10   I FOUND MY RIFLE LAYING ON THE SEAT.

11   Q    WHAT DID YOU DO?

12   A    I WENT TO GRAB IT OFF THE SEAT.  AND, I GRABBED IT BY THE

13   BARREL, AND IT BURNED MY HAND.

14   Q    DO YOU REMEMBER HOW THE GUN WAS POSITIONED IN THE TRUCK

15   THERE?

16   A    IT WAS, THE MUZZLE WAS FACING OUT THE DRIVER DOOR.

17   Q    OKAY.  SO, LIKE IT WAS PUT IN FROM THE PASSENGER'S SIDE,

18   FACING OUT THE DRIVER'S SIDE?

19   A    YES.

20   Q    AND YOU SAID YOU REACHED FOR IT?

21   A    YES.

22   Q    TELL US ABOUT THAT.

23   A    IT BURNED MY HAND WHEN I GRABBED THE BARREL.

24   Q    DID YOU THEN TAKE THE GUN?

25   A    YEAH.  I GRABBED THE FORE GRIP AND TOOK THE GUN OUT OF TRUCK.

1    Q    DID THE GUN HAVE A MAGAZINE IN IT?

2    A    YES.

3    Q    WHAT'S A MAGAZINE?

4    A    A MAGAZINE IS THIS PORTION OF THE WEAPON.  IT'S A REMOVABLE

5    BOX WITH A SPRING INSIDE OF IT THAT YOU LOAD ROUNDS INTO.  AND

6    IT'S RE-LOADABLE, AS OPPOSED TO A CLIP WHICH IS DISPOSABLE.

7    Q    SO DID YOU CHECK THE MAGAZINE WHEN YOU GRABBED YOUR AK-47

8    BACK?

9    A    YES, MA'AM.

10   Q    WHAT DID YOU NOTICE?

11   A    I TOOK THE MAGAZINE OUT OF THE WEAPON AND IT WAS EMPTY.

12   Q    HOW MANY ROUNDS STARTED OFF IN THAT MAGAZINE?

13   A    THERE WERE 29 ROUNDS IN THE MAGAZINE AND ONE ROUND IN THE

14   CHAMBER.

15   Q    WHEN YOU SET OFF THAT DAY FROM THE CRYSTAL PALACE, WAS IT

16   LOADED?

17   A    YES.

18   Q    SO IT HAD ALL 30 ROUNDS IN IT?

19   A    YES.

20   Q    WHAT HAPPENED NEXT?

21   A    AT SOME POINT, SERGEANT BOWEN CLIMBED INTO THE CAB OF THE

22   TRUCK IN THE DRIVER'S SIDE, AND HE WAS ATTEMPTING DRIVE OFF IN

23   THE TRUCK.  BUT I HAD THE KEYS IN MY POCKET.  AND I ASKED HIM

24   WHAT WAS UP.  HE WANTED TO GO CHASE THE PEOPLE THAT RAN OVER THE

25   BRIDGE THAT SERGEANT GISEVIUS AND OTHER OFFICERS WERE CHASING.

1    Q    DID YOU GET IN THE TRUCK?

2    A    YEAH.  HE PUSHED OVER, AND I GOT IN THE DRIVER'S SEAT, AND WE

3    DROVE UP TO THE CREST OF THE BRIDGE.

4    Q    ALL RIGHT.  AND YOU ARE ABOUT TO HEAD OVER TO THE WEST SIDE

5    OF THE BRIDGE?

6    A    YES.

7    Q    BEFORE WE LEAVE THE EAST SIDE, I WANT TO ASK YOU SOME

8    QUESTIONS ABOUT THE ENTIRE TIME THAT YOU WERE ON THE EAST SIDE OF

9    THE BRIDGE; ALL RIGHT?  THAT ENTIRE TIME, DID YOU EVER SEE

10   ANYBODY SHOOT AT YOU?

11   A    NO.

12   Q    DID YOU EVER SEE ANY GUN THAT DIDN'T BELONG TO THE POLICE?

13   A    NO.

14   Q    DID YOU EVER SEE CIVILIANS THREATEN ANYBODY IN ANY WAY?

15   A    NO.

16   Q    NOW, WHEN YOU WERE OUT FRONT, DID YOU EVER TAKE COVER?

17   A    NO.

18   Q    DID YOU EVER TAKE COVER BEHIND DEFENDANT GISEVIUS?

19   A    NO.

20   Q    HAVE YOU EVER LEARNED ANY SORT OF TACTIC WHERE YOU WOULD USE

21   A FELLOW OFFICER AS A HUMAN SHIELD?

22   A    NO, MA'AM.  THAT WOULD BE COWARDLY.

23   Q    DURING THAT ENTIRE TIME -- LET ME ASK YOU THIS.  WHEN YOU

24   WALKED OVER -- WHEN YOU WALKED IN FRONT OF THE TRUCK AND SAW THE

25   OFFICERS LINED UP ALONG THE WALKWAY, WERE ANY OF THEM TAKING

1   COVER?

2   A    NO.

3   Q    AT ANY TIME ON THE EAST SIDE, DID YOU EVER SEE AN OFFICER

4   TAKE COVER?

5   A    NO.

6   Q    NOW, DURING THAT CEASE FIRE, DO YOU KNOW HOW LONG THE

7   SHOOTING STOPPED BEFORE DEFENDANT BOWEN STARTED SHOOTING AGAIN?

8   A    MATTER OF SECONDS.

9   Q    DURING THOSE SECONDS, DID YOU SEE ANY THREAT FROM THE PEOPLE

10  LYING ON THE SIDEWALK?

11  A    NO.

12  Q    DID YOU EVER AT ANY POINT WHILE YOU WERE ON THE EAST SIDE SEE

13  ANY THREAT FROM THOSE PEOPLE ON THE SIDEWALK?

14  A    NO, MA'AM.

15  Q    AT ANY TIME ON THE EAST SIDE, DID YOU EVER YELL:  POLICE?

16  A    NO.

17  Q    DID YOU HEAR ANYBODY ELSE YELL:  POLICE?

18  A    NO, I DIDN'T.

19  Q    DID YOU HEAR ANYBODY YELL:  STOP?

20  A    NO.

21  Q    DID YOU HEAR ANYBODY YELL:  SHOW US YOUR HANDS?

22  A    NO, MA'AM.

23  Q    DID YOU HEAR ANYBODY GIVE ANY COMMANDS?

24  A    I DIDN'T HEAR ANYTHING, MA'AM.

25  Q    WHILE YOU WERE ON THE EAST SIDE OF THE BRIDGE, DID YOU EVER

```
1    SEE A JUVENILE TAKEN INTO CUSTODY?

2    A    NO.

3    Q    DID YOU LATER SEE A JUVENILE?

4    A    YES.

5    Q    WHERE WAS THAT?

6    A    AT THE CRYSTAL PALACE.

7    Q    OKAY.  AND WAS IT YOUR UNDERSTANDING THAT SOMEBODY BROUGHT

8    HIM FROM THE BRIDGE?

9    A    YES.

10   Q    BUT YOU NEVER SAW HIM OUT THERE?

11   A    NO.

12   Q    ALL RIGHT.  SO LET'S GO BACK TO YOU GOT IN THE TRUCK WITH

13   DEFENDANT BOWEN AND YOU STARTED TO HEAD UP THE BRIDGE.

14   A    YES, MA'AM.

15   Q    TELL US WHAT HAPPENED.

16   A    AS WE NEARED THE CREST OF THE BRIDGE, SERGEANT GISEVIUS

17   SHOUTED TO US TO STOP, THAT THEY WERE SHOOTING AT US.  SO I

18   STOPPED THE TRUCK.

19   Q    NOW, WHERE WAS HE IS?  WHERE WAS DEFENDANT GISEVIUS?

20   A    NEAR THE CREST THE BRIDGE.

21   Q    SO HE HAD RUN UP THE EAST SIDE?

22   A    YES.

23   Q    WHAT HAPPENED WHEN HE SAID TO STOP?

24   A    SERGEANT BOWEN BECAME AGITATED AND STATED THAT:  WHAT WE

25   GOING TO DO, JUST LET THEM GO?
```

```
1    Q    DID YOU SAY ANYTHING TO HIM?

2    A    NO.  I JUST GOT OUT OF THE TRUCK.

3    Q    DID YOU AND BOWEN BOTH GET DOWN OUT OF THE TRUCK?

4    A    YES.

5    Q    WHAT DID YOU DO?

6    A    I STARTED TO WALK ACROSS THE CREST OF THE BRIDGE TOWARDS THE

7    WEST SIDE.

8    Q    NOW, WHEN YOU WERE AT THE TOP OF THE BRIDGE THERE, WHO ALL DO

9    YOU REMEMBER SEEING AT THE TOP OF THE BRIDGE WHEN YOU AND BOWEN

10   GOT OUT?

11   A    MYSELF, SERGEANT BOWEN, SERGEANT GISEVIUS.  BARRIOS,

12   VILLAVASO AND FAULCON WERE IN THE AREA.

13   Q    WHEN YOU GOT TO THE TOP OF THE BRIDGE THERE, COULD YOU SEE

14   DOWN THE WEST SIDE?

15   A    YES.

16   Q    COULD YOU SEE ANY CIVILIANS?

17   A    YES.

18   Q    HOW MANY DID YOU SEE?

19   A    THREE.

20   Q    WHERE WERE THEY WHEN YOU WERE AT THE TOP OF THE BRIDGE?

21   A    THEY WERE RUNNING DOWN THE WEST SIDE.  ONE WAS ON THE LEFT

22   SHOULDER OF THE ROAD AND TWO WERE ON THE RIGHT SHOULDER OF THE

23   ROAD.

24   Q    HOW FAR AWAY WERE THEY FROM YOU?

25   A    A FEW HUNDRED YARDS.
```

```
1   Q    SO A COUPLE FOOTBALL FIELDS.

2   A    YES.

3   Q    YOU SAID A FEW ACTUALLY.  A COUPLE FEW FOOTBALL FIELDS.

4   A    YEAH.  IT WAS PRETTY FAR.

5   Q    YOU SAID YOU SAW ONE RUNNING DOWN THE LEFT SIDE OF THE ROAD

6   AND TWO ON THE RIGHT?

7   A    YES.

8   Q    SO DO YOU REMEMBER WHAT THEY WERE WEARING?

9   A    THE ONE ON THE LEFT SIDE OF THE ROAD HAD A BLACK SHIRT ON AND

10  BLACK PANTS.

11        THE ONE ON -- THE TWO ON THE RIGHT SIDE OF THE ROAD HAD

12  ON -- ONE HAD A BLACK SHIRT AND BLACK PANTS ON.  THE OTHER ONE

13  HAD A WHITE SHIRT ON AND LOOKED LIKE BLUE JEANS.

14  Q    AS YOU ALL WERE AT THE TOP OF THE BRIDGE AND YOU SAW THE

15  CIVILIANS, WAS ANYBODY AT THE TOP OF THE BRIDGE FIRING AT THEM?

16  A    I DON'T REMEMBER SPECIFICALLY SOMEBODY FIRING.  I REMEMBER

17  WEAPONS BEING POINTED IN THAT DIRECTION, BUT I DONE REMEMBER

18  ANYBODY FIRING.

19  Q    WHO WAS POINTING THEIR WEAPONS IN THAT DIRECTION?

20  A    SERGEANT GISEVIUS.

21  Q    AND DO YOU KNOW WHETHER OR NOT THEY WERE FIRING?

22  A    NO.  SERGEANT GISEVIUS HAD A SCOPE ON HIS WEAPON.  HE COULD

23  HAVE JUST BEEN LOOKING THROUGH THE SCOPE.  I DON'T KNOW.

24  Q    FOCUSING ON THE CIVILIANS YOU SAW RUNNING DOWN THE WEST SIDE,

25  WHAT WERE THEY DOING WHILE YOU ALL WERE AT THE TOP?
```

1    A    RUNNING.

2    Q    DID YOU EVER SEE THEM TURN TOWARD YOU GUYS?

3    A    NO.

4    Q    DID YOU EVER SEE THEM POINT ANYTHING AT YOU GUYS?

5    A    NO.

6    Q    DID YOU EVER HEAR THEM FIRE?

7    A    NO.

8    Q    WHAT HAPPENED WHILE YOU ALL WERE AT THE TOP OF THE BRIDGE?

9    WHAT HAPPENED NEXT?

10   A    A FEW MOMENTS LATER, A BLACK CHEVY IMPALA CAME FROM BEHIND

11   US, CROSSING THE BRIDGE, GOING WESTBOUND.  AND IT PASSED ME UP

12   AND -- I'M NOT SURE.  IT GOT TO OFFICER FAULCON AND SERGEANT

13   GISEVIUS, AND THEY FLAGGED THE CAR TO STOP, AND IT DID.  AND THEY

14   STARTED TO GET IN THE VEHICLE.

15   Q    NOW, WHEN THEY FLAGGED DOWN THE CAR AND STARTED TO GET IN,

16   WHERE WERE YOU?

17   A    I WAS -- I GUESS I WAS ABOUT 20, 25 YARDS BEHIND THE CAR FROM

18   WHERE THEY FLAGGED IT DOWN AT.

19   Q    SO THEY HAD STARTED DOWN THE BRIDGE A LITTLE BIT?

20   A    NO.  THEY WERE GETTING IN THE VEHICLE, AND I SHOUTED FOR THEM

21   TO HOLD ON.  AND I RAN AND GOT IN THE CAR, TOO.

22   Q    NOW, WHOSE CAR -- WHAT KIND OF CAR WAS THIS?

23   A    WHEN I GOT TO THE CAR, I FOUND OUT A STATE TROOPER WAS

24   DRIVING IT.

25   Q    WAS THERE THE ONLY ONE PERSON IN THE CAR?

1    A    YES.

2    Q    DID YOU KNOW THAT STATE TROOPER?

3    A    NO.

4    Q    AS WE SIT HERE TODAY, DO YOU KNOW HIS NAME?

5    A    NO, I DON'T.

6    Q    AND YOU'D NEVER SEEN HIM BEFORE THAT DAY?

7    A    I DON'T THINK SO.

8    Q    SO WHO GOT IN THE CAR WITH THE TROOPER?

9    A    MYSELF, OFFICER FAULCON AND SERGEANT GISEVIUS.

10   Q    WHERE WERE YOU ALL SITTING?

11   A    OFFICER FAULCON WAS IN THE FRONT PASSENGER SEAT.  I WAS IN

12   THE REAR PASSENGER SEAT, THE REAR SEAT BEHIND THE FRONT

13   PASSENGER'S SEAT.  AND SERGEANT GISEVIUS GOT IN THE REAR SEAT

14   BEHIND THE DRIVER.

15   Q    WHAT KIND OF WEAPONS DID YOU ALL HAVE?

16   A    AT THAT POINT, I HAD AK-47, OFFICER FAULCON HAD A SHOTGUN AND

17   SERGEANT GISEVIUS HAD THE M-4 RIFLE.

18   Q    TELL US WHAT HAPPENED NEXT.

19   A    WE PROCEEDED DOWN THE BRIDGE TOWARDS THE SUBJECTS THAT WERE

20   FLEEING.

21   Q    NOW, THOSE PEOPLE WHO ARE RUNNING AWAY, HAD YOU MADE ANY

22   ASSUMPTIONS ABOUT THEM?

23   A    I WAS STILL UNDER THE ASSUMPTION THAT THEY WERE THE ONES THAT

24   SHOT AT THE POLICE OFFICERS.

25   Q    AS YOU HEADED DOWN THAT BRIDGE, WERE YOU RELAXED ON WERE YOU

1    ON HIGH ALERT?

2    A    I WAS VERY INTENSE.

3    Q    WHAT WERE YOU FOCUSSED ON?

4    A    THE PEOPLE RUNNING AWAY.

5    Q    DID YOU THINK THEY WERE ARMED?

6    A    YEAH.  AT THE MOMENT.  I DIDN'T SEE ANY WEAPONS BUT I JUST --

7    I PUT THE ASSUMPTION IN MY HEAD THAT THESE WERE THE PEOPLE THAT

8    SHOT AT POLICE OFFICERS.

9    Q    SO YOU WERE ALERT TO ANY THREAT THAT THEY MIGHT POSE WITH A

10   WEAPON?

11   A    YES.

12   Q    AS YOU ALL DROVE DOWN THE BRIDGE, WHAT DID THOSE PEOPLE DO?

13   A    THEY CONTINUED TO RUN WESTBOUND.  ONCE THEY GOT OFF THE

14   BRIDGE, WE WERE CATCHING UP TO THEM AT THAT POINT.  THE SUBJECT

15   WEARING ALL BLACK ON THE RIGHT SIDE OF THE ROAD STARTED TO RUN

16   INTO THE CAR ENTRANCE TO THE FRIENDLY INN.

17   Q    IS THAT A MOTEL?

18   A    YES.

19        WE STARTED TO PASS UP THE SUBJECT THAT WAS BEHIND HIM.

20   HE WAS A CONSIDERABLE DISTANCE BEHIND HIM.

21   Q    WHAT WAS THE GUY BEHIND HIM WEARING?

22   A    A WHITE SHIRT AND BLUE JEANS.

23   Q    ALL RIGHT.  SO YOUR CAR STARTED TO PASS THE GUY IN WHITE, YOU

24   SAID?

25   A    YES.

1   Q    TELL US WHAT HAPPENED.

2   A    AS WE WERE PASSING HIM, I NOTICED THAT HE WAS BLEEDING FROM

3   HIS LEFT ARM.  HE HAD BLOOD ON HIS WHITE SHIRT.  AND SERGEANT

4   GISEVIUS SAID:  DON'T SHOOT HIM.  DON'T SHOOT AT HIM OR SOMETHING

5   TO THAT EFFECT.

6   Q    WHAT WAS HE DOING, THE GUY IN WHITE?

7   A    HE WAS JUST RUNNING.

8   Q    COULD YOU SEE HIS HANDS?

9   A    YES.

10  Q    DID HE HAVE ANYTHING IN HIS HANDS?

11  A    NO.

12  Q    WHERE WAS HE IN RELATION TO THE CAR?

13  A    HE'S PROBABLY, AS WE WERE PASSING HIM, HE WAS PROBABLY FROM

14  ME TO MAYBE WHERE SERGEANT BOWEN IS SITTING NOW.

15  Q    SO, FOR THE RECORD, CAN YOU ESTIMATE THAT DISTANCE?

16  A    THIRTY FEET MAYBE.

17  Q    I WAS GOING TO GUESSTIMATE TEN YARDS.  SO ABOUT THAT.

18                      AND YOU SAID AS YOU PASSED HIM.  SO WAS HE

19  DIRECTLY OFF TO THE RIGHT OF THE CAR?

20  A    YES.

21  Q    AND YOU SAID YOU SAW THIS GUY RUNNING.  THIS WAS THE GUY IN

22  WHITE?

23  A    YES.

24  Q    DID HE HAVE ANYTHING IN HIS HANDS?

25  A    NO.

1    Q    AS THE CAR CAME BY HIM, DID HE TURN AND RUN TOWARD THE CAR AT

2    ALL?

3    A    NO.   HE JUST CONTINUED TO RUN IN THE SAME PATH THAT THE GUY

4    WEARING ALL BLACK RAN.

5    Q    SO HE WAS RUNNING STRAIGHT AHEAD?

6    A    YES.

7    Q    DID HE THREATEN YOU IN ANY WAY?

8    A    NO.

9    Q    DID YOU HAVE A GUN IN YOUR HANDS?

10   A    YES.

11   Q    WHAT DID YOU HAVE?

12   A    AK-47.

13   Q    WERE YOU LOOKING DIRECTLY AT THIS GUY IN WHITE?

14   A    YES.

15   Q    DID YOU SHOOT HIM?

16   A    NO.

17   Q    WHY NOT?

18   A    HE WASN'T A THREAT.

19   Q    YOU SAID HE WAS JUST RUNNING STRAIGHT AHEAD AFTER THE GUY IN

20   THE BLACK?

21   A    YES.

22   Q    AND YOU SAID THE GUY IN BLACK RAN WHERE?

23   A    INTO THE CAR ENTRANCE OF THE FRIENDLY INN.

24   Q    AS HE RAN INTO THE FRIENDLY INN, DID YOU SEE ANY THREAT FROM

25   HIM?

1    A    NO.  BUT I DIDN'T SEE HIM BUT BRIEFLY.

2    Q    OKAY.  YOU JUST SAW HIM RUN INTO THE MOTEL?

3    A    YES.

4    Q    WHAT HAPPENED AS YOU PASSED UP THE GUY IN WHITE?

5    A    WE WERE STARTING TO SLOW DOWN, AND THE GUY IN WHITE THEN

6    PASSED US AS THE CAR WAS COMING TO A STOP.  AND HE STARTED TO RUN

7    INTO THE ENTRANCE OF THE FRIENDLY INN.

8    Q    AS HE PASSED YOU, DID HE TURN TOWARD YOU GUYS?

9    A    NO.

10   Q    DID HE POINT TOWARD YOU GUYS?

11   A    NO.

12   Q    DID HE THREATEN YOU IN ANY WAY?

13   A    NO.

14   Q    AS HE PASSED YOU, DID YOU SHOOT HIM?

15   A    NO.

16   Q    WHY NOT?

17   A    WASN'T A THREAT.

18   Q    WHAT HAPPENED NEXT?

19   A    I LOOKED DOWN AT THE GROUND.  I WAS SITTING SIDE-WAYS IN THE

20   CAR, WITH THE DOOR OPEN, TO THE REAR SEAT OF THE CAR, AND I

21   LOOKED DOWN AT THE GROUND TO SEE WHEN THE CAR WOULD COME TO A

22   STOP SO I COULD GET OUT.  AND I HEARD A GUNSHOT, AND I LOOKED UP,

23   AND THE GUY IN WHITE WAS ON THE GROUND.

24   Q    WHO HAD SHOT HIM?

25   A    OFFICER FAULCON.

1   Q   WHEN THE CAR PASSED UP THE GUY IN WHITE AND YOU WERE LOOKING

2   TO YOUR RIGHT AT HIM, WHERE WAS FAULCON?

3   A   HE WAS IN THE FRONT SEAT.

4   Q   DIRECTLY IN FRONT OF YOU?

5   A   YES.

6   Q   NOW, BEFORE DEFENDANT FAULCON SHOT THIS GUY, DID YOU HEAR

7   ANYBODY YELL:  POLICE?

8   A   NO.

9   Q   DID YOU HEAR HIM GIVE ANY WARNING?

10  A   NO.  I DIDN'T HEAR ANYTHING.

11  Q   AND YOU WERE HOW FAR FROM FAULCON?

12  A   SITTING NEXT TO HIM.

13  Q   RIGHT THERE IN THE CAR?

14  A   YEAH.

15  Q   YOU SAID YOU SAW THE GUY IN WHITE GO DOWN.

16  A   NO, I DIDN'T SEE HIM GO DOWN.

17  Q   I'M SORRY, WHAT DID YOU SEE HAPPENED?

18  A   I HEARD A SHOT, I LOOKED UP, AND THE GUY WAS ON THE GROUND.

19  Q   WHAT DID YOU DO WHEN YOU SAW THE GUY ON THE GROUND?

20  A   I JUMPED OUT OF THE CAR AND I RAN OVER TO WHERE HE WAS.  AND

21  HE WAS -- THE WAY HE WAS POSITIONED ON THE GROUND, HIS BACK WAS

22  TO ME.  SO I PASSED HIM UP AND GOT IN FRONT OF HIM SO I COULD TRY

23  TO SEE HIS HANDS UNDERNEATH HIM.

24  Q   COULD YOU TELL WHERE IN HIS BODY HE HAD BEEN SHOT?

25  A   HIS RIGHT SHOULDER ON HIS BACK.

1    Q    WHAT DID YOU DO WHEN YOU GOT UP TO HIM?

2    A    THE GUY WAS TRYING TO LIFT HIS HEAD UP, LOOKING AROUND.  AND

3    HE WAS HAVING REAL HARD TIME BREATHING.  HE WAS WHEEZING REALLY

4    BAD.

5    Q    SO HE WAS STILL ALIVE?

6    A    YES.

7    Q    AND YOU SAID HE WAS WHEEZING?

8    A    YEAH.  SOUNDED LIKE HE WAS HAVING TROUBLE BREATHING.

9    Q    DID YOU SEE ANY WEAPONS AROUND HIM?

10   A    NO.

11   Q    WHAT DID YOU DO?

12   A    I CONTINUED TO COVER HIM.  THEN SERGEANT GISEVIUS RAN -- THE

13   PARKING LOT TO THE FRIENDLY INN WAS FLOODED.

14   Q    WHAT DO YOU MEAN WHEN YOU SAY YOU COVERED HIM?

15   A    I KEPT MY WEAPON TRAINED ON HIM.  AT THAT POINT I STILL

16   DIDN'T KNOW IF HE WAS ARMED OR NOT.

17   Q    WHAT HAPPENED NEXT?

18   A    ONCE I DETERMINED -- IT BECAME OBVIOUS HE WASN'T A THREAT

19   ANYMORE.  HE WAS HURTING PRETTY BAD, AND HE COULDN'T GET UP.  AND

20   I COULD SEE BOTH HIS HANDS.  HE DIDN'T HAVE ANY WEAPONS.  SO

21   SERGEANT GISEVIUS GOT TO THE EDGE OF THE DRIVEWAY WHERE THE

22   PARKING LOT WAS FLOODED AT, AND HE WAS TRYING TO SEE IF HE COULD

23   FIND THE GUY IN BLACK.

24   Q    THE ONE WHO HAD RUN INTO THE ENTRANCE THERE?

25   A    YEAH.

```
 1              SO I TURNED MY BACK ON THE GUY THAT HAD JUST BEEN SHOT,

 2   AND I WAS LOOKING INTO THE PARKING LOT TO SEE MAYBE WE COULD SEE

 3   THE GUY OR SOMETHING.

 4   Q    WHAT WAS THE CONDITION OF THE PARKING LOT THERE?

 5   A    IT WAS FLOODED.

 6   Q    WHAT HAPPENED NEXT?  DID YOU SEE THE GUY IN BLACK?

 7   A    NO.  I NEVER SAW HIM AGAIN UNTIL LATER ON.

 8   Q    SO HE WAS ALREADY GONE FROM VIEW AT THAT POINT?

 9   A    YES.

10   Q    WHAT HAPPENED NEXT?

11   A    I TURNED AROUND, AND SERGEANT BOWEN ARRIVED IN THE DRIVEWAY.

12   AND HE YELLED OUT:  IS THIS ONE OF THEM?

13   Q    WHO WAS HE TALKING ABOUT?

14   A    THERE WERE A COUPLE OF PEOPLE STANDING THERE.  I DON'T KNOW

15   SPECIFICALLY WHO HE WAS TALKING TO.  I DON'T REMEMBER WHO IT WAS

16   THAT WAS STANDING THERE.

17   Q    WHO WAS HE TALKING ABOUT?

18   A    THE GUY LAYING ON THE GROUND.

19   Q    SO HE SAID:  IS THIS ONE OF THEM?

20   A    YES.

21   Q    WHAT WAS HIS TONE?

22   A    VERY LOUD.  ANGRY.

23   Q    WHAT HAPPENED NEXT?

24   A    AT THAT POINT HE STARTED TO STOMP ON THE GUY THAT WAS ON THE

25   GROUND.
```

1   Q   WHAT DO YOU MEAN BY STOMP ON HIM?

2   A   HE -- I MEAN, HE WAS STOMPING ON HIM WITH HIS FOOT.

3           (WITNESS INDICATES.)

4   Q   WHAT PART OF THE GUY'S BODY WAS DEFENDANT BOWEN STOMPING ON?

5   A   ON HIS BACK.

6   Q   HOW MANY TIMES DID HE STOMP ON THE GUY'S BACK?

7   A   IT WAS SEVERAL TIMES.

8   Q   DID YOU SEE HIS FACE?  DID YOU SEE DEFENDANT BOWEN'S FACE?

9   A   YES.

10  Q   WHAT WAS HIS FACE LIKE?

11  A   HE WAS VERY ANGRY.  HE HAD A VERY MALICIOUS LOOK IN HIS EYE.

12  Q   WHAT WAS DEFENDANT BOWEN WEARING?

13  A   HIS TASK FORCE UNIFORM.

14  Q   WAS DOES THAT TASK FORCE UNIFORM LOOK LIKE?

15  A   DARK BLUE BDUS.

16  Q   WHAT DID HE HAVE ON HIS FEET?

17  A   BOOTS.

18  Q   WHAT HAPPENED NEXT?

19  A   I GOT ANGRY AND I YELLED AT HIM AND I CHARGED AT BOWEN, TOLD

20  HIM TO STOP.  AND BOWEN STOPPED AND WALKED OFF.

21  Q   DID YOU ACTUALLY TOUCH BOWEN WHEN YOU CHARGED AT HIM?

22  A   NO.  HE STOPPED AND WALKED OFF BEFORE I COULD GET TO HIM.

23  Q   WHAT DID YOU DO?

24  A   I YELLED SOMETHING AT HIM.  AND THEN I STORMED OFF.

25  Q   DO YOU REMEMBER WHAT YOU YELLED AT HIM?

1    A    NO, I DON'T.  I WAS ANGRY.

2    Q    AND WHERE DID YOU GO?

3    A    I WENT BACK TO THE TRUCK THAT WAS STILL ON TOP OF THE BRIDGE.

4    Q    SO YOU HAD TO WALK BACK UP THE WEST SIDE?

5    A    YES.

6    Q    BACKING UP, YOU SAID THAT WHEN YOU TURNED YOUR BACK ON THE

7    GUY WHO WAS LYING ON THE GROUND, YOU WENT OVER TO THE ENTRANCE TO

8    THE PARKING LOT; RIGHT?

9    A    YES.

10   Q    DID YOU NOTICE WHETHER THERE WERE ANY CIVILIANS IN THE MOTEL?

11   A    THERE WERE -- THE WAY THE HOTEL, IT'S ALMOST LIKE A

12   HORSESHOE.  TO MY LEFT ON THE SECOND FLOOR, I REMEMBER SEEING

13   SOME PEOPLE UP THERE.

14   Q    GOING BACK TO WHERE THE GUY IN WHITE ENDED UP ON THE

15   GROUND -- FIRST OF ALL, THAT DAY, DID YOU KNOW WHO THAT GUY IN

16   WHITE WAS?

17   A    NOT AT THE TIME.

18   Q    DO YOU NOW KNOW HIS NAME?

19   A    YES.

20   Q    WHO WAS THAT?

21   A    RONALD MADISON.

22   Q    RONALD MADISON?

23   A    YES.

24   Q    GOING BACK TO WHERE RONALD MADISON WAS LYING ON THE GROUND,

25   CAN YOU DESCRIBE WHERE -- CAN YOU DESCRIBE WHERE HE FELL?

1    A    IN BETWEEN TWO VEHICLES THAT WERE PARKED THERE.

2    Q    AND IS THAT OUTSIDE THE HOTEL, OR INSIDE THE HOTEL AREA?

3    A    INSIDE THE -- LIKE THE CAR ENTRANCE, THERE'S AN OVERHANG

4    RIGHT THERE.

5    Q    ALL RIGHT.  LET ME --

6    A    TO THE HOTEL.

7    Q    -- SHOW YOU SOME PHOTOGRAPHS.

8         MS. BERNSTEIN:  I'D LIKE TO OFFER PHOTOGRAPHS INTO

9    EVIDENCE.  I DON'T BELIEVE THERE'S ANY OBJECTION.

10        MR. DESALVO:  THAT'S CORRECT, YOUR HONOR.

11        MR. LARSON:  NO OBJECTION.

12        THE COURT:  ALL COUNSEL HAVE SEEN THESE?

13        MR. LONDON:  WE HAVE, YOUR HONOR.

14        THE COURT:  LET'S GET THE NUMBERS.

15        MS. BERNSTEIN:  WE'VE GOT 34, 79, 250, 256, 254, 31 AND

16   40.

17        THE COURT:  34, 79, 250, 256, 254, 31 AND 40 ARE

18   ADMITTED.

19        (EXHIBITS ADMITTED.)

20        MS. BERNSTEIN:  AND LET ME ADD TO THAT 97.

21        THE COURT:  AND 97.

22        (EXHIBIT ADMITTED.)

23   BY MS. BERNSTEIN:

24   Q    MAY I HAVE EXHIBIT 34 ON THE SCREEN, PLEASE.

25        MR. HUNTER, WHAT'S THAT A PHOTOGRAPH OF?

1    A    THAT'S THE ENTRANCE TO THE FRIENDLY INN.

2    Q    CAN YOU JUST DRAW A DOT OR A LITTLE X APPROXIMATELY WHERE

3    RONALD MADISON FELL TO THE GROUND?

4    A    (WITNESS COMPLIES.)

5    Q    YOU MENTIONED THAT AT THE TIME THERE WERE SOME VEHICLES IN

6    THAT AREA?

7    A    YES, MA'AM.

8    Q    DO YOU REMEMBER WHAT KIND OF VEHICLES?

9    A    LARGE VEHICLES.

10        MS. BERNSTEIN:  MAY I HAVE EXHIBIT 79, PLEASE.

11   BY MS. BERNSTEIN:

12   Q    WHO IS THAT A PICTURE OF?

13   A    THAT'S RONALD MADISON.

14   Q    THERE ARE TWO VANS OR TRUCKS OR SOMETHING IN THAT PICTURE.

15   ARE THOSE THE LARGE VEHICLES THAT YOU REMEMBER FROM THAT DAY?

16   A    YES, MA'AM.

17   Q    NOW, DO YOU SEE IN THIS PHOTOGRAPH THE AREA WHERE YOU WENT

18   WHERE YOU WERE STANDING WHEN YOU WENT TO LOOK IN TO THE PARKING

19   LOT AREA?

20   A    YES, MA'AM.

21   Q    WHERE IS THAT?

22   A    RIGHT THERE ABOUT.

23   Q    ALL RIGHT.  SO YOU WERE STANDING HERE WITH YOUR BACK TO

24   RONALD?

25   A    YES.

1    Q    LOOKING INTO THE PARKING LOT?

2    A    YES.

3    Q    CAN YOU SEE ANY OF THE FLOODING IN THIS PICTURE?

4    A    YES.  IT'S JUST ABOVE THE X YOU DREW.

5              MS. BERNSTEIN:  LET ME GO AHEAD AND PUT UP 97, PLEASE.

6    BY MS. BERNSTEIN:

7    Q    DOES THAT LOOK LIKE THE PARKING LOT THAT DAY?

8    A    YEAH.

9    Q    SO, FOR THE RECORD, THAT'S A PHOTOGRAPH OF THE PARKING LOT OF

10   THE FRIENDLY INN AREA?

11   A    YES.

12             MS. BERNSTEIN:  MAY I HAVE EXHIBIT 250, PLEASE.

13   BY MS. BERNSTEIN:

14   Q    IS THAT ANOTHER PICTURE OF RONALD MADISON?

15   A    YES.

16   Q    DO YOU SEE ANY MARKS IN THAT PICTURE FROM THE STOMPING THAT

17   YOU DESCRIBED?

18   A    THERE APPEARS TO BE A FOOTPRINT ON HIS RIGHT SHOULDER.

19   Q    CAN YOU CIRCLE WHAT YOU'RE TALKING ABOUT?

20   A    LET'S SEE IF I CAN DO THIS.

21   Q    ALL RIGHT.  I SEE WHERE YOU'RE TALKING ABOUT.  LET ME CIRCLE.

22             IS THAT WHAT YOU WERE CIRCLING?

23   A    YES, MA'AM.

24   Q    NOW, CAN YOU TELL IN THIS PICTURE WHETHER HIS SHIRT IS

25   RESTING ON HIM NORMALLY?

```
 1   A    NO.  IT APPEARS TO BE PULLED UP SLIGHTLY.

 2          MS. BERNSTEIN:  MAY I HAVE EXHIBIT 256, PLEASE.

 3   BY MS. BERNSTEIN:

 4   Q    WHAT IS THIS A PHOTOGRAPH OF?

 5   A    IT'S APPEARS TO BE THE ENTRANCE OF THE FRIENDLY INN WITH A

 6   VIEW OF THE DANZIGER BRIDGE.

 7   Q    ALL RIGHT.  CAN YOU, JUST MAKE SURE EVERYBODY IS ORIENTED

 8   CORRECTLY, CAN YOU PUT AN X WHERE RONALD MADISON WAS LYING.

 9   A    RIGHT THERE.

10   Q    AND, THAT GATE IN THE PICTURE, WAS THAT THERE THAT DAY?

11   A    NO.

12   Q    SO HE WAS LYING -- FOR THE RECORD, YOU'VE PUT THE X IN THE

13   SAME SPOT JUST UNDER THE OVERHANG THERE; CORRECT?

14   A    YES.

15   Q    DO YOU SEE THE DANZIGER BRIDGE IN THIS PICTURE?

16   A    YES, MA'AM.

17   Q    NOW, I KNOW THIS PICTURE IS FROM THE BOTTOM OF THE BRIDGE

18   LOOKING UP.  BUT I'D LIKE TO ASK YOU TO SHOW US, WHEN YOU ALL

19   WERE AT THE TOP OF THE BRIDGE, LOOKING DOWN AT PEOPLE RUNNING

20   AWAY, CAN YOU TELL US ON THIS PICTURE APPROXIMATELY WHERE THOSE

21   CIVILIANS WERE?

22   A    AS I WAS AT THE TOP OF THE BRIDGE?

23   Q    WHEN YOU WERE ALL AT THE TOP OF THE BRIDGE, LOOKING DOWN.

24   A    ABOUT --

25   Q    SO YOU'VE DONE A DOT ALMOST AT THE BOTTOM OF THE BRIDGE
```

1   THERE?

2   A    YEAH.   I WAS TRYING TO GO A LITTLE HIGHER BUT IT'S CLOSE.

3   JUST AS, YOU SEE WHERE THE GUARDRAIL ENDS, THERE'S SOMETHING

4   ORANGE RIGHT THERE?

5   Q    YES.

6   A    THAT'S ABOUT WHERE THEY WERE.

7   Q    ALL RIGHT.

8   A    WHEN I FIRST SAW THEM.

9   Q    FOR THE RECORD, WE'RE TALKING, RIGHT AT THE END -- RIGHT AT

10  THE END OF THE GUARDRAIL ON THE RIGHT SIDE OF THE BRIDGE AS

11  YOU'RE COMING DOWN?

12  A    YES.

13  Q    WHEN WE LEFT OFF, YOU WERE WALKING UP THE LEFT SIDE OF THE

14  BRIDGE -- ACTUALLY WALKING UP WHERE WE JUST SAW IN THAT PICTURE;

15  CORRECT?

16  A    YES.

17  Q    WHERE WAS THE BUDGET TRUCK THAT YOU WERE GOING TO GET?

18  A    IT WAS NEAR THE CREST THE BRIDGE ON THE EAST SIDE.

19  Q    DID YOU ACTUALLY GO UP AND GET IT?

20  A    YES.   I WENT ALL THE WAY TO IT.

21  Q    TELL US WHAT HAPPENED NEXT.

22  A    AFTER I GOT TO THE TRUCK, I DROVE BACK DOWN THE WEST SIDE TO

23  THE HOTEL.   AND, AS I GOT THERE, I SAW SERGEANT BOWEN TALKING TO

24  A STATE TROOPER.   AND, WHEN I STARTED TO GET OUT OF TRUCK,

25  SERGEANT BOWEN CAME OVER TO ME.

1    Q    NOW, WAS THAT THE SAME STATE TROOPER WHO HAD BEEN IN THE CAR

2    THAT YOU RODE DOWN IN?

3    A    I DON'T THINK SO.

4    Q    DID YOU KNOW WHETHER OTHER STATE TROOPERS HAD ARRIVED BY

5    THEN?

6    A    YEAH.  THE STATE POLICE SWAT TEAM HAD ARRIVED ON THE

7    LOCATION.

8    Q    DO YOU KNOW WHO IT WAS DEFENDANT BOWEN WAS TALKING TO AT THAT

9    POINT?

10   A    NO.  I DON'T KNOW HIS IDENTITY.

11   Q    ALL RIGHT.  TELL US WHAT HAPPENED.

12   A    SERGEANT BOWEN WALKED OVER TO ME AND APOLOGIZED FOR HIS

13   BEHAVIOR WITH THE LANCE MADISON -- I'M SORRY -- RONALD MADISON.

14   Q    DO YOU REMEMBER WHAT HE SAID?

15   A    SOMETHING TO THE EFFECT THAT:  I'M SORRY, I WAS OUT OF LINE.

16   Q    WHAT DID YOU SAY?

17   A    I REPLIED SOMETHING TO THE EFFECT THAT:  WE'RE NOT ANIMALS

18   LIKE THEM, WE DON'T DO THAT.  YOU KNOW, WE'RE BETTER THAN THAT.

19   Q    WHAT DID YOU MEAN WHEN YOU SAID LIKE THEM?

20   A    AFTER SO MANY DAYS BEING IN THE SITUATION WE WERE IN, THERE

21   WAS AN US VERSUS THEM MENTALITY AMONG THE POLICE DEPARTMENT AND

22   IN GENERAL.

23   Q    AND THE US VERSUS THEM, WHO IS US?

24   A    THE POLICE.

25   Q    WHO IS THEM?

1    A    THE PEOPLE CAUSING CHAOS --

2             MR. FLEMING:  JUDGE, I'M GOING TO OBJECT TO THIS LINE OF

3    QUESTIONING.  THE OFFICER CAN TESTIFY AS TO HOW HE FELT PERHAPS,

4    BUT NOT HOW THE WHOLE POLICE DEPARTMENT IN THE CITY OF NEW

5    ORLEANS FELT.

6             THE COURT:  I'LL SUSTAIN THE OBJECTION.  BUT I THINK THE

7    QUESTION IS ASKING HIM ABOUT HOW HE FELT IN PARTICULAR.  THIS

8    WITNESS'S EXPLANATION OF HOW HE FELT AT THAT TIME.  SO, I THINK

9    HE CAN ANSWER, AND I THINK THE JURY CAN UNDERSTAND THAT HIS

10   TESTIMONY IS BASED UPON HOW HE FELT.  HE CAN'T TESTIFY ABOUT HOW

11   OTHER PEOPLE FELT.

12   BY MS. BERNSTEIN:

13   Q    SO YOU SAID TO DEFENDANT BOWEN:  WE'RE NOT ANIMALS LIKE THEM?

14   A    YES.

15   Q    WHAT ELSE HAPPENED IN THAT CONVERSATION?

16   A    AFTER THAT EXCHANGE, SERGEANT BOWEN ASKED IF I HAD A PROBLEM

17   WITH WHAT HAPPENED ON THE OTHER SIDE OF THE BRIDGE.

18   Q    MEANING THE EAST SIDE?

19   A    YES.

20   Q    WHAT DID YOU SAY?

21   A    IT KIND OF CAUGHT ME OFF-GUARD.  I HADN'T REALLY PROCESSED

22   THE ENTIRE INCIDENT, AND IT STILL DIDN'T REGISTER IN MY HEAD

23   THAT, YOU KNOW, OTHER THAN -- I WAS REALLY ANGRY ABOUT SEEING

24   BOWEN KICK ON THAT GUY, AND THAT WAS WHAT WAS IN THE FOREFRONT OF

25   MY MIND AT THE TIME.

1   Q    SO WHAT DID YOU SAY TO BOWEN WHEN HE ASKED YOU THAT?

2   A    I KIND OF SHRUGGED IT OFF AND WAS LIKE, YOU KNOW, YOU KNOW,

3   IT IS WHAT IT IS, SOMETHING TO THAT EFFECT.

4   Q    DID YOU REPORT TO ANYBODY WHAT HAPPENED ON THE BRIDGE THAT

5   DAY?

6   A    NO, MA'AM.

7   Q    DID YOU REPORT DEFENDANT BOWEN FOR WHAT YOU SAW?

8   A    NO.

9   Q    WHAT DID YOU DO?

10   A    I KEPT MY MOUTH SHUT.

11   Q    DID YOU JUST KEEP YOUR MOUTH SHUT?

12   A    NO.  I WENT ALONG WITH THE COVER-UP.

13   Q    HOW LONG WOULD YOU ESTIMATE YOU WERE ON THE WEST SIDE OF THE

14   BRIDGE THAT DAY?

15   A    I GUESS -- I REALLY DON'T HAVE A SENSE OF TIME FOR THAT DAY.

16   OR ANY OF THOSE DAYS.  BUT I GUESS MAYBE AN HOUR.

17   Q    DURING THAT ENTIRE TIME YOU WERE ON THE WEST SIDE, DID YOU

18   EVER SEE ANY CIVILIANS TAKEN INTO CUSTODY?

19   A    YES.

20   Q    HOW MANY?

21   A    TWO.

22   Q    PICK ONE OF THEM AND START WITH THAT AND TELL ME WHERE YOU

23   SAW THIS PERSON.

24   A    THERE WAS AN OLDER GENTLEMAN THAT WAS RUNNING ON THE LEFT

25   SHOULDER OF THE ROAD WHILE THE THREE CIVILIANS WERE STILL

1    RUNNING.  OFFICER BARRIOS AND VILLAVASO TOOK HIM INTO CUSTODY.

2    Q    WHERE WAS THIS GUY WHEN YOU SAW HIM IN CUSTODY?

3    A    THE LAST -- WHEN I SAW THEM, THE MAN HAD GIVEN UP RUNNING.

4    APPARENTLY, HE APPEARED TO BE OUT OF BREATH OR EXHAUSTED.  AND

5    HE'D STOPPED RUNNING.  AND I SAW HIM LEANING ON ONE KNEE, AND

6    OFFICER BARRIOS AND VILLAVASO TOOK HIM INTO CUSTODY AS WE WERE

7    STILL DRIVING DOWN OR JUST AS WE WERE EXITING THE CAR, SOMEWHERE

8    IN THAT TIME PERIOD.

9    Q    AS YOU ALL WERE EXITING THE TROOPER CAR, I ASSUME YOU AND

10   FAULCON GOT OUT OF THE PASSENGER'S SIDE?

11   A    YES.

12   Q    DID YOU SEE WHERE GISEVIUS AND THE TROOPER WENT?

13   A    NO.

14   Q    GO AHEAD.

15   A    NO.  MY FOCUS -- MY FOCUS WAS ON THE GUY -- I THINK I DID

16   GLANCE OVER MY RIGHT SHOULDER AND SAW -- I THINK THAT'S WHEN I

17   SAW BARRIOS AND VILLAVASO TAKE THE OTHER GUY INTO CUSTODY.

18   Q    WHICH SIDE OF THE CAR DID THE TROOPER GET OUT OF?

19   A    I'M ASSUMING THE DRIVER'S SIDE.

20   Q    SO WHERE WAS THIS GUY YOU'RE TALKING ABOUT NOW?  ONCE HE WAS

21   IN CUSTODY, WHERE WAS HE?

22   A    I DIDN'T NOTICE HIM AGAIN UNTIL MAYBE AT THE CRYSTAL PALACE.

23   I'M NOT SURE.

24   Q    DID YOU EVER SEE HIM ON THE GROUND?

25   A    I DON'T REMEMBER IF I DID OR NOT.

```
1    Q    WHAT DID THAT GUY LOOK LIKE?

2    A    OLDER GUY.  A BIT HEAVY.

3    Q    WHAT WAS HE WEARING?

4    A    BLACK SHIRT, BLACK PANTS.

5    Q    WHAT DO YOU REMEMBER ABOUT HIS HEAD, HIS HAIR?

6    A    MIGHT HAVE BEEN EITHER REALLY SHORT HAIR CUT OR MIGHT HAVE

7    BEEN BALD.

8            MS. BERNSTEIN:  MAY I HAVE EXHIBIT 40 UP, PLEASE.

9    BY MS. BERNSTEIN:

10   Q    DO YOU SEE THE GUY YOU'RE TALKING ABOUT?

11   A    THAT APPEARS TO BE HIM ON THE GROUND NEXT TO SERGEANT

12   KAUFMAN.

13   Q    SERGEANT KAUFMAN IS THE GUY IN THE WHITE SHIRT LEANING OVER

14   HIM?

15   A    YES.

16   Q    WHO IS THE OTHER CIVILIAN YOU SAW IN CUSTODY THAT DAY?

17   A    LANCE MADISON.

18   Q    NOW, AT THE TIME, DID YOU KNOW HIS NAME WAS LANCE MADISON?

19   A    NO.

20   Q    TELL US WHERE YOU SAW LANCE IN CUSTODY.

21   A    ONE OF THE SWAT TEAMS HAD FOUND HIM ABOUT A BLOCK AWAY, I

22   GUESS.  I'M NOT SURE EXACTLY WHERE THEY FOUND HIM AT.  BUT THEY

23   APPREHENDED HIM AND BROUGHT HIM OVER TO THE FRIENDLY INN.

24   Q    WHERE DID YOU FIRST SEE HIM?

25   A    IN FRONT OF THE FRIENDLY INN.
```

1    Q    WHAT WAS HE DOING WHEN YOU SAW HIM?

2    A    HE WAS IN CUSTODY.

3    Q    WHAT POSITION WAS HE IN?

4    A    HE WAS ON HIS KNEES.

5    Q    WHO WAS AROUND HIM?

6    A    THERE WAS A WHOLE BUNCH OF US RIGHT THERE.

7    Q    DID YOU TALK TO LANCE MADISON?

8    A    INITIALLY, I DIDN'T THINK HE WAS THE RIGHT ONE.  SERGEANT

9    GISEVIUS AND I DIDN'T THINK HE WAS THE RIGHT GUY THAT WE WERE

10   LOOKING FOR.  AND --

11   Q    SO, INITIALLY, YOU DIDN'T THINK HE WAS THE ONE WHO HAD RUN

12   THROUGH THE FRIENDLY INN?

13   A    NO.  WE DIDN'T THINK SO.  THEN OFFICER BARRIOS SAID:  NO,

14   THAT'S HIM.  AND ME AND GISEVIUS LOOKED AND IT'S LIKE:  NO, WE

15   THINK YOU'RE WRONG.  AND HE SAID:  NO, I'M TELLING YOU, THAT'S

16   HIM.

17   Q    DID LANCE MADISON SAY ANYTHING?

18   A    YEAH.  THEN HE ASKED WHY WE SHOT AT HIM.  AT THAT POINT WE

19   KNEW THAT HE WAS THE PERSON THAT WAS RUNNING FROM US.

20   Q    DID YOU HEAR ANYBODY ANSWER HIM?

21   A    I DON'T REMEMBER.

22        MS. BERNSTEIN:  MAY I HAVE EXHIBIT 254 UP, PLEASE.

23   BY MS. BERNSTEIN:

24   Q    WHO IS THAT GUY ON THE GROUND ON HIS KNEES?

25   A    THAT'S LANCE MADISON.

1    Q    WHO IS THIS PERSON ON THE RIGHT IN A BABY BLUE SHIRT?

2    A    THAT'S ME.

3    Q    WHO IS THIS PERSON ON THE LEFT IN A BLACK SHIRT AND A GREEN

4    NOPD HAT TURNED BACKWARDS?

5    A    IT APPEARS TO BE SERGEANT GISEVIUS.

6            MS. BERNSTEIN:  MAY I HAVE ONE MOMENT, YOUR HONOR?

7            (PAUSE IN PROCEEDINGS.)

8    BY MS. BERNSTEIN:

9    Q    WHERE IS THIS PICTURE TAKEN?

10   A    APPROXIMATELY IN FRONT OF THE FRIENDLY INN.

11   Q    ALL RIGHT.  SO IS THIS THE FRIENDLY INN OFF TO THE SIDE OF

12   THE ROAD HERE?

13   A    I BELIEVE SO.

14   Q    YOU'VE TALKED TODAY ABOUT THE FRIENDLY INN, AND THAT'S THE

15   NAME OF THE MOTEL WHERE RONALD MADISON DIED?

16   A    YES.

17   Q    IS THAT IN THE SEVENTH DISTRICT OR THE THIRD DISTRICT?

18   A    THAT'S ON THE THIRD DISTRICT SIDE.

19   Q    ARE YOU FAMILIAR WITH ANOTHER MOTEL CALLED THE FAMILY INN?

20   A    YES.

21   Q    IS THAT ON THE SEVENTH DISTRICT SIDE?

22   A    YES.

23   Q    ALL RIGHT.  SO THE FAMILY INN AND THE FRIENDLY INN ARE TWO

24   DIFFERENT MOTELS?

25   A    YES.

1    Q    ON DIFFERENT SIDES OF THE DANZIGER BRIDGE?

2    A    YES.

3    Q    ALL RIGHT.  AND THE ONE WHERE RONALD MADISON WAS SHOT IS

4    WHICH?

5    A    THE FRIENDLY INN.

6    Q    WHERE DID YOU ALL GO -- YOU SAID YOU WERE ON THE SCENE ON THE

7    WEST SIDE FOR YOU GUESSTIMATE ABOUT AN HOUR.  WHERE DID YOU GO

8    WHEN YOU LEFT?

9    A    I DON'T REMEMBER.  I DON'T REMEMBER WHERE WE WENT.

10   Q    DID YOU EVENTUALLY MAKE YOUR WAY BACK TO THE CRYSTAL PALACE?

11   A    YES.

12   Q    BEFORE I ASK YOU ABOUT WHAT HAPPENED AT THE CRYSTAL PALACE, I

13   WANT TO ASK YOU SOME QUESTIONS ABOUT THE ENTIRE TIME WERE YOU ON

14   THE WEST SIDE; ALL RIGHT?  THE ENTIRE TIME YOU WERE ON THE WEST

15   SIDE, DID YOU EVER SEE A CIVILIAN SHOOT AT THE POLICE?

16   A    NO.

17   Q    DID YOU EVER SEE A CIVILIAN WITH A GUN?

18   A    NO.

19   Q    DID YOU EVER SEE A CIVILIAN GO FOR A GUN?

20   A    NO.

21   Q    DID YOU EVER SEE A CIVILIAN TURN TOWARD THE POLICE IN A

22   THREATENING WAY?

23   A    NO.

24   Q    DID YOU EVER SEE ANY CIVILIAN THREATEN YOU ALL?

25   A    NO.

1    Q    WHAT WAS RONALD MADISON DOING RIGHT BEFORE HE WAS SHOT?

2    A    THE LAST VIEW I HAD ON HIM, HE WAS RUNNING AWAY.

3    Q    DID HE HAVE ANYTHING IN HIS HANDS?

4    A    I DIDN'T SEE ANYTHING.

5    Q    NOW, AT SOME POINT AFTER ALL OF THIS HAPPENED -- AT SOME

6    POINT AFTER THIS DAY, DID YOU LEARN THAT PART OF THE SHOOTING ON

7    THE EAST SIDE HAD BEEN CAPTURED ON VIDEOTAPE?

8    A    YES.  SOMETIME LATER.

9    Q    HAVE YOU EVER SEEN THAT VIDEO?

10   A    YES.

11   Q    HAVE YOU SEEN A BLUE RAY, A DVD VERSION OF THAT VIDEO?

12   A    YES.

13        MS. BERNSTEIN:  YOUR HONOR, IS THIS A GOOD TIME TO TAKE

14   A BREAK AND SET IT UP?

15        THE COURT:  YES.  LET'S GO AHEAD AND TAKE OUR

16   MID-MORNING BREAK.  IT'S ABOUT TEN MINUTES AFTER 10:15.  IF YOU

17   ALL COULD BE READY AT 10:25, 15 MINUTES FROM NOW, WE'LL TRY TO GO

18   AHEAD AND PICK UP RIGHT WHERE WE LEFT OFF.

19        SIR, PLEASE DON'T DISCUSS YOUR TESTIMONY WITH

20   ANYONE AT THE BREAK.  AND, IF YOU COULD BE UP HERE AT 10:25,

21   WE'LL START RIGHT UP.  YOU'VE GOT ABOUT 15 MINUTES.

22        MS. BERNSTEIN:  IS THIS SOMETHING WE SHOULD BE UP HERE,

23   YOUR HONOR?

24        THE COURT:  HOLD ON.  FIRST THINGS FIRST.

25        MR. HESSLER:  IT'S NOT ON THE RECORD.

```
 1              (SIDEBAR CONFERENCE, NOT ON THE RECORD.)

 2              (PROCEEDINGS IN RECESS.)

 3              THE COURT:  YOU MAY BE SEATED.

 4              ALL RIGHT.  MR. HUNTER, YOU'RE STILL UNDER OATH.

 5              HAVE YOU DISCUSSED YOUR TESTIMONY WITH ANYONE DURING THE

 6   BREAK?

 7              THE WITNESS:  NO.

 8              THE COURT:  OKAY.

 9              MS. BERNSTEIN, I THINK WE WERE AT A POINT WHERE YOU WERE

10   GOING TO SHOW A BLUE RAY RECORDING TO THE JURY; IS THAT CORRECT?

11              MR. FLEMING:  JUDGE, MAY WE APPROACH?

12              THE COURT:  YES.  NOT ON THE RECORD.

13              (SIDEBAR CONFERENCE, NOT ON THE RECORD.)

14              THE COURT:  BEFORE WE SHOW THIS -- FIRST OF ALL, DO WE

15   NEED THE WITNESS BY THE SCREEN?

16              MS. BERNSTEIN:  YES.  I WAS JUST GOING TO ASK IF WE CAN

17   HAVE HIM STEP DOWN, USE THIS MICROPHONE.  AND IF WE CAN HAVE OUR

18   PARALEGAL COME DOWN HERE OUT OF THE JURY'S VIEW SO HE CAN OPERATE

19   THE VIDEO.

20              THE COURT:  YES, TO BOTH OF THOSE.  BUT THE OTHER THING,

21   ALL COUNSEL NEED TO SEE IT AS WELL.

22              SO, COUNSEL, IF YOU ALL WOULD LIKE TO -- LET'S SEE IF WE

23   CAN CLEAR OUT SOME SEATS OVER THERE SO THAT COUNSEL CAN SEE.

24   SOME OF THE BLUE SEATS OVER THERE ON THE OTHER SIDE OF THE JURY

25   BOX.  I DON'T KNOW IF YOU'RE GOING TO BE ABLE TO SEE FROM THIS
```

1    SIDE, BUT YOU'RE WELCOME TO COME STAND OVER HERE OUTSIDE THE JURY

2    BOX.

3          MR. CARTER:  YOUR HONOR, IT'S MY UNDERSTANDING THAT IT'S

4    ALSO ON THE COUNSEL'S MONITORS, IF THEY WANT TO WATCH IT ON THE

5    MONITORS.

6          MS. BERNSTEIN:  DID YOU ALL WANT TO WATCH IT ON THE

7    MONITORS, OR DO YOU WANT TO WATCH IT ON THE SCENE?

8          THE COURT:  APPARENTLY, YOU CAN DO EITHER; OKAY?

9    WHATEVER SUITS YOU.  SO LONG AS YOU CAN SEE IT TO SATISFY

10   YOURSELF WITH REGARD TO YOUR REPRESENTATION.

11         MS. BERNSTEIN:  AND, YOUR HONOR, MY UNDERSTANDING IS

12   THAT THE JURORS' MONITORS ARE TURNED OFF, AND THAT THEY'LL BE

13   SEEING THE TV SCREEN.

14         THE COURT:  OKAY.

15         MS. BERNSTEIN:  AND THAT COUNSELS' MONITORS ARE ON IF

16   THEY WANT TO MONITOR IT FROM OVER THERE.

17         IS THAT CORRECT?

18         THE COURT:  AND MINE IS ON?

19         MR. MUNSTER:  YES, SIR.

20         THE COURT:  ALL RIGHT.  SO YOU CAN DO EITHER.  IF YOU'D

21   LIKE TO GROUP OVER THERE WHERE YOU CAN SEE.

22         SIR, YOU CAN STEP DOWN TO A POSITION RIGHT ALONG SIDE OF

23   THAT SCREEN.

24         MR. DESALVO:  WOULD IT BE ALL RIGHT IF WE KNELT DOWN IN

25   FRONT OF THE JURY BOX?

```
 1            THE COURT:  SURE.  AS LONG AS YOU'RE COMFORTABLE.

 2            MS. BERNSTEIN:  THE VIDEO THAT WE'RE ABOUT TO PLAY IS

 3   EXHIBIT 90A.

 4            THE COURT:  EXHIBIT 90A, HAS THAT BEEN INTRODUCED YET?

 5            MS. BERNSTEIN:  IT HAS NOT.  I'D LIKE TO OFFER IT NOW.

 6            THE COURT:  COUNSEL, ANY OBJECTION TO 90A?

 7            MR. FLEMING:  ONE MOMENT, JUDGE.

 8            (DISCUSSION HELD OFF THE RECORD.)

 9            MR. FLEMING:  NO OBJECTION, JUDGE.

10            THE COURT:  OKAY.  90A IS ADMITTED.

11            (EXHIBIT ADMITTED.)

12            MS. BERNSTEIN:  ALL RIGHT, MR. HUNTER, IF YOU COULD COME

13   STAND OVER HERE SO THAT YOU CAN SPEAK INTO THE MICROPHONE.

14            WHAT I'D LIKE TO DO IS PLAY -- I'M GOING TO PLAY EXHIBIT

15   90A, AND I'D LIKE YOU TO JUST WATCH IT THE FIRST TIME THROUGH.

16   AND THEN I'M GOING TO PLAY IT AGAIN AND THEN WE'LL STOP AND I'LL

17   ASK YOU TO CLARIFY SOME THINGS FOR THE JURY.

18            STEVE, CAN WE PLAY IT, PLEASE?

19            (VIDEOTAPE PLAYED.)

20            MS. BERNSTEIN:  ALL RIGHT.  AT THIS TIME, IF YOU CAN

21   PLAY IT AGAIN AND PAUSE IT, MR. HAROLD, IF YOU WILL, WHEN THE

22   BUDGET TRUCK FIRST COMES INTO VIEW.

23   BY MS. BERNSTEIN:

24   Q   MR. HUNTER, CAN YOU POINT OUT FOR THE JURY THE BUDGET TRUCK

25   SO THEY CAN WATCH IT WHEN WE HIT PLAY.
```

```
 1    A    THIS IS IT RIGHT HERE.

 2    Q    OKAY.  IF YOU'D STEP BACK OUT OF THE WAY.  WE'LL HIT PLAY

 3    UNTIL WE STOP IT AGAIN.

 4              (VIDEOTAPE PLAYED.)

 5              MS. BERNSTEIN:  STOP, PLEASE.

 6    BY MS. BERNSTEIN:

 7    Q    RIGHT AFTER WE HIT PLAY, DID YOU HEAR SHOTS?

 8    A    YES, MA'AM.

 9    Q    WHOSE SHOTS WERE THOSE?

10    A    THOSE WERE MINE.

11    Q    DID YOU HEAR ANY OTHER SHOTS IN THERE?

12    A    AS THE TRUCK STOPPED.

13              MS. BERNSTEIN:  LET'S PLAY BACK THE LAST TEN SECONDS

14    AGAIN.

15              (VIDEOTAPE PLAYED.)

16    BY MS. BERNSTEIN:

17    Q    TELL US WHAT YOU HEARD.

18    A    AS THE TRUCK WAS MOVING, I HEARD THE ROUNDS I WAS FIRING.  AS

19    THE TRUCK CAME TO A STOP, THERE ARE A DIFFERENT SET OF ROUNDS

20    FIRED.

21    Q    AND WHOSE SHOTS ARE THOSE?

22    A    SERGEANT BOWEN.

23              MS. BERNSTEIN:  HIT PLAY AGAIN, PLEASE.

24              (VIDEOTAPE PLAYED.)

25              MS. BERNSTEIN:  STOP RIGHT THERE.
```

1   BY MS. BERNSTEIN:

2   Q   WHO IS THAT IN BLACK WHO JUST RAN TO THE FRONT OF THE TRUCK?

3   A   SERGEANT GISEVIUS.

4   Q   WHO IS GETTING OUT OF THE DRIVER'S SIDE RIGHT NOW?

5   A   THAT'S ME.

6            (VIDEOTAPE PLAYED.)

7   BY MS. BERNSTEIN:

8   Q   WHAT DID YOU JUST DO?

9   A   I TAPPED SERGEANT GISEVIUS ON THE SHOULDER TO LET HIM KNOW HE

10  WAS THE LAST MAN.

11  Q   WHAT DOES THAT MEAN, TO LET HIM KNOW THAT HE'S THE LAST MAN?

12  A   IT'S JUST A TECHNIQUE.  TEAMS DOING TACTICAL SITUATIONS, LET

13  THE PERSON ON THE END KNOW THAT HE IS THE LAST MAN.

14  Q   SO YOU JUST TAPPED HIM ON THE SHOULDER AS YOU RELIGION BY?

15  A   YES.

16  Q   DID YOU TAKE COVER BEHIND HIM?

17  A   NO, MA'AM.

18  Q   DID YOU CROUCH BEHIND HIM TO AVOID FIRE?

19  A   NO, MA'AM.

20  Q   WOULD YOU EVER USE A FELLOW OFFICER AS A HUMAN SHIELD?

21  A   NO, MA'AM.

22  Q   SO YOU TAPPED BY, YOU TAPPED HIM ON SHOULDER, AND WHERE ARE

23  YOU HEADED RIGHT NOW IN THAT PAUSED PHOTOGRAPH?

24  A   I'M HEADED TO THE PASSENGER'S SIDE OF THE TRUCK TO CHECK ON

25  SERGEANT BOWEN.

1   Q    WHAT DO YOU DO RIGHT AS SOON AS YOU GET TO THE OTHER SIDE?

2   A    I STOPPED AT THE CORNER AND LOOKED TO SEE WHAT WAS GOING ON.

3   AND THEN I SHOUTED CEASE FIRE AND SIGNALED FOR IT.

4   Q    DO YOU HEAR ON THIS VIDEO THE CEASE FIRE -- NOT YOU YELLING

5   CEASE FIRE, BUT DO YOU HEAR THE PAUSE IN THE SHOOTING THAT YOU

6   DESCRIBED EARLIER IN YOUR TESTIMONY?

7   A    YES.

8            MS. BERNSTEIN:  PLAY, PLEASE.

9            (VIDEOTAPE PLAYED.)

10  BY MS. BERNSTEIN:

11  Q    WHEN THE SHOOTING STARTS UP AGAIN AFTER THAT PAUSE, WHO IS

12  THAT?

13  A    SERGEANT BOWEN.

14  Q    AND DO YOU SEE ON THE VIDEO WHAT DEFENDANT GISEVIUS IS DOING?

15  A    I SAW HIM MOVE NEAR THE BARRICADE, THE CONCRETE WALL.

16           MR. HESSLER:  OBJECTION, YOUR HONOR.  THE VIDEO SPEAKS

17  FOR ITSELF.  HE SAID HE DIDN'T SEE WHAT SERGEANT KAUFMAN DID.

18           THE COURT:  HE'S ALREADY TESTIFIED THAT HE DIDN'T SEE

19  HIM.  HE'S JUST WATCHING THE VIDEO, THE SAME AS THE JURY.

20           MS. BERNSTEIN:  I AGREE THAT THE VIDEO SPEAKS FOR

21  ITSELF.

22           KEEP PLAYING, PLEASE.

23           (VIDEOTAPE PLAYED.)

24  BY MS. BERNSTEIN:

25  Q    THOSE LAST TWO SHOTS WE HEARD, WHAT KIND OF SHOTS TO THEY

1    SOUND LIKE TO YOU?

2    A   IT SOUNDED MORE LIKE A SHOTGUN.

3    Q   DO YOU KNOW WHO FIRED THOSE TWO SHOTS?

4    A   I HAVE NO IDEA.

5         MS. BERNSTEIN:  PLAY AGAIN, PLEASE.

6         (VIDEOTAPE PLAYED.)

7    BY MS. BERNSTEIN:

8    Q   THOSE LAST TWO SHOTS WE HEARD, POW, POW, WHAT KIND OF GUN

9    DOES THAT SOUND LIKE?

10   A   SOUNDED MORE LIKE A HANDGUN MAYBE, A LITTLE SMALL WEAPON.

11   Q   DID ANY OFFICER EVER ADMIT TO SHOOTING A HANDGUN ON THE

12   BRIDGE?

13   A   I DID.  OFFICER HILLS DID.  AND SERGEANT BOWEN DID.

14   Q   WHERE DID YOU SHOOT YOUR HANDGUN?

15   A   AT THE DIRECTION OF THE PEOPLE RUNNING WESTBOUND ON THE

16   BRIDGE.

17   Q   DID YOU EVER HEAR DEFENDANT BOWEN SAY -- DEFENDANT BOWEN HIM

18   HIMSELF SAY WHERE HE SHOT HIS HANDGUN?

19   A   DON'T RECALL.

20   Q   WE NOW SEE WHO OFFICERS RUNNING UP THE BRIDGE.  WHO ARE THOSE

21   OFFICERS?

22   A   IT APPEARS TO BE SERGEANT GISEVIUS AND OFFICER FAULCON.

23        (VIDEOTAPE PLAYED.)

24        MS. BERNSTEIN:  YOU CAN RETURN TO YOUR SEAT, MR. HUNTER.

25        THE WITNESS:  THANK YOU.

1        MS. BERNSTEIN:  YOUR HONOR, AT THIS POINT, SHALL WE PUSH

2   THIS TO THE SIDE?

3        THE COURT:  SURE WOULD LIKE TO SO I CAN SEE.  WE CAN

4   ALWAYS ROLL IT OUT IF WE NEED TO USE IT AGAIN ON CROSS.

5        MS. BERNSTEIN:  MAY I HAVE EXHIBIT 255 ON THE SCREEN,

6   PLEASE.

7   BY MS. BERNSTEIN:

8   Q   IS THIS ANOTHER PHOTOGRAPH OF LANCE MADISON ON THE GROUND?

9   A   YES, MA'AM.

10  Q   YOU CAN SEE SOME MORE OFFICERS IN THIS PICTURE.  AGAIN, WHO

11  IS THIS WITH THE BABY BLUE SHIRT AND A BACKPACK?

12  A   THAT'S MYSELF.

13  Q   OVER ON THE LEFT SIDE OF THE SCREEN, WHO IS THAT WITH THE

14  GREEN NOPD HAT TURNED BACKWARDS?

15  A   THAT APPEARS TO BE SERGEANT GISEVIUS.

16  Q   WHAT KIND OF GUN IS THAT OVER HIS SHOULDER?

17  A   THAT'S AN M-4.

18  Q   WHO IS THE OFFICER ON THE RIGHT WITH -- A BLACK MAN WITH HIS

19  HAT TURNED BACKWARDS?

20  A   THAT APPEARS TO BE OFFICER FAULCON.

21        MS. BERNSTEIN:  CAN WE ZOOM IN TO THE TOP RIGHT-HAND

22  CORNER, PLEASE?

23  BY MS. BERNSTEIN:

24  Q   WHO IS THE OFFICER BEHIND OFFICER FAULCON?

25  A   THAT APPEARS TO BE OFFICER VILLAVASO.

1    Q    DO YOU KNOW WHO DAVID RYDER IS?

2    A    I DO NOW.

3    Q    WHO IS DAVID RYDER?

4    A    HE'S AN INDIVIDUAL THAT PRESENTED HIMSELF AS A POLICE OFFICER

5    THE DAY OF THE SHOOTING, BUT WAS LATER LEARNED TO NOT BE A POLICE

6    OFFICER.

7    Q    DID YOU SEE HIM THAT DAY?

8    A    BRIEFLY.

9    Q    WHAT SIDE OF THE BRIDGE, THE EAST SIDE OR THE WEST SIDE?

10   A    THE EAST SIDE.

11   Q    WHAT DID HE LOOK LIKE?

12   A    A WHITE MALE WITH A BLACK SHIRT, BLACK T-SHIRT, THAT SAID

13   EITHER POLICE OR SHERIFF WRITTEN ON THE FRONT OF IT AND BLUE

14   JEANS.

15        MS. BERNSTEIN:  CAN I HAVE EXHIBIT 301, PLEASE, ALREADY

16   IN EVIDENCE?

17        MAY I APPROACH, YOUR HONOR?

18        THE COURT:  YES.

19        MS. BERNSTEIN:  I'M SHOWING THE WITNESS EXHIBIT 301.

20   BY MS. BERNSTEIN:

21   Q    DO YOU RECOGNIZE WHO IS IN THAT PICTURE?

22   A    THAT APPEARS TO BE DAVID RYDER TO THE LEFT.

23   Q    DON'T SHOW IT TO THE JURY QUITE YET.

24        MS. BERNSTEIN:  I'D LIKE IT OFFER THIS INTO EVIDENCE.

25        THE COURT:  ANY OBJECTION?

```
 1              MR. DESALVO:  NO OBJECTION, JUDGE.

 2              THE COURT:  SO ORDERED, ADMIT 301.

 3              (EXHIBIT ADMITTED.)

 4   BY MS. BERNSTEIN:

 5   Q    WHO IS THE GUY ON THE LEFT IN THAT PICTURE?

 6   A    THAT APPEARS TO BE DAVID RYDER.

 7   Q    THAT'S THE GUY YOU WERE TALKING ABOUT?

 8   A    YES.

 9   Q    WHO IS THE BIG GUY ON THE RIGHT?

10   A    THAT APPEARS TO BE TAJ MAGEE.

11   Q    IS A SEVENTH DISTRICT OFFICER?

12   A    YES, MA'AM.

13   Q    NOW, WHERE WAS DAVID RYDER WHEN YOU FIRST SAW HIM THAT DAY?

14   A    RIDING ON THE HOOD OF AN NOPD POLICE CAR ALONGSIDE THE -- ON

15   THE ROAD THAT RUNS ALONGSIDE THE DANZIGER BRIDGE ON THE EAST

16   SIDE.

17   Q    SO DID YOU ACTUALLY SEE DAVID RYDER ARRIVE AT THE BRIDGE?

18   A    YES.

19   Q    AND HE ARRIVED AT THE BRIDGE ON THE HOOD OF A CAR?

20   A    YES.

21   Q    WAS THAT BEFORE OR AFTER THE SHOOTING ON THE EAST SIDE?

22   A    AFTER.

23   Q    I'D ASKED YOU BEFORE IF YOU'VE SEEN THAT VIDEO THAT WE JUST

24   WATCHED PART OF.  DO YOU SEE DAVID RYDER ARRIVING ON THAT VIDEO?

25   A    YES.
```

```
 1              MS. BERNSTEIN:  MAY I PLEASE HAVE EXHIBIT 89DR.  DON'T
 2    PLAY IT YET, THOUGH.
 3              I'D LIKE TO OFFER VIDEO CLIP 89DR.
 4              MR. FLEMING:  NO OBJECTION.
 5              THE COURT:  SO ORDERED.
 6              (EXHIBIT ADMITTED.)
 7              MS. BERNSTEIN:  MAY WE HAVE THAT ON THE SCREEN, PLEASE.
 8              (VIDEOTAPE PLAYED.)
 9              MS. BERNSTEIN:  STOP THERE, IF YOU WOULD.
10    BY MS. BERNSTEIN:
11    Q   WHERE THIS VIDEO CLIP JUST STARTED, THERE ARE PEOPLE MILLING
12    ABOUT IN FRONT OF THE BUDGET TRUCK.  DID YOU RECOGNIZE ANYONE?
13    A   THE PERSON IN THE LIGHT BLUE SHIRT IS MYSELF.
14    Q   OKAY.  AND CAN WE GO BACK TO -- THIS VIDEO CLIP STARTS BEFORE
15    OR AFTER THE SHOOTING THAT WE JUST SAW?
16    A   AFTER.
17              MS. BERNSTEIN:  ALL RIGHT.  CAN WE START BACK AT THE
18    BEGINNING OF IT, PLEASE.
19              (VIDEOTAPE PLAYED.)
20    BY MS. BERNSTEIN:
21    Q   WHAT IS IT THAT WE JUST SAW FROM THE RIGHT SIDE OF THE
22    SCREEN?
23    A   THAT APPEARS TO BE THE NOPD CAR WITH DAVID RYDER RIDING ON
24    THE HOOD.
25              MS. BERNSTEIN:  CAN WE PLAY THAT ONE MORE TIME?
```

```
 1              (VIDEOTAPE PLAYED.)

 2    BY MS. BERNSTEIN:

 3    Q   SO THAT'S DAVID RYDER ARRIVING AT THE SCENE AFTER THE

 4    SHOOTING?

 5    A   YES.

 6              MR. FLEMING:  I'M GOING TO OBJECT AS TO THAT

 7    CHARACTERIZATION.  THE WITNESS CAN TESTIFY AS TO WHAT HE SAW.  HE

 8    HAS NO IDEA AS TO WHEN MR. RYDER OR THE OTHER CAR ARRIVED ON THE

 9    SCENE.

10              THE COURT:  WELL, HE'S LOOKING AT THE SAME TAPE AS THE

11    JURY HAS, BUT HE'S ALREADY TESTIFIED AS TO WHAT HE SAW OR DIDN'T

12    SEE.

13              SO THIS IS BASED, AS I UNDERSTAND IT, SOLELY ON WHAT HE

14    OBSERVED ON THE TAPE; IS THAT RIGHT?

15              MS. BERNSTEIN:  NO, NOT AT ALL.  I CAN ASK THE QUESTIONS

16    DIRECTLY.

17              THE COURT:  HE SAYS HE SAW HIM SOME TIME AFTER, BUT HE

18    DIDN'T SAY THAT HE SAW HIM AT THE TIME THAT'S REFLECTED IN THE

19    TAPE.  THAT'S WHAT I UNDERSTAND THE OBJECTION TO BE.  SO MAYBE WE

20    NEED TO CLARIFY THAT, BECAUSE I DIDN'T UNDERSTAND HIS TESTIMONY

21    TO NECESSARILY MATCH WHAT WE'RE SEEING ON THE TAPE AT THIS POINT

22    IN TIME.

23              MS. BERNSTEIN:  OKAY.  I CAN ASK A FEW QUESTIONS TO

24    CLEAR THAT UP.

25    BY MS. BERNSTEIN:
```

1   Q    DID YOU SEE DAVID RYDER RIDING ON THE HOOD OF THAT CAR?

2   A    YES.

3   Q    ALL RIGHT.  LET'S GO BACK TO THE BEGINNING OF THIS TAPE.

4        WHERE WERE YOU -- DON'T PLAY IT YET THOUGH, PLEASE --

5   WHERE WERE YOU WHEN YOU FIRST SAW DAVID RYDER?

6   A    I WAS STANDING ON THE ROADWAY ON THE EAST SIDE OF THE

7   DANZIGER BRIDGE WHEN I SAW THE CAR APPROACHING FROM DOWN THE

8   ROAD.

9   Q    WHERE WERE YOU IN RELATION TO THIS TRUCK WHEN YOU FIRST SAW

10  DAVID RYDER?

11  A    I WAS ON THE PASSENGER'S SIDE OF THE TRUCK.

12  Q    WHICH WAY --

13  A    NEAR THE WALKWAY.

14  Q    WHICH WAY WERE YOU LOOKING TO SEE DAVID RYDER?

15  A    EAST.

16  Q    LEFT OR RIGHT?

17  A    I WAS FACING EAST.

18  Q    OH, OKAY.  SO WERE YOU FACING DOWN --

19  A    I WAS FACING EAST, AND I SAW THE CAR COMING AT ME.

20  Q    YOU'RE TALKING ABOUT THE POLICE CAR NOW?

21  A    YES.

22  Q    WHERE WAS THE POLICE CAR?

23  A    IT WAS COMING FROM DOWNMAN ROAD.

24  Q    AND WHO WAS ON THE HOOD?

25  A    THE GENTLEMAN I LATER LEARNED TO BE DAVID RYDER.

```
 1    Q   NOW, IN THIS VIDEO THAT WE'RE ABOUT TO SEE, YOU START OFF IN

 2    FRONT OF THE TRUCK, AND THEN YOU COME ACROSS ON THE PASSENGER'S

 3    SIDE; RIGHT?

 4    A   YES.

 5    Q   SO THE VERY MOMENT THAT IS SHOWN ON THIS VIDEO, WHERE WERE

 6    YOU?

 7    A   I WAS TALKING TO SERGEANT BOWEN.

 8    Q   HAD YOU SEEN THE SAME GUY ARRIVING ON THE SAME CAR A FEW

 9    SECONDS BEFORE IT COMES INTO THE VIDEO?

10    A   YES.  I'D SEEN HIM BEFORE, LONG BEFORE IT GOT INTO THE VIDEO.

11    Q   AND CAN YOU JUST AS -- WE'LL WATCH IT ONE MORE TIME, AND THEN

12    IF YOU CAN EXPLAIN TO THE JURY WHERE YOU SAW HIM AND WHEN.

13              (VIDEOTAPE PLAYED.)

14              THE WITNESS:  RIGHT THERE.

15    BY MS. BERNSTEIN:

16    Q   SO RIGHT THERE WHEN YOU ARE LOOKING DOWN THE BRIDGE AND YOU

17    SEE HIM ARRIVING?

18    A   YES.

19              MR. FLEMING:  JUDGE, I'M GOING TO OBJECT TO THE LEADING

20    NATURE OF THE QUESTION.

21              THE COURT:  WELL, IT IS LEADING, BUT I THINK HE'S

22    ALREADY EXPLAINED.  SO IT'S NOT SO MUCH THAT THE QUESTION IS

23    SUGGESTING AN ANSWER THAT HASN'T ALREADY BEEN GIVEN.

24              I WILL ASK THAT YOU NOT LEAD THE WITNESS.

25              HOWEVER, I DON'T THINK IN THIS CASE IT'S HARMFUL FOR HER
```

1    TO SAY SOMETHING THAT HE'S ALREADY EXPLAINED.

2    BY MS. BERNSTEIN:

3    Q   EXPLAIN TO US AT THIS MOMENT WHERE YOU'RE LOOKING AND WHAT

4    YOU'RE LOOKING AT.

5    A   I WAS LOOKING EAST TOWARDS DOWNMAN ROAD, AND I SAW THE POLICE

6    CAR WITH THE MR. RYDER ON THE HOOD OF THE CAR.

7    Q   AND HOW FAR AWAY WOULD YOU ESTIMATE DOWNMAN ROAD IS WHERE THE

8    POLICE CAR AND DAVID RYDER ARE?

9    A   MAYBE LIKE 60 OR 70 YARDS MAYBE.  MAYBE A LITTLE FARTHER.

10   Q   COMING WHICH DIRECTION?

11   A   LIKE, OKAY, WHERE THEY WERE?  THEY WERE TRAVELING WESTBOUND

12   ON THE SIDE ROAD THAT RUNS ALONG THE BRIDGE.

13   Q   SO WHERE THEY'RE DRIVING IN THIS VIDEO CLIP IS ON A SERVICE

14   ROAD OR A SIDE ROAD DOWN THE SIDE OF THE BRIDGE?

15   A   YEAH.

16           MR. FLEMING:  JUDGE, SAME OBJECTION.

17           THE COURT:  WELL, SAME RULING.  PLEASE DON'T LEAD THE

18   WITNESS.

19           MS. BERNSTEIN:  YES, YOUR HONOR.

20           THE COURT:  ALTHOUGH, I THINK I UNDERSTAND WHAT HE SAID

21   IMMEDIATELY PRIOR TO THE QUESTION.  BUT LET'S NOT ASK LEADING

22   QUESTIONS.

23           MS. BERNSTEIN:  YES, YOUR HONOR.

24           CAN WE JUST PLAY THIS CLIP, PLEASE.

25           (VIDEOTAPE PLAYED.)

1   BY MS. BERNSTEIN:

2   Q   AT THE END OF THAT CLIP, YOU'RE GETTING INTO THE BUDGET

3   TRUCK.  WHAT ARE YOU GETTING READY TO DO?

4   A   SERGEANT BOWEN HAD ENTERED THE TRUCK PRIOR TO ME GETTING TO

5   THE DRIVER DOOR, AND HE WANTED TO DRIVE THE TRUCK OVER THE BRIDGE

6   TO ASSIST SERGEANT GISEVIUS AND OTHER OFFICERS IN THE PURSUIT OF

7   THE OTHER SUBJECTS.  BUT THE KEYS WEREN'T IN THE TRUCK.  I HAD

8   THE KEYS IN MY POCKET.

9   Q   OKAY.

10         MS. BERNSTEIN:  FOR THE RECORD, YOUR HONOR, ON THAT

11  VIDEO, WHEN THE CAR IS IN VIEW THERE, IT'S 9:12:15 ON THE SCREEN.

12  ALTHOUGH, AS WE CLARIFIED THE OTHER DAY, THAT DOESN'T NECESSARILY

13  MEAN THE TIME OF DAY.  BUT JUST FOR PURPOSES OF THE RECORD.

14         THE COURT:  COUNSEL, ANY DISPUTE AS TO THAT?  I THINK IT

15  IS.

16         MR. FLEMING:  WELL, I'M NOT IN A POSITION TO DISPUTE AS

17  I WASN'T WATCHING FOR A SPECIFIC TIME.

18         MR. DESALVO:  I THINK WHAT IT IS IS IT SHOWS THE PROPER

19  TIME SEQUENCE, MAY NOT SHOW THE PROPER TIME.

20         MS. BERNSTEIN:  9:12:15 IS WHEN HE STOPPED ON THE OTHER

21  SIDE.

22         MR. FLEMING:  I'M NOT SURE WHAT THE RECORD IS REFLECTING

23  AT THIS POINT IN TIME.  IT'S REFLECTING TWO DIFFERENT THINGS.

24         MS. BERNSTEIN:  LET'S PLAY IT ONE MORE TIME.

25         SO 9:12:15, FOR THE RECORD, IS WHERE WE HAVE THE VIDEO

```
 1   STOOPING WHERE MR. HUNTER WAS TESTIFYING ABOUT WHAT HE SAW AT

 2   THAT TIME.

 3          THE COURT:  THAT'S CORRECT.  I THINK THAT'S ACCURATE.

 4   BY MS. BERNSTEIN:

 5   Q   ALL RIGHT.  I WANT TO SWITCH GEARS A LITTLE BIT, MR. HUNTER.

 6   WHERE WE LEFT OFF BEFORE THE VIDEO, YOU WERE TALKING ABOUT WHEN

 7   YOU LEFT THE WEST SIDE OF THE BRIDGE YOU EVENTUALLY MADE YOUR WAY

 8   BACK TO THE CRYSTAL PALACE; IS THAT RIGHT?

 9   A   YES, MA'AM.

10   Q   WHEN YOU WERE BACK AT THE CRYSTAL PALACE THAT DAY, DID

11   ANYBODY GATHER TOGETHER THE OFFICERS FROM THE DANZIGER BRIDGE?

12   A   YES.

13   Q   TELL US WHAT HAPPENED.

14   A   AT SOME POINT, LIEUTENANT LOHMAN AND SERGEANT KAUFMAN

15   GATHERED US.  WELL, THEY MADE AN ANNOUNCEMENT, BASICALLY ANY

16   OFFICER THAT FIRED HIS WEAPON ON THE BRIDGE COME SIT AT THE

17   TABLE.

18   Q   WHAT TABLE WERE THEY SUPPOSED TO SIT AT?

19   A   THERE WAS THIS ROUND TABLE THEY SELECTED.

20   Q   HAD YOU FIRED YOUR GUN ON THE BRIDGE?

21   A   YES.

22   Q   DID YOU GO OVER TO THE ROUND TABLE?

23   A   YES.

24   Q   WHO ELSE WENT TO THE ROUND TABLE WITH YOU?

25   A   SERGEANT BOWEN, SERGEANT GISEVIUS, OFFICER FAULCON, OFFICER
```

1    VILLAVASO, OFFICER BARRIOS AND OFFICER HILLS.

2    Q    SO THERE WERE SEVEN OF YOU?

3    A    YES.

4    Q    WHO ELSE WAS SITTING AT THE TABLE OTHER THAN THE SEVEN OF YOU

5    WHO SAID HAD FIRED?

6    A    SERGEANT KAUFMAN, I REMEMBER.  LIEUTENANT LOHMAN.  I'M SORRY.

7    Q    WERE YOU FINISHED?

8    A    I WAS GOING TO SAY THERE WERE SOME OTHER OFFICERS MILLING

9    ABOUT IN THE GENERAL AREA.

10   Q    BUT THAT'S ALL YOU HAD AT THE TABLE?

11   A    YES.

12   Q    WHAT HAPPENED AT THE TABLE?

13   A    BASICALLY THEY STARTED TO GO AROUND THE TABLE AND THEY WOULD

14   ASK INDIVIDUALS WHAT WEAPON DID YOU FIRE, HOW MANY TIMES DID YOU

15   FIRE AND WHICH DIRECTION, WHAT GROUP OF PEOPLE WERE YOU FOCUSED

16   ON.

17   Q    AND WHAT HAPPENED?

18   A    EVERY OFFICER TOOK A TURN AND PROVIDED INFORMATION THEY ASKED

19   FOR.

20   Q    DO YOU REMEMBER WHETHER DEFENDANT BOWEN SPOKE?

21   A    I KNOW HE SPOKE.  I'M VAGUE AS TO EXACTLY WHAT WAS SAID.

22   Q    WHAT GUN DID YOU SAY YOU HAD FIRED?

23   A    I TOLD HIM I'D FIRED MY DEPARTMENT-ISSUED GLOCK.

24   Q    WHAT GUN HAD BOWEN FIRED?

25   A    THE AK-47.

1    Q    WHO DID THAT BELONG TO?

2    A    ME.

3    Q    DID YOU HAVE ANY CONCERNS ABOUT THAT?

4    A    I WAS A LITTLE CONCERNED THAT HE MIGHT NOT TAKE

5    RESPONSIBILITY FOR USING THE WEAPON.  BUT THEN HE DID STATE THAT

6    HE USED THE WEAPON.

7    Q    SO TELL US ABOUT THE REST OF THAT CONVERSATION.  FIRST OF

8    ALL, DO YOU REMEMBER WHO ASKED YOU WHAT GUN DID YOU FIRE AND HOW

9    MANY TIMES?

10   A    I DON'T REMEMBER IF IT WAS LIEUTENANT LOHMAN OR SERGEANT

11   KAUFMAN THAT INITIATED IT.

12   Q    WHAT HAPPENED?

13   A    AT SOME POINT DURING THE QUESTIONING AND THE ANSWERS,

14   LIEUTENANT LOHMAN TURNED TO SOMEBODY THAT WAS SEATED TO HIS RIGHT

15   AND SAID:  WE CAN'T HAVE THIS LOOKING LIKE A MASSACRE.

16   Q    DO YOU KNOW WHAT SPARKED THAT COMMENT?  DO YOU REMEMBER WHAT

17   HAPPENED DIRECTLY BEFORE IT?

18   A    I DON'T RECALL SPECIFICALLY.  IT WAS SOMEWHERE AROUND THE

19   TIME EITHER BEFORE OR AFTER I GAVE MY STATEMENT, SO TO SPEAK.

20   Q    WHAT DID YOU TELL THEM AT THE ROUND TABLE?

21   A    I TOLD THEM THAT I DIDN'T KNOW HOW MANY TIMES I FIRED.  AND

22   THEY WANTED A SPECIFIC NUMBER, AND I ENDED UP SAYING THREE TO

23   FIVE TIMES.

24   Q    WHEN YOU FIRST SAID YOU DIDN'T KNOW HOW MANY TIMES YOU FIRED,

25   DID YOU SAY WHETHER OR NOT YOU HAD RELOADED?

1   A   NO.

2   Q   WHAT DID YOU SAY OTHER THAN:  I DON'T KNOW HOW MANY TIMES I

3   FIRED?

4   A   I JUST SAID:  I FIRED A BUNCH OF TIMES.

5   Q   AND THEN WHAT HAPPENED?

6   A   THEY WENT TO THE NEXT PERSON.

7   Q   HOW DID YOU GET FROM I FIRED A BUNCH OF TIMES TO WHATEVER

8   NUMBER YOU JUST GAVE?

9   A   I GUESS THEY PRESSED ME FOR A NUMBER.  AND I JUST RELENTED

10  AND SAID:  THREE TO FIVE, I DON'T KNOW.

11  Q   DID YOU FIRE THREE TO FIVE TIMES ON THE BRIDGE?

12  A   I FIRED MORE THAN FIVE TIMES.

13  Q   DURING THAT GATHERING WHEN YOU ALL WERE AT THE ROUND TABLE,

14  DID ANYBODY ASK YOU WHETHER ANY CIVILIANS FIRED AT YOU?

15  A   I DON'T REMEMBER ANYBODY ASKING THAT.

16  Q   DO YOU REMEMBER HAVING A REACTION TO THAT?

17  A   I MEAN, IT WAS PRETTY OBVIOUS THAT THEY WERE INITIATING A

18  COVER-UP OF THE SITUATION IF THE SHOOTING WASN'T AS JUSTIFIED AS

19  IT'S SUPPOSED TO BE.

20  Q   WHAT DO YOU MEAN WHEN YOU SAY IT WAS PRETTY OBVIOUS?

21  A   I MEAN, THEY WEREN'T -- THEY DIDN'T SEPARATE US AND ASK US

22  QUESTIONS INDIVIDUALLY.  THEY DIDN'T -- NOTHING WAS COLLECTED

23  FROM THE SCENE.

24  Q   DID THEY ASK YOU WHETHER YOU HAD SEEN ANY GUNS OUT ON THE

25  BRIDGE?

1   A   NO.

2   Q   HOW DID THAT CONVERSATION END, DO YOU REMEMBER?

3   A   NOT SPECIFICALLY.  I JUST -- IT JUST ENDED UP, IT JUST ENDED.

4   Q   WHAT DID YOU ALL DO WHEN YOU WERE FINISHED TALKING AT THE

5   ROUND TABLE?

6   A   WE JUST STAYED AT THE CRYSTAL PALACE FOR AWHILE.

7   Q   DO YOU REMEMBER WHAT ELSE YOU DID THE REST OF THAT DAY?

8   A   AT SOME POINT, WE HAD TO GO BACK OUT TO THE BRIDGE.  BECAUSE

9   THE CORONER'S OFFICE WOULDN'T COME OUT AND COLLECT THE TWO

10  SUBJECTS THAT DIED ON THE EAST SIDE AND THE WEST SIDE OF THE

11  BRIDGE, AND THERE WAS STARTING TO BECOME QUESTIONS ABOUT WHAT

12  EXACTLY HAD HAPPENED ON THE BRIDGE THAT DAY.  AND SO WE WENT BACK

13  OUT THERE.  THE WAIT -- I THINK IT WAS LIEUTENANT RUCELL WHO HAD

14  OBTAINED SOME BODY BAGS, AND HE WAS GOING TO COME COLLECT THE

15  BODIES AND BRING THEM TO WHENEVER THE CORONER'S OFFICE HAD SET UP

16  TEAR OPERATION.

17  Q   LET ME BACK YOU UP A LITTLE BIT.  YOU SAID AT SOME POINT SOME

18  OF YOU WENT BACK OUT TO THE BRIDGE TO WATCH OVER THE BODIES UNTIL

19  THEY COULD BE PICKED UP?

20  A   YES.

21  Q   WHO DO YOU REMEMBER GOING BACK OUT TO THE BRIDGE?

22  A   I THINK IT WAS ALL OF US.

23  Q   HOW DID YOU GET BACK TO THE BRIDGE?

24  A   WE DROVE IN THE BUDGET TRUCK.

25  Q   DID YOU STAY OVER A BODY AT ALL?

1   A    NO.  BECAUSE I WAS DRIVING THE TRUCK.  THEY DROPPED A FEW OF

2   THE OFFICERS OFF ON ONE SIDE AND A FEW OFFICERS ON THE OTHER

3   SIDE, AND THEN SERGEANT GISEVIUS, BOWEN AND MYSELF -- WE DROVE

4   SOMEWHERE, I DON'T REMEMBER WHERE WE WENT.  BUT WE CAME BACK

5   SHORTLY.

6   Q    YOU SAID YOU AND GISEVIUS AND BOWEN DROVE SOMEWHERE?

7   A    YES.

8   Q    WERE YOU ALL UP IN THE CAB OF THE TRUCK?

9   A    YES.

10  Q    DID YOU HAVE ANY CONVERSATION ABOUT THE SHOOTING?

11  A    THERE WAS A REPORT ON THE RADIO ON WWL THAT THE SHOOTING

12  HAPPENED AND THAT WE HAD SHOT CONTRACTORS, PEOPLE THAT ARRIVED IN

13  THE CITY.  EITHER THE RESCUE WORKERS OR THE CONTRACTORS, I DON'T

14  REMEMBER HOW THEY INITIALLY DESCRIBED THEM.

15  Q    DID DEFENDANT GISEVIUS ANY MAKE COMMENT IN RESPONSE TO THAT?

16  A    HE WAS UPSET THAT WE WERE GOING TO BE PROSECUTED FOR AN

17  UNJUST SHOOTING.

18  Q    WHAT DO YOU REMEMBER HIM SAYING?

19  A    HE SAID BASICALLY SOMETHING TO THE EFFECT:  I DON'T WANT TO

20  GO TO JAIL.

21          MR. DESALVO:  YOUR HONOR, MAY WE APPROACH THE BENCH?

22          (SIDEBAR CONFERENCE, JURY NOT PRESENT.)

23          MR. DESALVO:  YOUR HONOR HAS ALREADY RULED THAT THE

24  PRIOR INCIDENT WITH SERGEANT BOWEN WAS NOT ADMISSIBLE.

25          MS. BERNSTEIN:  I'M NOT GOING THERE.

```
1              MR. DESALVO:  I'M CONCERNED THAT WHAT THIS WITNESS IS
2   GOING SAY NEXT IS THAT SERGEANT BOWEN SAID HE DIDN'T WANT TO GO
3   THROUGH THIS AGAIN.
4              MS. BERNSTEIN:  I WILL ACTUALLY TELL YOU THAT I HAVE
5   INSTRUCTED THE WITNESS THAT I AM NOT GOING TO ASK HIM ABOUT
6   ANYTHING ABOUT BOWEN'S COMMENTS PRECISELY FOR THAT REASON
7   PRECISELY.
8              MR. DESALVO:  YOU'RE WONDERFUL.  THANK YOU.  BUT I'VE
9   GOT TO BE ON MY TOES WATCHING YOU.
10             (SIDEBAR CONFERENCE CONCLUDED, JURY NOW PRESENT.)
11  BY MS. BERNSTEIN:
12  Q   I WANT TO JUMP AHEAD NOW TO THE NEXT DAYS AND WEEKS AFTER THE
13  SHOOTING.  DURING THAT TIME, WERE YOU AND THE OTHER OFFICERS
14  TALKING ABOUT WHAT HAD HAPPENED.
15  A   FROM TIME TO TIME, WE HAVE CASUAL CONVERSATIONS ABOUT IT.
16  THE OFFICERS, NOT THE SUPERVISORS.
17  Q   WERE YOU WORRIED ABOUT WHAT WAS GOING TO HAPPEN?
18  A   INITIALLY, I WASN'T, BECAUSE I DIDN'T HURT ANYBODY.  AND IT
19  WAS JUST KIND OF ASSUMED THAT, YOU KNOW, THE PEOPLE THAT ACTUALLY
20  SHOT PEOPLE WERE THE ONES THAT WERE GOING TO HAVE TO DEAL WITH IT
21  IF SOMETHING SHOULD HAPPEN.
22  Q   WAS THERE ANYONE IN PARTICULAR YOU ALL WERE WORRIED ABOUT?
23  A   FROM TIME TO TIME PEOPLE --
24             MR. FLEMING:  OBJECTION, YOUR HONOR, MAY WE APPROACH?
25             THE COURT:  YES.
```

```
 1              (SIDEBAR CONFERENCE, JURY NOT PRESENT.)

 2         THE COURT:  WHICH ONE OF YOU WAS GOING TO OBJECT FOR

 3   THIS WITNESS?

 4         MR. FLEMING:  ME.  THIS IS MY OBJECTION.

 5         JUDGE, I'M GOING OBJECT BECAUSE THE QUESTION IS GOING TO

 6   BE HE THOUGHT FAULCON WAS IN THE MOST TROUBLE BECAUSE HE HAD

 7   SHOT.  SHE'S GOING TO ELICIT HIS OPINION AS TO THE JUSTIFICATION

 8   OR NON-JUSTIFICATION OF THE SHOOTING, AND THAT'S INAPPROPRIATE.

 9   THAT'S A JURY QUESTION TO DECIDE WHETHER A SHOOTING IS REASONABLE

10   OR NOT REASONABLE.

11         MS. BERNSTEIN:  HE WAS GOING TO SAY THAT THEY WERE MOST

12   CONCERNED ABOUT FAULCON BECAUSE HIS SHOOTING WAS NOT JUSTIFIED

13   AND THAT FAULCON -- THAT THE SUPERVISORS WERE WORKING WITH

14   FAULCON TO MAKE SURE IT WAS JUSTIFIED.

15         MR. FLEMING:  HIS OPINION, HE'S GOT AN OPINION THAT THE

16   FAULCON SHOOTING WAS NOT JUSTIFIED.

17         THE COURT:  ON WHAT BASIS IS HE GOING TO SAY THIS?  THIS

18   IS JUST WHAT HE THINKS?

19         MR. FLEMING:  YES.

20         MS. BERNSTEIN:  WELL, HE'S GOING TO SAY HIS

21   UNDERSTANDING.  NOT OF THE SHOOTING ITSELF BUT OF WHAT WAS GOING

22   ON IN TERMS OF PEOPLE WORKING WITH HIM ON HIS REPORT.

23         MR. FLEMING:  IT WAS UNSPOKEN KNOWLEDGE.  THAT'S WHERE

24   SHE'S GOING, JUDGE.

25         MS. BERNSTEIN:  IT'S RELEVANT TO THE OBJECT OF THE
```

```
 1   CONSPIRACY, WHICH IS TO COVER UP THE SHOOTING, THE CONSPIRACY

 2   THAT HE WAS PART OF.

 3              MR. FLEMING:  UNSPOKEN KNOWLEDGE.  CONSPIRACY IS BIG NET

 4   BUT IT'S NOT THAT BIG.

 5              THE COURT:  I FOLLOW YOU AS TO WHY IT'S RELEVANT.  BUT I

 6   DON'T KNOW THE BASIS FOR HIM TO KNOW THAT OTHER THAN TO SAY THAT

 7   THAT'S HIS SUSPICION?  I MEAN, DID HE LEARN THIS FROM SOMEBODY?

 8   OR IS IT JUST HIS GUT FEELING?

 9              MS. BERNSTEIN:  NO, IT'S NOT HIS GUT FEELING.  WHAT HE

10   WILL SAY IS HE AND THE OTHER OFFICERS INVOLVED IN THE SHOOTING

11   WERE TALKING ABOUT IT, BUT HE'S NOT SPECIFIC ABOUT THIS

12   PARTICULAR CONVERSATION OR THIS PARTICULAR DATE BECAUSE THERE

13   WERE A LOT OF CONVERSATION OVER THE COURSE OF DATES.

14              MR. FLEMING:  BECAUSE HE AND THE OTHER OFFICERS WERE

15   TALKING?  THAT'S --

16              THE COURT:  IT KIND OF GOES TO THE ULTIMATE ISSUE THAT

17   THE JURY HAS TO DECIDE, SO I HAVE SOME MISGIVINGS.  IF YOU CAN

18   LAY A FOUNDATION FOR HIM HAVING SOME TYPE OF INDEPENDENT

19   KNOWLEDGE OF THIS OTHER THAN JUST SOME SUSPICION ON HIS PART.

20   BECAUSE, IF IT'S JUST HIS SUSPICION, THEN HE'S BASICALLY PUTTING

21   HIMSELF IN THE JURY BOX AND SAYING:  OH, YEAH I THINK FAULCON IS

22   IN SOME HOT WATER HERE.

23              MS. BERNSTEIN:  I THINK IT DEPENDS ON WHAT IT IS THAT

24   WE'RE TALKING ABOUT BECAUSE -- HE'S ALREADY GIVEN HIS TESTIMONY

25   ABOUT THE SHOOTING ITSELF.
```

```
 1              THE COURT:  RIGHT.

 2              MS. BERNSTEIN:  BUT NOW WE'RE TALKING ABOUT THE OBJECT

 3    OF THE CONSPIRACY HE JOINED AND DID HE UNDERSTAND THAT ONE OF THE

 4    THINGS THAT WAS HAPPENING IN THIS CONSPIRACY IS THAT FAULCON WAS

 5    BEING PROTECTED.  NOW, I THINK HE'S GOING TO BE -- HIS FOUNDATION

 6    FOR THAT IS A LOT OF LITTLE CONVERSATION AS OPPOSED TO, YOU KNOW:

 7    I TALKED TO KAUFMAN WHO TOLD ME HE WAS WORKING WITH FAULCON.

 8              BUT WHATEVER COMMENT THAT HE AND THE OTHER OFFICERS WERE

 9    HAVING WERE STATEMENTS IN FURTHERANCE OF CONSPIRACY BUT THEY WERE

10    STATEMENTS --

11              MR. FLEMING:  THAT CONVERSATION NEVER TOOK PLACE.

12              THE COURT:  I AGREE WITH YOU THAT THE PURPOSE OF THE

13    CONSPIRACY AS ALLEGED WAS TO KEEP OFFICERS OUT OF TROUBLE, OUT OF

14    LEGAL PROSECUTION, CIVIL LIABILITY, WHATEVER.  THAT'S THE OBJECT

15    OF THE CONSPIRACY.  BUT TO HAVE HIM TESTIFY THAT HE FELT LIKE

16    SOMEONE WAS IN MORE TROUBLE THAN SOMEONE ELSE TO THE JURY

17    CONCERNS ME, UNLESS HE HAD SOME INDEPENDENT FIRSTHAND KNOWLEDGE

18    OF THAT BEING THE CASE.

19              MS. BERNSTEIN:  I'LL TELL YOU WHAT HE'LL SAY ON THAT

20    PARTICULAR POINT.

21              THE COURT:  HE CAN TESTIFY AS TO THE OBJECT OF THE

22    CONSPIRACY, MEANING TO KEEP FAULCON AND OTHERS OUT OF TROUBLE.

23              MS. BERNSTEIN:  OKAY.

24              THE COURT:  BUT FOR HIM TO SAY:  WELL, FAULCON IS THE

25    GUY WHO IS REALLY IN TROUBLE --
```

1              MS. BERNSTEIN:  AND I UNDERSTAND, AND I'LL TELL YOU THE

2    QUESTION I'LL ASK THEN IS YOU MENTIONED THAT YOU UNDERSTOOD THIS

3    TO BE A COVER-UP, WHAT WERE YOU ALL COVERING UP.

4              BUT I'LL JUST TELL WHAT YOU HIS ANSWER ON THAT WILL BE

5    IS, IN PARTICULAR, HE HAD PARTICULAR QUESTIONS ABOUT HOW HARD IT

6    WAS FOR FAULCON TO JUSTIFY, BECAUSE HE SAW FAULCON SHOOT THE GUY

7    IN THE BACK.

8              MR. FLEMING:  HE DIDN'T SEE IT.  HE DIDN'T SEE IT.  HE

9    TESTIFIED HE DID NOT SEE IT.

10             MS. BERNSTEIN:  THAT HE KNEW THAT FAULCON HAD SHOT THE

11   GUY ON THE BACK.  THE SHOOTING ON THE EAST SIDE, BECAUSE SO MANY

12   PEOPLE WERE SHOOTING, THE BLAME WAS DIFFUSED -- I DON'T REMEMBER

13   THE EXACT WORD.  BUT, WITH THE WEST SIDE SHOOTING, YOU COULDN'T

14   JUST DIFFUSE THE BLAME, BECAUSE EVERYBODY KNEW THAT THIS

15   HAPPENED.  SO HE DOES HAVE PERSONAL REASONS FOR WHAT HE'S GOING

16   TO DESCRIBE.

17             THE COURT:  BUT HE CAN SAY THAT WITHOUT STATING HIS

18   SUSPICION THAT FAULCON SOMEHOW WAS -- THE DISCONNECT HERE IS THAT

19   HE'S HAD THESE SERIES OF KIND OF NEBULOUS CONVERSATIONS, WHICH HE

20   CAN'T REALLY PINPOINT, FROM WHAT I UNDERSTAND YOU'RE TELLING ME,

21   SO THERE'S NO WAY FOR HIM TO REALLY LEARN THIS FROM ANYONE IN

22   PARTICULAR, BUT THEN HE COMES TO A CONCLUSION THAT FAULCON IS IN

23   MORE TROUBLE THAN THE OTHERS.  I DON'T HAVE -- OBVIOUSLY HE'S

24   GOING TO TESTIFY:  WE ENGAGED IN A COVER-UP AND IT WAS TO PROTECT

25   OFFICERS INCLUDING FAULCON.  I DON'T HAVE ANY PROBLEM WITH THAT.

1    I THINK YOU HAVE TO BE CAREFUL ON HOW YOU ASK IT.

2         MS. BERNSTEIN:  THAT'S WHAT I WAS JUST THINKING, IS I'M

3    NOT SURE -- I'LL ASK WHAT WAS THE PURPOSE OF THIS COVER-UP THAT

4    YOU JOINED.

5         THE COURT:  AND IF YOU GO THROUGH THE CHECKLIST OF NAMES

6    OF PEOPLE WHO HE THOUGHT, YOU KNOW, WERE THE OBJECT OF THE

7    COVER-UP PEOPLE, I DON'T THINK THAT THAT'S AN UNFAIR WAY TO ASK

8    IT.

9         MR. FLEMING:  PEOPLE WHO HE THOUGHT, OR THAT WERE

10   ACTUALLY DISCUSSED?  IT'S GETTING INTO SPECULATION.

11        THE COURT:  NO, NO, I DON'T THINK SO.

12        MS. BERNSTEIN:  OKAY.  THAT SOUNDS GREAT.

13        THE COURT:  BECAUSE IT COULD BE OTHER PEOPLE WHO ARE NOT

14   EVEN ON TRIAL.

15        MR. FLEMING:  I GUESS I'LL PREEMPTIVELY OBJECT TO THAT.

16        ADDITIONALLY, MS. BERNSTEIN, IN RESPONDING TO MY INITIAL

17   OBJECTION, INDICATED THAT THIS WITNESS WOULD TESTIFY THAT MR.

18   FAULCON WAS MEETING WITH SUPERIORS IN TERMS OF COVERING THIS UP.

19   THAT'S SPECULATION.  THAT GOES TO THE PURPOSE OF ANY MEETINGS

20   THAT MR. FAULCON MAY HAVE HAD WITH HIS BOSS, HIS BOSS.

21        THE COURT:  HE'S GOING TO HAVE TO TESTIFY TO THAT.

22        MR. FLEMING:  BUT HE HAS NO KNOWLEDGE.  THAT'S

23   SPECULATION.  THAT'S WHAT'S REFLECTED IN ALL THE DISCOVERY.

24        THE COURT:  I'M TALKING ABOUT MEETINGS THAT HE HAD.  IS

25   YOUR OBJECTION TO MEETINGS THAT OTHER PEOPLE HAD?

```
 1          MR. FLEMING:  RIGHT, RIGHT.

 2          THE COURT:  THERE HAS TO BE A FOUNDATION FOR HIM TO KNOW

 3   THAT.

 4          MS. BERNSTEIN:  JUST SO YOU KNOW, MR. FLEMING, I'M GOING

 5   TO MOVE OFF OF THIS TOPIC.  SO I DON'T THINK WE HAVE A PROBLEM

 6   RIGHT NOW.  BUT I WILL FLAG IT FOR LATER.  IT'S GOING TO COME UP

 7   ON CROSS, THEN ON REDIRECT I'LL TALK TO HIM ABOUT IT.

 8          THE COURT:  LET'S SEE WHAT HAPPENS.

 9          (SIDEBAR CONFERENCE CONCLUDED.  JURY NOW PRESENT.)

10   BY MS. BERNSTEIN:

11   Q   THAT WAS A LONGER BREAK THAN USUAL.  I'M TRYING TO REMEMBER

12   WHERE WE LEFT OFF.  I THINK WE WERE TALKING ABOUT THE DAYS AND

13   WEEKS AFTER THE SHOOTING.

14          DID YOU LEARN WHETHER ANYBODY WAS WRITING A REPORT OR

15   WORKING ON THIS INVESTIGATION?

16   A   YES, MA'AM.

17   Q   WHO WAS THAT?

18   A   SERGEANT KAUFMAN.

19   Q   DID YOU EVER SEE ANYBODY WORKING ON A REPORT?

20   A   I WOULD SEE -- WE HAD TWO COMPUTERS SET UP.  AND FROM TIME TO

21   TIME OFFICERS WOULD BE ON OR NEAR THE COMPUTER.

22   Q   WHO DID YOU -- I'M SORRY.

23   A   OFFICERS THAT WERE INVOLVED IN THE INCIDENT.

24   Q   WHO DID YOU SEE?

25   A   SERGEANT KAUFMAN AND DETECTIVE LEHRMANN ALONG WITH FROM TIME
```

1    TO TIME DIFFERENT -- NOT ALWAYS TOGETHER, BUT SERGEANT BOWEN AND

2    SERGEANT GISEVIUS WITH THEM.  OR MAYBE A FEW OF THE OFFICERS OVER

3    THERE WITH THEM FROM TIME TO TIME JUST RANDOMLY.

4    Q    DID SERGEANT KAUFMAN EVER TAKE A STATEMENT FROM YOU?

5    A    NO.

6    Q    EVEN THOUGH YOU HAD BEEN SITTING AT THAT TABLE SAYING THAT

7    YOU SHOT?

8    A    YES.

9    Q    WHAT DID YOU MAKE OF THE FACT THAT HE NEVER INTERVIEWED YOU?

10   A    TOOK IT FOR GRANTED THAT HE WAS GOING WRITE A REPORT THAT

11   JUSTIFIED WHAT HAPPENED ON THE BRIDGE.

12   Q    HAVE YOU EVER SEEN THE OFFICIAL REPORT THAT WAS SUBMITTED IN

13   THIS CASE?

14   A    NO.  I NEVER BOTHERED TO READ IT.

15   Q    THE 54 PAGE REPORT SUBMITTED IN THIS CASE, YOU'VE NEVER SEEN

16   IT?

17   A    WELL, YEAH.  IT WAS SHOWN TO ME SOME TIME LATER.

18   Q    SO, BACK AT THE TIME, YOU NEVER SAW IT?

19   A    NO.  YEARS HAD GONE BY.

20   Q    BUT YOU HAVE SEEN IT SINCE THEN?

21   A    YES.

22   Q    DOES IT HAVE A STATEMENT IN THERE ATTRIBUTED TO YOU?

23   A    YES, IT DOES.

24   Q    HAVE YOU SEEN THAT STATEMENT ATTRIBUTED TO YOU?

25   A    YES.

1           MS. BERNSTEIN:  MAY I HAVE EXHIBIT 27 PLEASE?  ALREADY

2    IN EVIDENCE.

3    BY MS. BERNSTEIN:

4    Q   SO, FOR THE RECORD, THAT'S THE FRONT PAGE OF THE 54 PAGE

5    OFFICIAL REPORT SUBMITTED IN THIS CASE?

6    A   IT APPEARS TO BE.

7           MS. BERNSTEIN:  MAY I HAVE PAGE 22, PLEASE.

8    BY MS. BERNSTEIN:

9    Q   ALL RIGHT.  SO IT SAYS ON PAGE 22:  SERGEANT KAUFMAN THEN MET

10   WITH OFFICER MICHAEL HUNTER WHO GAVE THE FOLLOWING VERBAL

11   STATEMENT RELEVANT TO THIS INCIDENT.

12          DID YOU EVER GIVE A VERBAL STATEMENT TO ARCHIE KAUFMAN?

13   A   NO, MA'AM.

14   Q   I'M GOING ASK YOU SOME QUESTIONS ABOUT THIS STATEMENT.

15          OFFICER HUNTER MENTIONED HIM TO BE MONITORING THE

16   SEVENTH DISTRICT POLICE RADIO CHANNEL WHEN HE HEARD A DISTRESS

17   CALL COME OUT.

18          IS THAT ACCURATE?

19   A   NO, MA'AM.

20   Q   WHY NOT?

21   A   BECAUSE MY RADIO WAS DISABLED THE FIRST DAY OF THE STORM.

22   Q   A FEMALE OFFICER ADVISED THAT TWO POLICE OFFICERS WERE DOWN,

23   SHOT UNDER THE DANZIGER BRIDGE NEAR CHEF MENTEUR HIGHWAY AND

24   DOWMAN ROAD.  OFFICER HUNTER STATED HE ENTERED A RENTAL TRUCK AND

25   DROVE SEVERAL OFFICERS TO THE IMMEDIATE AREA.  HE STATED HE DROVE

```
1    THE TRUCK UPON THE DANZIGER BRIDGE, AT WHICH TIME OFFICERS EXITED

2    THE TRUCK.

3            IS THAT ACCURATE, WHAT I JUST READ?

4    A   NOT ENTIRELY.  THE INITIAL PART WHERE FEMALE OFFICER ADVISED

5    THAT TWO OFFICERS WERE DOWN, I NEVER HEARD THE RADIO CALL.  SO I

6    DON'T KNOW WHAT WAS TRANSMITTED.

7    Q   AND WHAT WAS THE RADIO CALL AS IT WAS RELAYED TO YOU?

8    A   SERGEANT BOWEN TOLD ME THAT IT WAS A 108 AT CHEF AND DOWNMAN.

9    Q   NOW, THE NEXT ONE, PLEASE.

10           OFFICER HUNTER RELATED HE EXITED THE DRIVER'S DOOR OF

11   THE TRUCK AND OBSERVED TWO BLACK MALES FLEEING TOWARD THE TOP OF

12   THE DANZIGER BRIDGE HEADING IN A WESTBOUND DIRECTION.  OFFICER

13   HUNTER ANNOUNCED HIS PRESENCE AND ORDERED THE TWO MALES TO STOP.

14           IS THAT ACCURATE?

15   A   NO.

16   Q   WHY NOT?

17   A   THERE WERE THREE MALES RUNNING.  AND I NEVER ANNOUNCED MY

18   PRESENCE OR ORDERED THEM TO STOP.  AND THERE ARE SOME FACTS THAT

19   ARE OMITTED FROM THAT -- FROM THAT SECTION.

20           MS. BERNSTEIN:  MAY I HAVE THE NEXT SESSION?

21   BY MS. BERNSTEIN:

22   Q   OFFICER HUNTER STATED HE OBSERVED BOTH MALES TO BE IN

23   POSSESSION OF HANDGUNS.

24           IS THAT ACCURATE?

25   A   NO, MA'AM.
```

1    Q    WHAT'S INACCURATE ABOUT THAT?

2    A    I NEVER SAW ANY WEAPONS.

3    Q    THE FIRST MALE HE MENTIONED, CLAD IN BLACK SHORTS AND A BLACK

4    SHIRT, TURNED TO THE OFFICER AND FIRED HIS WEAPON SEVERAL TIMES.

5    THE SECOND MALE, ALSO CARRYING A HANDGUN, WAS CLAD IN A LIGHT

6    COLORED POLO SHIRT AND BLUE JEAN SHORTS.

7            IS THAT TRUE OR FALSE?

8    A    FALSE.

9    Q    WHY?

10   A    NEITHER SUBJECT WERE ARMED, AND NOBODY FIRED ANY WEAPONS AT

11   ME.

12   Q    WHO IS THE MALE CLAD IN BLACK SHORTS AND A BLACK SHIRT?

13   A    LANCE MADISON.

14   Q    WHO IS THE MALE CLAD IN A LIGHT COLORED POLO SHIRT AND BLUE

15   JEAN SHORTS?

16   A    RONALD MADISON.

17   Q    ONCE FIRED UPON, OFFICER HUNTER STATED HE RETURNED FIRE IN AN

18   ATTEMPT TO NEUTRALIZE THE THREAT.  OFFICER HUNTER FIRED HIS

19   DUTY-ISSUED GLOCK MODEL 22, 40 CALIBER NOPD SERIAL NUMBER

20   NO-1396PD, DISCHARGING THREE ROUNDS.

21            IS THAT ACCURATE?

22   A    I FIRED MY WEAPON.  I FIRED MORE THAN THREE TIMES.  BUT IT

23   WASN'T TO NEUTRALIZE ANY THREAT.

24   Q    WAS IT ONCE YOU WERE FIRED UPON?

25   A    NO.

1    Q    ALL RIGHT.  LET ME GO BACK TO SOMETHING YOU SAID BEFORE.  YOU

2    SAID THAT YOU SAW THREE MALES RUNNING AWAY.

3    A    YES.

4    Q    NOW LET ME JUMP AHEAD ON THE WEST SIDE OF THE BRIDGE.  HOW

5    MANY MEN DID YOU SEE RUNNING AWAY?

6    A    THREE.

7    Q    WHO WERE THOSE THREE?

8    A    THE OLDER GENTLEMAN THAT WAS RUNNING ON THE LEFT SIDE OF THE

9    ROAD, AND THEN THE TWO MADISON BROTHERS RUNNING ON THE RIGHT SIDE

10   OF THE ROAD.

11   Q    AND THE OLDER GENTLEMAN IS THE ONE YOU'VE ALREADY IDENTIFIED

12   AS THE ONE WHO WAS IN CUSTODY?

13   A    YES.

14   Q    NOW GOING BACK IN TIME TO THE EAST SIDE OF THE BRIDGE, HOW

15   MANY PEOPLE DO YOU REMEMBER RUNNING AWAY?

16   A    THREE.

17   Q    WHO?

18   A    THE SAME THREE PEOPLE.

19   Q    SO THE TWO MADISONS AND THE OLDER GUY WHO WAS TAKEN INTO

20   CUSTODY?

21   A    YES, MA'AM.

22   Q    DID YOU EVER SEE ANY CIVILIAN RUNNING AWAY ON THAT BRIDGE WHO

23   WAS NOT TAKEN INTO CUSTODY THAT DAY?

24   A    NO.

25          MS. BERNSTEIN:  CAN I HAVE PAGE 9 OF THIS REPORT,

1    PLEASE.

2    BY MS. BERNSTEIN:

3    Q    FOR THE RECORD, NOW WE'RE ON PAGE 9, WHICH IS THE LIST OF

4    WEAPONS USED BY NEW ORLEANS POLICE OFFICERS.   THE HIGHLIGHTED

5    SECTION THERE IS FOR DEFENDANT GISEVIUS.   WHAT GUN DOES SAY HE

6    USED IN THIS INCIDENT?

7    A    NOPD ISSUED GLOCK MODEL 22, 40 CALIBER SEMI-AUTOMATIC HANDGUN

8    BEARING SERIAL NUMBER NO-1509PD.

9    Q    IS THAT TRUE OR FALSE?

10   A    TO THE BEST OF MY KNOWLEDGE, FALSE.

11   Q    AND WHY DO YOU SAY THAT?

12   A    BECAUSE I SAW HIM USE A RIFLE.

13   Q    WHAT KIND OF RIFLE?

14   A    THE M-4 TYPE RIFLE.

15   Q    IS THERE ANY MENTION OF AN M-4 RIFLE IN THAT REPORT, IN THAT

16   PAGE THAT YOU'RE LOOKING AT?

17   A    NOT IN THE HIGHLIGHTED SECTION.

18   Q    WHY DON'T YOU LOOK AT THE REST OF THE WHOLE PAGE.

19   A    YES, MA'AM.

20        (PAUSE IN PROCEEDINGS.)

21        MR. HESSLER:  YOUR HONOR, I'M GOING TO OBJECT.  THE

22   DOCUMENT IS CLEARLY DISPLAYED TO THE JURY.  IT SPEAKS FOR ITSELF.

23        THE COURT:  IT DOES.  BUT IF HE CAN ANSWER THE QUESTION,

24   THEN I'M GOING TO LET HIM GO AHEAD AND ANSWER IF HE'S GOT FURTHER

25   INFORMATION.

1          MS. BERNSTEIN:  ACTUALLY, AGAIN, I AGREE THAT THE

2    DOCUMENT SPEAKS FOR ITSELF, AND I WILL MOVE ON TO THE NEXT

3    QUESTION.

4    BY MS. BERNSTEIN:

5    Q   DO YOU HAVE ANY OF DOUBT ABOUT THE FACT THAT DEFENDANT

6    GISEVIUS HAD AN M-4 THAT DAY?

7    A   NONE.

8    Q   DO YOU HAVE ANY DOUBT ABOUT THE FACT THAT HE FIRED IT THAT

9    DAY?

10   A   NO.

11   Q   WHY DO YOU HAVE NO DOUBT ABOUT THAT?

12   A   I WITNESSED IT.

13         MS. BERNSTEIN:  MAY I HAVE PAGE 21, PLEASE.

14   BY MS. BERNSTEIN:

15   Q   SERGEANT KAUFMAN THEN MET WITH SERGEANT ROB GISEVIUS WHO GAVE

16   THE FOLLOWING VERBAL STATEMENT RELEVANT TO THIS INCIDENT.

17         I WANT TO ASK YOU ABOUT THIS STATEMENT.  AND I'M JUST

18   GOING TO READ THE HIGHLIGHTED SECTION NOW.

19         AS SERGEANT GISEVIUS EXITED THE REAR OF THE TRUCK ON THE

20   DRIVER'S SIDE, HE RELATED HE OVERHEARD SEVERAL OFFICERS YELLING

21   AND IDENTIFYING THEMSELVES.

22         DID ANY OFFICERS YELL AND IDENTIFY THEMSELVES?

23   A   I NEVER HEARD ANYBODY.

24   Q   THE SERGEANT THEN HEARD SEVERAL GUNSHOTS.  SERGEANT GISEVIUS

25   THEN OBSERVED TWO BLACK MALE SUBJECTS RUNNING WEST TOWARD THE

1   SIDE OF THE BRIDGE.  HE STATED THE SUBJECT CLAD IN ALL BACK

2   TURNED, FIRING TOWARD THE OFFICERS.

3        DID YOU SEE A MAN IN ALL BLACK RUNNING UP THE BRIDGE?

4   A   YES.

5   Q   WHERE WAS GISEVIUS AT THAT POINT?

6   A   HE WAS IN FRONT OF THE TRUCK.

7   Q   HOW FAR FROM YOU?

8   A   CLOSE.  ALMOST A LITTLE BIT OUT OF ARM'S REACH.

9   Q   DID THAT MAN IN ALL BLACK EVER TURN, FIRING TOWARD THE

10  OFFICERS?

11  A   NO.

12  Q   SERGEANT GISEVIUS THEN GAVE CHASE AFTER THE TWO ASSAILANTS

13  AND HEARD SEVERAL ADDITIONAL GUNSHOTS COME FROM THE TOP OF THE

14  BRIDGE.

15        DID YOU HEAR ANYBODY SHOOTING FROM THE TOP OF THE BRIDGE

16  WHILE YOU ALL WERE ON THE EAST SIDE?

17  A   NO.

18  Q   DID YOU HEAR SHOOTING FROM THE TOP OF THE BRIDGE ONCE YOU ALL

19  WERE ON THE TOP OF THE BRIDGE?

20  A   YEAH.  I DID HEAR THE VERY LOUD -- VERY LOUD GUNSHOT, SEEMED

21  LIKE IT WAS COMING FROM THE HIGH-RISE.

22  Q   TELL US ABOUT THAT.  I DON'T THINK YOU'VE MENTIONED IT YET

23  TODAY.  BUT YOU WERE AT THE TOP OF THE BRIDGE BEFORE YOU WENT

24  DOWN TO THE WEST SIDE?

25  A   YES.

1    Q    TELL US WHAT YOU HEARD.

2    A    AFTER SERGEANT GISEVIUS TOLD US THEY WERE SHOOTING AND ME AND

3    SERGEANT BOWEN EXITED THE VEHICLE, WE WERE WALKING ACROSS THE

4    CREST THE BRIDGE.

5    Q    SO THIS IS BEFORE YOU GOT IN THE LSP CAR?

6    A    YES, MA'AM.

7              AND THERE WAS THIS VERY, VERY LOUD GUNSHOT.  IT SEEMED

8    LIKE IT WAS COMING FROM THE HIGH-RISE.

9    Q    AT THAT POINT WHERE WERE THE CIVILIANS?

10   A    THEY WERE AT OR NEAR THE BOTTOM WEST SIDE OF THE BRIDGE.

11   Q    DID THAT SHOT THAT YOU'RE TALKING ABOUT SOUND LIKE IT WAS

12   COMING FROM ANYWHERE NEAR WHERE THEY WERE?

13   A    NO.

14   Q    FOR THE RECORD, I'M GOING BACK TO THE STATEMENT NOW.

15             SERGEANT GISEVIUS STATED HE THEN OVERHEARD FEMALE

16   OFFICER RELAYING INFORMATION AS TO THE FURTHER DIRECTION OF

17   FLIGHT OF THE TWO BLACK MALE SUBJECTS.  AS SERGEANT GISEVIUS

18   NEARED THE TOP OF THE BRIDGE HE HEARD ONE SHOT FROM WHAT HE

19   BELIEVED TO BE A HIGH-POWERED RIFLE.  THE SERGEANT WAS UNABLE TO

20   DISTINGUISH WHERE THE SHOT CAME FROM.  HE RELATED THE SUBJECTS

21   WERE PURSUED DOWN THE WEST SIDE OF THE DANZIGER BRIDGE WHERE THEY

22   WERE ENGAGED IN FRONT OF 4861 CHEF MENTEUR HIGHWAY.

23             THAT HIGH-POWERED RIFLE SHOT, IS THAT WHAT YOU WERE JUST

24   TALKING ABOUT?

25   A    YES.

1   Q   HE STATED ASSISTING OFFICERS WOUNDED ONE OF THE SUBJECTS IN

2   THE DRIVEWAY OF THE HOTEL.

3           WHO WAS IT WHO WAS WOUNDED IN THE DRIVEWAY OF THE HOTEL?

4   A   RONALD MADISON.

5   Q   BY WOUNDED, HE WAS ACTUALLY KILLED?

6   A   EVENTUALLY.  HE WAS WOUNDED AT FIRST BUT DIED A SHORT TIME

7   LATER.

8   Q   IS THERE ANYTHING LEFT OUT OF THAT STATEMENT?

9           MR. HESSLER:  YOUR HONOR, I'M GOING TO OBJECT TO HER

10  QUESTIONING THIS GENTLEMAN ON A STATEMENT WRITTEN BY SOMEBODY

11  ELSE THAT WAS APPARENTLY WAS SUPPOSEDLY GIVEN BY HIM.

12          THE COURT:  I'M GOING TO SUSTAIN IT.

13          MS. BERNSTEIN:  LET'S GO TO PAGE 20, PLEASE.

14  BY MS. BERNSTEIN:

15  Q   MR. HUNTER, JUST TO BE CLEAR, I'M GOING TO ASK YOU ABOUT SOME

16  THINGS IN HERE AND I'M NOT GOING TO ASK YOU ABOUT WHAT ANYBODY

17  ELSE DID OR DIDN'T SEE.  I'M GOING TO ASK YOU ABOUT WHAT YOU DID

18  OR DIDN'T SEE; OKAY?

19  A   YES, MA'AM.

20  Q   CAN WE GO BACK, PLEASE, ONE.

21          SO, FOR THE RECORD, WE ARE ON PAGE 19 OF THE REPORT.

22          SERGEANT KAUFMAN THEN MET WITH SERGEANT KEN BOWEN, WHO

23  GAVE THE FOLLOWING VERBAL STATEMENT RELEVANT TO THE SHOOTING

24  INCIDENT ON THE DANZIGER BRIDGE.  HE MENTIONED THAT THE TRUCK

25  PRECEDED TO THE AREA OF THE DANZIGER BRIDGE, AT WHICH TIME THE

1    TRUCK STOPPED AND HE, SERGEANT BOWEN, SHOUTED FOR THE SUBJECTS ON

2    THE BRIDGE TO RAISE THEIR HANDS IN THE AIR.

3         DID YOU HEAR SERGEANT BOWEN SHOUT FOR ANYBODY TO RAISE

4    THEIR HANDS IN THE AIR?

5    A   NO, I DIDN'T.

6    Q   HOW FAR AWAY WERE YOU FROM SERGEANT BOWEN WHEN THE TRUCK

7    ARRIVED AT THE BRIDGE?

8    A   I COULD REACH OVER AND TOUCH HIM.

9    Q   DID YOU HEAR ANYBODY YELL FOR ANYBODY TO RAISE THEIR HANDS IN

10   THE AIR?

11   A   NO, MA'AM.

12   Q   HE STATED THE SUBJECTS IMMEDIATELY WENT FOR COVER WHILE

13   ARMING THEMSELVES AND FIRED UPON THE OFFICERS.

14        DID THAT HAPPEN?

15   A   I DIDN'T SEE ANYBODY WITH WEAPONS.

16   Q   DID YOU SEE ANYBODY SHOOT AT OFFICERS?

17   A   NO.

18   Q   DID YOU HEAR ANYBODY SHOOT AT OFFICERS?

19   A   NO.

20   Q   THE SUBJECTS THEN ALL JUMPED BEHIND A CEMENT BARRIER OR COVER

21   TO AMBUSH THE OFFICERS EXITING THE REAR OF THE TRUCK.

22        DID YOU SEE ANYBODY TAKE COVER TO AMBUSH THE OFFICERS

23   EXITING THE REAR OF THE TRUCK?

24   A   I MEAN, THEY TOOK COVER, BUT SEEMED LIKE MORE FOR

25   SELF-PRESERVATION.

1    Q    TO PROTECT HIS OWN LIFE AND THE LIVES OF THE OTHER OFFICERS

2    EXITING THE TRUCK, SERGEANT BOWEN STATED HE FIRED SEVERAL SHOTS

3    INTO THE CONCRETE BARRIER TO DETER THE SUBJECT FROM STANDING AND

4    AIMING AT THE OFFICERS.   SERGEANT BOWEN MENTIONED HE BEGAN TO

5    SHOUT TO THE SUBJECTS TO THROW THEIR WEAPONS OFF THE SIDE OF THE

6    BRIDGE.

7            DID YOU SEE DEFENDANT BOWEN FIRE?

8    A    YES.

9    Q    DO YOU KNOW WHETHER ANY OF HIS SHOTS HIT THE CONCRETE

10   BARRIER?

11   A    YES.

12   Q    HOW DO YOU KNOW THAT?

13   A    I SAW ONE OF THE ROUNDS HIT THE BARRIER WHEN THE OLD MAN

14   RAISED HIS HEAD ABOVE IT.

15   Q    HOW DID YOU KNOW IT HIT THE BARRIER?

16   A    I SAW THE IMPACT ON THE CONCRETE WALL.

17   Q    AND IT SAYS THAT:   BOWEN MENTIONED HE BEGAN TO SHOUT TO THE

18   SUBJECTS TO THROW THEIR WEAPONS OFF THE SIDE OF BRIDGE.

19            DID YOU SEE ANY WEAPONS?

20   A    NO.

21   Q    DID YOU HEAR DEFENDANT BOWEN SHOUT:   THROW YOUR WEAPONS OFF

22   THE BRIDGE?

23   A    NO.

24   Q    DID YOU HEAR ANYBODY SHOUT THAT?

25   A    NO.

1    Q    SERGEANT BOWEN ALSO OBSERVED TWO MALES RUNNING WEST OVER THE

2    BRIDGE WHILE GUNSHOTS COULD BE HEARD COMING FROM THOSE TWO

3    SUBJECTS WHO WERE SHOOTING BACK AT THE OFFICERS ON THE BRIDGE.

4         WERE THE MEN RUNNING AWAY SHOOTING AT ANYBODY?

5    A    I DIDN'T SEE THEM SHOOT AT ANYBODY.

6    Q    DID THEY THREATEN YOU ALL IN ANY WAY?

7    A    NO.

8    Q    DEFENDANT BOWEN STATED HE EXITED THE TRUCK AND CAUTIOUSLY

9    PEEKED OVER THE CEMENT BARRIER.  HE OBSERVED TWO DARK COLORED

10   HANDGUNS LYING ON THE CEMENT NEXT TO STATIONARY SUBJECTS.

11        WHERE WERE YOU WHEN THE SHOOTING STOPPED ON THE EAST

12   SIDE THE BRIDGE?

13   A    AT THE CORNER OF THE TRUCK WHEN I WENT OVER TO CHECK ON

14   SERGEANT BOWEN.

15   Q    WHERE WERE YOU IN RELATION TO THAT BARRIER?

16   A    ABOUT ONE LANE, ONE LANE OF TRAVEL.

17   Q    WHEN ARE YOU DESCRIBING -- WHAT POINT ARE YOU DESCRIBING

18   RIGHT NOW?

19   A    WHEN I WENT TO THE POINT -- TO THE CORNER OF THE TRUCK AND

20   SHOUTED CEASE FIRE.

21   Q    AND THEN, WHEN THE SHOOTING STARTED AGAIN, WHERE WERE YOU?

22   A    BY THE CONCRETE WALL.

23   Q    WHEN IT ENDED AGAIN, WHERE WERE YOU?

24   A    BY THE CONCRETE WALL.

25   Q    WHERE WERE YOU LOOKING?

1    A    WESTBOUND UP THE SIDEWALK.

2    Q    WHO WERE YOU LOOKING AT?

3    A    THE SUBJECTS LAYING ON THE GROUND.

4    Q    DID YOU SEE ANY GUNS?

5    A    NO.

6    Q    SERGEANT BOWEN JUMPED OVER THE CEMENT BARRIER AND KICKED THE

7    WEAPONS OVER THE SIDE OF THE BRIDGE.

8         YOU ALREADY SAID YOU DIDN'T SEE ANY GUNS; CORRECT?

9    A    YES.

10   Q    DID YOU SEE DEFENDANT BOWEN JUMP OVER THAT BARRIER?

11   A    NO.

12   Q    DID YOU SEE ANYBODY KICK ANYTHING OFF THE BRIDGE?

13   A    I DIDN'T SEE ANYBODY GO ON THAT SIDE.

14   Q    ALL RIGHT.  I WANT TO SWITCH GEARS A LITTLE BIT RIGHT NOW

15   AWAY FROM THE DANZIGER SHOOTING AND FOCUS YOU ON THE ENTIRE TIME

16   AFTER HURRICANE KATRINA WHEN YOU ALL WERE WORKING OUT OF THE

17   CRYSTAL PALACE.

18        AT ANY POINT IN THE AFTERMATH OF HURRICANE KATRINA, DID

19   YOU HAVE A CONVERSATION WITH DEFENDANT GISEVIUS ABOUT ANOTHER

20   SITUATION IN WHICH HE FIRED HIS WEAPON?

21   A    YES.  WE WERE COMING -- I WAS DRIVING IN THE BUDGET TRUCK

22   COMING FROM THE WEST BANK.

23   Q    WHO WERE YOU WITH?

24   A    I DON'T REMEMBER THAT TIME.

25   Q    WAS SOMEBODY IN THE CAR WITH YOU?

1    A    YEAH.  I WASN'T ALONE.  I JUST DON'T REMEMBER WHO WAS RIDING

2    WITH ME THIS PARTICULAR INSTANCE.

3    Q    AND I JUST CALLED IT A CAR, AND I SHOULDN'T HAVE.  WHAT

4    VEHICLE WERE YOU IN?

5    A    THE BUDGET TRUCK.

6    Q    OKAY.

7    A    WE WERE PROCEEDING TO THE EAST BANK FROM THE WEST BANK ON THE

8    PONTCHARTRAIN EXPRESSWAY WHEN I SAW A DASH LUMBER TRUCK COME UP

9    FROM THE SURFACE STREETS ONTO THE EXPRESSWAY.

10   Q    DID YOU RECOGNIZE THE DASH LUMBER TRUCK?

11   A    YES.  IT APPEARED TO BE ONE OF THE TRUCKS THAT WAS OBTAINED

12   FROM NEW ORLEANS EAST.

13   Q    SO ONE OF THE ONES THAT THE SEVENTH DISTRICT WAS USING?

14   A    YES, YES.

15   Q    ALL RIGHT.  WHAT HAPPENED?

16   A    I RECOGNIZED THE TRUCK AS BEING ONE OF OURS, AND WHEN WE GOT

17   CLOSER I SAW THAT A SERGEANT GISEVIUS WAS DRIVING IT.  HE HAD A

18   TROUBLED LOOK ON HIS FACE.  SOMETHING SERIOUS HAD JUST HAPPENED.

19   AND I ASKED HIM WHAT WAS WRONG WITH HIM.  AND HE SAID --

20   Q    TELL ME HOW YOU ENDED UP HAVING THIS CONVERSATION.  WERE YOU

21   BOTH STILL IN YOUR TRUCKS?

22   A    YEAH.  HE WAS -- HIS VEHICLE WAS POINTED ONE WAY, AND I

23   PULLED UP TO THE DRIVER'S SIDE OF HIS VEHICLE, AND MY VEHICLE WAS

24   POINTING THE OPPOSITE DIRECTION.

25   Q    SO YOU'RE TALKING THROUGH THE WINDOWS OF THE TRUCK?

1    A    YES.

2    Q    WHAT CONVERSATION DID YOU HAVE?

3    A    I ASKED HIM WHAT WAS WRONG WITH HIM.  AND HE SAID SOME PEOPLE

4    JUST TRIED TO TAKE THE HIS TRUCK AWAY FROM HIM AND HE HAD TO

5    EMPTY HIS MAGAZINE TO GET HIM AWAY.

6    Q    DID YOU HAVE ANY CONVERSATION ABOUT WHETHER OR NOT HE HIT

7    ANYBODY?

8    A    I DIDN'T ASK.

9    Q    WAS THIS BEFORE OR AFTER THE SHOOTING ON THE DANZIGER BRIDGE,

10   DO YOU KNOW?

11   A    IT WAS BEFORE.

12   Q    I WANT TO JUMP BACK NOW TO THE DANZIGER BRIDGE CASE.  YOU

13   SAID YOU NEVER GAVE A STATEMENT TO DETECTIVE KAUFMAN; IS THAT

14   RIGHT?

15   A    CORRECT.

16   Q    DID YOU EVENTUALLY GIVE A FORMAL STATEMENT IN THIS CASE?

17   A    YES.

18   Q    DO YOU KNOW WHEN THAT WAS?

19   A    JANUARY 2006.

20   Q    SO WE'RE TALKING FOUR MONTHS OR SO AFTER THE SHOOTING?

21   A    YES.

22   Q    WHO DID YOU GIVE THAT STATEMENT TO?

23   A    SOME DETECTIVES FROM THE HOMICIDE DIVISION.

24   Q    YOU TALK ABOUT HOMICIDE DIVISION, IS THAT SEVENTH DISTRICT

25   HOMICIDE OR CENTRALIZED HOMICIDE?

1    A    NO.  THEY CONSOLIDATED ALL THE HOMICIDE DETECTIVES FROM

2    AROUND THE POLICE DEPARTMENT IN A CENTRAL HOMICIDE DIVISION AT

3    HEADQUARTERS.

4    Q    AT THAT TIME IN JANUARY 2006, FOUR MONTHS OR SO AFTER THE

5    STORM, WHERE WERE YOU WORKING?

6    A    I WAS STILL ASSIGNED AT THE SEVENTH DISTRICT.

7    Q    WHERE WAS THE SEVENTH DISTRICT WORKING AT THE TIME?

8    A    THEY HAD SET UP SOME MODULAR TRAILERS IN THE PARKING LOT OF

9    THE SEVENTH DISTRICT STATION.

10   Q    SO BY THEN YOU HAD MOVED OUT OF CRYSTAL PALACE?

11   A    YES, MA'AM.

12   Q    WHEN YOU TALK ABOUT THESE TRAILERS, IS THAT IN THE ORIGINAL

13   LOCATION OF THE SEVENTH DISTRICT?

14   A    YES.

15   Q    WHY WERE YOU ALL WORKING OUT OF THE TRAILERS RATHER THAN YOUR

16   REGULAR BUILDING?

17   A    THE BUILDING WAS HEAVILY DAMAGED FROM THE FLOOD WATERS.

18   Q    CAN YOU DESCRIBE THE BUILDING?  WHEN YOU SAY IT WAS HEAVILY

19   DAMAGED, WHAT DO YOU MEAN?

20   A    IT WAS FLOODED PROBABLY THREE OR FOUR FEET OF WATER IN THE

21   BUILDING FOR CONSIDERABLE AMOUNT OF TIME.

22   Q    AT THAT POINT, IN JANUARY 2006, WHAT WAS YOUR UNDERSTANDING

23   OF WHO WAS HANDLING THE INVESTIGATION?

24   A    I'D ASSUMED IT WAS STILL SERGEANT KAUFMAN.

25   Q    AT THAT TIME DID SERGEANT KAUFMAN STILL WORK IN THE SEVENTH

1    DISTRICT?

2    A    NO.  HE AND DETECTIVE LEHRMANN HAD MOVED ON TO THE NEW

3    CENTRALIZED HOMICIDE UNIT.

4    Q    ALL RIGHT.  SO TELL US WHAT HAPPENED IN JANUARY 2006.

5    A    THE DAY BEFORE, I RECEIVED A CALL FROM SERGEANT GISEVIUS

6    SAYING THAT WE HAD TO BE AT THE SEVENTH DISTRICT AT -- I DON'T

7    REMEMBER WHAT TIME IN THE AFTERNOON, BUT IT WAS AN APPOINTED TIME

8    IN THE AFTERNOON -- TO GIVE STATEMENTS.  AND THAT WE HAD TO BRING

9    ANY WEAPONS THAT WE HAD IN OUR POSSESSION THAT WERE USED THAT DAY

10   ON THE BRIDGE ON SEPTEMBER 4TH.

11   Q    DID YOU THEN SHOW UP THE NEXT DAY?

12   A    YES.

13   Q    WHAT GUNS DID YOU BRING WITH YOU?

14   A    I BROUGHT THE AK-47 THAT I OWNED AND THE DEPARTMENT-ISSUED

15   GLOCK THAT I OWNED.

16   Q    WHY DID YOU BRING THE AK-47?

17   A    JUST FOLLOWING INSTRUCTIONS.  THEY TOLD ME TO BRING IT, AND I

18   BROUGHT IT.

19   Q    HAD YOU FIRED IT ON THE BRIDGE?

20   A    NO.

21   Q    WHO HAD?

22   A    SERGEANT BOWEN.

23   Q    ALL RIGHT.  SO WHAT HAPPENED WHEN YOU REPORTED THE NEXT DAY

24   AT THE ALLOTTED TIME?

25   A    WE WERE IN THE PARKING LOT BEHIND THE OLD STATION, AND

1    HOMICIDE COLLECTED THE WEAPONS FROM US.  THOSE OF US THAT USED

2    OUR DEPARTMENT-ISSUED WEAPON WERE ISSUED A REPLACEMENT GLOCK.

3    THEN WE WERE SUMMONED IN, AFTER ALL THAT WAS COMPLETED, WE WERE

4    SUMMONED IN TO THE OLD STATION THAT WAS GUTTED OUT.

5    Q    LET ME START FIRST WITH THE PARKING LOT.  WHO ALL MET IN THE

6    PARKING LOT?

7    A    EVERYBODY THAT WAS INVOLVED -- EVERYONE THAT FIRED THEIR

8    WEAPON ON THE BRIDGE.

9    Q    WHO ELSE?

10   A    THERE WERE THE HOMICIDE DETECTIVES AND SOME PERSONNEL FROM

11   THE ACADEMY STAFF.

12   Q    WHY WERE THE ACADEMY STAFF PEOPLE THERE?

13   A    THEY HANDLED THE ISSUANCE OF THE GLOCKS.

14   Q    SO, WHEN YOU TURN IN YOUR GLOCK, THEY GIVE YOU A NEW ONE?

15   A    YES.

16   Q    WHAT HAPPENED -- SO, WHEN YOU ALL TURNED IN YOUR GUNS, FOR

17   EXAMPLE, WHEN YOU TURNED IN YOUR AK-47, DID YOU SPECIFY WHO HAD

18   BE USING WHICH GUNS?

19   A    I DON'T REMEMBER HOW DETAILED THAT GOT.  I DON'T KNOW IF THEY

20   JUST WANTED THE SERIAL NUMBERS AND THE MAKE AND MODELS, OR IF

21   THEY ACTUALLY -- I JUST DON'T REMEMBER.

22   Q    SO WHAT HAPPENED THEN AFTER YOU ALL MET IN THE PARKING LOT?

23   A    AFTER ALL THAT WAS FINISHED, WE WENT INSIDE THE OLD STATION,

24   FLOODED-OUT STATION.

25   Q    WHO ALL WENT INTO THE OLD FLOODED-OUT STATION?

```
 1   A   EVERYONE THAT FIRED THEIR WEAPON ON THE BRIDGE THAT WAS

 2   PRESENT, AND I REMEMBER DETECTIVE LEHRMANN AND SERGEANT KAUFMAN.

 3   Q   WHAT HAPPENED WHEN YOU WENT INTO THE ABANDONED BUILDING?

 4   A   BASICALLY, IN NO UNCERTAIN TERMS, WE WERE TOLD THAT THEY

 5   WANTED EVERYBODY TO SAY WHAT THEIR STATEMENT WAS GOING TO BE IN

 6   FRONT OF EVERYBODY ELSE SO THAT EVERYBODY CAN HAVE THEIR STORY

 7   STRAIGHT, THEIR STATEMENTS.

 8   Q   WHO SAID THAT?

 9   A   I BELIEVE IT WAS SERGEANT KAUFMAN.

10   Q   NOW, THE ACADEMY PEOPLE YOU WERE TALKING ABOUT WHO WERE IN

11   THE PARKING LOT --

12   A   YES, MA'AM.

13   Q   -- DID THEY GO IN WITH YOU ALL TO THE ABANDONED BUILDING?

14   A   NO.

15   Q   THEY LEFT?

16   A   I ASSUME SO.  I DON'T REMEMBER.

17   Q   SO WHO WAS IT IN THAT MEETING?  WHO WERE THE ONLY MEETING IN

18   THAT MEETING IN THE ABANDONED BUILDING?

19   A   MYSELF, DETECTIVE LEHRMANN, SERGEANT KAUFMAN, SERGEANT BOWEN,

20   SERGEANT GISEVIUS, OFFICER HILLS, BARRIOS AND VILLAVASO.

21   Q   YOU DIDN'T MENTION FAULCON.  WAS HE THERE?

22   A   I BELIEVE HE HAD RESIGNED BY THAT POINT.

23   Q   SO HE WAS NO LONGER WITH NOPD?

24   A   YES.

25   Q   WHAT HAPPENED AFTER YOU GOT THOSE INSTRUCTIONS, TO EVERYBODY
```

1    TELL YOUR STORIES SO THAT THEY'RE STRAIGHT.

2    A   EVERYBODY JUST TOOK A TURN.

3    Q   DO YOU REMEMBER WHO WENT FIRST?

4    A   I DON'T REMEMBER WHO WENT FIRST.  IT WAS EITHER SERGEANT

5    GISEVIUS OR SERGEANT BOWEN, BUT I'M NOT SURE.

6    Q   AND THEN WHAT HAPPENED?

7    A   AFTER EVERYBODY STATED WHAT THEY WERE GOING TO SAY, WE MOVED

8    OVER TO THE ADMINISTRATIVE TRAILER WHERE THE OFFICES WERE AND

9    WAITED OUR TURN TO GIVE STATEMENTS TO THE DETECTIVES THAT WERE

10   ASSIGNED TO TAKE OUR STATEMENTS.

11   Q   AND DID YOU TAKE YOUR TURN?  DID YOU GIVE A STATEMENT?

12   A   YES.

13   Q   DO YOU REMEMBER WHAT DETECTIVES YOU TALKED TO?

14   A   I DON'T REMEMBER THEIR NAMES.

15   Q   DID YOU TELL THEM THE TRUTH?

16   A   NO.

17   Q   WHAT DID YOU TELL THEM?

18   A   I TOLD THEM THE STORY I FABRICATED TO JUSTIFY WHAT WE HAD

19   DONE.

20        MS. BERNSTEIN:  MAY I APPROACH AND HAVE HIM IDENTIFY

21   THIS EXHIBIT?

22        THE COURT:  YES.

23        MS. BERNSTEIN:  FOR THE RECORD, I'M SHOWING THE WITNESS

24   EXHIBIT 78.

25   BY MS. BERNSTEIN:

1    Q    DO YOU RECOGNIZE WHAT THAT IS?  DON'T TALK ABOUT IT FIRST,

2    OTHER THAN JUST TO ANSWER MY QUESTIONS ABOUT WHAT IT IS.  DO YOU

3    RECOGNIZE WHAT IT IS?

4    A    YES.

5    Q    WHAT IS IT?

6    A    IT APPEARS TO BE A TRANSCRIPT OF MY STATEMENT TO THE HOMICIDE

7    DETECTIVES.

8    Q    STATEMENT YOU GAVE ON JANUARY 25, 2006?

9    A    YES, MA'AM.

10   Q    IS THAT THE STATEMENT THAT WE WERE JUST TALKING ABOUT?

11   A    YES.

12          MS. BERNSTEIN:  YOUR HONOR, I'D LIKE TO PUBLISH THIS TO

13   THE JURY.  I UNDERSTAND THERE IS AN OBJECTION.

14          THE COURT:  COUNSEL.

15          MR. FLEMING:  YES, JUDGE.  ONE MOMENT.

16          MAY WE APPROACH?

17          THE COURT:  YES.

18          MR. FLEMING:  YOUR HONOR, I CAN'T FIND MY LIST AS TO

19   WHETHER THAT WAS STIPULATED AUTHENTICITY AND ADMISSIBILITY OR

20   JUST AUTHENTICITY.  IF WE STIPULATED TO ADMISSIBILITY, THEN I'M

21   STUCK.

22          MS. BERNSTEIN:  I'M SURE CINDY HAS IT.  DO YOU WANT ME

23   TO GO GET IT?  CINDY IS SO ORGANIZED.

24          MR. FLEMING:  I PURPOSEFULLY BRING IT WITH ME EVERY DAY.

25          MR. CARTER:  CINDY DOES NOT BELIEVE THEY STIPULATED TO

```
 1   IT.

 2              THE COURT:  DOES NOT BELIEVE THEY STIPULATED TO IT.

 3              THEN LET'S GO AHEAD AND TAKE IT UP THEN.

 4          MR. FLEMING:  OUR OBJECTION IS TO PUBLISHING THIS

 5   WITNESS'S STATEMENT TO THE JURY.  HE CAN TESTIFY AS TO WHAT'S IN

 6   THAT.  AND, THIS IS HIS OWN STATEMENT, THERE'S NO NEED TO PUBLISH

 7   THAT TO THE JURY.  HE CAN TESTIFY AS TO THE CONTENTS.

 8              THE COURT:  I AGREE WITH THAT.

 9          IS IT YOUR INTENT TO INTRODUCE THIS INTO EVIDENCE, OR TO

10   JUST HAVE HIM RECITE WHAT HE SAID ON THAT OCCASION?  BECAUSE HE'S

11   ALREADY SAID HE SAID SOMETHING THAT WAS FALSE.

12          MS. BERNSTEIN:  I WAS JUST GOING TO PUBLISH IT FOR EASE

13   OF COMMUNICATING TO THE JURY, DO THE SAME THING WHERE A SECTION

14   IS HIGHLIGHTED AND I HAVE HIM EXPLAIN IS THAT TRUE OR FALSE AND

15   HOW SO.

16          THE COURT:  IF WE DON'T INTRODUCE IT, THOUGH -- LET HIM

17   REFER TO IT.  THE JURY KNOWS THAT THAT'S HIS STATEMENT GIVEN ON

18   THAT DAY.  AND IF HE SAYS, WELL, THIS WAS FALSE AND THIS WAS

19   FALSE AND THIS WAS FALSE, I THINK THEY UNDERSTOOD IT.  BUT IF WE

20   ARE WE'RE GOING TO INTRODUCE IT INTO EVIDENCE --

21          MS. BERNSTEIN:  LET ME AMEND MYSELF.  I'LL INTRODUCE IT

22   INTO EVIDENCE AS AN OVERT ACT IN FURTHERANCE OF THE CONSPIRACY.

23          MR. FLEMING:  I OBJECT TO THAT, JUDGE.  SAME OBJECTION.

24   HE CAN TESTIFY.  WHETHER IT'S AN OVERT ACT OR NOT, IT'S THE

25   STATEMENT ITSELF, AND HE CAN TESTIFY AS TO WHAT'S IN THAT
```

1    STATEMENT.  THERE'S NO NEED TO PUBLISH THAT STATEMENT.

2         THE COURT:  BUT HE'S A CO-CONSPIRATOR, THOUGH, AND THE

3    DOCUMENT IS EVIDENCE OF A CONTINUATION OF THE ALLEGED CONSPIRACY.

4         MS. BERNSTEIN:  CORRECT.

5         MR. FLEMING:  BUT THAT -- CAN I SEE THAT STATEMENT

6    BEFORE I SPEAK?

7         THIS STATEMENT, THIS IS A STATEMENT GIVEN TO TWO OTHER

8    DETECTIVES WHO ARE NOT CHARGED AND ARE NOT IMPLICATED AS BEING A

9    PARTICIPATE IN ANY CONSPIRACY.

10        THE COURT:  RIGHT.  BUT I UNDERSTAND THAT THAT IS

11   SIGNIFICANT.  THE POINT IS THAT HE GAVE TESTIMONY WHICH HE'S

12   ALREADY TESTIFIED WAS SOMEHOW COORDINATED WITH THE OTHER

13   DEFENDANTS IN ORDER TO PROMOTE THE CONSPIRACY.  IN OTHER WORDS,

14   AS AN OVERT ACT.  SO I DON'T THINK IT'S INAPPROPRIATE FOR THEM TO

15   INTRODUCE A WRITTEN STATEMENT THAT REFLECTS WHAT HE SAID THAT DAY

16   AS IN FURTHERANCE OF THE CONSPIRACY.

17        SO I'M GOING TO GO AHEAD AND ALLOW THEM TO INTRODUCE

18   EXHIBIT 78.

19        HOW MUCH FURTHER DO WE HAVE ON DIRECT?

20        MS. BERNSTEIN:  I WAS JUST TRYING TO FIGURE THAT OUT.

21   IF YOU WANT TO TAKE THE LUNCH BREAK A FEW MINUTES EARLY.  BECAUSE

22   YOU SEE ME LOOKING AT MY WATCH.  I'M TRYING TO FIGURE OUT WHETHER

23   I'M GOING TO GET DONE BY 12 OR NOT.

24        THE COURT:  I'D RATHER GET TO A MORE LOGICAL POINT

25   RATHER THAN HAVING A LOOSE END.  SEE IF YOU CAN FINISH.  I'M NOT

```
 1   GOING TO PRESS YOU.  IT'S 11:45, SO ...
 2          MS. BERNSTEIN:  I'VE BEEN LOOKING TO SEE.  I DON'T KNOW
 3   IF IT'S 15 MINUTES OR IF IT'S HALF AN HOUR.  DEPENDS ON HOW MANY
 4   OBJECTIONS.
 5          MR. FLEMING:  JUDGE, JUST RESPECTFULLY NOTE MY
 6   OBJECTION.
 7          THE COURT:  SO NOTED.
 8          (SIDEBAR CONFERENCE CONCLUDED.  JURY NOW PRESENT.)
 9          THE COURT:  WHILE WE'RE GETTING SET UP, WE'RE GOING TO
10   TRY TO FINISH THE DIRECT EXAMINATION OF THIS WITNESS AND THEN
11   TAKE OUR LUNCH BREAK.
12          MS. BERNSTEIN:  YOUR HONOR, I'M ACTUALLY LOOKING AT MY
13   NOTES AND REALIZING THAT THAT MIGHT NOT BE FEASIBLE.
14          THE COURT:  LET'S SEE HOW FAR WE GO.  LET'S SEE IF WE
15   CAN GET IT DONE.
16          MS. BERNSTEIN:  I'D LIKE TO OFFER INTO EVIDENCE EXHIBIT
17   78.
18          THE COURT:  ALL RIGHT, SO ORDERED.
19          (EXHIBIT ADMITTED.)
20          MS. BERNSTEIN:  MAY I HAVE THAT UP ON THE SCREEN,
21   PLEASE?
22   BY MS. BERNSTEIN:
23   Q   IS THAT THE DOCUMENT YOU WERE JUST LOOKING AT YOU IDENTIFIED
24   AS THE TRANSCRIPT OF THE STATEMENT YOU GAVE ON JANUARY 25, 2006?
25   A   YES, MA'AM.
```

1    Q    IT SAYS IN THE BEGINNING THERE AT THE HIGHLIGHTED PART:

2    PRESENT AT THE TAKING OF THIS STATEMENT ARE DETECTIVES EDUARDO

3    COLMENERO AND WINSTON HARBIN ASSIGNED TO MAJOR CASE HOMICIDE.

4         DO YOU KNOW THOSE TWO DETECTIVES?

5    A    I KNOW THEM WHEN I SEE THEM.  I DON'T --

6    Q    DOES THAT REFRESH YOUR MEMORY AS TO WHO YOU TALKED TO THAT

7    DAY?

8    A    YES, MA'AM.

9    Q    IT WAS THOSE TWO DETECTIVES?

10   A    YES.

11   Q    I WANT TO DO THE SAME THING WE DID BEFORE AND JUST ASK ABOUT

12   CERTAIN PARTS OF THIS STATEMENT.

13        WHEN YOU TALK ABOUT GETTING TO THE BRIDGE, YOU SAY:  AT

14   THAT TIME, WE ENGAGED THEM, DEFENDANT BOWEN STUCK HIS HEAD OUT

15   WINDOW AND, YOU KNOW, STOP, POLICE, YOU KNOW, SHOW YOU HANDS.

16        IS THAT STATEMENT THAT YOU MADE TRUE OR FALSE?

17   A    FALSE.

18   Q    HOW SO?

19   A    I NEVER HEARD SERGEANT BOWEN GIVE THOSE COMMANDS.

20   Q    SERGEANT BOWEN STARTED TAKING FIRE FROM THE -- THE PASSENGER

21   SIDE OF THE VEHICLE.  I EXITED THE VEHICLE TO ALLOW HIM, ONE FOR

22   ME TO GET OUT OF THE LINE OF THE FIRE; AND, TWO, FOR HIM TO BE

23   ABLE TO HAVE A SAFE AVENUE TO EXIT OUT OF THE VEHICLE IF HE

24   NEEDED IT.

25        IS THAT STATEMENT THAT YOU MADE TRUE OR FALSE?

```
 1   A   FALSE.

 2   Q   HOW SO?

 3   A   I NEVER SAW SERGEANT BOWEN TAKING FIRE FROM THE PASSENGER'S

 4   SIDE OF THE VEHICLE.

 5   Q   AND DID YOU EVER GIVE HIM A SAFE AVENUE TO EXIT OUT OF THE

 6   VEHICLE?

 7   A   THAT WASN'T MY INTENT.  I DIDN'T THINK ABOUT IT AT THE TIME.

 8   Q   GOING DOWN A LITTLE BIT FURTHER:  UM, THE SUBJECT IN THE

 9   WHITE T-SHIRT AND THE BLUE JEANS PRODUCED AN WEAPON, AND THE

10   SUBJECT THAT WAS APPREHENDED LATER, THE ONE THAT WAS A WEARING

11   ALL BLACK, HE PRODUCED A WEAPON.

12           IS THAT STATEMENT THAT YOU MADE TRUE OR FALSE?

13   A   FALSE.

14   Q   HOW IS THAT FALSE?

15   A   I NEVER SAW EITHER SUBJECT WITH A WEAPON.

16   Q   AND WHO IS THE GUY IN THE WHITE T-SHIRT AND THE BLUE JEANS?

17   A   RONALD MADISON.

18   Q   WHO IS THE OTHER ONE WHO WAS APPREHENDED LATER, THE ONE

19   WEARING ALL BLACK?

20   A   LANCE MADISON.

21   Q   DID YOU EVER SEE EITHER ONE OF THEM WITH A GUN?

22   A   NO, MA'AM.

23   Q   I CAN'T REMEMBER WHICH ONE OF THEM FIRED, BUT I REMEMBER THEM

24   FIRING; I REMEMBER SEEING -- BOOM -- A MUZZLE FLASHING AND GUN

25   SMOKE FROM -- FROM POWDER, I GUESS IT WOULD BE, FROM, FROM THAT
```

1    THIRD DIRECTION.  AT THAT TIME I DREW MY SERVICE WEAPON AND I

2    FIRED A NUMBER OF ROUNDS.

3              IS THAT STATEMENT THAT YOU MADE TRUE OR FALSE?

4    A    FALSE.

5    Q    HOW SO?

6    A    NOBODY FIRED AT ME.

7    Q    DID YOU SEE -- HEAR A BOOM AND SEE A MUZZLE FLASHING AND GUN

8    SMOKE FROM POWDER?

9    A    NO, MA'AM.

10   Q    GOING AHEAD NOW:  SERGEANT BOWEN AND I GOT BACK INTO THE

11   BUDGET TRUCK; WE DROVE WEST, UP THE BRIDGE.  ONCE WE GOT TO THE

12   TOP, SERGEANT GISEVIUS YELLED AT US THAT THEY WERE TAKING FIRE

13   AND TO STOP SO -- SO WE WOULDN'T GET SHOT AS WE WERE COMING OATH

14   THE CREST OF THE BRIDGE.  AT THAT POINT WE DISMOUNTED THE TRUCK

15   AND WE CONTINUED DOWN ON FOOT.  UM, SERGEANT GISEVIUS AND OFFICER

16   FAULCON WERE WELL AHEAD OF US, AND THEY HAD INITIATED CONTACT

17   WITH THE SUBJECT THAT WAS KILLED ON THE OTHER SIDE.

18             IS THAT STATEMENT THAT YOU MADE TRUE OR FALSE?

19   A    FALSE.

20   Q    HOW SO?

21   A    I OMITTED SOME FACTS AND -- LET ME SEE -- AND I LIED ABOUT

22   GOING DOWN THE BRIDGE ON FOOT.

23   Q    HOW DID YOU GET DOWN THE BRIDGE?

24   A    I RODE IN THE STATE TROOPER IMPALA.

25   Q    AND IT SAYS THAT GISEVIUS AND FAULCON WERE WELL AHEAD OF US

1   AND THEY HAD INITIATED CONTACT WITH THE SUBJECT THAT WAS A KILLED

2   ON THAT SIDE.

3           WAS THAT PART TRUE OR FALSE?

4   A   FALSE.  I RODE WITH THEM IN THE STATE TROOPER CAR.

5           MR. HESSLER:  YOUR HONOR, CAN WE GO BACK TO THAT?  I

6   WOULD OBJECT TO THE FORM OF THE QUESTION.  THERE ARE SEVERAL

7   SENTENCES IN THERE THAT I THINK LEAVE THE JURY WITH THE

8   IMPLICATION THAT THEY WERE ALSO FALSE.  SHE CITED A PARAGRAPH AND

9   ASKED SOME QUESTIONS ABOUT SOME STATEMENTS AND NOT OF OTHERS, AND

10  I THINK THAT LEAVES THE IMPLICATION THAT THE REST OF THE

11  PARAGRAPH WAS FALSE.

12          MS. BERNSTEIN:  I THINK THE WITNESS CLARIFIED HOW IT WAS

13  FALSE.

14          THE COURT:  YEAH.  I THINK HE DID, AND I THINK WE CAN

15  COVER THAT ON CROSS IF YOU CHOSE TO DO SO.  I'LL CERTAINLY GIVE

16  YOU THE OPPORTUNITY.

17  BY MS. BERNSTEIN:

18  Q   OKAY, WE'VE MOVED AHEAD NOW.

19          WHEN I GOT TO THE BOTTOM OF THE BRIDGE BY THE -- THE

20  FRIENDLY INN, OFFICER FAULCON HAD ALREADY ENGAGED THE SUBJECT

21  DOWN THERE THAT, UH, WAS NEUTRALIZED AT THAT END.

22          IS THAT STATEMENT THAT YOU GAVE ACCURATE?

23  A   NO.

24  Q   HOW NOT?

25  A   BECAUSE I WAS WITH OFFICER FAULCON WHEN HE GOT TO THE BOTTOM

```
1    OF THE BRIDGE.  WE WERE RIDING IN THE STATE TROOPER CAR.
2    Q    AND THIS IS GOING BACK TO THE EAST SIDE OF THE BRIDGE:
3    SERGEANT BOWEN SHOUTED THAT THEY WERE POLICE, AND I HEARD SEVERAL
4    OTHER TIMES FROM OTHER OFFICERS, I CAN'T RECALL WHO, BUT I'VE
5    HEARD, YOU KNOW, STOP, POLICE, SEVERAL TIMES FROM -- MORE THAN
6    ONCE.
7              IS THAT STATEMENT THAT YOU MADE TRUE OR FALSE?
8    A    FALSE.
9    Q    DID YOU EVER HEAR -- YOU TELL ME, HOW IS IT FALSE?
10   A    I NEVER HEARD ANYBODY GIVE POLICE COMMANDS.
11   Q    WHY DID YOU TELL THOSE LIES ON JANUARY 25, 2006?
12   A    I DIDN'T HAVE THE COURAGE TO TELL THE TRUTH.
13   Q    NOW, AT SOME POINT AFTER YOU GAVE THAT FALSE STATEMENT IN
14   JANUARY 2006, DID YOU LEARN THAT THE DISTRICT ATTORNEY'S OFFICE
15   WAS INVESTIGATING THIS CASE?
16   A    YES.
17   Q    DID YOU LEARN THAT A STATE GRAND JURY WAS INVESTIGATING THE
18   CASE?
19   A    YES.
20   Q    DID YOU GET A SUBPOENA?
21   A    YES.
22   Q    DID YOU GO IN AND TESTIFY VOLUNTARILY IN THE STATE GRAND
23   JURY?
24   A    NO.
25   Q    TELL US WHAT HAPPENED.
```

1    A   THE FIRST TIME I GOT A SUBPOENA, I CONSULTED WITH AN

2    ATTORNEY.  HE ADVISED THAT I USE MY FIFTH AMENDMENT RIGHT TO

3    REFRAIN FROM ANSWERING ANY QUESTIONS.

4           AFTER THAT WAS DONE IN FRONT OF THE GRAND JURY, SOME

5    DAYS LATER, WE WERE -- I WAS ISSUED AN ORDER FROM THE JUDGE FROM

6    THE COURT COMPELLING ME TO TESTIFY IN FRONT OF THE GRAND JURY.

7    Q   DO YOU UNDERSTAND THAT THAT WAS AN IMMUNITY ORDER?

8    A   THE WAY I UNDERSTOOD IT WAS THAT THEY -- THE ONLY THING IT

9    PROTECTED ME FROM WAS THAT THEY COULDN'T USE MY STATEMENT TO

10   INDICTMENT ME IN THAT GRAND JURY.

11   Q   OKAY.  SO LET ME MAKE SURE I UNDERSTAND YOUR UNDERSTANDING.

12   YOU GOT AN ORDER FROM THE COURT TELLING YOU THAT YOU HAD TO

13   ANSWER QUESTIONS IN THE GRAND JURY?

14   A   YES.

15   Q   AND WHAT WAS YOUR UNDERSTANDING OF THE IMMUNITY THAT YOU WERE

16   GIVEN?

17   A   I DON'T NOTE THE LEGAL TERM FOR IT.  I ALWAYS GET THEM MIX ED

18   UP.  THERE'S TWO TERMS THAT I'VE HEARD, I GET THEN MIXED UP.  BUT

19   MY UNDERSTANDING BASICALLY WAS THAT IT WASN'T AN IMPUNITY FROM

20   PROSECUTION, IT WAS JUST THAT MY STATEMENT COULDN'T BE USED

21   AGAINST ME.

22   Q   WHEN YOU SAY YOUR STATEMENT, WHICH STATEMENT DO YOU MEAN?

23   A   THE STATEMENT TO THE GRAND JURY, THE WHATEVER QUESTIONS I

24   ANSWERED IN FRONT OF THEM.

25   Q   SO, ONCE YOU GOT THIS ORDER FROM THE COURT -- AND, WHEN

1    YOU'RE TALKING ABOUT THE COURT NOW, IT'S NOT THIS JUDGE, IT'S THE

2    STATE JUDGE; RIGHT?

3    A    YES.

4    Q    WHEN YOU GOT AN ORDER FROM THE STATE JUDGE TELLING YOU THAT

5    YOU HAD TO ANSWER QUESTIONS IN THE GRAND JURY, DID YOU GO IN AND

6    ANSWER QUESTIONS?

7    A    YES.

8    Q    DID YOU TELL THE TRUTH?

9    A    NO.

10   Q    WHAT DID YOU TELL THE GRAND JURY?

11   A    BASICALLY I WENT ALONG WITH THE AUDIO TAPED STATEMENT THAT

12   I'D ALREADY GIVEN TO HOMICIDE.

13   Q    SO ALONG THE LINES OF THE SAME LIES WE JUST TALKED ABOUT?

14   A    YES.

15   Q    DID THAT INVESTIGATION END UP IN ANYBODY GETTING CHARGED?

16   A    YES.

17   Q    WHO ALL GOT CHARGED?

18   A    I WAS.  EVERYBODY THAT FIRED THEIR WEAPON ON THE BRIDGE WAS

19   CHARGED.

20   Q    WHAT WERE YOU CHARGED WITH?

21   A    TWO COUNTS OF ATTEMPTED FIRST DEGREE MURDER.

22   Q    FOR TRYING TO KILL WHO?

23   A    RONALD AND LANCE MADISON.

24   Q    NOW, ONCE YOU WERE CHARGED WITH THOSE STATE CHARGES, DID YOU

25   RETURN TO WORK AT NOPD?

1    A    SOME TIME LATER.  MAYBE THREE OR FOUR WEEKS LATER.

2    Q    WHEN YOU WENT BACK TO WORK AFTER BEING CHARGED -- NOW, YOU

3    WERE STILL UNDER THE CHARGES; RIGHT?

4    A    YES.

5    Q    WHEN YOU WENT BACK TO WORK AFTER BEING CHARGED, WERE YOU

6    DOING YOUR REGULAR DUTIES?

7    A    NO.  WE WERE ASSIGNED ADMINISTRATIVE DUTIES.

8    Q    WHAT WAS YOUR PARTICULAR ASSIGNMENT?

9    A    I WAS ASSIGNED TO THE NCIC UNIT.

10   Q    WHAT DOES THAT MEAN?  WHAT WERE YOU DOING?

11   A    NOT MUCH OF ANYTHING.  THEY HAVE STRIPPED MY POLICE POWERS SO

12   I DIDN'T HAVE ACCESS TO ANY OF THE SYSTEMS.  JUST KIND OF SAT

13   THERE ALL DAY.

14   Q    WHAT'S AN NCIC UNIT?

15   A    I DON'T REMEMBER WHAT THE INITIALS STAND FOR.  BUT IT

16   BASICALLY PROCESSES INFORMATION THAT GOES INTO THE NCIC DATABASE

17   NATIONWIDE, LIKE STOLEN VEHICLES AND SUBJECTS THAT ARE WANTED FOR

18   SERIOUS CRIMES.  AND YOU ALSO VERIFY LOCAL WARRANTS.  THE

19   OFFICERS MAY FIND A SUBJECT MIGHT BE WANTED, THEY HAVE TO CALL

20   NCIC TO GET IT VERIFIED BEFORE THEY ARREST THE SUBJECT.

21   Q    WHILE YOU WERE ON ADMINISTRATIVE ASSIGNMENT THERE, WAS THERE

22   ANYBODY ELSE FROM THE DANZIGER CASE ASSIGNED THERE WITH YOU?

23   A    YES.

24   Q    WHO WAS THAT?

25   A    OFFICER VILLAVASO.

```
1   Q    HOW WERE YOU ALL TREATED AFTER YOUR STATE INDICTMENT?

2   A    PRETTY MUCH LIKE HEROES.

3   Q    EXPLAIN WHAT YOU MEAN BY THAT.

4   A    NOBODY THOUGHT WE DID ANYTHING WRONG.  THEY THOUGHT WE DID

5   OUR JOB.  YOU KNOW, WE STAYED FOR KATRINA, AND WE WERE JUST BEING

6   POLITICALLY PERSECUTED.

7   Q    WHEN YOU WERE WORKING AT NCIC WITH DEFENDANT VILLAVASO, DID

8   YOU HAVE ANY OF CONVERSATION WITH HIM ABOUT THE CASE?

9   A    THERE WAS A DAY WHERE WE WERE IN THE OFFICE, AND OFFICERS AND

10  OTHER PEOPLE WERE COMING OUT DURING THE DAY, AND THEY'D SEE US

11  AND THEY'D SHAKE OUR HAND AND TELL US, YOU KNOW, THEY SUPPORT US

12  AND IT WAS MESSED UP THAT WE'D BEEN INDICTED FOR DOING OUR JOBS

13  AND IT WAS ALL POLITICS.  AND PRETTY MUCH -- YOU KNOW, TREATING

14  US LIKE WE WERE BEING PERSECUTED.

15  Q    AND WHAT HAPPENED?

16  A    AFTER A COUPLE DAYS OF THAT, I GOT AGGRAVATED WITH IT.  I

17  DIDN'T THINK THERE WAS ANYTHING HEROIC ABOUT BEING INDICTED.  AND

18  I WALKED OUT THE OFFICE.  OFFICER VILLAVASO FOLLOWED ME.  I WENT

19  TO THE RESTROOM.

20  Q    WHAT WAS HAPPENING RIGHT BEFORE YOU WALKED OF THE OFFICE?

21  A    SOMEBODY WAS TALKING ABOUT OUR SITUATION, AND HE WAS REVELING

22  IN IT.

23  Q    WHO WAS REVELING IN IT?

24  A    OFFICER VILLAVASO.

25  Q    DO YOU REMEMBER WHAT SPECIFICALLY VILLAVASO SAID THAT MADE
```

1    YOU WALK OUT?

2    A    I DON'T KNOW WHO WAS TALKING WHEN I WALKED OUT.  BUT I WENT

3    -- I WALKED OUT, AND HE FOLLOWED ME.  AND I WENT INTO THE

4    RESTROOM.  WHILE I WAS IN THERE, HE ASKED ME WHAT WAS WRONG.  AND

5    I JUST LET HIM KNOW THAT I DIDN'T THINK THERE WAS NOTHING COOL

6    ABOUT BEING INDICTED, WE WEREN'T HEROES OR ANYTHING LIKE THAT.

7              MS. BERNSTEIN:  MAY I HAVE 6 ON THE SCREEN, PLEASE.

8    BY MS. BERNSTEIN:

9    Q    WHAT'S THAT A PICTURE OF?

10   A    IT APPEARS TO BE THE SCENE AT SOUTH WHITE STREET THE DAY WE

11   TURNED OURSELVES IN AFTER WE WERE INDICTED ON THE STATE CHARGES.

12   Q    DO YOU RECOGNIZE ANYONE IN THAT PICTURE?

13   A    A FEW PEOPLE.

14   Q    WHO DO YOU RECOGNIZE?

15   A    I SEE SERGEANT GISEVIUS IN THE FOREFRONT OF THE PICTURE.

16   Q    DID YOU PUT A DOT ON HIM.

17   A    IT'S NOT WORKING.

18   Q    OKAY.

19   A    OKAY.

20   Q    ANYBODY ELSE YOU RECOGNIZE?

21   A    I SEE OFFICER HILLS.

22   Q    AND, IF YOU'D JUST TOUCH THE SCREEN, A DOT WILL APPEAR.

23              CAN YOU POINT OUT OFFICER HILLS?

24   A    WHERE I PUT THE DOT.

25   Q    OKAY.  ANYONE ELSE?

1    A    I SEE OFFICER BARRIOS IN THE BACKGROUND.

2    Q    CAN YOU PUT A DOT ON HIM?

3    A    (WITNESS COMPLIES.)

4    Q    ANYBODY ELSE?

5    A    NO.

6    Q    ALL RIGHT.  AND YOU'VE GOT THAT SIGN HEROES IN THE

7    BACKGROUND.

8    A    YES.

9    Q    IS THAT WHAT YOU WERE TALKING ABOUT WHEN YOU SAID PEOPLE WERE

10   TREATING YOU LIKE HEROES?

11   A    YES.

12   Q    WERE YOU A HERO, MR. HUNTER?

13   A    NO.

14   Q    WHY ARE YOU NOT A HERO?

15   A    THERE'S NOTHING HEROIC ABOUT SHOOTING UNARMED PEOPLE THAT ARE

16   RUNNING AWAY.

17   Q    WHAT HAPPENED WITH THAT STATE CASE?  DID IT EVER GO TO TRIAL?

18   A    NO.

19   Q    GO AHEAD.  WHY DIDN'T IT GO TO TRIAL?

20   A    THE PROSECUTOR BROKE A BUNCH OF RULES, AND THE JUDGE RULED IN

21   OUR FAVOR.

22   Q    SO THE CASE GOT --

23   A    AND BASICALLY CHARGES WERE DISMISSED.

24   Q    WAS THERE EVER A FINDING OF GUILT OR INNOCENCE?

25   A    NO.

```
 1          MS. BERNSTEIN:  THIS IS A DECENT STOPPING POINT IF YOU
 2   WANT ME TO STOP, OR I CAN KEEP PLOWING THROUGH.
 3          THE COURT:  WELL, IT'S HOW MUCH LONGER DO YOU THINK YOU
 4   HAVE?  I'D LIKE TO FINISH, AND I'LL CHECK WITH THE JURY TO SEE
 5   WHAT THEIR INTENT IS.
 6          IF I GIVE YOU A LATER LUNCH HOUR, IT WILL MAKE THE
 7   AFTERNOON SHORTER.  AND I WOULD JUST THINK THAT, SINCE WE'RE THIS
 8   CLOSE TO THE END OF THE DIRECT EXAMINATION, I'D PREFER TO FINISH,
 9   UNLESS THERE'S SOME OBJECTION FROM THE JURY.  ANYBODY DESIRE TO
10   TAKE LUNCH RIGHT AT THIS MOMENT, OR CAN YOU GO FURTHER?
11          SEE IF WE CAN FINISH.
12          MS. BERNSTEIN:  OKAY, GOOD.
13   BY MS. BERNSTEIN:
14   Q   ALL RIGHT.  SO AFTER -- WE WERE TALK ABOUT THE STATE CASE
15   BEING DISMISSED, AND YOU SAID THERE WAS NO FINDING OF GUILT OR
16   INNOCENCE; CORRECT?
17   A   CORRECT.
18   Q   AT SOME POINT AFTER THAT, DID YOU LEARN THAT THE FBI WAS
19   INVESTIGATING?
20   A   YES.
21   Q   WERE YOU SURPRISED BY THAT?
22   A   NO.
23   Q   WHY NOT?
24   A   IT'S THEIR JOB.
25   Q   WHAT DO YOU MEAN BY THAT?
```

1    A    THEY'RE RESPONSIBLE FOR INVESTIGATING CIVIL RIGHTS

2    VIOLATIONS.

3    Q    IS THAT SOMETHING YOU KNEW?

4    A    YES.

5    Q    WHAT WAS YOUR UNDERSTANDING OF WHAT THEY WERE LOOKING INTO?

6    A    WHETHER WE VIOLATED THE CIVIL RIGHTS OF THE PEOPLE ON THE

7    BRIDGE.

8    Q    AND HOW DID YOU KNOW THAT THAT WAS -- HOW DID YOU KNOW THAT

9    WAS SOMETHING THAT THE FBI COULD DO?

10   A    JUST THROUGH LIFE EXPERIENCE.  I MEAN, YOU SEE THEM

11   INVESTIGATE PEOPLE AROUND THE COUNTRY.  YOU READ IT IN THE

12   NEWSPAPER ARTICLES, SEE SOMETHING ON THE NEWS.

13   Q    WHEN YOU SAY PEOPLE, YOU MEAN POLICE OFFICERS?

14   A    YES, YES.

15   Q    WHEN YOU STARTED WITH NOPD, DID YOU GO THROUGH THE ACADEMY?

16   A    YES.

17   Q    DID YOU LEARN AT THE ACADEMY ANYTHING ABOUT THE RULES

18   REGARDING THE USE OF FORCE?

19   A    YES.

20   Q    DID YOU LEARN ABOUT DEADLY FORCE?

21   A    YES.

22   Q    WHAT IS DEADLY FORCE?

23   A    DEADLY FORCE IS THE FORCE -- IS FORCE THAT CAN CAUSE LOSS OF

24   LIFE OR CREATE BODILY HARM.

25   Q    DID YOU USE DEADLY FORCE ON THE BRIDGE?

```
1    A    YES.

2    Q    EVEN THOUGH YOU DIDN'T KILL ANYBODY?

3    A    YES.

4    Q    DID YOU LEARN RULES ABOUT WHEN AN OFFICER IS AND IS NOT

5    ALLOWED TO USE DEADLY FORCE?

6    A    YES.

7    Q    WAS THERE ANY REASON, ANY JUSTIFICATION, FOR YOU SHOOTING AT

8    THOSE MEN WHO WERE RUNNING UP THE BRIDGE ON SEPTEMBER 4TH?

9    A    NONE.

10   Q    DID YOU SEE ANY REASON FOR DEFENDANT GISEVIUS TO SHOOT AT

11   THEM?

12   A    NO.

13   Q    DID YOU SEE ANY REASON FOR DEFENDANT BOWEN TO SHOOT AT THE

14   OLD GUY WHO POPPED HIS HEAD UP ON THE OTHER SIDE OF THE BARRIER?

15   A    NO.

16   Q    WHY NOT?

17   A    THE PERSON DIDN'T PRESENT A THREAT.

18   Q    DID YOU SEE ANY REASON FOR THOSE OFFICERS TO BE SHOOTING DOWN

19   OVER THE BARRIER WHEN YOU CAME AROUND THE FRONT OF THE TRUCK?

20   A    I DIDN'T SEE A REASON --

21          MR. FLEMING:  OBJECTION.  I DON'T THINK HE SAW THE

22   OFFERS SHOOT.  I THINK THAT'S HIS TESTIMONY.

23          MS. BERNSTEIN:  I CAN GO BACK AND ASK HIM.

24          THE COURT:  THE JURY RECALLS THE TESTIMONY.  I'LL

25   OVERRULE THE OBJECTION.  ALTHOUGH, I DO THINK HE ASKED THESE
```

1   QUESTIONS WHEN THEY FIRST CAME AND HE CITED THE TESTIMONY.  SO

2   LET'S SEE IF WE CAN GET ON TO SOMETHING NEW.

3   BY MS. BERNSTEIN:

4   Q   NOW I'M ASKING QUESTIONS BASED -- AND MAYBE I WASN'T CLEAR,

5   BUT BASED SPECIFICALLY ON THE TRAINING THAT YOU LEARNED IN THE

6   ACADEMY.

7           MR. FLEMING:  JUDGE, I'M GOING TO OBJECT TO THAT WHOLE

8   LINE OF QUESTIONING, BASED ON WHEN THIS OFFICER HAS LEARNED

9   DURING HIS TRAINING.

10          THE COURT:  I THINK THAT'S WHAT SHE'S ASKING.

11          MR. FLEMING:  THAT IS WHAT SHE'S ASKING, AND THIS GOES

12  TO EXPERTISE IN NATURE.

13          MS. BERNSTEIN:  LET ME RESPOND TO THAT.  MY QUESTION IS

14  VERY CAREFULLY CRAFTED TO ASK WHETHER HE SAW ANY REASON.  I'M NOT

15  ASKING HIM TO OFFER ANY OPINION ON -- ANY EXPERT OPINION ON WHAT

16  HAPPENED.

17          THE COURT:  I'M GOING TO OVERRULE.  HE WENT TO THE

18  ACADEMY.  HE'S ALREADY -- SHE'S LAID A FOUNDATION FOR THE FACT

19  THAT HE WAS SUBJECT TO SOME INSTRUCTION WHILE HE WAS THERE.  AND

20  I THINK HE CAN ANSWER BASED ON HIS INSTRUCTION BASED ON HIS

21  UNDERSTANDING.  SO I'LL OVERRULE THE OBJECTION.

22          MR. MECHE:  JUST A SEPARATE QUICK OBJECTION.  I OBJECT

23  TO HEARSAY IF SHE'S GOING TO ASK HIM WHAT SOMEBODY ELSE TOLD HIM.

24          MS. BERNSTEIN:  I DON'T PLAN TO.

25          THE COURT:  I DISAGREE.  I'LL OVERRULE.

1            GO AHEAD.

2    BY MS. BERNSTEIN:

3    Q    DID YOU SEE ANY REASON FOR DEFENDANT BOWEN TO LEAN OVER THE

4    BARRIER AND SHOOT AT THE PEOPLE ON THE WALKWAY?

5    A    NO, I DID NOT.

6    Q    WHY NOT?

7    A    I DIDN'T PERCEIVE ANY THREAT FROM ANYONE OVER THERE.

8    Q    DID YOU SHOOT OVER THE BARRIER AT THOSE PEOPLE?

9    A    NO.

10   Q    WHY NOT?

11   A    THERE WAS, AGAIN, THERE WAS NO THREAT.

12   Q    GOING OVER TO THE WEST SIDE OF THE BRIDGE, DID YOU SEE ANY

13   REASON FOR FAULCON TO SHOOT RONALD MADISON?

14           MR. FLEMING:  I'M GOING TO OBJECT, YOUR HONOR.  THE

15   OFFICER HAS TESTIFIED THAT HE DID NOT SEE MR. FAULCON SHOOT MR.

16   MADISON.

17           THE COURT:  I AGREE, HE DID NOT TESTIFY TO THAT.  BUT

18   EVEN MORE SO, WE'VE ALREADY ASKED HIM WHEN WE GOT INTO THAT PART

19   OF THE CHRONOLOGY WE ASKED HIM ABOUT HIS PERCEPTION.  SO WE'RE

20   NOW ASKING HIM AGAIN QUESTIONS THAT HAVE ALREADY BEEN ASKED OF

21   HIM AT THE TIME HE WITNESSED IT THE FIRST TIME IN HIS TESTIMONY.

22   SO LET'S MOVE ON TO SOMETHING THAT WE HAVEN'T ASKED HIM.

23   BY MS. BERNSTEIN:

24   Q    LET ME FOLLOW-UP ON SOMETHING YOU SAID BEFORE ABOUT WHY YOU

25   FIRED YOUR GUN ON THE BRIDGE.  AND YOU SAID SOMETHING ABOUT TO

1    TEACH A LESSON.  DID YOU LEARN ANYTHING IN THE ACADEMY ABOUT

2    WHETHER POLICE OFFICERS ARE EVER ALLOWED TO USE FORCE FOR

3    PUNISHMENT?

4    A   NO.

5         MR. FLEMING:  JUDGE, I'M GOING TO OBJECT TO THIS LINE OF

6    QUESTIONING AS WELL AS TO WHAT THIS PARTICULAR OFFICER'S MOTIVES

7    WERE ON THAT DAY.  HAVE NOTHING, NOTHING TO DO WHATSOEVER WITH

8    WHAT THE OTHER OFFICERS.

9         THE COURT:  YEAH, I THINK THAT'S UNDERSTOOD.  I'LL

10   OVERRULE THE OBJECTION.  HE'S TESTIFYING BASED UPON HIS TRAINING

11   AND HIS KNOWLEDGE AND HIS APPRECIATION OF THE CIRCUMSTANCES.  SO

12   I'LL OVERRULE.

13   BY MS. BERNSTEIN:

14   Q   SO THE QUESTION WAS, WERE YOU TAUGHT ANYTHING IN THE ACADEMY

15   ABOUT WHETHER OR NOT AN OFFICER IS ALLOWED TO USE FORCE TO PUNISH

16   SOMEONE?

17   A   NO.  I WASN'T TAUGHT THAT.

18   Q   YOU WEREN'T TAUGHT WHAT?  FINISH THE SENTENCE.

19   A   I WASN'T TAUGHT TO USE FORCE TO PUNISH ANYBODY.  IT'S NOT

20   POLICE'S JOB TO PUNISH PEOPLE.  IT'S THE COURT'S JOB.

21   Q   SO YOU WERE TAUGHT THAT YOU CANNOT DO THAT?

22   A   I'M SORRY?

23   Q   WERE YOU FINISHED?

24   A   YES.

25   Q   WHEN YOU WERE IN THE ACADEMY, WERE YOU TRAINED OR TAUGHT

1    ANYTHING ABOUT THE CONSEQUENCES FOR USING EXCESSIVE FORCE?

2    A    YES.

3    Q    WHAT WERE YOU TRAINED THE CONSEQUENCES ARE?

4    A    A VARIETY OF CONSEQUENCES, FROM A CIVIL LAWSUIT TO BEING

5    CRIMINALLY CHARGED.

6    Q    AND WHO WERE YOU TAUGHT COULD CRIMINALLY CHARGE YOU?

7    A    THE STATE OR THE FEDERAL.  AT THE STATE OR FEDERAL LEVEL.

8    Q    NOW, YOU MENTIONED YOU LEARNED AT SOME POINT THAT THE FBI WAS

9    INVESTIGATING THIS CASE.

10   A    YES.

11   Q    AT SOME POINT AFTER THAT, DID YOU LEARN OR DID YOU HEAR THAT

12   AN OFFICER WAS GOING TO PLEAD GUILTY?

13   A    YES.

14   Q    WHO DID YOU HEAR WAS GOING TO PLEAD GUILTY?

15   A    LIEUTENANT LOHMAN.

16   Q    WHAT WAS YOUR REACTION WHEN YOU HEARD THAT?

17   A    I WAS SCARED, BASICALLY.

18   Q    WHAT WERE YOU SCARED OF?

19   A    GOING TO JAIL.

20   Q    WHY?

21   A    DIDN'T WANT TO GO TO JAIL.  I DIDN'T WANT TO LOSE EVERYTHING

22   I'D BUILT UP OVER THE YEARS.

23   Q    I GUESS I'M ASKING TO YOU CONNECT THAT UP FOR US.  WHY DID

24   LEARNING ABOUT -- LEARNING THAT HE WAS GOING TO PLEAD GUILTY MAKE

25   YOU SCARED THAT YOU WERE GOING TO GO TO JAIL?

```
 1   A    THE TRUTH HAD GOTTEN OUT.  AND IT WAS JUST A MATTER OF TIME.

 2   Q    WHEN YOU LEARNED ABOUT THAT AND YOU WERE SCARED, DID ANYBODY

 3   TRY TO COMFORT YOU?

 4   A    YES.

 5   Q    WHO WAS THAT?

 6   A    SERGEANT BOWEN.

 7   Q    WHAT CONVERSATION DID YOU HAVE WITH DEFENDANT BOWEN?

 8   A    I ASKED HIM IF HE KNEW ANYTHING ABOUT WHAT LOHMAN WAS DOING.

 9   AND HE TOLD ME THAT LOHMAN AGREED TO PLEAD GUILTY -- I FORGET HOW

10   MANY YEARS HE SAID HE WAS GOING TO PLEAD GUILTY TO OR WHAT THE

11   CHARGE WAS GOING TO BE -- BUT THAT HE TRIED TO ASSURE ME THAT THE

12   FEDERAL GOVERNMENT WAS JUST GOING TO CHARGE FAULCON, VILLAVASO,

13   GISEVIUS AND BARRIOS AND THEN LOHMAN OF COURSE.  AND BOWEN, HILLS

14   AND MYSELF WEREN'T GOING TO BE PROSECUTED BECAUSE OF THE STATE

15   IMMUNITY SITUATION.

16   Q    DID HE TELL YOU WHERE HE GOT THAT INFORMATION FROM?  JUST

17   ANSWER YES OR NO ON THAT, DID HE TELL YOU?

18   A    NO.

19   Q    DID YOU BELIEVE HIM WHEN HE TOLD YOU NOT TO WORRY?

20   A    I DESPERATELY WANTED TO.

21   Q    SOME POINT AFTER THAT, DID THE FBI VISIT YOUR HOME?

22   A    YES.

23   Q    WHO CAME TO VISIT YOU?

24   A    AGENT BEZAK AND AGENT BRIGHT, BLIGHT.

25   Q    DID THEY CALL AHEAD AND MAKE AN AM APPOINTMENT, OR DID THEY
```

1    JUST SHOW UP?

2    A    THEY JUST SHOWED UP.

3    Q    WHAT WAS YOUR REACTION WHEN YOU SAW THE FBI AT YOUR HOUSE?

4    A    PRETTY MUCH I WAS DEFINITELY A TARGET OF AN INVESTIGATION.

5    Q    AND WHAT HAPPENED THAT NIGHT?  WAS IT DAY OR NIGHT WHEN THEY

6    CAME TO SEE YOU?

7    A    IT WAS NIGHTTIME.

8    Q    WHAT HAPPENED THAT NIGHT?

9    A    I WENT OUTSIDE AND GREETED THEM.  AND AGENT BEZAK ASKED IF I

10   WANTED TO TALK ABOUT THE INCIDENT.  AND I TOLD HIM I WASN'T

11   COMFORTABLE TALKING WITHOUT MY ATTORNEY PRESENT.

12   Q    GO AHEAD.

13   A    I'M SORRY.  AND SO HE ASKED ME WHO MY ATTORNEY WAS.  I TOLD

14   HIM.  AND SO I ASKED HIM STRAIGHT UP, I SAID, YOU KNOW -- I'M

15   JUST THINKING ABOUT WHAT BOWEN HAD TOLD ME.  SO I ASKED HIM, I

16   SAID:  AM I A TARGET OF THIS INVESTIGATION?  OR THE GRAND JURY.

17   I'M NOT SURE HOW I ASKED IT.  BUT I ASKED HIM IF I WAS THE

18   TARGET.  AND HE SAID ABSOLUTELY.

19   Q    SO DID YOU GIVE A STATEMENT THAT NIGHT?

20   A    NO.

21   Q    WHAT HAPPENED NEXT?

22   A    I CONSULTANT WITH MY ATTORNEY.  MY ATTORNEY PROCEEDED TO MEET

23   WITH THE GOVERNMENT, AND CAME BACK AND REPORTED TO ME WHAT WAS

24   TOLD TO HIM.  AND THEN WE MADE ANOTHER APPOINTMENT A FEW DAYS

25   LATER FOR ME TO GO DOWN THERE AND MEET WITH THE GOVERNMENT AND SO

1    I COULD HEAR FIRSTHAND WHAT THE GOVERNMENT PLANNED ON PROSECUTING

2    ME FOR AND WHAT THEY PLANNED TO OFFER ME.

3    Q    SO, WHEN YOU SAID A FEW DAYS LATER YOU CAME IN TO MEET WITH

4    THE GOVERNMENT --

5    A    YES.

6    Q    -- WHAT WAS THE PURPOSE OF THAT MEETING?

7    A    BASICALLY, SO I COULD HAVE FIRSTHAND KNOWLEDGE OF THE

8    SERIOUSNESS OF THE SITUATION, THAT I WAS INDEED A TARGET, AND

9    THAT I WAS INDEED GOING TO BE INDICTED UNLESS I DECIDED TO

10   COOPERATE.

11   Q    DID YOU GIVE A STATEMENT RIGHT AWAY?

12   A    NO.

13   Q    WHAT HAPPENED?

14   A    WE HEARD THE GOVERNMENT OUT.  TOOK SOME NOTES.

15   Q    YOU SAID WE.  JUST TO BE CLEAR --

16   A    MY ATTORNEY AND I.

17   Q    GO AHEAD.

18   A    WE LEFT.  I WENT HOME.  I PRAYED A LOT.  I TALKED TO MY WIFE.

19   AND I TALKED IT MY ATTORNEY.  AND CAME TO THE CONCLUSION THAT

20   ACCEPTING THE GOVERNMENT'S OFFER WAS THE BEST SITUATION.

21   Q    SO THERE WAS AN OFFER ON THE TABLE?

22   A    YES.

23   Q    AND WHAT WAS THE OFFER THAT YOU DECIDED TO ACCEPT?

24   A    THERE WERE GOING TO BE TWO FELONY COUNTS, ONE BEING

25   MISPRISONMENT OF A FELONY, ONE BEING CONSPIRACY TO OBSTRUCT

1  JUSTICE, WITH A MAXIMUM POSSIBLE SENTENCE OF EIGHT YEARS.

2  Q   NOW, AT THAT POINT, HAD YOU GIVE ANY STATEMENT?

3  A   NO.

4  Q   YOU SAID YOU DECIDED TO ACCEPT THE OFFER?

5  A   YES.

6  Q   AND THEN WHAT HAPPENED?

7  A   LATER THAT EVENING, WE RETURNED TO THE FBI OFFICE, AND AT

8  THAT POINT I SIGNED THE AGREEMENT.  AND, ONCE THAT WAS COMPLETED,

9  THE GOVERNMENT'S ATTORNEY AND AGENT BEZAK, BECAUSE IT WAS LATE AT

10  NIGHT, THEY JUST WANTED TO GET A SUMMARY OF WHAT MY COOPERATION

11  WAS GOING TO ENTAIL.

12  Q   YOU SAID GOVERNMENT ATTORNEY.  WAS THAT ME THAT NIGHT, OR

13  SOMEONE ELSE?

14  A   NO.  I ONLY REMEMBER HIS FIRST NAME, FORREST.  I DON'T

15  REMEMBER HIS NAME.

16  Q   NOW, YOU SAID THAT NIGHT YOU GAVE A BRIEF STATEMENT?

17  A   YES.

18  Q   AND WHY DID YOU JUST GIVE A SUMMARY THAT NIGHT?

19  A   IT WAS LATE.  AND THEY WANTED -- THEY JUST WANTED TO GET AN

20  UNDERSTANDING OF WHAT MY COOPERATION WAS GOING TO BE THEN, AND

21  THEN WE WOULD SET ANOTHER TIME, DATE, LATER ON TO HAVE A MORE

22  DETAIL DEBRIEFING.

23  Q   DID YOU THEN COME BACK AND GIVE A MORE DETAILED DEBRIEFING?

24  A   YES.

25  Q   WHEN YOU SAT DOWN WITH THE FBI AND YOU GAVE YOUR STATEMENT,

1   DID YOU GIVE THE SAME STORY THAT YOU HAD TOLD TO NOPD AND TO THE

2   DA?

3   A   NO.

4   Q   HOW WAS IT DIFFERENT?

5   A   FIRST, THE GOVERNMENT WAS UNDER THE IMPRESSION THAT SERGEANT

6   BOWEN WAS THE ONE FIRING FROM THE TRUCK AS THE TRUCK PROCEEDED

7   TOWARD THE BRIDGE.  AND I CORRECTED THEM AND TOLD THEM, NO, THAT

8   WAS ME.

9          AND THEN I PROCEEDED TO TELL THEM EVERYTHING THAT I KNEW

10   TO BE TRUE ABOUT THE ENTIRE INCIDENT.

11   Q   YOU MENTIONED THAT YOU AGREED TO PLEAD GUILTY TO TWO

12   FELONIES; IS THAT RIGHT?

13   A   YES.

14   Q   AND DID YOU IN FACT PLEAD GUILTY TO THOSE TWO FELONIES?

15   A   YES, MA'AM.

16   Q   WHAT'S THE MAXIMUM SENTENCE YOU WERE FACING FOR THOSE

17   FELONIES?

18   A   EIGHT YEARS.

19   Q   HAVE YOU BEEN SENTENCED YET?

20   A   YES.

21   Q   WHAT WERE YOU SENTENCED TO?

22   A   THE JUDGE SENTENCED ME TO EIGHT YEARS TO RUN CONSECUTIVE.

23   Q   SO TO SERVE EIGHT YEARS?

24   A   YES.

25   Q   WHAT ARE YOU HOPING FOR IN EXCHANGE FOR YOUR COOPERATION?

1  A   I WOULD LIKE TO BELIEVE THAT, BECAUSE OF MY COOPERATION, THAT

2  JUDGE VANCE WILL BE LENIENT ON ME AND REDUCE MY SENTENCE.

3  Q   AND JUDGE VANCE IS A DIFFERENT JUDGE THAT YOU'RE IN FRONT OF

4  IN THIS CASE?

5  A   YES.

6  Q   WHAT'S YOUR UNDERSTANDING OF HOW THAT WORKS, FOR JUDGE VANCE

7  TO REDUCE YOUR SENTENCE?

8  A   THE GOVERNMENT MAKES A MOTION REQUESTING A SENTENCE REDUCTION

9  BASED ON MY COOPERATION.  THE JUDGE HEARS OUT THE MOTION FROM THE

10 GOVERNMENT, AND I GUESS MY ATTORNEY AS WELL.  AND SHE'LL MAKE THE

11 DETERMINATION IF I DESERVE LENIENCY.

12 Q   WHAT'S YOUR UNDERSTANDING OF ABOUT WHOSE DECISION IT IS

13 WHETHER OR NOT TO MAKE THAT MOTION TO THE JUDGE?

14 A   I'M SORRY, CAN YOU -- I DIDN'T FOLLOW YOUR QUESTION.  I'M

15 SORRY.

16 Q   WHAT'S YOUR UNDERSTANDING ABOUT WHO DECIDES WHETHER OR NOT TO

17 MAKE THAT MOTION TO THE JUDGE?

18 A   IT'S THE GOVERNMENT MAKES THE MOTION.

19 Q   AND WHAT'S YOUR UNDERSTANDING OF WHO DECIDES WHETHER OR NOT

20 YOU ACTUALLY GET A REDUCTION IN YOUR SENTENCE?

21 A   THE JUDGE.

22 Q   HAS ANYBODY MADE ANY PROMISES TO YOU ABOUT WHAT YOUR SENTENCE

23 WILL BE?

24 A   NO.

25 Q   AS PART OF THAT PROCESS OF PLEADING GUILTY, DID YOU SIGN A

1    FACTUAL BASIS?

2    A    YES, I DID.

3    Q    WHAT IS A FACTUAL BASIS?

4    A    A SUMMARY OF MY STATEMENT TO THE GOVERNMENT.

5    Q    IS THAT A SWORN STATEMENT?

6    A    I SIGNED IT.  I'M NOT SURE.

7    Q    I'M JUST GOING TO HAVE YOU IDENTIFY A DOCUMENT, IF I CAN FIND

8    IT.  THE DOCUMENT I'M GOING TO HAND YOU DOES NOT HAVE AN EXHIBIT

9    STICKER ON IT, BUT IT'S EXHIBIT 81.

10            MS. BERNSTEIN:  MAY I APPROACH, YOUR HONOR?

11            THE COURT:  YES.

12            MS. BERNSTEIN:  MAY I STAND HERE AND ASK A COUPLE

13   QUESTIONS?

14            THE COURT:  SURE.

15   BY MS. BERNSTEIN:

16   Q    DO YOU RECOGNIZE THIS DOCUMENT I'M SHOWING YOU?

17   A    IF I COULD FLIP THROUGH IT.  THANK YOU.

18            (PAUSE IN PROCEEDINGS.)

19   BY MS. BERNSTEIN:

20   Q    DO YOU RECOGNIZE DOCUMENT 81?

21   A    I'M SORRY, I WASN'T FINISHED.  I APOLOGIZE.

22            (PAUSE IN PROCEEDINGS.)

23            THE WITNESS:  YES, I DO.

24   BY MS. BERNSTEIN:

25   Q    IS THAT YOUR FACTUAL BASIS?

```
 1    A    YES, MA'AM.

 2    Q    ON THE LAST PAGE, ARE THERE SOME SIGNATURES?

 3    A    YES, MA'AM.

 4    Q    WHOSE SIGNATURE IS FIRST?

 5    A    MINE IS.

 6    Q    WHOSE SIGNATURE IS UNDER THAT?

 7    A    MY ATTORNEY'S.

 8    Q    AND WHOSE SIGNATURE IS UNDER THAT?

 9    A    YOURS.

10    Q    NOW, THIS IS A TYPED DOCUMENT WE'RE LOOKING AT.  DID YOU

11    WRITE THAT DOCUMENT UP?

12    A    NO MA'AM.

13    Q    SOMEONE FROM THE GOVERNMENT WROTE IT?

14    A    YES.

15    Q    AND HANDED IT TO YOU?

16    A    YES.

17    Q    WHEN YOU GOT IT, WHAT DID YOU DO?

18    A    REVIEWED IT WITH MY ATTORNEY.

19    Q    WHEN YOU READ IT, DID YOU RECOGNIZE THE INFORMATION IN IT?

20    A    YES.

21    Q    WHERE DID THAT INFORMATION COME FROM?

22    A    MY INTERVIEW WITH THE FBI.

23    Q    DID YOU JUST SIGN IT?

24    A    NO.

25    Q    WHAT DID YOU DO?
```

1    A    THERE WERE SOME PARTS OF IT THAT I HIGHLIGHTED THAT I DIDN'T

2    BELIEVE WERE QUITE ACCURATE.  AND I HIGHLIGHTED THOSE PARTS AND

3    HANDWROTE IN WHAT I FELT IT SHOULD SAY.

4    Q    THEN WHAT HAPPENED?

5    A    WE HAD A CONFERENCE CALL WITH YOURSELF AND FORREST, I

6    BELIEVE.  AND DISCUSSED THE REVISIONS THAT MY ATTORNEY AND I

7    ENTERED INTO, I THINK.

8    Q    AND WERE THOSE CHANGES INCORPORATED INTO THIS DOCUMENT?

9    A    YES.

10   Q    WHEN YOU GOT IT BACK, DID YOU JUST SIGN IT?

11   A    NO.

12   Q    WHAT DID YOU DO FIRST?

13   A    REVIEWED IT.

14   Q    AND THEN -- HOW CAREFULLY DID YOU REVIEW IT?

15   A    I SPENT A CONSIDERABLE AMOUNT OF TIME GOING OVER IT.

16   Q    AND THEN WHAT DID YOU DO?

17   A    I WAS COMFORTABLE WITH WHAT IT SAID AND I SIGNED IT.

18   Q    WHY DID YOU SIGN IT?

19   A    IT WAS TRUE.

20   Q    WHEN YOU FIRED YOUR GUN ON THE BRIDGE THAT DAY, DID YOU THINK

21   WERE YOU SHOOTING AT INNOCENT PEOPLE, OR AT BAD GUYS?

22   A    BAD GUYS.

23   Q    DID THAT JUSTIFY YOUR SHOOTING?

24   A    NO.

25   Q    WHY NOT?

```
 1              MR. DESALVO:  IT'S BEEN ASKED AND ANSWERED.

 2              MS. BERNSTEIN:  I HAVEN'T ASKED THIS SPECIFIC QUESTION.

 3              THE COURT:  I THINK WE DID.  I THINK WE'VE ASKED IT A

 4   FEW TIMES IN DIFFERENT VARIATIONS.  WE'VE GOTTEN TO THIS -- THIS

 5   IS PROBABLY THE THIRD TIME WE'VE GONE THROUGH THIS, SO LET'S MOVE

 6   ON.

 7              MS. BERNSTEIN:  IF I COULD HAVE A LITTLE LEEWAY HERE?

 8              THE COURT:  NO, NO.  LET'S MOVE ON.

 9   BY MS. BERNSTEIN:

10   Q   OKAY.  SINCE YOU'VE ALREADY ANSWERED THAT QUESTION, SO LET ME

11   ASK YOU A NEW QUESTION.  WHICH IS, DID YOU KNOW THAT ON SEPTEMBER

12   4TH?

13              MR. FLEMING:  OBJECTION, AMBIGUOUS NATURE, DID HE KNOW

14   WHAT?

15   BY MS. BERNSTEIN:

16   Q   DID YOU KNOW ON SEPTEMBER 4TH THAT THE FACT THAT YOU THOUGHT

17   SOMEBODY WAS A BAD GUY DID NOT JUSTIFY THE SHOOT?

18   A   I DON'T -- CAN YOU REPHRASE THAT A LITTLE BIT?  I CAN'T -- I

19   WASN'T FOLLOWING IT.

20              MS. BERNSTEIN:  IF I MAY ASK THAT ONE QUESTION TO LEAD

21   IN, I THINK I CAN ASK MY NEW QUESTION MUCH MORE CLEARLY.

22              THE COURT:  I THINK WE'VE COVERED THIS.  I REALLY DO.  I

23   THINK WE'VE COVERED IT.

24              MR. FLEMING:  JUDGE --

25              THE COURT:  LET'S MOVE ON.
```

1    BY MS. BERNSTEIN:

2    Q    DID YOU PARTICIPATE IN A COVER UP OF THE SHOOTING ON THE

3    DANZIGER BRIDGE?

4    A    YES.

5    Q    WHO ELSE WAS INVOLVED IN THAT COVER UP WITH YOU?

6    A    OFFICER HILLS, OFFICER VILLAVASO, OFFICER BARRIOS, OFFICER

7    FAULCON, SERGEANT GISEVIUS, SERGEANT BOWEN, DETECTIVE LEHRMANN

8    AND SERGEANT KAUFMAN AND LIEUTENANT LOHMAN.

9    Q    WHY DID YOU PARTICIPATE IN THAT COVER-UP?

10   A    I DIDN'T HAVE THE COURAGE TO STAND ALONE AND TELL THE TRUTH.

11   Q    DID YOU KNOW AT THE TIME THAT A COVER-UP WAS A CRIME?

12   A    YES.

13   Q    WHY DID YOU PLEAD GUILTY IN THIS CASE?

14   A    THE TRUTH NEEDS TO BE TOLD.

15   Q    HOW DO YOU FEEL ABOUT, RIGHT NOW, ABOUT YOUR DECISION TO

16   PLEAD GUILTY?

17   A    I'M AT PEACE WITH IT.

18   Q    EVEN THOUGH YOU'VE BEEN SENTENCED TO EIGHT YEARS?

19   A    YES.

20   Q    WHY ARE YOU AT PEACE WITH IT?

21   A    BECAUSE THE TRUTH'S FINALLY COMING OUT, AND I FEEL LIKE MY

22   LORD'S GOING TO TAKE CARE OF ME FROM NOW ON.

23             MS. BERNSTEIN:  NOTHING FURTHER, YOUR HONOR.

24             THE COURT:  ALL RIGHT.  WE'RE GOING TO TAKE OUR LUNCH

25   BREAK.  IT'S ABOUT 12:25.  IF YOU ALL -- WE'LL GIVE YOU ABOUT AN

1    HOUR AND TEN MINUTES.  SO IF YOU CAN BE BACK TO COME INTO THE

2    COURTROOM AT 1:35.  PLEASE DON'T DISCUSS ANYTHING ABOUT THE CASE

3    AMONGST YOURSELVES OR WITH ANYONE ELSE.

4            IN THE MEANTIME, SIR, IF YOU COULD BE ON THE STAND HERE

5    AT 1:35, WE'LL BEGIN CROSS EXAMINATION.  AND YOU ARE ALSO NOT TO

6    DISCUSS ANYTHING ABOUT YOUR TESTIMONY WITH ANYONE.  DO YOU

7    UNDERSTAND THAT?

8            THE WITNESS:  YES, SIR.

9            (JURY EXITS.)

10           THE COURT:  ANYTHING WE NEED TO COVER ON THE RECORD AT

11   THIS JUNCTURE?

12           MR. FLEMING:  YES, JUDGE.

13           THE COURT:  YES.

14           MR. FLEMING:  I'D LIKE TO DO SO OUTSIDE THE PRESENCE OF

15   THE WITNESS.

16           THE COURT:  ANYTHING ELSE WE CAN DO HERE IN OPEN COURT?

17           MR. DESALVO:  YOUR HONOR, DO WE HAVE AN INSTRUCTION TO

18   THE WITNESS THAT HE'S NOT TO TALK TO ANYBODY?

19           THE COURT:  I JUST GAVE HIM THAT.  I GAVE HIM THAT UP

20   HERE.

21               WHY DON'T YOU ALL COME FORWARD.

22           (SIDEBAR CONFERENCE, JURY NOT PRESENT.)

23           MR. FLEMING:  JUDGE, AS TO THIS WITNESS, WE'RE GOING TO

24   MAKE A MOTION TO BE PROVIDED AN UNREDACTED COPY OF GIGGLIO

25   MATERIAL AND THE DISCOVERY MATERIAL WE RECEIVED REGARDING MR.

1    HUNTER.  IT INCLUDED HIS PIB RECORDS, PUBLIC INTEGRITY BUREAU

2    RECORDS, WHICH INCLUDED A SANCTION FOR BEING UNTRUTHFUL.  IN THAT

3    SANCTION, THERE ARE PORTIONS THAT ARE BLOCKED OUT.  AND THOSE

4    COULD CERTAINLY BE PERTINENT.

5             MS. BERNSTEIN:  ALL I CAN SAY ABOUT THAT IS I HAVEN'T --

6    I DON'T HAVE ACCESS TO THIS PART THAT'S BEEN REDACTED.  BUT I

7    BELIEVE THAT THE PEOPLE FROM MY OFFICE, STARTING MANY MONTHS AGO,

8    ASKED YOU GUYS TO LET THEM KNOW ANYTHING YOU WANTED.

9             I WILL DO MY BEST TO SEE IF I CAN COME UP WITH THAT IN

10   ONE HOUR.

11            THE COURT:  WAIT.  I'M GOING TO GRANT THE MOTION, OKAY?

12            MR. FLEMING:  THANK YOU, JUDGE.

13            THE COURT:  I DON'T HOW QUICKLY THEY CAN RECALL IT, BUT

14   I'LL GRANT THE MOTION.  THEY WILL PROVIDE IT TO YOU POSTHASTE.

15   OKAY.

16            MS. BERNSTEIN:  CHECK OUR RECORDS TO SEE IF YOU HAVE IT.

17            MR. DESALVO:  I MIGHT HAVE ONE.  MY INVESTIGATOR MAY BE

18   BETTER THAN YOU.

19            MS. BERNSTEIN:  TELL ME EXACTLY WHAT IT IS.  BECAUSE

20   I'VE GOT TO CALL PEOPLE BACK IN DC AND TRY TO FIND IT.

21            MR. FLEMING:  I'LL SHOW IT TO YOU.

22            THE COURT:  SHOW HER THE REDACTED VERSION THAT YOU HAVE

23   SO SHE CAN SPECIFICALLY ASK FOR AND PROVIDE THAT DOCUMENT, SO

24   WE'RE NOT LOOKING FOR A NEEDLE IN THE HAY STACK.

25            MS. BERNSTEIN:  JUST FOR THE RECORD, OF COURSE I HAVE NO

1    OBJECTION TO TURNING THAT OVER.  IT'S JUST A MATTER OF HOW

2    QUICKLY I CAN FIND IT.

3            THE COURT:  ANYTHING ELSE ON THE RECORD?

4            MR. FLEMING:  NO, JUDGE.

5            (12:30 P.M., PROCEEDINGS RECESSED FOR LUNCH.)

1          AFTERNOON SESSION

2               1:30 P.M.

3          THE COURT:  BEFORE WE BRING THE JURY IN, COUNSEL, DID

4     YOU ALL WANT TO VISIT WITH ME UP HERE?

5          MS. BERNSTEIN:  YES, YOUR HONOR.

6          (SIDE BAR CONFERENCE, JURY NOT PRESENT.)

7          MR. KITCHENS:  TIM'S NOT HERE.  HE'S THE ONE WHO WANTED

8     TO ARGUE THIS.  HE SHOULD BE ON HIS WAY HERE.

9          MS. BERNSTEIN:  I'VE FLAGGED THE ISSUE FOR YOU, THOUGH.

10    THERE ARE -- MIKE HUNTER MADE TWO CONSENSUAL CALLS RIGHT AFTER

11    THIS.  I'M NOT SURE IF -- CAN HE HEAR US?

12         THE COURT:  I DON'T THINK SO.

13         MS. BERNSTEIN:  HE MADE TWO CONSENSUAL CALLS TO BARRIOS,

14    AND ROGER HAS LET ME KNOW THAT TIM PLANS ON ASKING HIM ABOUT THE

15    CONTEXT OF THE CALLS.  I MEAN, I HAVE NO OBJECTION TO HIM ASKING

16    ABOUT HAD A HUNTER SAID ON THE CALLS.  ANYTHING THAT BARRIOS SAID

17    IS PURE HEARSAY.

18         BUT THE OTHER OBJECTION I HAVE IS, IF HE INTRODUCES PART

19    OF THESE CALLS, I THINK YOU NEED THE WHOLE CALL IN CONTEXT.  BUT

20    THAT RAISES ADDITIONAL ISSUES BECAUSE IT RAISES BRUTON PROBLEMS

21    FOR MR. DESALVO BECAUSE ONE OF THE THINGS THEY TALK ABOUT IN HERE

22    IS YOU NEED TO TELL PEOPLE WHAT BOWEN DID.

23         MR. KITCHENS:  YOUR HONOR, I WILL TELL YOU THIS -- I

24    PLAN -- I HAVE TWO SEGMENTS OF THE CALLS THAT WE PLAN ON PLAYING.

25    THERE'S TWO OF THE SECOND MEETING.  AND NEITHER OF THEM MENTION

1    ANYTHING ABOUT MR. BOWEN.

2              MR. DESALVO:  WE CAN MAST THAT OUT.

3              MS. BERNSTEIN:  MY FIRST CONCERN IS, IS THE PART YOU

4    PLAN ON PLAYING --

5              MR. KITCHENS:  TIM IS HERE.

6              THE COURT:  MR. MECHE, COULD YOU COME FORWARD, PLEASE?

7              MS. BERNSTEIN:  WE'RE TALKING ABOUT THE BARRIOS/HUNTER

8    CALLS.  AND ROGER SAID THAT THERE ARE TWO PORTION THAT YOU PLAN

9    TO PUT IN?

10             MR. MECHE:  IT MAY BE MORE THEN THAT, DEPENDING ON WHAT

11   HE SAYS.

12             THE COURT:  ARE YOU TALKING ABOUT PLAYING THE AUDIO, OR

13   ASKING ABOUT SHOWING HIM THE TRANSCRIPT?

14             MR. MECHE:  I COULD ASK HIM FIRST ABOUT IT OBVIOUSLY.  I

15   DON'T HAVE A TRANSCRIPT.  SO I WOULD HAVE TO PLAY IT.

16             MS. BERNSTEIN:  AND DO YOU MIND IF I ADDRESS HIM?

17             ARE THE PARTS YOU PLAN ON PUTTING IN HUNTER SPEAKING OR

18   BARRIOS SPEAKING?

19             MR. MECHE:  WELL, BOTH.  BECAUSE THEY'RE HAVING A

20   CONVERSATION.  SO IT'S NOT POSSIBLE TO   SILENCE --

21             MS. BERNSTEIN:  SO MY OBJECTION IS PURE HEARSAY.

22             MR. MECHE:  IF YOU WANT ME TO TRY TO SILENCE.  BUT

23   CLEARLY IT'S ADMISSIBLE.

24             MS. BERNSTEIN:  IF I GIVE HIM THE  TRANSCRIPT --

25             THE COURT:  I WAS GOING SAY, THE TRANSCRIPT WOULD BE

1    HELPFUL.  AND, THAT WAY, WE WON'T HAVE TO GET INTO AN EDITED

2    PHONE CALL, WHICH WOULD BASICALLY BE A ONE-SIDED SET OF

3    RECORDINGS TO ELIMINATE HEARSAY.

4          THE MARSHAL:  WELL, IT GOES BACK TO WHAT YOU WERE SAYING

5    YESTERDAY ABOUT HAVING TO RECALL THESE WITNESSES.  I THINK, SINCE

6    BARRIOS IS GOING TO BE A WITNESS, IT'S NOT HEARSAY.

7          MS. BERNSTEIN:  NOBODY HAS TOLD YOU BARRIOS IS GOING TO

8    BE A WITNESS.

9          MR. MECHE:  WHY DON'T YOU GO AHEAD AND SAY IT RIGHT NOW.

10         MS. BERNSTEIN:  I'M TELLING YOU RIGHT NOW THAT I'M

11   TELLING YOU THAT BARRIOS MAY NOT BE A WITNESS.

12         MR. MECHE:  THEN WE'LL HAVE TO RECALL.

13         THE COURT:  I'M NOT GOING TO DEMAND THAT SHE INDICATED

14   THAT ONE WAY OR THE OTHER.

15         MR. DESALVO:  YOU WILL MAKE BARRIOS AVAILABLE TO US?

16         MS. BERNSTEIN:  I DON'T OWN BARRIOS.  BARRIOS LIVES HERE

17   IN NEW ORLEANS.  AND, YES, IF YOU HAVE TROUBLE CONTACTING HIM,

18   I'LL HELP YOU CONTACT HIM.  HE'S REPRESENTED BY ROBERT GLASS.

19         MR. DESALVO:  YOU HAVEN'T GIVEN HIM A ONE-WAY TICKET TO

20   MEXICO?

21         MS. BERNSTEIN:  I HAVE NOT.

22         MR. MECHE:  IF YOU TELL US --

23         MS. BERNSTEIN:  I CAN TELL YOU RIGHT NOW THAT I DON'T

24   KNOW.

25         MR. MECHE:  SO IT WOULDN'T BE HEARSAY IF HE'S GOING TO

1    BE A WITNESS.

2              MS. BERNSTEIN:  CORRECT.  SO, WHEN HE TESTIFIES, IF YOU

3    WANT TO ASK HIM ABOUT WHAT HE SAYS, THAT'S FINE.

4              MS. CHUNG:  IT'S STILL HEARSAY IF IT'S OUT OF COURT.

5              MR. MECHE:  NOT IF HE'S A WITNESS.

6              MS. CHUNG:  IF IT'S FOR A PERMITTED PURPOSE.

7              THE COURT:  IF YOU ASK HIM ABOUT THE CONVERSATION.

8    CERTAINLY YOU CAN ASK HIM ABOUT WHAT HE STATED IN THE

9    CONVERSATION.  AND, IF NECESSARY, YOU'LL HAVE TO REVIEW THE

10   TRANSCRIPT TO SEE IF THE TRANSCRIPT IS ACCURATE.  BUT I HAVE NO

11   REASON TO THINK -- IF YOU CAN USE THE TRANSCRIPT OF WHAT HE IS

12   SAYING, WITHOUT INCLUDING WHAT IS BEING SAID, THAT WOULD AT LEAST

13   ALLOW YOU TO CROSS EXAMINE HIM ON WHAT HE SAYS.

14             MS. BERNSTEIN:  YOUR HONOR, CAN I ASK --

15             MR. DESALVO:  CAN WE MASK OUT THE REFERENCE TO PHONE?

16             MS. BERNSTEIN:  I WOULD BE ASKING THAT WE DEAL WITH

17   ISSUES IN ADVANCE THAT HE IDENTIFIED AND TELL ME IN ADVANCE WHAT

18   HE WANTS TO USE.  SO I CAN DETERMINE WHETHER I HAVE AN OBJECTION

19   BASED ON THE RULE OF COMPLETENESS.

20             IF YOU NEED TO REFERENCE BOWEN IN ORDER TO UNDERSTAND

21   THE CONTEXT OF WHAT THEY'RE SAYING, THEN I WILL HAVE A WHOLE NEW

22   OBJECTION TO MAKE.

23             THE COURT:  WE DID GET INTO A LOT OF THIS ON MOTION

24   PRACTICE, ALTHOUGH IT WAS NOT IN THE SAME CONFIGURATION AND

25   CONTEXT THAT THIS CONVERSATION HAS COME UP.

1          MS. BERNSTEIN:  SO CAN WE ASK THAT HE LET ME KNOW WHICH

2    PARTS SO THAT WE CAN FLAG ANY POSSIBLE BRUTON ISSUES?

3          THE COURT:  FIRST OF ALL, HE NEEDS TO GET A COPY OF THE

4    TRANSCRIPT.

5          MS. BERNSTEIN:  DONE.

6          THE COURT:  LET'S SEE HOW FAR WE GET TODAY, AND I WOULD

7    ASK THAT WE TRY TO AT LEAST CONFER ON THIS AND NARROW THE

8    OBJECTION DOWN TO WHAT TRULY THE OBJECTION IS, SENSITIVE TO THE

9    PROBLEM OF THE BOWEN ISSUE.

10          MS. BERNSTEIN:  AND, JUST FOR THE RECORD, YOUR HONOR,

11    BECAUSE WE WERE ON THE RECORDER EARLIER, WE HAVE TAKEN CARE OF

12    THE TRANSCRIPT -- THE REPORT FOR THE PIB FILE.  EVERYBODY HAS AN

13    UNREDACTED COPY NOW.

14          THE COURT:  GOOD.  LET'S GO AHEAD AND GET STARTED.

15          MR. MECHE:  OKAY.

16          MS. BERNSTEIN:  THANK YOU, YOUR HONOR.

17          THE COURT:  THANK YOU.

18          (SIDEBAR CONFERENCE CONCLUDED.)

19          (JURY ENTERS.)

20          THE COURT:  YOU MAY BE SEATED.  THANK YOU FOR BEING ON

21    TIME.

22          I'M SORRY THAT THE TIMING WORKED OUT THAT THERE WAS A

23    RAIN STORM RIGHT WHEN WE RELEASED FOR LUNCH.  IT WASN'T

24    INTENTIONAL.

25          HOPEFULLY, YOU HAD ENOUGH TIME TO AT LEAST HAVE SOME

1   LUNCH AND BE READY TO WORK.  AS I SAID, THE AFTERNOON WILL BE A

2   LITTLE BIT SHORTER, BECAUSE IT'S NOW ALMOST 20 MINUTES TO TWO.

3   SO WE'RE GOING TO GO AHEAD AND BEGIN WITH CROSS EXAMINATION OF

4   MR. HUNTER.

5           MR. DESALVO, I SEE YOU'RE MAKING A MOVE TO THE PODIUM.

6           MR. DESALVO:  I AM, YOUR HONOR.

7           THE COURT:  LET'S GO AHEAD AND PICK UP.

8           IN THE MEANTIME, MR. HUNTER, HAVE YOU HAD ANY

9   CONVERSATIONS ABOUT YOUR TESTIMONY SINCE WE BROKE FOR LUNCH?

10          THE WITNESS:  NO SIR.

11          THE COURT:  YOU'RE STILL UNDER OATH, AND YOU ARE NOW TO

12  ANSWER THE QUESTIONS PROPOUNDED ON CROSS EXAMINATION.

13                        CROSS EXAMINATION

14  BY MR. DESALVO:

15  Q   MR. HUNTER, I AM FRANK DESALVO.

16  A   YES.

17  Q   WE CERTAINLY KNOW EACH OTHER.

18  A   YES, SIR.

19  Q   BUT I'VE NEVER ACTUALLY TALKED TO YOU ABOUT THIS CASE BEFORE;

20  IS THAT CORRECT?

21  A   NO, SIR.

22          THE COURT:  MAKE SURE, IS IT NOT CORRECT, OR CORRECT?

23          THE WITNESS:  WE'VE NEVER SPOKEN.

24          THE COURT:  ALL RIGHT.  IT'S A DOUBLE NEGATIVE.  OKAY.

25  BY MR. DESALVO:

1   Q    WHEN THE STORM HIT AND YOU WENT TO THE METHODIST HOSPITAL;

2   CORRECT?

3   A    YES, SIR.

4   Q    WHEN YOU LEFT THE METHODIST HOSPITAL AFTER A COUPLE OF DAYS,

5   I THINK YOU SAID THAT YOU PROCURED OR OBTAINED -- I THINK AT SOME

6   POINT WHEN YOU TALKED TO THE GOVERNMENT, YOU SAID COMMANDEERED

7   TWO BUDGET TRUCKS?

8   A    THAT'S CORRECT, SIR.

9   Q    AND, WHEN YOU COMMANDEERED THOSE BUDGET TRUCKS, YOU DID IT

10  FROM A HARDWARE STORE?

11  A    ARE YOU ASKING, SIR?

12  Q    IS THAT CORRECT?

13  A    YES.

14  Q    AND THE REASON THAT YOU COMMANDEERED THESE TRUCKS WAS SO THAT

15  YOU COULD HELP PEOPLE?

16  A    YES, SIR.

17  Q    IT DIDN'T BECOME YOUR TRUCK?

18  A    NO, SIR.

19  Q    IT BELONGED TO BUDGET TRUCK OR THE HARDWARE STORE WHERE YOU

20  GOT IT.  AND, IT WAS THERE, AND YOU DIDN'T STEAL IT BECAUSE WERE

21  YOU USING IT FOR THE PUBLIC GOOD; IS THAT FAIR TO SAY?

22  A    YES, SIR.

23  Q    NOW, YOU HAD TWO BUDGET TRUCKS; IS THAT CORRECT?

24  A    YES, SIR.  I FOUND THE KEYS TO TWO TRUCKS.

25  Q    AND ONE OF WHICH YOU SAID YOU ALLOWED OTHER PEOPLE TO USE?

1    A    I DON'T KNOW IF I ALLOWED IT.  IT WAS JUST HANDED OVER TO THE

2    SEVENTH DISTRICT FOR HOWEVER, YOU KNOW, OTHERS OFFICERS WANTED.

3    Q    DID YOU EVER SUES THAT PHRASE, THAT YOU ALLOWED OTHER PEOPLE

4    TO USE IT WHEN YOU TALKED ABOUT THIS TO ANYONE?

5    A    I'VE NEVER OWNED IT TO ALLOW SOMEBODY TO DO ANYTHING.

6    Q    MORE SPECIFICALLY, DID YOU EVER SAY, TELL THE FBI THAT YOU

7    ALLOWED OTHER PEOPLE TO USE ONE OF THE TRUCKS?

8    A    I CAN'T SAY I DIDN'T PHRASE IT THAT WAY, BUT THAT CERTAINLY

9    WASN'T MY INTENT.

10   Q    AND, THE OTHER ONE, YOU WANTED TO MAINTAIN CONTROL OVER?

11   A    INITIALLY.  BUT THEN THE SUPERVISORS DECIDED THEY WERE GOING

12   TO MAINTAIN CONTROL OF THE KEYS TO SOME OF THE VEHICLES.

13   Q    AND YOU GOT ANGRY ABOUT THAT?

14   A    NO, SIR.

15   Q    YOU DIDN'T GET ANGRY ABOUT THAT AND GO OVER TO THE NURSING

16   HOME FOR A COUPLES OF DAYS AND WORK FOR SOMEBODY ELSE?

17   A    NO, SIR.

18   Q    DO YOU EVER RECALL TELLING ANYONE FROM THE FBI THAT YOU GOT

19   ANGRY ABOUT THAT AND PICKED UP AND DECIDED TO GO WORK AT THE

20   NURSING HOME ON THE WESTBANK --

21   A    I WAS INVITED TO COME WORK AT THE NURSING HOME, BUT I DIDN'T

22   TAKE SERGEANT GAYDOSH UP ON THE OFFER.

23   Q    YOU RECALL THAT YOU SPOKE CAN SPECIAL AGENT BEZAK IN MARCH,

24   MARCH 17TH OF 2010?

25   A    THAT'S CORRECT.

1    Q    DID YOU TELL SPECIAL AGENT BEZAK THAT THERE WAS A CONFLICT

2    BETWEEN YOU, BOWEN AND GISEVIUS OVER THE CONTROL OF THE TRUCK?

3    A    I DON'T RECALL THAT.

4    Q    IF I SHOW YOU A 302 WOULD WAS WRITTEN BY SPECIAL AGENT BEZAK,

5    COULD THAT REFRESH YOUR ELECTION?

6    A    IT POSSIBLY COULD.

7    Q    I'M GOING TO HAND YOU THE WHOLE THING SO IT WON'T LOOK LIKE

8    I'M MISLEADING YOU.  BUT I'M REFERRING YOU SPECIFICALLY TO THE

9    MIDDLE OF THE SECOND TO THE LAST PARAGRAPH, AND ASK YOU TO TAKE A

10   MOMENT TO READ IT AND SEE IF THAT REFRESHES YOUR RECOLLECTION.

11   A    CAN YOU INDICATE WHERE AGAIN, PLEASE.

12   Q    RIGHT THERE WHERE MY FINGER IS.

13   A    STARTS WITH:  HUNTER?

14   Q    RIGHT.

15            (PAUSE IN PROCEEDINGS.)

16   BY MR. DESALVO:

17   A    IT'S NOT REFRESHING MY MEMORY AT ALL.

18   Q    YOU DON'T RECALL TELLING SPECIAL AGENT BEZAK ABOUT THAT?

19   A    NO, I DON'T.

20   Q    AND THIS DOES APPEAR TO BE THE 302 THAT WAS TAKEN OF THAT

21   MEETING ON MARCH 17TH; DOES IT NOT?

22   A    I WOULD HAVE TO REVIEW THE WHOLE DOCUMENT.  I'VE NEVER BEEN

23   PRESENTED WITH ANY OF THE -- WITH ALL THE 302S.

24   Q    WHY DON'T YOU PERUSE THROUGH IT, BECAUSE I DON'T WANT TO

25   MISLEAD YOU.

```
 1              (PAUSE IN PROCEEDINGS.)

 2              MR. DESALVO:  YOUR HONOR, PERHAPS THE GOVERNMENT COULD

 3    SAVE SOME TIME AND STIPULATE THAT THAT'S THE 302 THAT WAS

 4    PREPARED ON MARCH 11, 2010.

 5              MS. BERNSTEIN:  OF COURSE.

 6              MR. DESALVO:  YOU JUST SAVED TIME.

 7    BY MR. DESALVO:

 8    Q    AND YOU DON'T DENY THAT THAT STATEMENT IS IN THERE?

 9    A    THERE'S SOME -- IT'S A SUMMATION OF WHAT WE TALKED ABOUT.

10    Q    OKAY.  AND DID YOU SAY, AFTER THAT, AFTER GIVING UP CONTROL

11    OF THE TRUCK, YOU LEFT THE SEVENTH DISTRICT TO WORK IN A NURSING

12    HOME ON THE WESTBANK?

13    A    NO.  I THINK THAT WAS A MISUNDERSTANDING ON SOMEBODY'S PART.

14    BUT I NEVER DID THAT.

15    Q    OKAY.  SO THAT WAS A MISUNDERSTANDING --

16    A    I WAS INVITED, BUT I DIDN'T TAKE UP SERGEANT GAYDOSH ON THE

17    OFFER.

18    Q    DID YOU TALK TO CAPTAIN BODY ABOUT THAT, ABOUT YOU COULD

19    LEAVE THE SEVENTH DISTRICT AND GO WORK ON THE WESTBANK?

20    A    NO.  I NEVER HAD ANY INTERACTION WITH CAPTAIN BODY.

21    Q    DID YOU GET PERMISSION OF ANY RIGHT TO GO TO THE WESTBANK AND

22    WORK INSTEAD OF WORKING ON THE SEVENTH DISTRICT WHERE IT WAS

23    SLOW?

24    A    THE CONVERSATION I HAD WITH SERGEANT GAYDOSH WAS AT THE

25    NURSING HOME WHILE WE WERE LIVING THERE.  AND HE ASKED ME IF I
```

1    WAS INTERESTED IN WORKING WITH HIM AT THE NURSING HOME.  AND I

2    WASN'T INTERESTED.

3    Q    DID YOU STAY THERE FOR A COUPLE DAYS?

4    A    WE LIVED THERE, BUT I WASN'T BASED OUT OF THERE.  WE HAVE ALL

5    LIVED THERE.

6    Q    DO YOU THINK THAT SPECIAL AGENT BEZAK GOT THAT WRONG?

7    A    IT'S IN CONSISTENT WITH MY MEMORY.

8    Q    YOU DON'T REMEMBER DOING IT, OR YOU DON'T REMEMBER SAYING IT?

9    A    I'M SORRY, SIR?

10   Q    YOU DON'T REMEMBER DOING IT, OR YOU DON'T REMEMBER SAYING IT?

11   A    I'M NOT FOLLOWING, SIR.

12   Q    NEVER MIND.

13         YOU WERE AWARE OF WHY THE SERGEANTS WANTED TO TAKE THE

14   KEYS AND TAKE CONTROL OF THE RENTAL VEHICLES; WEREN'T YOU?

15   A    I HAVE A -- I DON'T KNOW IF IT'S THE SAME KNOWLEDGE YOU HAVE,

16   BUT I BELIEVE IT WAS DONE TO KEEP OFFICERS FROM TAKING THE

17   VEHICLES AND LEAVING THE AREA, NOT COMING BACK.

18   Q    YOU WERE AWARE THAT IGNATIUS HILLS WAS CAUGHT IN A POSTAL

19   TRUCK, LEAVING TOWN?

20   A    NO, I WASN'T.

21   Q    OKAY.

22         AND DID YOU KNOW THAT TAJ MAGEE HAD DISAPPEARED FOR TWO

23   DAYS, SUPPOSEDLY DELIVERING WOMEN, FEMALE OFFICERS, IN THE

24   SEVENTH DISTRICT, OUT OF TOWN?

25   A    NO.

1    Q    ON SEPTEMBER 4TH, YOU SAID THAT SERGEANT BOWEN RAN INTO THE

2    BUILDING AT THE CRYSTAL PALACE IN HIS 108?

3    A    YES.

4    Q    YOU RAN WITH HIM TO THE RYDER TRUCK?

5    A    BUDGET TRUCK.

6    Q    EXCUSE ME, BUDGET TRUCK.  I'VE BEEN CALLING IT RYDER FOR

7    YEARS, TOO.

8         BUDGET TRUCK.  AND OTHER PEOPLE RAN OUT OF THE BACK.

9    A    YES.

10   Q    AT THE TIME THAT YOU AND SERGEANT BOWEN GOT IN THE FRONT, YOU

11   DIDN'T KNOW WHO HAD GOTTEN IN THE BACK?

12   A    NO.

13   Q    AND, OF COURSE, YOUR RADIO WAS DOWN.  SERGEANT BOWEN'S RADIO

14   WAS WORKING?

15   A    YES.

16   Q    AND, EVEN THOUGH YOU DIDN'T HAVE RADIO, THE TRANSMISSIONS

17   THAT WERE COMING OVER HIS RADIO WERE LOUD ENOUGH FOR YOU TO HEAR?

18   A    PARTIALLY.  ONCE THE TRUCK STARTED MOVING DOWN THE ROAD, THE

19   ENGINE'S VERY LOUD AND WE ARE RIDING WITH THE WINDOWS DOWN.

20   Q    SO SOMETIMES YOU HEARD, SOMETIMES YOU DIDN'T?

21   A    CORRECT.

22   Q    NOW, SERGEANT BOWEN HAD HIS GLOCK THAT'S ISSUED TO HIM AS AN

23   OFFICER OF THE NEW ORLEANS POLICE DEPARTMENT; IS THAT CORRECT?

24   A    YES.

25   Q    AND YOU HAD YOUR GLOCK.

1          AND YOU HAD A -- WHAT DO YOU CALL THAT THING -- A

2    ROMANIAN SRA 1?

3    A    YES.

4    Q    ALSO KNOWN AS AN AK-47?

5    A    SIMILAR.

6    Q    DIFFERENT MANUFACTURER?

7    A    YES.

8    Q    OKAY.  NOW, THAT WAS YOUR PERSONAL AK; RIGHT?

9    A    YES.

10   Q    AND THIS WAS SOMETHING YOU KEPT AT YOUR HOUSE?

11   A    YES.

12   Q    YOU DIDN'T KEEP IT IN A POLICE CAR?

13   A    NOT AT ALL.

14   Q    AND YOU DIDN'T TAKE IT TO WORK WITH YOU EVERY DAY?

15   A    NO.

16   Q    BUT, WHEN YOU WENT TO METHODIST HOSPITAL, YOU BROUGHT AN

17   AK-47 WITH YOU?

18   A    NO.

19   Q    WHERE DID YOU OBTAIN IT AFTER YOU WERE RESCUED FROM THE

20   METHODIST HOSPITAL?

21   A    I GOT A BUSTED UP JET SKI THAT WAS AT CHEF AND REED, AND I

22   RODE BACK TO REED BOULEVARD WHERE MY TRUCK WAS AT THAT WAS

23   FLOODED, AND I HAD THAT RIFLE IN THE BACK OF MY TOOL BOX IN THE

24   BACK OF MY TRUCK.

25   Q    SO YOU DID TAKE IT TO WORK WITH YOU EVERY DAY?

1    A    NO.  I BROUGHT IT WITH ME FOR THE HURRICANE, BECAUSE MY HOUSE

2    WAS UNATTENDED IN SLIDELL.  AND, I DIDN'T KNOW HOW LONG IT WOULD

3    BE UNTIL I GOT BACK TO IT, AND I WAS WORRIED ABOUT PEOPLE LOOTING

4    HOUSES.  I DIDN'T WANT IT TO FALL INTO THE WRONG HANDS.

5    Q    NOW, WHILE YOU WERE IN TRANSIT, GOING TOWARD THE DANZIGER

6    BRIDGE -- IN FACT, YOU'D HEARD THE 108 WAS AT CHEF AND DOWNMAN;

7    RIGHT?

8    A    THAT'S WHAT SERGEANT BOWEN RELATED TO ME.

9    Q    AS YOU WERE IN TRANSIT, YOU DID HEAR A FEMALE VOICE COMING

10   OVER SERGEANT BOWEN'S RADIO.  IT GAVE YOU A DESCRIPTION OF THE

11   INDIVIDUALS INVOLVED.

12   A    ARE YOU ASKING, SIR?

13   Q    YEAH.

14   A    I HEARD A PARTIAL DESCRIPTION.

15   Q    YEAH.

16        AND YOU DON'T RECALL WHAT THEY WERE ANYMORE?

17   A    I RECALL PART OF THE DESCRIPTION.  I'M NOT SURE IF I EVEN

18   HEARD THE WHOLE DESCRIPTION.

19   Q    DO YOU REMEMBER ONE DESCRIPTION BEING BLUE JEANS SHORTS AND A

20   WHITE T-SHIRT?

21   A    YES.

22   Q    AS YOU GOT PAST THE BANNER CHEVROLET OR AS YOU WERE

23   APPROACHING THE BANNER CHEVROLET, YOU COULD SEE PEOPLE ON THE

24   DANZIGER BRIDGE?

25   A    YES, SIR.

1   Q    AND, WHEN YOU SAW THOSE PEOPLE ON THE DANZIGER BRIDGE, THEY

2   WERE THE ONLY PEOPLE YOU SAW ON THE DANZIGER BRIDGE?

3   A    YES.

4   Q    DID YOU MAKE AN ASSUMPTION AT THAT TIME THAT THOSE WERE THE

5   PEOPLE THAT WE MUST BEING LOOKING AT?

6   A    AFTER THE RADIO CALL CAME ACROSS SAYING THAT THAT WAS THEM.

7   Q    SO THEN YOU GOT A RADIO CALL.  AND THAT RADIO CALL, SOMEBODY

8   WAS TELLING YOU THAT THOSE WERE THE PEOPLE?

9   A    THAT'S THE ASSUMPTION I MADE.

10  Q    RIGHT.  SOMEBODY'S SAYING IT OVER THE RADIO.

11  A    YES.

12  Q    THAT THOSE ARE THE PEOPLE?

13  A    YES.

14  Q    AND THAT CAUSED YOU TO MAKE A DECISION?

15  A    CORRECT.

16  Q    SO YOU DECIDED THAT YOU WERE GOING TO FIRE SOME WARNING SHOTS

17  FROM AN ESTIMATE OF 50 YARDS AWAY?

18  A    YES.

19  Q    MORE OR LESS?

20  A    ROUGHLY.

21  Q    FROM AROUND THE BANNER CHEVROLET?

22  A    IT WAS CLOSER THAN THAT.

23  Q    OKAY.  AND YOU DID IT BECAUSE YOU WANTED TO SHOCK PEOPLE AND

24  MAKE THEM SCATTER?

25  A    YES.

```
 1   Q    WE TALKED ABOUT THE POLICE ACADEMY.

 2   A    YES, WE DID.

 3   Q    WERE YOU TAUGHT THAT AS SOMETHING YOU'RE SUPPOSED TO DO IN

 4   THE POLICE ACADEMY?

 5   A    NO, I WAS NOT.

 6   Q    NOW, YOU MENTIONED THAT YOU WERE IN THE MARINE CORPS.

 7   A    VERY BRIEFLY.

 8   Q    VERY BRIEFLY?

 9   A    I DIDN'T HAVE A CAREER IN THE MARINE CORPS.

10   Q    HOW LONG WERE YOU IN?

11   A    LESS THAN SIX MONTHS.

12   Q    OH, OKAY.  AND, IN YOUR LESS THAN SIX MONTHS IN THE MARINE

13   CORPS, NOBODY TAUGHT YOU THAT'S WHAT YOU WERE SUPPOSED TO DO AS

14   YOU APPROACH A GROUP OF PEOPLE, WAS TO MAKE THEM SCATTER?

15   A    I WASN'T THERE LONG ENOUGH TO LEARN --

16   Q    YOU DIDN'T LEARN THAT IN YOUR SIX MONTHS?

17   A    NO.  I DIDN'T HAVE ANY OF THOSE KINDS OF TRAINING.

18   Q    NOW, YOU KNEW THAT, AT 50 YARDS AWAY, THESE PEOPLE COULDN'T

19   POSSIBLY THINK THAT YOU WERE THE POLICE?

20   A    I DIDN'T SUSPECT THEY WOULD.

21   Q    SO YOU COULDN'T REASONABLY ANTICIPATE WHAT THEIR REACTION

22   WOULD BE WHEN -- YOU WERE TRAVELING AT A HIGH RATE OF SPEED?

23   A    I WASN'T THINKING REASONABLY MYSELF.

24   Q    OKAY.  WELL, LET'S THINK REASONABLY NOW.

25                  YOU WEREN'T POSSIBLY THINKING ABOUT WHAT THEY
```

1   WOULD THINK WHEN YOU FIRED THOSE WARNING SHOTS?

2   A   MY INTENT WAS TO, LIKE YOU SAID, TO SHOCK THEM SO THAT THEY

3   WOULD SCATTER AND THE GUYS IN THE BACK OF THE TRUCK COULD GET

4   OUT.

5   Q   DID YOU TELL SERGEANT BOWEN THAT YOU WERE GOING TO FIRE

6   WARNING SHOTS?

7   A   NO.

8   Q   DID YOU TELL SERGEANT BOWEN THAT YOU DID FIRE WARNING SHOTS?

9   A   I DIDN'T TELL HIM THAT I DID.  HE WAS SITTING RIGHT NEXT TO

10  ME WHEN I DID IT.

11  Q   WAS THERE ANY REASON FOR ANY OF THE OFFICERS IN THE BACK OF

12  THAT TRUCK TO BELIEVE THAT A POLICE OFFICER, WHO IS A GRADUATE OF

13  THE ACADEMY, WHO HAD BEEN ON THE JOB -- HOW LONG?

14  A   AT THAT POINT?  SIX YEARS, SEVEN YEARS.

15  Q   SIX YEARS.  THAT HAD BEEN ON THE JOB SIX YEARS WOULD BE THE

16  PERSON -- WOULD BE A PERSON FIRING WARNING SHOTS OUT OF THE CAB

17  OF THE TRUCK?

18  A   I DIDN'T THINK THAT FAR AHEAD.

19  Q   LET'S THINK ABOUT IT NOW, THOUGH.  IS THERE ANY REASON THAT

20  YOU CAN THINK WHY THOSE PEOPLE IN THE BACK OF THAT VAN WOULD HAVE

21  SAID, OH, WELL THAT MUST BE --

22         MS. BERNSTEIN:  I'M GOING TO OBJECT TO HIM ASKING HIM

23  NOT ONLY WHAT PEOPLE WOULD THINK BUT WHY THEY WOULD OR WOULD NOT

24  HAVE THOUGHT IT.

25         THE COURT:  I THINK YOU CAN GO AHEAD AND REPHRASE.

1    BY MR. DESALVO:

2    Q    YOU DIDN'T THINK ABOUT WHAT REACTION THAT WOULD CAUSE FOR THE

3    PEOPLE IN THE BACK OF THAT TRUCK; DID YOU?

4    A    NO, I DIDN'T.

5    Q    NOW, WHEN YOU FIRED THOSE WARNING SHOTS, THERE WAS JUST ONE

6    GROUP OF PEOPLE ON THE BRIDGE; IS THAT CORRECT?

7    A    THAT'S THE WAY IT APPEARED TO ME.

8    Q    THAT'S THE WAY IT APPEARED TO YOU.

9         AND AT THAT POINT THAT YOU FIRED THAT WARNING SHOT,

10   THREE PEOPLE WERE HEADED UP THE BRIDGE; RIGHT?

11   A    YES.

12   Q    AND THE OTHER PEOPLE TURNED NORTH, JUMPED OVER THE BARRIER.

13   IS THAT RIGHT?

14   A    YES.

15   Q    BUT YOU THINK, IN YOUR OPINION, AT THAT TIME, THAT THE PEOPLE

16   WHO WERE JUMPING OVER THE BARRIER HAD BEEN ASSOCIATED WITH THE

17   THREE PEOPLE WHO WERE RUNNING UP THE BRIDGE AT THE TIME THAT YOU

18   FIRED YOUR WARNING SHOTS?

19   A    THAT WAS MY ASSUMPTION, THAT THEY WERE TOGETHER.

20   Q    I THINK YOU SAID ON DIRECT THAT YOU BELIEVED THAT, WHEN THE

21   TRUCK CAME TO A STOP, AS SOON AS IT CAME TO A STOP, SERGEANT

22   BOWEN STARTED FIRING?

23   A    YES.

24   Q    NOW, MAYBE A LITTLE LATER IN YOUR DIRECT, YOU SAID YOU HEARD

25   SOME GUNSHOTS WHILE THAT U-HAUL WAS STILL MOVING?

```
 1   A    BUDGET TRUCK, SIR.

 2   Q    LET'S JUST CALL IT A TRUCK.  I'M MESSING UP AGAIN.

 3            THAT YOU SAW THAT TRUCK MOVING, AND YOU HEARD GUNFIRE;

 4   CORRECT?  DO YOU REMEMBER TELLING THAT TO MS. BERNSTEIN?

 5   A    MY MEMORY'S PRETTY CONSISTENT THAT THE GUNFIRE FROM SERGEANT

 6   BOWEN WAS AS SOON AS THE TRUCK STOPPED.

 7   Q    WHEN THE TRUCK STOPPED.  OKAY.

 8            YOU ASSUMED THAT THE SHOTS THAT YOU HEARD ON THAT VIDEO

 9   WERE YOUR WARNING SHOTS?

10   A    THEY ARE CONSISTENT WITH MY MEMORY.

11   Q    WELL, LET'S TALK ABOUT YOUR MEMORY.  YOU SAID THAT YOU FIRED

12   THOSE WARNING SHOTS AS YOU PASSED BANNER CHEVROLET.

13   A    NO, SIR.

14   Q    YOU DIDN'T SAY THAT?

15   A    NO.

16   Q    OKAY.  DID YOU SAY THAT YOU FIRED THOSE WARNING SHOTS AFTER

17   YOU WERE ALREADY ON THE BRIDGE?

18   A    EITHER AS WE WERE LEAVING THE INTERSECTION GOING ON TO THE

19   BRIDGE, OR JUST AFTER PASSING THROUGH THE INTERSECTION.

20   Q    AND THAT'S WHAT YOU BELIEVED YOU SAID.

21   A    YES, SIR.

22   Q    NOW, YOU WILL ADMIT THAT, WHEN YOU LOOK AT THAT VIDEO, IT IS

23   ONE-DIMENSIONAL?

24   A    YES, SIR.

25   Q    AND YOU WILL ADMIT THAT IF -- YOU GOT TWO EARS; RIGHT?
```

1    A    YES, SIR.

2    Q    AND YOU CAN TELL WHERE A NOISE IS COMING FROM, YOUR RIGHT OR

3    YOUR LEFT, BECAUSE YOU GOT, YOU KNOW, TWO DIFFERENT EARS; RIGHT?

4    A    YES, SIR.

5    Q    AND, IN THAT ONE-DIMENSIONAL THING, YOU CAN'T TELL WHERE THAT

6    SOUND CAME FROM; IT'S JUST THAT IT'S ON THE VIDEO?

7    A    THAT'S CORRECT.

8    Q    IT'S REALLY NOT ON THE VIDEO.  IT'S ON THE AUDIO THAT'S WITH

9    THE VIDEO; RIGHT?

10   A    I'M NOT AN EXPERT IN THAT KIND OF STUFF, SIR.

11   Q    OKAY.

12        SO, WHEN THE TRUCK CAME TO A STOP, YOU SAID THAT

13   SERGEANT BOWEN THEN FIRED -- WAS IT SEVERAL ROUNDS INTO THE

14   CONCRETE BARRIER?

15   A    YES.

16   Q    NOW, WHEN HE FIRED THOSE ROUNDS INTO THE CONCRETE BARRIER,

17   WAS HE -- WHAT POSITION WAS HE IN?

18   A    HE WAS IN THE CAB OF THE TRUCK.

19   Q    OKAY.

20        WAS HE SITTING IN THE CAB OF THE TRUCK?

21   A    I DON'T REALLY KNOW.  I DON'T REMEMBER.

22   Q    AND THEN, WHERE WERE THOSE PEOPLE IN RELATION TO THE TRUCK?

23   2 O'CLOCK?  I KNOW THAT PART.

24        HOW FAR UP?

25   A    THEY WERE STAGGERED.  THEY WEREN'T ALL TOGETHER.  I GUESS

1    SPREAD OUT OVER 20 OR 30 FEET MAYBE.

2    Q    AND THE OLD MAN THAT RAISED HIS HEAD, HOW FAR AWAY WAS HE?

3    A    HE WAS FAIRLY CLOSE TO THE TRUCK, BUT HE WAS STILL AHEAD OF

4    THE TRUCK.

5    Q    AND THEN YOU SAID THAT SERGEANT BOWEN TRIED TO SHOOT HIM OR

6    SHOT AT HIM?

7    A    HE SHOT AT HIM.

8    Q    SHOT AT HIM.

9         AND YOU SAW THAT ROUND HIT THE CONCRETE BARRIER?

10   A    I SAW ONE ROUND HIT THE CONCRETE BARRIER.

11   Q    AND EXPLODE?  ACTUALLY, YOU THOUGHT YOU SAW THE CONCRETE

12   BARRIER KIND OF EXPLODE, THAT'S HOW YOU KNEW IT STRUCK THE

13   BARRIER; IS THAT CORRECT?

14   A    I SAW THE IMPACT, IS THE WORD I USED.

15   Q    OKAY, I CAN LIVE WITH THAT.

16        NOW, I'M GOING TO JUMP WAY OVER SOMEWHERE, AND THEN

17   WE'LL COME BACK.

18        NOW, WHEN YOU WERE RUNNING UP THE BRIDGE AND YOU WERE

19   FIRING YOUR GLOCK, EVEN THOUGH IT MAY HAVE REPEATED --

20        MS. BERNSTEIN:  OBJECTION, I DON'T THINK THERE'S BEEN

21   ANY TESTIMONY ABOUT RUNNING UP THE BRIDGE, FIRING THE GLOCK.

22   BY MR. DESALVO:

23   Q    WHEN YOU WERE GOING UP THE BRIDGE, FIRING THE GLOCK -- I'D

24   CHANGE THAT WORD.

25        MS. BERNSTEIN:  I'D ASK THAT THE QUESTION BE MORE

```
 1   SPECIFIC ABOUT THE TIMEFRAME.

 2   BY MR. DESALVO:

 3   Q   HOW MANY TIMES DID YOU GO UP THE BRIDGE AND FIRE YOUR GLOCK?

 4   A   I DIDN'T GO UP THE BRIDGE AND FIRE MY GLOCK AT ALL.

 5   Q   DIDN'T YOU GO IN FRONT OF YOUR TRUCK AND FIRE?

 6   A   I DID THAT.  I DIDN'T GO UP THE BRIDGE.

 7   Q   HOW MANY TIMES DID YOU FIRE YOUR GLOCK ON THE BRIDGE?

 8   A   I DON'T KNOW.

 9   Q   WHEN YOU FIRED YOUR GLOCK, YOU SAID YOU WEREN'T TRYING TO HIT

10   ANYBODY.  YOU WERE AIMING HIGH; IS THAT CORRECT?

11   A   YES.

12   Q   AND YOU WERE THE ONLY PERSON THAT CAN TELL US WHERE YOU WERE

13   AIMING; ISN'T THAT CORRECT?

14   A   YES.

15   Q   WOULD IT BE FAIR TO SAY THAT IF SERGEANT BOWEN IS THE ONLY

16   ONE WHO CAN SAY HE WAS STRIKING THAT CONCRETE BARRIER?

17   A   ARE YOU --

18   Q   HE WAS AIMING FOR THE CONCRETE BARRIER?

19   A   I HAD NO IDEA WHAT HIS TARGET WAS, SIR.  I JUST KNOW WHAT

20   DIRECTION THE ROUNDS WERE IMPACTING THE CONCRETE BARRIER.

21   Q   SO HE FIRED IT IN THAT DIRECTION?

22   A   YES.

23   Q   YOU CAN'T SAY THAT HE WAS TRYING TO SHOOT THAT OLD MAN?

24   A   I DON'T BELIEVE I EVER SAID HE TRIED TO SHOOT HIM.  I THINK I

25   JUST SAID HE SHOT AT HIM.
```

1    Q    SHOT AT HIM.

2    A    YES.

3    Q    BUT YOU DON'T EVEN KNOW THAT HE SHOT AT HIM; HE MAY HAVE SHOT

4    AT THE CONCRETE BARRIER; IS THAT RIGHT?  IS THAT FAIR?

5    A    HE SHOT IN THAT DIRECTION, SIR.  THAT'S ALL I COULD TESTIFY

6    TO.

7    Q    AND, WHEN HE SHOT IN THAT DIRECTION AND THE ROUND HIT THE

8    CONCRETE BARRIER, THE MAN WENT BACK DOWN BELOW THE BARRIER?

9    A    YES.

10   Q    IS THIS ABOUT THE SAME TIME THAT YOU'RE GETTING OUT OF THE

11   TRUCK?

12   A    ROUGHLY.

13   Q    AND, WHEN YOU GOT OUT OF THE TRUCK, YOU GOT OUT THE DRIVER'S

14   SIDE?

15   A    YES, SIR.

16   Q    AND YOU KIND OF AT FIRST FOLLOWED SERGEANT GISEVIUS UP TO THE

17   FRONT?

18   A    I WASN'T FOLLOWING HIM.  I JUST WENT IN THAT AREA.

19   Q    AND AT SOME POINT YOU WERE IN FRONT OF HIM, FIRING?

20   A    AHEAD OF HIM.  I WOULDN'T SAW IN FRONT, BECAUSE THAT WOULD

21   INDICATE I WAS -- YEAH.

22   Q    FORWARD OF HIM.  YOU WOULDN'T WANT TO BE DIRECTLY IN FRONT.

23   YOU LEARNED THAT MUCH IN THE MARINE CORPS, EVEN IN LESS THAN SIX

24   MONTHS, HUH?  FAIR TO SAY?

25   A    FAIR TO SAY.

1  Q    OKAY.

2          SO YOU WERE FORWARD OF HIM.  AND THEN, AT SOME POINT,

3  YOU WENT BEHIND HIM AND TAPPED OUT AND YOU WERE TRYING TO CHANGE

4  THE MAGAZINE OR THE CLIP.

5  A    MAGAZINE.

6  Q    MAGAZINE, OKAY.  THEY CALLED THEM CLIPS WHEN I WAS IN THE

7  MARINE CORPS, BUT YOU WEREN'T BORN YET.

8  A    THEY MIGHT HAVE STILL USED CLIPS BACK THEN.

9  Q    AT ANY RATE, YOU TAPPED OUT ON SERGEANT GISEVIUS; RIGHT?

10 A    CORRECT.

11 Q    AND YOU WENT TO THE FRONT OF THE TRUCK?

12 A    YES, SIR.

13 Q    DO YOU EVER RECALL TELLING -- BACK UP.

14          AND YOU'RE SURE THAT SERGEANT BOWEN WAS FIRING THOSE

15 ROUNDS THAT HIT THE CONCRETE BARRIER FROM A SITTING POSITION

16 INSIDE THE TRUCK?

17 A    I NEVER INDICATED WHAT POSITION HE WAS IN.  I DON'T KNOW WHAT

18 POSITION HE WAS IN.

19 Q    YOU DON'T KNOW WHAT POSITION HE WAS IN.

20          BUT HE WAS FIRING TO 2 O'CLOCK?

21 A    IT WAS, WHEN I SAY 2 O'CLOCK, IT WAS MY 2 O'CLOCK.  I DON'T

22 REALLY HAVE THE PERSPECTIVE HE HAD FROM THAT SIDE OF TRUCK.  HE

23 WAS IN THAT DIRECTION.

24 Q    OKAY.  NOW, YOU WERE AWARE OF THE FACT SERGEANT BOWEN REALLY

25 DID SPEND TIME IN THE MARINE CORPS?

1   A   YES, HE DID.

2   Q   AND YOU WOULDN'T DOUBT THAT, IF HE WANTED TO HIT SOMEBODY

3   WITH A RIFLE, HE COULD DO IT, HUH?

4   A   I DON'T HAVE ANY REASON TO DISCREDIT HIS MARKSMANSHIP SKILLS.

5   Q   YOU KNOW, IN THE MARINE CORPS, IF YOU DON'T GET TO BE A

6   MARKSMAN, YOU DON'T GET TO STAY; CORRECT?

7   A   CORRECT.  YOU'VE GOT TO BE ABLE TO SHOOT.

8   Q   DO YOU RECALL, WHEN YOU SPOKE TO SPECIAL AGENT BEZAK -- TAKE

9   IT BACK.

10          DID YOU EVER TELL ANYONE THAT SERGEANT BOWEN STOOD UP IN

11  THE PASSENGER DOOR OF THAT TRUCK AND FIRED THE AK-47 AT THOSE

12  PEOPLE?

13  A   I MAY HAVE.

14  Q   DO YOU RECALL HIM DOING THAT?

15  A   AS I SIT HERE TODAY, I DON'T RECALL IF HE DID OR NOT.

16  Q   AND IF YOU TOLD THEM THAT, IT MIGHT BE CORRECT, IT MIGHT BE

17  INCORRECT?  OR DO YOU THINK IT'S JUST PLAIN INCORRECT?

18  A   IT COULD BE EITHER OR.  I CAN ONLY TESTIFY TO WHAT I REMEMBER

19  TODAY.

20  Q   WHEN HE FIRED THAT AK-47 THE FIRST TIME, BEFORE HE FIRED IT

21  AT THE OLD MAN WHOSE HEAD POPPED UP, HOW WAS HE HOLDING IT THEN?

22  YOU'VE GOT IT UP THERE STILL?

23  A   THE RIFLE?

24  Q   YEAH.  SHOW US HOW HE WAS HOLDING IT IN HIS HAND?

25  A   I DON'T REMEMBER.

1   Q   YOU DON'T REMEMBER?

2   A   NO, SIR.

3   Q   IT HAD A SLING; DIDN'T IT?

4   A   YES, IT DID.

5   Q   IS THAT AN EXACT REPLICA OF WHAT YOU HAD?

6   A   WITHOUT HAVING THE OTHER ONE HERE, I DON'T KNOW.

7   Q   SO YOU DON'T REMEMBER HOW HE WAS HOLDING THAT AK-47 WHEN HE

8   FIRED IT AT FIRST?

9   A   NO, I DON'T.  I DON'T HAVE A RECOLLECTION OF THAT.

10  Q   YOU DON'T KNOW WHETHER HE WAS SHOOTING FROM THE HIP, WHETHER

11  IT WAS RESTING ON THE WINDOW OR WHETHER HE WAS STANDING UP AND

12  FIRING IT?

13  A   I DON'T REMEMBER, SIR.

14  Q   BUT, IN ANY EVENT, YOU WOULD AGREE THAT IF HE WAS STANDING IN

15  THE DOORWAY -- RIGHT -- THAT THE DOOR OF THE TRUCK WOULD HAVE

16  BEEN BETWEEN HIM AND WHERE THOSE PEOPLE WERE AT 2 O'CLOCK OR

17  2:30?

18  A   IF THE DOOR WAS OPEN, IT WOULD BE.

19  Q   NOW, HOW MANY ROUNDS DID YOU FIRE FROM YOUR GLOCK 40 CALIBER?

20  A   I DON'T REMEMBER.

21  Q   DO YOU RECALL GOING TO THE CRYSTAL PALACE AND TELLING PEOPLE

22  THAT YOU FIRED MORE THAN 30 TIMES?

23  A   NO, I DON'T REMEMBER THAT.

24  Q   COULD YOU HAVE?

25  A   NO.

```
1   Q    COULD YOU HAVE TOLD PEOPLE THAT?

2   A    I DON'T RECALL TELLING ANYBODY THAT.

3   Q    AND YOU DON'T THINK YOU DID THAT?

4   A    I KNOW I DIDN'T.  BECAUSE I ONLY -- I DIDN'T EVEN EMPTY THE

5   MAGAZINE THAT WAS IN THE WEAPON.

6   Q    AND YOU DON'T RECALL HOW MANY TIMES THAT YOU DID FIRE?

7   A    NO, I DON'T.  I DIDN'T COUNT.  I JUST RE-LOADED THE MAGAZINE

8   AFTER EVERYTHING WAS OVER.

9   Q    NOW, AT THE POINT WHEN YOU MOVED FORWARD UP THERE WITH

10  SERGEANT GISEVIUS, YOU DON'T KNOW WHAT WAS HAPPENING ON THE RIGHT

11  SIDE OF THE BUDGET TRUCK; DO YOU?

12  A    NO.

13  Q    AND, EVENTUALLY, WE SEE YOU TAPPING OUT ON SERGEANT GISEVIUS.

14  YOU LOOKED LIKE YOU WERE CHANGING THE MAGAZINE AND MOVING TO THE

15  RIGHT OF THE TRUCK.

16  A    RIGHT.

17  Q    AND YOU YELLED AT THESE GUYS:  CEASE FIRE?

18  A    YES, SIR.

19  Q    AND THE REASON -- HOW LOUD DID YOU YELL IT?

20  A    I DON'T REMEMBER.

21  Q    BUT ALL THIS GUNFIRE IS GOING ON BECAUSE THEY DIDN'T STOP

22  UNTIL YOU SAID CEASE FIRE; RIGHT?

23  A    I'M ASSUMING THEY STOPPED BECAUSE I WAS SIGNALING CEASE FIRE.

24  Q    WITH A SIGNAL.

25  A    I WAS SHOUTING AND SIGNALING IT.
```

1    Q    LET'S TALK ABOUT IT.   LET ME SEE THAT SIGNAL.

2    A    IT'S THE SIGNAL I REMEMBER.

3    Q    THAT'S THE SIGNAL YOU REMEMBER?

4    A    YES.

5    Q    THAT'S THE ONE YOU LEARNED IN THE MARINE CORPS?

6    A    YES.

7    Q    ARE YOU SURE ABOUT THAT?

8    A    THAT'S WHAT THEY TAUGHT US ON THE RANGE.

9    Q    INTERESTING THING THAT YOU SAID.   YOU SAID THAT YOU SAW

10   SERGEANT BOWEN FIRE; IS THAT CORRECT?

11   A    AT WHAT POINT, SIR?

12   Q    AT THE POINT THAT YOU WENT TO THE FRONT OF THE TRUCK.

13   A    YES.

14   Q    AND YOU SAW SERGEANT BOWEN FIRE.

15   A    YES, SIR.

16   Q    AND THEN YOU DID THE CEASE FIRE.

17        AND THEN EVERYBODY STOPPED, AND YOU DID IT AGAIN; RIGHT?

18   A    YES, SIR.

19   Q    AND THEN YOU SAID YOU LOOKED OVER AND SAW THESE PEOPLE.   AND

20   MS. BERNSTEIN ASKED YOU:   DID YOU SHOOT THEM?   AND YOU SAID:   NO.

21   RIGHT?

22   A    CORRECT.

23   Q    AND THEN SHE SAID?   WHY NOT?   AND YOU SAID:   BECAUSE THEY

24   WEREN'T A THREAT.

25   A    CORRECT.

1    Q    CORRECT?

2    A    CORRECT.

3    Q    BUT, ONLY A MINUTE BEFORE, YOU WERE SHOOTING UP THE BRIDGE AT

4    SOMEBODY WHO YOU SAID WASN'T SHOOTING AT YOU AND WASN'T A THREAT.

5    A    WELL, I WASN'T TRYING TO SHOOT ANYBODY.

6    Q    OH, THAT'S RIGHT, WERE YOU AIMING OVER THEIR HEADS.

7    A    CORRECT, SIR.

8    Q    AND THEY TAUGHT YOU THAT, TOO?

9    A    NO, SIR.

10   Q    THEY CERTAINLY DIDN'T TEACH YOU THAT IN THE MARINE CORPS?

11   A    NO, SIR.  THE MARINE CORPS WAS BETTER THAN THAT.

12   Q    NOW, THOSE FEMALES YOU SAID WERE 15 YARDS IN FRONT OF THE

13   TRUCK.

14   A    APPROXIMATELY.  I DON'T -- WELL, THEIR POSITION WAS PROBABLY

15   A LITTLE BIT DIFFERENT.

16   Q    THEY COULD HAVE BEEN LIKE AT 1 O'CLOCK?

17   A    YEAH.  THEY WERE FURTHER AHEAD.

18   Q    YOU CAME DOWN?

19   A    THEY WERE FURTHER AHEAD THAN EVERYBODY ELSE.

20   Q    YOU ALSO SAID -- YOU DIDN'T SAY ON YOUR DIRECT BUT -- LET ME

21   ASK.  DID YOU GO TO THE BACK OF THE TRUCK?  WHEN YOU WENT THERE

22   AND YOU DID YOUR CEASE FIRE AND EVERYBODY OBEYED, THEN YOU WENT

23   TO THE BACK OF THE TRUCK; RIGHT?

24   A    I WENT IN THAT DIRECTION.

25   Q    YEAH.  AND THAT'S WHEN YOU LOOKED OVER THE RAIL?

1    A    YEAH.  WHEN I GOT TO THE END OF THE LINE.

2    Q    AND THAT'S WHEN YOU LOOKED UP AND YOU SAW THE FEMALES; RIGHT?

3    A    I SAW -- I JUST SAW A BUNCH OF PEOPLE LAYING ON THE SIDEWALK.

4    Q    OKAY.  IT WAS LATER ON THAT YOU WENT OVER AND LOOKED OVER THE

5    RAIL AT THE FEMALES?

6    A    YEAH.

7    Q    OKAY.  IT WAS AFTER THIS PART OF THE INCIDENT?

8    A    IT WAS AFTER SERGEANT BOWEN FIRED THE ASSAULT RIFLE OVER THE

9    RAIL.

10   Q    HOW LONG AFTER?

11   A    SECONDS.

12   Q    SECONDS, OKAY.

13        SEE IF WE CAN LOOK AT THIS VIDEO NOW.

14        THE COURT:  WE'RE DOING IT ON THE SMALL SCREEN, OR DO

15   YOU WANT TO USE THE BIG SCREEN?

16        MR. DESALVO:  LET'S DO THE BIG SCREEN, JUDGE.

17        THE COURT:  CAN YOU GET STEVE BACK UP HERE?

18        WE'RE GOING TO HAVE TO WAIT A FEW MINUTES TO GET OUR

19   CREW IN HERE TO MOVE IT.

20        MS. BERNSTEIN:  YOUR HONOR, I THINK, IF HE'S ASKING TO

21   PLAY THE BLUE RAY ONE ON THE TV, WE NEED STEVE MUENSTER.

22        THE COURT:  YEAH.  THAT'S WHAT WE'RE SUMMONING.

23        MR. DESALVO:  LET ME DO THIS, JUDGE.  WE'LL PROCEED WITH

24   IT HERE; AND, IF SOMETHING'S WRONG AND WE NEED A BIGGER SCREEN, I

25   CAN DO THAT PORTION ON THE BIGGER SCREEN.

1            THE COURT:  THAT'S FINE.

2            SO WE'RE PLAYING THIS 90A, ALTHOUGH NOT IN THE BLUE RAY

3    VERSION.

4            MR. DESALVO:  RIGHT.

5            YOU'VE GOT THE COMPLETE VERSION WITH THE BLACK SPOTS AND

6    ALL?  WE CAN DO IT HERE FOR NOW.  SEE IF WE CAN GET THE BLUE RAY

7    READY.

8            MS. BERNSTEIN:  YOUR HONOR, WE DO HAVE ONE ISSUE.  IT'S

9    AN ISSUE THAT YOU'RE AWARE OF.  MAY WE APPROACH VERY BRIEFLY?

10           (SIDEBAR CONFERENCE, JURY NOT PRESENT.)

11           MS. BERNSTEIN:  WE'RE TALKING ABOUT THE ISSUE WITH THE

12   REPORTER.  SEE, WE JUST AGREED -- BECAUSE WE HAVEN'T HAD A CHANCE

13   YET.

14           THE COURT:  THIS IS 90A?

15           MS. BERNSTEIN:  90A IS THE CLIP THAT WE USED.  I BELIEVE

16   THAT 90 IS WHAT YOU WANT.

17           MR. DESALVO:  OKAY.  IT'S THE FULL ONE.

18           THE COURT:  RIGHT.

19           (SIDEBAR CONCLUDED.  JURY NOW PRESENT.)

20           MR. DESALVO:  IT'S 90A.  CAN WE GET IT ON THE SCREEN?

21           THE COURT:  IT'S 90.  I THINK IT'S EXHIBIT 90.  90A IS

22   THE BLUE RAY VERSION.  90 IS WHAT WE'RE SHOWING.

23           MS. BERNSTEIN:  I THINK WE HAVE THE TECHNOLOGY

24   BACKWARDS.  WITHOUT STEVE, HE CAN PLAY THE BLUE RAY VERSION ON

25   THE TV BUT HE CANNOT MAKE IT PLAY ON THE MONITORS WITHOUT STEVE

```
 1    MUENSTER.

 2              MR. DESALVO:  LET'S JUST PLAY IT FROM HERE.

 3              THE COURT:  HE'S GOING TO TRY IT FIRST; AND, IF HE NEEDS

 4    THE BLUE RAY, WE'LL GET THE BLUE RAY.

 5              MS. BERNSTEIN:  I BELIEVE IT'S EXHIBIT 89.

 6              MR. DESALVO:  CAN WE GET THAT ON AND GO TO 9:05:59

 7    SECONDS, PLEASE.  9:08:59, AND LET IT RUN TO 9:59:12.

 8              (VIDEOTAPE PLAYED.)

 9              MR. DESALVO:  I THOUGHT THIS WOULD BE EASIER.  WOULD YOU

10    RATHER USE THE BLUE RAY?

11              WE'VE GOT THE TIME ON THERE NOW.  CAN YOU GO BACK TO

12    9:08:59?

13              (VIDEOTAPE PLAYED.)

14              MR. DESALVO:  STOP AT 9:09:12.

15              (VIDEOTAPE PLAYED.)

16              MR. DESALVO:  HOLD IT THERE.

17    BY MR. DESALVO:

18    Q   IS THAT MONITOR ON IN FRONT OF YOU?

19    A   YES, SIR.

20    Q   IS THAT YOU GETTING OUT OF THAT RIDER TRUCK?  I MEAN, EXCUSE

21    ME, BUDGET TRUCK?

22    A   YES, SIR.

23    Q   IS IT?

24    A   YES, IT IS, SIR.

25    Q   DO YOU SEE ANY PEOPLE AT 2 O'CLOCK?
```

1    A    FROM THIS VIEW, NO SIR.

2    Q    COULD YOU SEE THEM AT 2 O'CLOCK WHEN YOU WERE GETTING OUT

3    THAT BUDGET TRUCK?

4    A    I SAW JUST THE ONE GENTLEMAN STICK HIS HEAD OVER THE RAIL.

5    Q    AT WHAT POINT DID YOU SEE THAT GUY STICK HIS HEAD OUT?  WHEN

6    YOU WERE GETTING OUT OF THE TRUCK, OR AFTER WERE YOU OUT OF THE

7    TRUCK?

8    A    IT WAS BEFORE I GOT OUT OF THE TRUCK.  I WAS STILL IN THE

9    TRUCK WHEN I SAW IT.  BECAUSE I WAS LOOKING THROUGH THE

10   WINDSHIELD.

11   Q    YOU COULDN'T SEE HIS HEAD POP UP IN THIS VIDEO?

12   A    I DON'T KNOW IF HE WAS CAUGHT BY THE VIDEO.

13           MR. DESALVO:  WOULD YOU LET IT GO FORWARD TO 9:09:21

14   SECONDS.

15           (VIDEOTAPE PLAYED.)

16           MR. DESALVO:  STOP.

17   BY MR. DESALVO:

18   Q    IS THAT YOU IN THE BLUE T-SHIRT AND KHAKI PANTS?

19   A    YEAH.  THEY WERE SHORTS.

20   Q    THAT WAS KHAKI SHORTS?

21   A    YES, SIR.

22   Q    NOW, YOU WERE THE ONLY ONE OUT THERE WITH THE OLD BLUE POLICE

23   SHIRT?

24   A    IT WASN'T OLD AT THE TIME.  THAT WAS WHAT WE WERE WEARING.

25   Q    YOU'RE THE ONLY ONE OUT THERE --

1  A   I WAS ASSIGNED TO THE NIGHT WATCH WHEN THE STORM HIT.  THEY

2  WERE STILL IN THE TASK FORCE SO THEY HAD THE OTHER UNIFORMS.

3  Q   LET ME SEE IF I COULD MAKE IT CLEARER.  YOU WERE THE ONLY ONE

4  ON THAT SCENE THAT HAD ON THAT LIGHT BLUE UNIFORM SHIRT?

5  A   YES, SIR.

6         MR. DESALVO:  OKAY.  GO TO 21 SECONDS.

7         (VIDEOTAPE PLAYED.)

8  BY MR. DESALVO:

9  Q   AND THAT'S YOU IN FRONT OF SERGEANT GISEVIUS FIRING THE

10  GLOCK; IS IT NOT?

11  A   YES, SIR.

12         MR. DESALVO:  WOULD YOU GO UP FOUR MORE SECONDS TO

13  9:09:25 SECONDS.

14         (VIDEOTAPE PLAYED.)

15  BY MR. DESALVO:

16  Q   AND THAT'S WHEN WERE YOU HEADING BACK TOWARD THE BUDGET

17  TRUCK?

18  A   YES.

19  Q   AND THAT'S WERE YOU CHANGING THE MAGAZINES?

20  A   SOMEWHERE IN THAT TIME PERIOD.  I MIGHT HAVE DONE IT ALREADY

21  BY THAT POINT.

22  Q   YOU MIGHT HAVE DONE IT ALREADY BY THEN.

23         MR. DESALVO:  WOULD YOU GO TO 9:09:32 SECONDS, PLEASE.

24         (VIDEOTAPE PLAYED.)

25  BY MR. DESALVO:

1    Q    THAT'S YOU THAT JUST WENT TO THE RIGHT SIDE OF THE BUDGET

2    TRUCK?

3    A    YES, SIR.

4    Q    BEFORE YOU TURNED TO GO AROUND, IT APPEARED THAT YOU WERE

5    STILL LOOKING FORWARD UP THE BRIDGE; IS THAT CORRECT?

6    A    I MIGHT HAVE LOOKED IN THAT DIRECTION.

7    Q    OKAY.  NOW, THIS IS THE POINT WHERE YOU SAW SERGEANT BOWEN

8    AND THREE OTHER PEOPLE MAYBE SHOOTING AT THESE PEOPLE?

9    A    CORRECT.

10   Q    SERGEANT BOWEN FOR SURE?

11   A    YES.

12   Q    AND THIS IS WHEN YOU DID THE CEASE FIRE?

13   A    YES.

14   Q    AND THEN, THE CEASE FIRE STOPPED?  THEY STOPPED FIRING?

15   A    YES, SIR.

16   Q    AND THEN SERGEANT BOWEN JUST WENT UP THERE AND TOOK THAT AK

17   AND FIRED IT LIKE YOU SAID INDISCRIMINATELY?

18   A    YES, SIR.

19   Q    NOW, WOULD YOU DEMONSTRATE HOW HE FIRED IT AGAIN.

20   A    LIKE THIS, SIR.

21   Q    JUST LIKE THAT?

22   A    YES, SIR.

23   Q    DIDN'T MOVE IT?  JUST HELD IT LIKE THAT, IN A DIRECTION, AND

24   JUST FIRED IT?

25   A    YES, SIR.

```
 1    Q    YOU DON'T KNOW HOW MANY TIMES?

 2    A    NO, SIR.

 3    Q    TWO TIMES, THREE TIMES?

 4    A    IT WAS SEVERAL TILES.  I DON'T KNOW HOW MANY, SIR.

 5    Q    ALL IN ONE DIRECTION?

 6    A    YES.

 7    Q    DO YOU REMEMBER EVER TELLING ANYONE THAT SERGEANT BOWEN WENT

 8    UP TO THE RAIL, TO THE CONCRETE BARRIER, WAS FACING NORTH, AND

 9    THAT HE TOOK THAT AK AND DID A SWEEPING MOTION, FIRING FROM LEFT

10    TO RIGHT?

11    A    NO.  HE DIDN'T DO THAT, SIR.

12    Q    HE DIDN'T DO THAT?

13    A    NO.

14          MS. BERNSTEIN:  OBJECTION TO THAT QUESTION.  I DON'T

15    BELIEVE THERE'S A GOOD FAITH BASIS FOR THE PARTICULAR WORDING OF

16    THAT QUESTION.

17          THE COURT:  FIRST OF ALL, HE'S ALREADY ANSWERED IT.

18    BY MR. DESALVO:

19    Q    YOU NEVER RECALL TELLING ANYONE THAT?

20    A    I THINK THAT IT WAS THE DESCRIPTION I GAVE WAS, WHEN I

21    DEMONSTRATED IT, IT WAS INTERPRETED AS A -- NOT A SWEEPING MOTION

22    LIKE YOU JUST DEMONSTRATED.  A SLIGHT BACK AND FORTH.

23    Q    OH, IT WAS A BACK AND FORTH.

24    A    LIKE, IF I MAY --

25    Q    SURE.
```

1    A    ALL RIGHT.  SOMETHING LIKE THIS.

2    Q    OKAY.  SO WHEN YOU SAID IT EARLIER THAT HE JUST HELD IT IN

3    ONE POSITION, THAT WASN'T CORRECT; IS THAT CORRECT?

4    A    I THINK MY INITIAL DEMONSTRATION TO THE GOVERNMENT WAS

5    INTERPRETED AS A SLIGHT SWEEPING MOTION.

6    Q    OKAY.

7    A    IT JUST --

8    Q    SO THE GOVERNMENT -- THAT WOULD BE SPECIAL AGENT BEZAK AND

9    MAYBE SOMEBODY FROM THE JUSTICE DEPARTMENT, JUST MISINTERPRETED

10   WHAT YOU DEMONSTRATED; IS THAT WHAT YOU'RE TELLING ME?

11   A    THAT'S THEIR INTERPRETATION OF WHAT I DEMONSTRATED.  I'M NOT

12   SAYING THAT THEY MISINTERPRETED SOMETHING.

13   Q    JUST FOR THE BENEFIT OF SOME PEOPLE HERE MAY NOT BE TOO

14   FAMILIAR WITH ASSAULT RIFLES LIKE THAT, THEY MAY THINK IT'S LIKE

15   A MACHINE GUN, THAT YOU JUST SQUEEZE THE TRIGGER.  THAT'S NOT

16   WHAT IT IS; RIGHT?

17   A    NOT THE RIFLE I HAVE.

18   Q    IT'S A CALLED A SEMIAUTOMATIC?

19   A    YES.

20   Q    AND YOU'VE GOT TO SQUEEZE THE TRIGGER EVERY TIME?

21   A    YES.

22   Q    SO, YOU GO OVER TO THE SIDE OF THE TRUCK, YOU DO THE CEASE

23   FIRE; RIGHT?

24   A    CORRECT, SIR.

25   Q    AND YOU WATCHED SERGEANT BOWEN DO IT AGAIN; RIGHT?

1   A   (WITNESS NODS HEAD.)

2   Q   WERE YOU ALREADY KIND OF TOWARDS THE BACK OF THE TRUCK WHEN

3   YOU WERE SEEING ALL THIS?

4   A   YES.

5   Q   AND SERGEANT BOWEN WAS CLOSE TO THE BACK OF THE TRUCK, TOO?

6   A   HE WAS NEAR THE FRONT OF THE TRUCK.

7   Q   OKAY.  AND WHERE WERE THE OTHER THREE?

8   A   IN BETWEEN.

9   Q   HOW FAR APART?

10  A   NOT TERRIBLY FAR.

11  Q   WERE THEY ALL ON THE RAIL?

12  A   NO.

13  Q   SOME WERE --

14  A   SOME HAD BACKED OFF THE RAIL BY THE TIME I GOT TO THE END OF

15  THE LINE.

16  Q   I'M TALKING ABOUT WHEN YOU TURNED THAT CORNER.

17  A   WHEN I TURNED THE CORNER?  THEY WERE CLOSE TO THE RAIL.

18  Q   AND YOU WEREN'T AROUND THE BACK OF YOUR TRUCK; RIGHT?

19  A   I'M SORRY?

20  Q   YOU WENT FROM THE BACK OF THE TRUCK.  YOU CAME AROUND THE

21  BACK; IS THAT CORRECT?

22  A   I DON'T THINK I DID.  I THINK I MISREMEMBERED SOMETHING WHEN

23  I MADE THAT STATEMENT.

24  Q   SO DID YOU SAY THAT BEFORE?

25  A   YEAH.  I REMEMBER SAYING THAT.  AND THEN I --

1   Q   YOU WENT AROUND THE TRUCK?

2   A   YEAH.  BUT THEN I'VE SINCE CORRECTED MYSELF.

3   Q   WHEN DID YOU CORRECT YOURSELF?

4   A   AWHILE BACK.

5   Q   OKAY.  WHERE DID YOU GO?

6   A   AFTER SERGEANT BOWEN WAS DONE, I RAN ALONG THE PARALLEL TO

7   THE RAIL UP TO WHERE THE SUBJECTS WERE ON THE SIDEWALK.

8   Q   OKAY.  YOU FORGOT SOMETHING, THOUGH; RIGHT?

9   A   I'M SORRY?

10  Q   YOU DIDN'T GO BACK AND GET YOUR AK BY THEN?

11  A   NO.

12  Q   OKAY.  SO YOU RAN UP BY THE RAIL TO LOOK AT THOSE SUBJECTS?

13  A   YES.

14  Q   AND, WHEN YOU LEANED OVER TO WATCH THE SUBJECTS, WAS THERE

15  ANYBODY STANDING BY YOU?

16  A   WHAT DO YOU MEAN?  WHEN I WENT TO GO LOOK AT THE OTHER

17  PEOPLE?

18  Q   YEAH.

19  A   I DON'T THINK SO.

20  Q   AND YOU DIDN'T HAVE THE AK WITH YOU THEN?

21  A   NO.

22  Q   EARLIER -- NOW THAT YOU'RE REMEMBERING DIFFERENTLY -- BEFORE

23  YOU REMEMBERED DIFFERENTLY, DID YOU SAY THAT YOU WENT AROUND THE

24  TRUCK, OPENED THE DRIVER'S DOOR AND GRABBED THE BARREL OF YOUR

25  AK --

```
1    A    THAT WAS A STATEMENT I MADE, I BELIEVE THAT WAS MADE TO THE

2    GRAND JURY.  BUT I DON'T --

3    Q    PERHAPS TO SPECIAL AGENT --

4    A    I MAY HAVE REPEATED IT TO THEM.  BUT, AFTER SOME CAREFUL

5    THOUGHT ON THE SUBJECT, I REMEMBERED WHAT I ACTUALLY DID.

6    Q    WELL, DID YOU REACH IN AND GRAB THE BARREL OF THE GUN?

7    A    I DID AT ONE POINT, BUT IT WAS --

8    Q    BUT IT WAS LATER ON?

9    A    YES.

10   Q    HOW MUCH LATER ON?

11   A    NOT VERY LONG.  I DON'T KNOW FOR SURE.

12   Q    SECONDS?  MINUTES?

13   A    MAYBE A MINUTE.

14   Q    MAYBE A MINUTE.  OKAY.

15        AND, AFTER YOU ADMITTED THAT YOU WENT BACK AND GOT IT,

16   THEN WHAT DID YOU DO.

17   A    JUST STAYED IN THE AREA OF THE TRUCK.

18   Q    STAYED IN THE AREA OF THE TRUCK.

19   A    YES.

20        MR. DESALVO:  LET'S SEE, WE'RE AT 9:09:32.  CAN WE GO TO

21   9:09:46?  THAT WOULD BE NINE MINUTES AFTER 9 MINUTES AND 46

22   SECONDS.

23        (VIDEOTAPE PLAYED.)

24   BY MR. DESALVO:

25   Q    MINE'S NOT TOO CLEAR, BUT IS THAT YOU BY THE DRIVER'S SIDE OF
```

```
 1    THE TRUCK?

 2    A   NO, SIR.

 3    Q   WHAT IS THAT?

 4    A   THAT'S NOTHING, SIR.  I THINK THE DOOR WAS JUST LEFT OPEN.

 5    Q   IT'S A REFLECTION.

 6          MR. DESALVO:  CAN WE GO BACK TO 9:09:25 SECONDS WHEN HE

 7    WAS RETREATING BEHIND THE TRUCK.

 8          (VIDEOTAPE PLAYED.)

 9          MR. DESALVO:  STOP THERE.

10    BY MR. DESALVO:

11    Q   WERE YOU LOOKING IN THE CAB OF THAT TRUCK AT ALL WHEN YOU

12    WERE LOOKING AT THIS VIDEO?  JUST NOW WHEN WE PLAYED THAT, WERE

13    YOU LOOKING IN THE CAB AT ALL?

14    A   NO.

15    Q   DID YOU SEE ANYTHING MOVING WITHIN THE CAB OF THAT TRUCK?

16    A   I WASN'T MAY PAYING ATTENTION.

17          MS. BERNSTEIN:  HE JUST SAID HE WASN'T LOOKING IN THE

18    CAB.

19          MR. DESALVO:  LET'S LOOK AT IT.

20          THE COURT:  ARE YOU ASKING WHAT HE'S SEEING HERE, OR AT

21    THE TIME?

22          MS. BERNSTEIN:  I'M GOING TO OBJECT TO ANY QUESTIONS AS

23    HAS BEEN SAID BEFORE THE VIDEO SPEAKS FOR ITSELF.

24          MR. DESALVO:  YOU DIDN'T ASK QUESTIONS ABOUT IT?

25    BY MR. DESALVO:
```

```
 1   Q   I WANT YOU TO LOOK INSIDE THE CAB OF THAT TRUCK AS WE PLAY

 2   FROM 9:24 TO 9:09:32 SECONDS.

 3              (VIDEOTAPE PLAYED.)

 4   BY MR. DESALVO:

 5   Q   DID YOU SEE ANY MOVEMENT INSIDE THAT TRUCK?

 6   A   I DON'T KNOW IF THAT WAS THE REFLECTION OFF THE MIRROR OF THE

 7   TRUCK OR IF THAT WAS INSIDE THE TRUCK.

 8   Q   BUT CERTAINLY -- LOOK AT THE LITTLE BITTY TOP OF YOUR HEAD BY

 9   THE HOOD OF THE TRUCK; RIGHT?

10   A   I CAN'T SEE WITH THIS VIDEO.

11   Q   WELL, YOUR HEAD WASN'T WAY UP ABOVE THE HOOD OF THAT TRUCK;

12   WAS IT?

13   A   NO, SIR.  I MEAN, YOU'RE ASKING ME ON THE VIDEO.

14              MR. DESALVO:  BACK IT UP A SECOND.

15              MS. BERNSTEIN:  AGAIN, YOUR HONOR, I THINK THE QUESTIONS

16   HERE ARE ABOUT WHAT HE SEES ON THE VIDEO, WHICH I'LL OBJECT TO.

17   IF MR. DESALVO WANTS TO ASK WHAT WERE YOU LOOKING AT AT THAT

18   MOMENT, I HAVE NO OBJECTION.

19              MR. DESALVO:  WELL, I WANT TO ASK --

20              THE COURT:  I AGREE, I THINK THIS CAME UP ON DIRECT, SO

21   LET'S DO IT THE SAME WAY.

22              MR. DESALVO:  CAN YOU BACK IT UP ONE SECOND?  STOP.

23   BY MR. DESALVO:

24   Q   NOW, THAT'S YOU RIGHT IN FRONT OF THE TRUCK.

25   A   YES, SIR.
```

1    Q    AND HOW TALL ARE YOU?

2    A    FIVE ELEVEN.

3    Q    FIVE ELEVEN.

4         AND YOU'RE NOT MUCH TALLER THAN THE HOOD OF THAT TRUCK,

5    IF AT ALL, AS IT SLOPES UP; ARE YOU?

6    A    DOESN'T APPEAR TO BE, SIR.

7    Q    AND, IF WE DREW A LINE ACROSS THAT RIGHT -- THE RIGHT DOOR OF

8    THAT TRUCK, IT WOULD BE EVEN WITH YOUR HEAD; WOULDN'T IT?

9    A    COULD BE, SIR.

10   Q    SO, IF THERE'S SOMETHING MOVING BY THAT TRUCK, IT'S CERTAINLY

11   NOT SOMEBODY THAT'S TWELVE FEET TALL; IS IT?

12   A    NO, SIR.

13        MR. DESALVO:  PLAY IT ON TO 9:09:32, PLEASE.

14        (VIDEOTAPE PLAYED.)

15            MR. DESALVO:  IF YOU'D GO TO 9:10.

16        (VIDEOTAPE PLAYED.)

17   BY MR. DESALVO:

18   Q    CAN YOU LOOK, YOU SEE THAT METAL STRUCTURE THAT'S IN FRONT OF

19   THOSE TRAILERS ON THE RIGHT OF THE SCREEN?

20   A    YES, SIR.

21   Q    IF YOU LOOK BETWEEN THE DIAMOND ON THAT THING THAT IS IN THE

22   MIDDLE, DO YOU SEE THE BLUE SHIRT?  RIGHT THERE.

23   A    I'VE SEEN THIS BEFORE, SIR.  THAT'S ME RUNNING, LOOKING AT

24   THE FEMALES THAT WERE FURTHER UP THE BRIDGE.

25   Q    THAT IS YOU?

1    A    YES.

2    Q    OKAY.  ALL RIGHT.

3                   SO WHAT YOUR TESTIMONY IS THEN, IS THAT AT 9:25

4    YOU RETREATED TO THE RIGHT SIDE OF THE TRUCK?

5    A    CORRECT.

6    Q    YOU DID WHAT YOU WERE GOING TO DO, TALKING TO THE SERGEANT,

7    TELLING EVERYBODY TO CEASE FIRE; RIGHT?

8    A    CORRECT.

9    Q    AND YOU WERE TO THE BACK OF THE TRUCK BY THEN?

10   A    YES, SIR.

11   Q    YOU MADE THE HAND SIGNAL, AND EVERYBODY CEASE FIRED?

12   A    CORRECT, SIR.

13   Q    AND THEN SERGEANT BOWEN, YOU KNOW, TOOK THAT AK AND FIRED

14   AGAIN?

15   A    YES, SIR.

16   Q    AND THEN YOU GOT UP THERE.  AND YOU DID ALL THESE THINGS IN

17   22 SECONDS?

18   A    HAPPENS FAST, SIR.

19   Q    YOU DID IT ALL IN 22 SECONDS?

20   A    AFTER SERGEANT BOWEN WAS DONE FIRING, MYSELF AND A COUPLE OF

21   OTHER OFFICERS, IF YOU BACK THE VIDEO UP A FEW SECONDS, YOU CAN

22   SEE US RUNNING TOGETHER UP ALONG PARALLEL TO THE SIDEWALK.  AND

23   THEY KEPT GOING AND I STOPPED WHEN I GOT TO THE FEMALES.

24   Q    OKAY.  WE'RE GOING TO -- YOU WANT US TO BACK IT UP A LITTLE

25   BIT FOR YOU?

1    A    IT'S UP TO YOU, SIR.

2    Q    I DON'T WANT TO MISLEAD YOU IN ANY WAY.

3    A    YOU'RE NOT, SIR.

4    Q    LET'S GO UP THEN TO 9:12:06.  NOW, THIS IS A FULL TWO MINUTES

5    LATER.

6              (VIDEOTAPE PLAYED.)

7              MS. CHUNG:  YOUR HONOR, I ARE BELIEVE STEVEN AND TIM

8    WERE PLAYING THAT FROM A CLIP, AND THE CLIP ENDS THERE.  I GUESS,

9    THE EXACT VERSION THAT MR. DESALVO WANTS WITH ALL THE TIME STAMPS

10   AND BELLS AND WHISTLES, WE'LL HAVE TO DO THROUGH THE TELEVISION.

11             THE COURT:  OKAY.

12             MR. DESALVO:  I'M SORRY, JUDGE.

13             THE COURT:  THAT'S ALL RIGHT.

14             COUNSEL, IF YOU NEED TO RELOCATE.  AND, ALSO, I GUESS IF

15   YOU WANT THE WITNESS TO SEE IT.

16             MR. DESALVO:  I GUESS HE CAN DO WHAT HE DID BEFORE, SIT

17   IN THAT CHAIR, IF AGENT BEZAK WANTS TO GIVE IT BACK.

18             THE COURT:  YOU CAN STEP DOWN.

19             WHERE DO WE NEED TO START?

20             MR. DESALVO:  WE'RE GOING TO 9:10, FIVE MORE SECONDS.

21             (VIDEOTAPE PLAYED.)

22   BY MR. DESALVO:

23   Q    DO YOU SEE YOURSELF IN THAT VIDEO?

24   A    YES, SIR.  RIGHT HERE.

25   Q    OKAY.

```
 1              MR. DESALVO:  GO TO 9:12:06.

 2   BY MR. DESALVO:

 3   Q   LET ME ASK YOU, DID YOU HAVE THE AK THEN?

 4   A   NO.

 5   Q   SO YOU DIDN'T HAVE IT THEN?

 6   A   NO.

 7   Q   OKAY.  HOW FAR AWAY WERE YOU FROM THE BUDGET TRUCK AT THAT

 8   TIME?

 9   A   I'M NOT SURE.  THIRTY FEET, 40 FEET.  I DON'T KNOW.  NOT TOO

10   FAR.

11   Q   NOT TOO FAR, OKAY.  ALL RIGHT.

12              MR. DESALVO:  GO AHEAD AND GO FORWARD TO 9:26.

13   BY MR. DESALVO:

14   Q   I THINK YOU STAY OUT OF VIEW UNTIL 9:12:06.  BUT, IF YOU SEE

15   YOURSELF, TELL ME.

16   A   I SURE WILL.

17   Q   ALL RIGHT.

18              (VIDEOTAPE PLAYED.)

19              MR. DESALVO:  GO BACK ONE SECOND, 9:12:06.  MAKE IT

20   05:06.

21              ALL RIGHT.  LET IT GO FORWARD.

22              STOP.

23   BY MR. DESALVO:

24   Q   SOMEBODY WAS RUNNING UP FROM THE BACK OF THE TRUCK.  DO YOU

25   KNOW WHO THAT WAS?
```

1    A    SERGEANT BOWEN.

2              MR. DESALVO:  CAN YOU BACK THAT UP JUST A FEW SECONDS?

3    THAT'S GOOD.

4              (VIDEOTAPE PLAYED.)

5              MR. DESALVO:  YES.

6    BY MR. DESALVO:

7    Q    CAME FROM WAY BEHIND THE TRUCK; RIGHT?

8    A    IT APPEARED SO, SIR.

9    Q    HE DIDN'T COME FROM AROUND THE TRUCK, HE CAME FROM THE WEST

10   SIDE OF BRIDGE?

11   A    IT WOULD APPEAR SO, SIR.

12   Q    OKAY.  NOW LET ME ASK YOU, WHO IS THIS GUY OVER HERE WITH THE

13   BLUE SHIRT?

14   A    I DON'T KNOW WHO THAT IS.

15   Q    THAT'S NOT YOU?

16   A    OKAY.  CORRECT MYSELF.  WHICH INDIVIDUAL ARE YOU TALKING

17   ABOUT?

18   Q    THE LIGHT BLUE SHIRT.

19   A    OH, THAT'S ME.  I'M SORRY.

20   Q    THAT'S YOU.

21             AND WHAT DOES THAT GUY HAVE IN HIS POSSESSION?

22   A    AN AK-47.

23   Q    AN AK-47.

24             WHAT DOES SERGEANT BOWEN HAVE IN HIS POSSESSION AS HE'S

25   RUNNING?

```
 1   A    DOESN'T LOOK LIKE HE HAS ANYTHING, SIR.

 2            MR. DESALVO:  LET IT RUN A LITTLE BIT.

 3            (VIDEO PLAYED.)

 4   BY MR. DESALVO:

 5   Q    THAT'S STILL YOU; RIGHT?

 6   A    YES.

 7   Q    IS THAT THAT AK IN YOUR POSSESSION?

 8   A    YES, SIR.

 9   Q    OKAY.

10            (VIDEOTAPE PLAYED.)

11   BY MR. DESALVO:

12   Q    STILL HAVE IT WHEN YOU'RE GETTING IN THE TRUCK?

13   A    YES, SIR.

14   Q    YOU CAN GO BACK TO YOUR CHAIR.

15            THE COURT:  MR. DESALVO, ARE YOU DONE WITH THE BLUE RAY

16   SCREEN FOR RIGHT NOW, OR SHOULD WE LEAVE IT IN PLACE?

17            MR. DESALVO:  I AM, YOUR HONOR.

18            THE COURT:  THANK YOU AGAIN, GENTLEMAN.

19   BY MR. DESALVO:

20   Q    YOU AGREE THAT PRIOR TO TODAY YOU HAD SAID THAT YOU WENT

21   AROUND THE BACK OF THAT TRUCK AND GRABBED THE AK RIGHT AFTER YOU

22   TOLD THOSE GUYS TO CEASE FIRE; RIGHT?

23   A    NO.  WHAT MY -- THAT WAS -- I BELIEVE THAT WAS A STATEMENT I

24   GAVE TO THE STATE GRAND JURY.

25   Q    I THINK YOU GAVE THAT TO AGENT BEZAK.
```

```
 1    A   I MIGHT HAVE TOLD HIM I PULLED A SECURITY POSITION ON THAT

 2    SIDE OF THE TRUCK IN A QUICK INITIAL STATEMENT.  I'D HAVE TO --

 3    Q   IT'S GOING TO TAKE YOU A LITTLE BIT TO REFRESH YOUR

 4    RECOLLECTION BECAUSE IT'S NOT SUCCINCTLY IN ONE SENTENCE.  BUT

 5    I'M GOING TO SHOW YOU --

 6            MS. BERNSTEIN:  MR. DESALVO --

 7            THE COURT:  WHICH ONE?

 8            MR. DESALVO:  PAGE 4 AND 5 OF THE --

 9            THE COURT:  4 AND 5.

10            MR. DESALVO:  IT'S ALL THE WAY TO HERE.  PAGE -- ALL OF

11    PAGE 5 AND THE LAST TWO PARAGRAPHS OF PAGE 4.

12    BY MR. DESALVO:

13    Q   TAKE A FEW MINUTES TO READ THAT.  I'M NOT GOING TO ASK YOU

14    ABOUT IT ALL, I'M JUST GOING TO ASK YOU A COUPLE QUESTIONS.

15    A   YES, SIR.

16            (PAUSE IN PROCEEDINGS.)

17    BY MR. DESALVO:

18    Q   DID YOU HAVE AN OPPORTUNITY TO READ THAT?

19    A   YES, SIR.

20    Q   DOES IT REFRESH YOUR RECOLLECTION AS TO WHAT YOU TOLD AGENT

21    BEZAK?

22    A   THAT'S CONSISTENT WITH WHAT I TOLD AGENT BEZAK.

23    Q   THAT WASN'T THE TRUTH?

24    A   SAID IT'S CONSISTENT WITH WHAT I TOLD HIM.

25    Q   I'M ASKING YOU IF IT WAS THE TRUTH.
```

1    A   OH, IT'S VERY MUCH THE TRUTH.

2    Q   SO YOU DID, IF I GOT IT RIGHT, GO TO THE SIDE OF THAT TRUCK,

3    SEE SERGEANT BOWEN AND OTHERS SHOOTING OVER THE RAIL, SIGNAL FOR

4    THEM TO STOP, AND THEY STOPPED, AND THEN SERGEANT BOWEN TOOK IT

5    ON HIMSELF TO FIRE OVER THE RAIL -- HOW MANY TIMES?

6    A   I DON'T KNOW.

7    Q   OKAY.  AND THEN YOU WENT AROUND THE BACK OF THE TRUCK TO THE

8    DRIVER'S SIDE OF THE TRUCK, GOT YOUR AK --

9    A   THAT'S NOT.

10   Q   -- AND IT WAS HOT.  THAT'S WHAT YOU SAID HERE; ISN'T IT?

11   A   YEAH.  BUT YOU'RE MIXING THE SEQUENCE OF EVENTS UP.

12   Q   THERE WAS MORE EVENTS IN BETWEEN?

13   A   NO.  YOU'VE GOT THE LAST PART MIXED UP WITH THE PART IN THE

14   MIDDLE.

15   Q   OKAY.

16   A   ON PAGE 5.

17   Q   SHOW ME WHAT INTERACTED IN BETWEEN, WHERE I'M WRONG.  I MEAN,

18   IT WOULDN'T BE THE FIRST TIME I'M WRONG, BUT HELP ME OUT.

19   A   SIR, IT SAYS HERE THAT I -- LIKE I TESTIFIED TO YOU, THAT I

20   WENT UP, CHECKED ON THE CIVILIANS THAT WERE STILL ON THE

21   SIDEWALK, WENT UP TO THE FEMALES --

22   Q   WAIT, WAIT, LET'S PUT IT IN SEQUENCE NOW.  THIS WAS AFTER YOU

23   GOT TO THE RIGHT OF THE TRUCK, SAW SERGEANT BOWEN AND THREE OTHER

24   FIRING?

25   A   YES.

1   Q   THEN WHAT DID YOU DO?

2   A   I WENT TO THE REAR OF THE FORMATION --

3   Q   NO, YOU DID A CEASE FIRE.

4   A   I STAND CORRECTED.

5   Q   AND SERGEANT BOWEN FIRED SOME MORE; RIGHT?

6   A   YES, SIR.

7   Q   AND THEN WHAT DID YOU DO?

8   A   THEN, AFTER SERGEANT BOWEN HAD FINISHED FIRING, THEN I WENT

9   UP TO CHECK ON THE CIVILIANS.

10  Q   UH-HUH.

11  A   I OBSERVED WHAT I OBSERVED.

12  Q   THEN WHAT DID YOU DO?

13  A   AND IT SAYS HERE THAT I RAN AROUND THE BACK OF THE TRUCK.  I

14  POSSIBLY DID.

15  Q   WAS THAT TRUE?

16  A   IT WAS QUITE POSSIBLE.

17  Q   OKAY.  AND THEN YOU RAN AROUND THE BACK OF THE TRUCK.  WENT

18  TO THE DRIVER'S DOOR.  RIGHT?

19  A   YES, SIR.

20  Q   AND RETRIEVED THE AK-47?

21  A   YES, SIR.

22  Q   AND IT WAS HOT?

23  A   YES.

24  Q   AND THE MAGAZINE WAS EMPTY?

25  A   YES, IT WAS.

1   Q    DID YOU RELOAD IT?

2   A    NO.  I PUT A DIFFERENT MAGAZINE IN THERE.

3   Q    WELL, YOU STUCK ANOTHER MAGAZINE ON IT?

4   A    YES.

5   Q    YOU DID THAT.

6        AND THEN YOU APPEARED IN THAT SPECK THAT WE TALKED

7   ABOUT, WITHIN 22 SECONDS OF THAT TIME THAT YOU WENT TO THE FRONT

8   OF THE TRUCK GOING AROUND TO THE RIGHT; IS THAT CORRECT?

9   A    NO, SIR.

10  Q    WELL, YOU WANT TO LOOK AT IT AGAIN?

11  A    YES, SIR, WE CAN.

12  Q    I TELL YOU, I THINK THE JURY WILL BE ABLE TO LOOK AT IT IN

13  DELIBERATION.

14       SO YOU DENY THAT, AT 9:09:25 SECONDS, YOU WERE

15  RETREATING TO THE FRONT OF THE TRUCK.  YOU SAW THAT; DIDN'T YOU?

16  A    YES.

17  Q    DO YOU DENY THAT AT 9:09:32 SECONDS, YOU DISAPPEARED AROUND

18  THE RIGHT SIDE OF THE TRUCK?

19  A    AM I DENYING IT?

20  Q    9:09:32?

21  A    WAIT.  WERE YOU ASKING A QUESTION, SIR?

22  Q    YEAH.  DO YOU DENY THAT?

23  A    I DIDN'T HEAR YOUR QUESTION.  CAN YOU REPEAT IT?

24  Q    AT 9:09:32 IS WHEN YOU DISAPPEARED AROUND THE RIGHT SIDE OF

25  THE TRUCK?

1    A    I BELIEVE SO.

2    Q    AND THEN WE SAW YOU IN THE MIDDLE OF THAT METAL SUPER

3    STRUCTURE?

4    A    YES.

5    Q    THAT YOU IDENTIFIED AS YOU?

6    A    YES.

7    Q    AS 9:10.  AT 9:10.  RIGHT?

8    A    YES, SIR.

9    Q    WHICH WOULD BE 28 SECONDS LATER?

10   A    YEAH.  ACTUALLY, IF YOU BACK THE VIDEO UP A COUPLE SECONDS,

11   YOU ACTUALLY SEE ME RUNNING WITH THE OTHER OFFICERS.

12   Q    SURE.

13         SO IT WAS LESS THAN THE 28 SECONDS; IS THAT WHAT YOU'RE

14   TELLING ME?

15   A    YES, SIR.

16   Q    YOU DID ALL THOSE THINGS?

17   A    YES, SIR.

18   Q    IN THAT MUCH TIME.

19         NOW, EARLIER UNDER CROSS, YOU SAY IT DIDN'T HAPPEN LIKE

20   THAT.  BUT THEN, WHEN I SHOWED YOU THAT 302, YOU SEEMED TO CHANGE

21   YOUR MIND.

22         MS. BERNSTEIN:  I'M GOING TO OBJECT TO THE MISLEADING

23   NATURE OF THESE QUESTIONS.  MAY WE APPROACH?

24         MR. DESALVO:  THIS IS CROSS EXAMINATION, JUDGE.

25         THE COURT:  IT'S CROSS EXAMINATION.

```
1           YOU CAN COME ON UP, BUT IT'S CROSS EXAMINATION.

2           MS. BERNSTEIN:  THAT'S FINE.  I WITHDRAW MY OBJECTION.

3   BY MR. DESALVO:

4   Q   EARLIER, UNDER CROSS EXAMINATION, YOU DENIED THAT YOU WENT

5   AROUND AND GOT THAT AK AT THAT TIME.  DO YOU RECALL THAT?

6   A   I DIDN'T GET THE AK-47 UNTIL AFTER I CHECKED ON THE

7   CIVILIANS.

8   Q   IN BETWEEN WHEN YOU WENT AROUND THE RIGHT SIDE OF THE TRUCK

9   AND WHEN WE SAW YOU AS A SPECK; RIGHT?

10  A   I WENT AROUND THE RIGHT SIDE, THEN I WENT BACK THE WAY I

11  CAME.  I DIDN'T MAKE A CIRCLE AROUND THE TRUCK, IF THAT'S WHAT

12  YOU'RE TRYING TO INSINUATE.

13  Q   THAT'S WHAT YOU JUST SAID?

14  A   NO, I DIDN'T.

15  Q   YOU DIDN'T SAY YOU WENT AROUND, AFTER YOU HAD THEM CEASE FIRE

16  AND HOLD THE SHOOTING, YOU WENT AROUND THE BACK OF THE TRUCK AND

17  RETRIEVED THAT AK-47 FROM IT?

18  A   NO, SIR.

19  Q   YOU DIDN'T SAY THAT?

20  A   NO, SIR.

21  Q   WELL, ALL RIGHT.  WE'LL RELY ON THE JURY.

22          YOU ALSO SAID AT ONE TIME THAT WHEN BOWEN FIRED THAT AK

23  OVER THAT CONCRETE WALL THAT YOU DON'T KNOW IF HE HIT ANYBODY OR

24  NOT?

25  A   I DON'T KNOW.
```

```
 1    Q    BUT THAT, FOR SURE, YOU SAW ONE ROUND STRIKE THE WALKWAY?

 2    A    YES, I DID SEE THAT.

 3    Q    NOW, HOW DID YOU KNOW IT STRUCK THE WALKWAY?

 4    A    I SAW IT.

 5    Q    YOU SAW THE BULLET, OR YOU SAW THE --

 6    A    WELL, I SAW --

 7    Q    -- THE WALKWAY CHIP OUT?

 8    A    I SAW THE IMPACT.

 9    Q    SAW THE IMPACT.

10         BUT YOU COULDN'T SEE THE BULLET?

11    A    NO.  NOT THAT GOOD.

12    Q    YOU SAW THE RESULTS OF THE BULLET?

13    A    YES.

14    Q    NOW, LET'S MOVE ON.  WE WON'T BE MUCH LONGER, I DON'T THINK.

15         WE'RE GOING TO GET BACK IN THAT BUDGET TRUCK.  YOU SAW

16    WHERE YOU LEFT OFF, YOU WERE GETTING IN IT.

17    A    YES, SIR.

18    Q    AND, WHEN YOU GOT IN IT, THAT'S WHEN YOU DROVE UP TOWARD THE

19    CREST OF THE BRIDGE?

20    A    CORRECT.

21    Q    NOW, I THINK YOU SAID THAT SERGEANT BOWEN TOLD YOU SOMETHING:

22    WHAT, WE'RE GOING TO LET THEM GET AWAY?  SOMETHING LIKE THAT?

23    A    YEAH.  AFTER WE GOT TO THE TOP.

24    Q    BEFORE YOU GOT TO THE TOP?

25    A    WHEN WE GOT TO THE TOP AND SERGEANT GISEVIUS FLAGGED US DOWN
```

1    AND TOLD US TO STOP BECAUSE THEY WERE SHOOTING AT HIM.

2    Q    AND YOU THOUGHT THAT HE WAS WHAT, MAYBE OVER-ANXIOUS, MAKING

3    A STATEMENT LIKE THAT?

4    A    I DIDN'T AGREE WITH HIS DECISION TO GO AFTER THE CIVILIANS

5    THAT RAN FROM THE BRIDGE.

6    Q    AT THAT POINT, YOU TRULY BELIEVED THAT THESE WERE THE

7    INDIVIDUALS WHO WERE FIRING AT POLICE OFFICERS?

8    A    YES.

9    Q    AND YOU DIDN'T AGREE WITH GOING TO GO CATCH THEM FOR SHOOTING

10   AT POLICE OFFICERS?

11   A    WE DIDN'T HAVE THE RESOURCES NECESSARY TO ENGAGE IN A

12   SPREAD-OUT EVENT LIKE THAT, IN MY OPINION.

13   Q    SO YOU DECIDED THAT IT WAS NOT A GOOD IDEA TO GO AFTER THE

14   PEOPLE WHO YOU BELIEVED SHOT AT POLICE OFFICERS; IS THAT WHAT

15   YOU'RE TELLING ME?

16   A    IT WAS MY OPINION THAT WE DIDN'T HAVE -- SOME OF US DIDN'T

17   HAVE -- I DIDN'T HAVE A POLICE RADIO.  I COULDN'T CALL FOR HELP.

18   WE WEREN'T ABLE TO SET UP A PROPER PERIMETER.  WE CERTAINLY

19   DIDN'T HAVE ENOUGH VEHICLES TO GET AHEAD OF THE SUSPECTS AND SET

20   UP A PERIMETER.  WE WERE SPREAD OUT PRETTY THIN.

21   Q    SO YOU THOUGHT THAT SERGEANT BOWEN WAS MAYBE TOO ANXIOUS?

22   A    I JUST THOUGHT IT WAS A BAD DECISION TO TRY AND GO AFTER

23   THEM.

24   Q    LET'S TALK ABOUT THE BAD DECISION.  THEN THE STATE POLICE IS

25   THERE.  YOU REMEMBER GETTING THE STATE POLICE THERE; RIGHT?

1    A    YES.

2    Q    IN FACT, THAT STATE POLICE WAS A WHAT, A BLACK IMPALA?

3    A    YES, SIR.

4    Q    AND YOU SAW OFFICER FAULCON JUMP IN THE FRONT SEAT?

5    A    YES.

6    Q    YOU SAW SERGEANT GISEVIUS JUMP IN TO THE BACKSEAT?

7    A    YES, SIR.

8    Q    ON THE RIGHT-HAND SIDE?

9    A    BEHIND THE DRIVER.

10   Q    BEHIND THE DRIVER.

11        AND, BEFORE THEY COULD PULL AWAY, YOU HOLLERED OUT:

12   WAIT FOR ME.

13   A    THEY WERE GETTING IN THE VEHICLE WHEN I DID THAT.

14   Q    AND YOU SAID:  WAIT FOR ME?

15   A    YES, SIR.

16   Q    BECAUSE YOU WANTED TO GET DOWN THERE?

17   A    I'D RELENTED AND GAVE IN TO THEIR WILL.

18   Q    YOU GAVE IN TO THEIR WILL.  OKAY.

19        WHERE WAS SERGEANT BOWEN?

20   A    I DON'T KNOW.

21   Q    HE DIDN'T JUMP IN THAT STATE POLICE VEHICLE; DID HE?

22   A    NO, HE DIDN'T.

23   Q    YOU ALL DROVE DOWN?

24   A    YES, SIR.

25   Q    THEN WHAT HAPPENED HAPPENED; RIGHT?

1    A    YES, SIR.

2    Q    AND THEN SERGEANT BOWEN SHOWS UP?

3    A    YES, SIR.

4    Q    YOU DON'T KNOW WHETHER HE WALKED DOWN?

5    A    I HAVE NO IDEA HOW HE GOT DOWN.

6    Q    RAN DOWN?

7    A    HE COULD HAVE RODE A BICYCLE.

8    Q    HOW FAR IS IT FROM THE TOP OF THAT BRIDGE TO THE FRIENDLY

9    INN?

10   A    IT'S A CONSIDERABLE DISTANCE.

11   Q    WHAT'S A CONSIDERABLE DISTANCE?  A BLOCK IS A CONSIDERABLE

12   DISTANCE FOR ME.  WHAT'S A CONSIDERABLE DISTANCE?

13   A    WE ALL HAVE OUR STANDARDS.

14        I WOULD VENTURE TO SAY MAYBE A QUARTER MILE.

15   Q    A QUARTER MILE, OKAY.

16        AND YOU WERE STANDING BY RONALD MADISON?

17   A    YES.

18   Q    WITH TWO OTHER POLICE OFFICERS?

19   A    YEAH.  THAT'S WHAT I REMEMBER.  OR AT LEAST ONE.

20   Q    DO YOU REMEMBER, OR YOU DON'T REMEMBER?

21   A    SERGEANT GISEVIUS WAS NEITHER THE FLOODED PARKING LOT, AND

22   THERE WAS AT LEAST ONE OTHER OFFICER STANDING ON THE OTHER SIDE

23   OF MADISON OPPOSITE OF ME.

24   Q    WHEN SERGEANT BOWEN ARRIVED, HOW MANY POLICE OFFICERS WERE

25   STANDING AROUND?

1    A    AT LEAST ONE.

2    Q    MAYBE TWO?

3    A    COULD HAVE BEEN.

4    Q    DO YOU RECALL EVER TELLING SPECIAL AGENT BEZAK THAT THERE

5    WERE TWO OFFICERS THERE?

6    A    I RECALL THAT THERE MAY HAVE BEEN TWO OFFICERS THERE.  I DO,

7    I REMEMBER ONE FOR SURE.

8    Q    DID YOU TELL HIM MAY HAVE, OR DID YOU TELL HIM THERE WERE

9    TWO?

10   A    I DON'T RECALL THE CONVERSATION.

11   Q    I'M GOING TO GO ON AND LOOK FOR THAT.  I DIDN'T THINK YOU

12   WERE GOING TO SAY THAT.

13          BUT THEN SERGEANT BOWEN GOT THERE, AND HE STOMPED RONALD

14   MADISON?

15   A    YES, HE DID.

16   Q    HOW MANY TIMES?

17   A    I DON'T KNOW.  IT WAS --

18   Q    WHY DON'T YOU COME OUT HERE AND DEMONSTRATE TO THE JURY HOW

19   HE STOMPED HIM.

20          THE COURT:  YOU MAY STEP DOWN.

21          THE WITNESS:  WHERE WOULD YOU LIKE ME TO STAND, SIR?

22   BY MR. DESALVO:

23   Q    RIGHT THERE.

24          HOW DID HE DO IT?

25   A    IT WAS SOMETHING LIKE THIS.

1    Q    HARD?

2    A    YES.

3    Q    VERY HARD?

4    A    YES.

5    Q    HOW MANY TIMES?

6    A    TWO OR THREE.

7    Q    IN THE BACK?

8    A    YES.

9         MR. DESALVO:  WOULD YOU CALL UP EXHIBIT 250?

10        COULD WE MAKE THIS LITTLE SPOT LARGER?

11   BY MR. DESALVO:

12   Q    NOW, THIS IS WHAT YOU SAID YOU BELIEVED MAY HAVE BEEN A MARK

13   FROM A STOMP; RIGHT?

14   A    COULD BE.

15   Q    JUST COULD BE.  BUT, IF YOU STOMPED HIM THREE TIMES, DO YOU

16   HAVE ANY IDEA WHERE THE OTHER TWO ARE?

17   A    I CAN'T SEE PAST THE -- THAT OFFICER'S HAND.

18        MR. DESALVO:  COULD YOU GO BACK TO THE REGULAR PICTURE?

19   BY MR. DESALVO:

20   Q    RONALD MADISON LAID AS HE FELL; RIGHT?

21   A    I BELIEVE SO.

22        MR. DESALVO:  COULD YOU BLOW UP THAT PORTION OF THE

23   FENDER FOR ME, PLEASE?

24   BY MR. DESALVO:

25   Q    LOOKS LIKE A SMALL CLEAN SPOT ON THAT FENDER; HUH?

1    A    IT APPEARS SO.

2    Q    AND THE LITTLE RED SPOT IN BETWEEN MIGHT BE BLOOD; HUH?

3    A    POSSIBLY.

4    Q    DO YOU THEY THAT SPOT ON RONALD MADISON'S SHIRT COULD HAVE

5    COME FROM THERE?

6    A    IT COULD HAVE.

7         MR. DESALVO:  WOULD YOU GO TO EXHIBIT 79 FOR ME, PLEASE.

8    BY MR. DESALVO:

9    Q    THIS IS ANOTHER PICTURE OF RONALD MADISON.  DO YOU SEE ANY

10   STOMP MARKS ON HIM FROM THAT POSITION?

11   A    THE ONLY DIRT I SEE ON MR. MADISON IS ON HIS SHORTS.

12   Q    BUT YOU SAID HE WAS STOMPED IN THE BACK THREE TIMES?

13   A    THAT'S MY MEMORY.

14   Q    RIGHT.

15        MR. DESALVO:  YOU CAN TAKE IT OFF.

16   BY MR. DESALVO:

17   Q    YOU INDICATED THAT WHEN YOU SAW RONALD MADISON YOU COULD SEE

18   HIS HANDS AND YOU KNEW THAT HE DIDN'T HAVE A WEAPON.

19   A    YES.

20   Q    NOW, WE'VE JUST SEEN TWO PHOTOGRAPHS OF RONALD MADISON AS HE

21   LAID AS HE FELL.  IS THAT CORRECT?

22        IN EITHER OF THOSE PICTURES, DOES IT APPEAR THAT RONALD

23   MADISON'S HANDS WOULD HAVE BEEN ANYWHERE OTHER THAN UNDERNEATH

24   HIM?

25   A    YOU WANT ME TO ANSWER?

1  Q   OF COURSE.  I KNOW WHAT YOU ARE ANSWER'S GOING TO BE.  YES,

2  ANSWER IT.

3  A   AS I PASSED RONALD MADISON AFTER I EXITED THE STATE TROOPER

4  CAR ON GOT IN FRONT OF HIM, HE WAS TRYING TO PUSH HIMSELF UP.

5  AND HE JUST COULDN'T DO IT.  AND HE WAS BREATHING VERY HARD.

6  Q   SO, WHEN YOU SAID THAT HE LAID AS HE FELL, THAT WAS --

7  A   THAT'S THE POSITION HE WAS IN WHEN HE FELL.

8        MS. BERNSTEIN:  OBJECTION, YOUR HONOR.  I'M SORRY, YOUR

9  HONOR.  I'M GOING TO OBJECT TO THE LAID AS HE FELL SERIES OF

10  QUESTIONS.  THAT THERE IS CLEARLY A PERSON MANIPULATING THE BODY

11  IN THOSE VERY PICTURES THAT WE'RE LOOKING AT.

12        MR. DESALVO:  THERE'S A DOCTOR PICKING HIM UP TO SEE IF

13  HE'S ALIVE.

14        THE COURT:  I'M GOING TO OVERRULE THE OBJECTION.  I

15  THINK THE WITNESS CAN CLARIFY WHAT HE SAW AND MAKE ANY

16  DISTINCTION THAT NEEDS TO BE MADE.

17  BY MR. DESALVO:

18  Q   IS THE POSITION THAT YOU SAW HIM IN THIS EXHIBIT 25 THE

19  POSITION HE WAS IN WHEN YOU FIRST SAW HIM?

20  A   FOR THE MOST PART.  BUT, WHEN HE WAS FIRST SHOT, HE WAS STILL

21  ALIVE, AND HE WAS TRYING TO PUSH HIMSELF UP AS IF HE WAS TRYING

22  TO SIT UP.

23  Q   DID YOU TEND TO HIM IN ANYWAY?

24  A   NO, I DID NOT.

25  Q   DID YOU TRY TO HELP HIM SIT UP?

1   A    NO.

2   Q    I'M GOING TO SHOW YOU WHAT WE'VE TALKED ABOUT EARLIER THAT I

3   HAD TO GET SOMEBODY TO FIND FOR ME.   IT'S PAGE 7 OF YOUR

4   INTERVIEW WITH SPECIAL AGENT BEZAK ON THE 17TH DAY OF MARCH,

5   2010.

6          THERE'S A LINE THAT'S UNLINED IN BLUE INK.   I'M GOING TO

7   ASK YOU TO READ IT.

8   A    IN BLUE INK, SIR?

9   Q    YEAH.

10          JUST READ IT TO YOURSELF.

11          (PAUSE IN PROCEEDINGS.)

12   BY MR. DESALVO:

13   Q    DO YOU RECALL SPEAKING TO AGENT BEZAK ABOUT THAT?

14   A    I RECALL THE INTERVIEW.

15   Q    DO YOU DENY THAT YOU TOLD SPECIAL AGENT BEZAK THAT HUNTER DID

16   NOT KNOW THE IDENTITY OF THE TWO OFFICERS STANDING NEAR RONALD?

17   A    WHAT I REMEMBER SAYING IS THAT, IF THERE WERE TWO OFFICERS, I

18   DIDN'T KNOW WHO THEY WERE.   I REMEMBER FOR SURE THAT ONE OFFICER

19   WAS STANDING THERE.

20   Q    SO YOU THINK THAT SPECIAL AGENT BEZAK JUST GOT IT WRONG?

21   A    HE WAS TAKING THE NOTES AT THE TIME.   I CAN'T --

22   Q    OKAY.   LET'S GET TO THE CRYSTAL PALACE NOW.

23          AT SOME POINT, YOU ALL GO BACK TO THE CRYSTAL PALACE?

24   A    CORRECT, SIR.

25   Q    WHEN YOU GET BACK TO THE CRYSTAL PALACE, WAS IT SERGEANT

1    KAUFMAN WHO ASKED WHO THE SHOOTERS WERE?

2    A    HIM OR LIEUTENANT LOHMAN, I DON'T REMEMBER WHICH.

3    Q    ONE OF THEM.

4         AND SERGEANT KAUFMAN, LIEUTENANT LOHMAN AND THE SHOOTERS

5    SAT AROUND A ROUND TABLE?

6    A    CORRECT.

7    Q    IS THAT CORRECT?

8    A    CORRECT.

9    Q    DO YOU RECALL -- AND YOU WERE RELIEVED BECAUSE YOU LEARNED --

10   BECAUSE YOU WERE CONCERNED THAT SERGEANT BOWEN HAD FIRED YOUR

11   AK-47.

12   A    YES, SIR.

13   Q    AND YOU THOUGHT THAT HE MIGHT NOT WANT TO TAKE THE

14   RESPONSIBILITY FOR IT?

15   A    THAT WAS A CONCERN I HAD.

16   Q    YEAH.  AND YOU WERE RELIEVED WHEN HE DID.

17   A    YES, SIR.

18   Q    AND THEY ASKED WHO FIRED AND THEY ASKED HOW MANY ROUNDS DID

19   YOU FIRE.

20   A    YES, SIR.

21   Q    DID YOU ANSWER FIRST?

22   A    NO, SIR.

23   Q    DID THE MEETING COME TO AN END WHEN YOU GAVE YOUR ANSWER?

24   A    NO, SIR.  I DON'T BELIEVE SO.

25   Q    YOU TELL THE JURY HOW YOU BELIEVE THIS MEETING CAME TO AN

1    END.

2    A    I WAS IN THE MIDDLE OF THE GROUP THAT WAS ANSWERING THE

3    QUESTIONS.  I DON'T BELIEVE I WAS THE LAST ONE THAT ANSWERED.

4    Q    DO YOU REMEMBER LIEUTENANT LOHMAN TALKING TO SERGEANT KAUFMAN

5    AND SAID:  LET'S GO OUTSIDE AND TALK?

6    A    NO.

7    Q    YOU DON'T REMEMBER THAT AT ALL?

8    A    NO, SIR.

9    Q    THAT'S ALL RIGHT.

10         SO, IN JANUARY, YOU HAD THIS MEETING AT THE SEVENTH

11   DISTRICT; RIGHT?

12   A    THE WHAT JANUARY, WHEN, SIR?

13   Q    TOWARD THE END OF JANUARY, WAS IT THE 25TH, 26TH?

14   A    WHAT YEAR, SIR?

15   Q    OF 2006.

16   A    YES, SIR.

17   Q    YEAH.  THAT WAS THE ONLY RECORDED STATEMENT YOU EVER GAVE;

18   RIGHT?

19   A    YES, SIR.

20   Q    OKAY.  SO, WHEN YOU GAVE THAT RECORDED STATEMENT, THAT WAS AT

21   THE SEVENTH DISTRICT POLICE STATION?

22   A    CORRECT, SIR.

23   Q    WHAT WAS LEFT OF IT.

24   A    CORRECT, SIR.

25   Q    THERE WERE HOMICIDE DETECTIVES THERE TAKING STATEMENTS FROM

```
 1    DIFFERENT PEOPLE.

 2    A    CORRECT.

 3    Q    AND YOU WENT OFF IN DIFFERENT PLACES AND GAVE YOUR

 4    STATEMENTS?

 5    A    YES, SIR.

 6    Q    NOW, WHERE DID YOU GO WITH DETECTIVE COLMENERO AND HARBIN?

 7    A    ONE OF THE OFFICES INSIDE THE WHITE TRAILER.

 8    Q    YOU ALL WERE ALONE?

 9    A    IT WAS THE THREE OF US.

10    Q    DETECTIVE COLMENERO NEVER TOLD YOU WHAT TO SAY?

11    A    NO, SIR.

12    Q    DETECTIVE HARBIN NEVER TOLD YOU WHAT TO SAY?

13    A    NO, SIR.

14    Q    NO ONE TOLD YOU WHAT TO SAY?

15    A    NO, SIR.

16    Q    LET ME SEE, MAYBE WE'D BETTER DO IT THIS WAY.  DID ANYONE

17    EVER TELL YOU WHAT TO SAY?

18    A    I WAS EXPECTED --

19    Q    I'M ASKING, DID YOU ANYONE TELL YOU WHAT TO SAY?

20    A    NO.

21             MS. BERNSTEIN:  I WOULD BE ASK THAT HE BE ALLOWED TO

22    FINISH HIS ANSWER, YOUR HONOR.

23             THE COURT:  WELL, HE'S GOT TO ANSWER THE QUESTION FIRST.

24    AND THEN HE CAN EXPLAIN.

25             MS. BERNSTEIN:  I THINK HE DID, AND HE WAS MIDWAY
```

```
 1    THROUGH HIS ANSWER WHEN THE NEW QUESTION CAME.

 2              MR. DESALVO:  I APOLOGIZE.

 3              THE COURT:  HE'S GOT TO ANSWER YES OR NO.  I THOUGHT HE

 4    HAD ANSWERED MR. DESALVO'S QUESTIONS.

 5              MR. DESALVO:  IT CAME UP AS A DOUBLE NEGATIVE.

 6              THE COURT:  EXACTLY.

 7              IF HE'D LIKE TO EXPLAIN, HE CAN EXPLAIN.  BUT HE

 8    ANSWERED THE QUESTION.

 9    BY MR. DESALVO:

10    Q    NO ONE TOLD YOU WHAT TO SAY?

11    A    NO, SIR.

12    Q    YOU FELT LIKE IT WAS EXPECTED OF YOU TO LIE?

13    A    YES, SIR.

14    Q    BUT NOBODY TOLD YOU WHAT LIES TO TELL?

15    A    NO.  BUT WITH THE PRESSURE PUT ON US IN THE ABANDONED

16    SITUATION, IT WAS PRETTY EVIDENT WHAT THE SITUATION WAS.

17    Q    BUT NOBODY TOLD YOU WHAT LIE TO TELL; THEY JUST WANTED YOU TO

18    GO TELL A LIE?

19    A    THEY WANTED ALL OUR STORIES TO BE CONSISTENT.

20    Q    AND THIS WAS JUST IMPLIED?

21    A    NO.  THAT WAS OUTRIGHT SAID.

22    Q    DID SERGEANT BOWEN TELL YOU WHAT TO SAY?

23    A    NO, SIR.

24    Q    DID YOU EVER TELL SERGEANT BOWEN -- DID HE EVER TELL YOU WHAT

25    TO SAY?
```

1    A    NO, SIR.

2    Q    EVENTUALLY, YOU WENT TO A STATE GRAND JURY?

3    A    YES, SIR.

4    Q    TOOK AN OATH TO TELL THE TRUTH, THE WHOLE TRUTH AND NOTHING

5    BUT THE TRUTH; RIGHT?

6    A    I DID.

7    Q    DID THEY SAY:  SO HELP ME GOD?  OR DID THEY STOP AT THAT

8    POINT?

9    A    I DON'T KNOW.  YOU WOULD KNOW BETTER THAN ME.

10   Q    I NEVER TOOK AN OATH.

11        SO YOU WENT TO THE GRAND JURY AND YOU SWORE TO TELL THE

12   TRUTH --

13   A    YES, SIR.

14   Q    -- AND YOU HAD TOLD A LIE?

15   A    I DID.

16   Q    DID ANYBODY TELL YOU WHAT LIE TO TELL THERE?

17   A    NO.  BUT I FELT THE PRESSURE TO MAINTAIN THE STORY WE'D PUT

18   TOGETHER.

19   Q    THINGS LIKE YOU SHOT AT PEOPLE WHO YOU THOUGHT WERE SHOOTING

20   AT YOU?

21   A    I DID.

22   Q    THAT WAS A LIE; RIGHT?

23   A    VERY MUCH.

24   Q    OKAY.  DID YOU EVER TELL ANYBODY:  I SHOT AT PEOPLE THAT

25   WEREN'T SHOOTING AT ME?

```
 1   A    NO.

 2   Q    DID YOU EVER TELL THAT TO SERGEANT KAUFMAN?

 3   A    NO.

 4   Q    DID YOU EVER TELL IT TO LIEUTENANT LOHMAN?

 5   A    NO, I DIDN'T.

 6   Q    DID YOU EVER TELL IT TO SERGEANT BOWEN?

 7   A    NO, I DIDN'T.

 8   Q    WOULD SERGEANT BOWEN HAVE ANY REASON TO BELIEVE THAT, WHEN

 9   YOU SAID THAT YOU WERE SHOOTING AT PEOPLE THAT WERE SHOOTING AT

10   YOU, THAT YOU WERE LYING TO HIM?

11   A    HE WAS THERE.  HE KNOWS WHAT HAPPENED.

12   Q    HE WAS ON THE SIDE OF THE TRUCK; RIGHT?

13   A    YES, SIR.

14   Q    OKAY.  YOU KNOW THE CRIME SCENE -- LET'S GO BACK.  DID YOU DO

15   ANYTHING TO ALTER THAT CRIME SCENE?

16   A    NO, SIR.

17   Q    DID YOU DO ANYTHING TO TRY TO HELP YOURSELF OUT AT THAT CRIME

18   SCENE?

19   A    AT THE CRIME SCENE?

20   Q    UM-HUM.

21   A    NO, SIR.

22   Q    THE INCIDENT SCENE.

23                  DO YOU KNOW THAT THERE WERE NO 40 CALIBER

24   CASINGS FOUND FROM YOUR WEAPON THAT YOU FIRED AT THAT BRIDGE?

25   A    I'M AWARE OF THAT.
```

1    Q    I NOW OTHER LAWYERS ARE GOING TO GO IN TO MORE IN-DEPTH WITH

2    YOU, BUT I'M GOING TO DO THIS VERY BRIEF.

3              YOU HAVE A DEAL FROM THE GOVERNMENT?

4    A    I COULDN'T HEAR YOU, SIR.  I'M SORRY.

5    Q    YOU HAVE A DEAL FROM THE GOVERNMENT?

6    A    YES, I DO.

7    Q    OF COURSE, YOU'RE NOT PLEADING TO VIOLATING ANYBODY'S CIVIL

8    RIGHTS?

9    A    NO.

10   Q    AND YOU GOT A MAXIMUM POSSIBLE SENTENCE OF EIGHT YEARS?

11   A    I'VE ALREADY BEEN SENTENCED TO EIGHT YEARS.

12   Q    BUT YOU HAVEN'T STARTED SERVING IT YET?

13   A    NOT YET.

14   Q    AND THE GOVERNMENT'S BEEN FILING MOTIONS TO CONTINUE, WAITING

15   TO SEE HOW YOU WERE GOING TO DO TODAY; RIGHT?

16   A    NO, THE GOVERNMENT HASN'T FILED ANYTHING.

17   Q    WHO IS FILING?

18   A    MY ATTORNEY.

19   Q    AND HE CAN GET A CONTINUANCE WITHOUT THEM AGREEING?

20   A    I'M NOT SURE HOW THAT WORKS.

21   Q    OKAY.  AND HOW LONG SINCE YOU PLED GUILTY?

22   A    DECEMBER -- NO.  LET'S SEE.

23   Q    WAS IT APRIL?

24   A    YEAH.

25   Q    OF?

```
 1   A    LAST YEAR.

 2   Q    OKAY.  SO YOU'VE BEEN OUT OF, EVEN ADMITTING TO WHAT YOU'VE

 3   ADMITTED TO, YOU'VE BEEN OUT OF JAIL FOR -- APRIL, MAY, JUNE,

 4   JULY -- MAYBE FIFTEEN MONTHS OR SO?

 5   A    YES, SIR.

 6   Q    AND YOU DON'T WANT TO GO TO JAIL; DO YOU?

 7   A    NO, SIR.

 8   Q    NOW, THE GOVERNMENT ALREADY DID YOU A FAVOR WHEN THEY DIDN'T

 9   CHARGE YOU WITH ALL THESE OFFENSES; RIGHT?

10   A    YES, SIR.

11   Q    AND THAT'S WHAT YOU WANTED TO GET AWAY WITH; RIGHT?

12   A    NO, SIR.

13   Q    OH, YOU WANTED TO PLEAD GUILTY TO THOSE THINGS?

14   A    NO, SIR.

15   Q    SO YOU WANTED TO NOT BE CHARGED WITH ALL THESE CIVIL RIGHTS

16   VIOLATIONS AND COVER-UP, ALL THIS STUFF THAT WE ARE HERE FOR

17   TODAY; RIGHT?

18   A    I HAD TO MAKE A DECISION THAT WAS BEST FOR MY FAMILY.

19   Q    BEST FOR YOUR FAMILY.  HOW MANY YEARS DID THEY TELL YOU YOU'D

20   GET IN JAIL?

21   A    FOR -- WHAT ARE YOU REFERRING TO, SIR?

22   Q    HUM?

23   A    TALKING ABOUT FOR WHAT I PLED GUILTY TO?

24   Q    YEAH.  BEFORE YOU PLED GUILTY.  WHEN YOU WERE TRYING TO MAKE

25   THE DECISION WHETHER YOU SHOULD TELL THEM THESE THINGS OR NOT SAY
```

```
1    THESE THINGS.

2    A    IT WAS A CONSIDERABLE AMOUNT OF TIME.

3    Q    DID THEY TELL YOU THAT YOU COULD -- THAT YOU ALSO POSSIBLY

4    COULD BE EXPOSED TO A DEATH PENALTY?

5    A    I DON'T REMEMBER IF THEY DID OR NOT.

6    Q    MAY HAVE?

7    A    COULD HAVE.

8    Q    THAT WOULD HAVE SCARED THE BEJESUS OUT OF YOU; RIGHT?

9    A    COULD HAVE.

10   Q    DID THEY TELL YOU YOU MAY BE GETTING LIFE IN PRISON?

11   A    THEY MAY HAVE.

12   Q    AND THAT'S NOT QUITE AS SCARY AS THE DEATH PENALTY, BUT IT'S

13   PRETTY SCARY; RIGHT?

14   A    IT'S A LONG TIME.

15   Q    AT THE LEAST, YOU'RE GOING TO GET 35, 40 YEARS?

16   A    THAT SEEMS MORE ACCURATE TO WHAT THEY WERE TELLING ME.

17   Q    MAYBE EVEN 50 OR 60?

18   A    I DON'T KNOW IF WENT THAT HIGH.  I DON'T REMEMBER.

19   Q    SO THEY HELPED YOU OUT SO YOU COULD GO HELP THEM OUT AND GET

20   THESE GUYS TO GO TO TRIAL AND GET THEM CHARGED; RIGHT?  THEY WERE

21   INDICTED AFTER YOU WENT TO THE GRAND JURY, OR AFTER YOU MADE YOUR

22   DEAL; RIGHT?

23   A    I COULDN'T HEAR YOU.  I WAS TRYING TO TALK.

24   Q    GO AHEAD AND TALK.  I'M SORRY.

25   A    I SAID THE ONLY THING I AGREED TO DO WAS TELL THE TRUTH.
```

```
1    Q    I UNDERSTAND THAT.

2              THE TRUTH AS WHAT THEY BELIEVE?

3    A    AS I KNOW IT.

4    Q    OKAY.  BUT IF YOU TOLD -- IF WHAT YOU KNEW AS THE TRUTH WAS

5    NOT WHAT THEY BELIEVED WAS THE TRUTH, DO YOU THINK THEY WOULD

6    GIVE YOU THE DEAL YOU WANT?

7    A    THEY GAVE IT TO ME BEFORE THEY TOLD ME ANYTHING.

8    Q    LET ME ASK YOU ONE MORE QUESTION.  WERE YOU OR WERE YOU NOT

9    DISCIPLINED BY THE NEW ORLEANS POLICE DEPARTMENT FOR

10   UNTRUTHFULNESS?

11   A    YES, I WAS.

12             MR. DESALVO:  I HAVE NO FURTHER QUESTIONS.

13   BY MR. DESALVO:

14   Q    IT HAD NOTHING DO WITH THIS?

15   A    NO.

16             THE COURT:  OKAY.  I'VE GOT 3:30.  WE DID START A LITTLE

17   BIT LATE.  DO YOU WANT TO TAKE AN AFTERNOON BREAK RIGHT ABOUT

18   NOW?  OKAY.

19             LET'S START THEN AT 3:45, WE'LL PICK UP.

20             SIR, PLEASE DON'T DISCUSS YOUR TESTIMONY WITH ANYBODY

21   DURING THE BREAK.

22             (JURY EXITS.)

23             (SIDEBAR CONFERENCE.)

24             MS. BERNSTEIN:  JUST A QUICK ISSUE THAT'S COME UP A

25   NUMBER OF TIMES AND I THINK PROBABLY WILL CONTINUE TO.
```

1          OBVIOUSLY, CROSS EXAMINATION FOR COOPERATORS ON WHETHER

2     THEY BELIEVED THEY WERE FACING MUCH MORE TIME IS COMPLETELY

3     PROPER.  HOWEVER, THE QUESTIONS SHOULD HAVE SOME GOOD FAITH BASIS

4     IN REALITY.  AND, YOU KNOW, I THINK THE CROSS WAS THE SAME FOR

5     HILLS.  THERE WAS OBVIOUSLY NEVER ANY ISSUE ABOUT LIFE IN PRISON

6     OR THE DEATH PENALTY FOR PEOPLE WHO NEVER KILLED ANYBODY.

7          MR. DESALVO:  MAYBE THERE SHOULD HAVE BEEN.

8          THE COURT:  I'M SPEAKING TO THE ATTORNEYS, I THINK THERE

9     NEEDS TO BE A GOOD FAITH BASIS.

10         THE WITNESS ARE SAYING THEY KNEW THEY WERE FACING A LOT

11    OF TIME BUT THEY DON'T REALLY KNOW WHAT.  BUT I DO BELIEVE THERE

12    NEEDS TO BE A GOOD FAITH BASIS FOR THE QUESTIONS.

13         THE COURT:  ARE YOU DONE?

14         MS. BERNSTEIN:  YES.

15         MR. FLEMING:  WHERE'S THE GOOD FAITH BASIS -- WHEN

16    BOBBIE SAT DOWN WITH ME, SHE TOLD ME MY CLIENT'S FACING FOUR LIFE

17    SENTENCES.  THAT'S NOT GOOD FAITH BASIS.

18         MS. BERNSTEIN:  MAY I RESPOND TO THAT?  AND THAT WAS

19    BECAUSE HIS CLIENT KILLED TWO PEOPLE.

20         WE'RE TALKING ABOUT HILLS, WHO EVERYBODY KNOWS DIDN'T

21    HIT ANYBODY, LET ALONE KILL ANYBODY.  HUNTER, WHO DIDN'T HIT

22    ANYBODY, LET ALONE KILL ANYBODY.

23         MR. FLEMING:  WE DON'T KNOW ANYBODY --

24         MS. BERNSTEIN:  LOHMAN, I THINK THEY MIGHT ASK THE DEATH

25    PENALTY OR LIFE AS WELL, WHO HIRED EVEN FIRED A GUN.  I JUST

1    DON'T BELIEVE THERE IS ANY GOOD FAITH BASIS FOR THIS QUESTION.

2           I WOULD ASK, THE OTHER CONCERN OF COURSE BEING --

3           THE COURT:  LET ME ADDRESS THIS.

4           I THINK THEY CAN ASK HIM, ESPECIALLY IF HE DOESN'T

5    SPECIFY, BECAUSE YOU HAD ASK HIM THAT AS WELL --

6           MS. BERNSTEIN:  YEAH.

7           THE COURT:  -- IF HE DOESN'T SPECIFY, I THINK THEY CAN

8    ASK HIM FOR A RANGE.  AND, IF HE'S NOT QUITE SURE -- WAS IT 30

9    YEARS?  WAS IT MORE THAN 30 YEARS, WAS IT LIFE.

10          MS. BERNSTEIN:  YES.

11          THE COURT:  ANYTHING IN BETWEEN, TO GET HIM TO NARROW

12   DOWN.  THE POINT IS THAT HE WAS FACING SUBSTANTIAL JAIL TIME AND

13   PERHAPS A LIFE SENTENCE.

14          BUT IF YOU'RE GOING TO ASK HIM ABOUT SOMETHING THAT HE

15   CLEARLY WAS NOT SUBJECT TO --

16          MS. BERNSTEIN:  THAT'S WHAT I'M SAYING.

17          THE COURT:  BUT IT DID START OUT AS A DEATH PENALTY CASE

18   FOR CERTAIN PEOPLE.  FOR CERTAIN PEOPLE.  I THINK YOU'RE RIGHT,

19   OBVIOUSLY SOME PEOPLE ARE NOT SUBJECT.

20          MS. BERNSTEIN:  CLEARLY NOT HUNTER, LOHMAN, LEHRMANN OR

21   HILLS.

22          THE COURT:  BUT SOME OF THESE PEOPLE, UNTIL THE FACTS

23   WERE SORTED BY THE GOVERNMENT, WE HAD TWO PEOPLE WHO WERE KILLED

24   AND SEVERAL OTHERS WHO WERE VERY CRITICALLY INJURED AND BUT FOR

25   THE GRACE OF GOD MIGHT HAVE DIED.  SO THE FACT THAT THE DEATH

1    PENALTY, THAT THIS WAS A POTENTIAL DEATH PENALTY CASE, WITHOUT

2    KNOWING WHO ALL WAS GOING TO COOPERATE, I THINK WAS CERTAINLY

3    STILL IN THE CARDS.

4           BUT I AGREE WITH THE GENERAL PROPOSITION THAT, IF WE NO

5    KNOW THAT A PERSON WAS NEVER SUBJECT TO THE DEATH PENALTY, THAT

6    IT WOULD BE INAPPROPRIATE TO TRY TO CROSS THEM AND SUGGEST THAT

7    THEY MIGHT HAVE BEEN SUBJECT TO THE DEATH PENALTY.

8           MR. HESSLER:  AND I BELIEVE THE HUNTER WOULD BE THE

9    PRIME EXAMPLE OF SOMEBODY WHO POTENTIALLY COULD HAVE BEEN EXPOSED

10   TO THE DEATH PENALTY SHOULD THE JUSTICE DEPARTMENT DECIDE TO GO

11   THAT WAY.

12          MS. BERNSTEIN:  ABSOLUTELY NOT.

13          MR. HESSLER:  HE FIRED AT RONALD MADISON.  RONALD

14   MADISON WAS STRUCK BY SOMEONE WHO HADN'T BEEN CHARGED.  AND THERE

15   WAS ONLY -- AND, CLEARLY, THAT'S PART -- COULD BE PART OF THE

16   DEAL.

17          MS. BERNSTEIN:  BUT CLEARLY WHATEVER BULLET HIT RONALD

18   MADISON ON THE EAST SIDE OF BRIDGE IS NOT WHAT KILLED HIM.

19          MR. HESSLER:  HOW DO YOU KNOW THAT?

20          MS. BERNSTEIN:  BECAUSE EVERYONE KNOWS --

21          MR. HESSLER:  HOW DO YOU KNOW THAT HE WASN'T GOING TO

22   DIE FROM THAT?

23          THE COURT:  NOW WE'RE TALKING ABOUT THE FACTS OF THE

24   CASE.

25          MS. BERNSTEIN:  LET'S BRING IT TO THIS VENTURE.

1          THE COURT:  I THINK I'VE TOLD YOU MY THOUGHTS ON THAT,

2     AND I EXPECT THEY WILL BE FOLLOWED.

3          MS. BERNSTEIN:  AND THAT IS FOR LEHRMANN -- JUST SO I

4     UNDERSTAND, FOR LEHRMANN, CLEARLY THIS DISCUSSION OF LIFE IN

5     PRISON AND THE DEATH PENALTY WILL NOT BE BROUGHT UP.  IS THAT

6     CORRECT?

7          MR. FLEMING:  LET ME SAY SOMETHING.  FRANK'S QUESTION

8     WAS WHAT DID BEZAK TELL YOU.  BEZAK WAS THERE, MS. BERNSTEIN WAS

9     NOT.  AND THERE'S A LEVEL OF INTIMIDATION THAT COMES INTO PLAY.

10    AND HE CAN SAY NO.  HE CAN SAY NO.

11         THE COURT:  I UNDERSTAND THAT.  BUT, FIRST OF ALL,

12    THAT'S NOT THE ISSUE THAT SHE APPROACHED ON.  SHE'S APPROACHED

13    THE SPECIFIC OF QUESTIONS ABOUT HOW MUCH TIME, WHAT PENALTY AND A

14    RATHER SPECIFICALLY LINE OF QUESTIONS ABOUT SPECIFIC PENALTIES.

15         MS. BERNSTEIN:  AND IT'S SIMPLY THE PRINCIPLE THAT THERE

16    HAS TO BE A GOOD FAITH BASIS FOR THE QUESTION.

17         THE COURT:  THAT'S THE ISSUE.

18         WE DON'T KNOW.  I MEAN, IT'S A FAIR QUESTION TO ASK THEM

19    WHAT THEY UNDERSTOOD THE PENALTY TO BE.  WHETHER IT WAS FROM

20    BEZAK, WHETHER IT WAS FROM BOBBIE, WHETHER IT WAS FROM THEIR OWN

21    ATTORNEY.

22         MS. BERNSTEIN:  CORRECT.

23         THE COURT:  THEY HAD TO KNOW THE RISK.  AND IT WAS A

24    MOTIVATING FACTOR.  THEY'VE ALL SAID, AND OBVIOUSLY IT'S A

25    MOTIVATING FACTOR FOR WHY THEY CHOSE TO ENTER THE PLEAS, BECAUSE

1      IT REDUCED THE RISK THAT THEY WERE SUBJECT TO.

2           THE QUESTION IS, DO WE ASK SOMEBODY WHO WE KNOW WAS NOT

3      SUBJECT TO THE DEATH PENALTY:  ISN'T IT TRUE THAT YOU WERE

4      SUBJECT TO THE DEATH PENALTY UNLESS YOU MADE A DEAL WITH THE

5      GOVERNMENT?  SOME OF THESE WITNESSES, WE DON'T KNOW.  SOME OF

6      THESE WITNESSES, WE DO KNOW BASED ON WHATEVER AGREEMENT WE HAVE

7      ON THE FACTS.

8           BUT, YOU'RE RIGHT, THAT WE DON'T HAVE AN AGREEMENT BASED

9      ON CERTAIN FACTS.  SO WE DON'T KNOW, AT THE TIME SOMEONE MADE A

10     OFFER TO ENTER A PLEA, WE DON'T KNOW IF THAT PERSON WAS IN THE

11     CROSS HAIRS OF A DEATH PENALTY TYPE CHARGE OR WHETHER THAT PERSON

12     WAS ON THE CROSS HAIRS OF BEING AN ACCOMPLICE OR AN OBSTRUCTION

13     OF JUSTICE CHARGE.

14          IT WOULD BE, TO PUT -- TO BRING IT FULL CIRCLE, I DON'T

15     THINK THAT AT ANY POINT IN TIME SERGEANT KAUFMAN WAS SUBJECT TO

16     -- AND CORRECT ME IF I'M WRONG -- WAS SUBJECT TO ANY TYPE OF

17     DEATH PENALTY OR LIFE IN PRISON.  HE MAY BE SUBJECT TO A LOT OF

18     YEARS IN PRISON.  BUT, FOR SOMEONE WHO COOPERATED, THAT WOULD

19     HAVE BEEN IN THAT POSITION, I THINK IT WOULD HAVE BEEN

20     INAPPROPRIATE TO SUGGEST THAT THEY WERE SUBJECT TO THE DEATH

21     PENALTY.

22          THOSE ARE MY THOUGHTS ON IT, AND I EXPECT THAT YOU ALL

23     WOULD BE ABLE TO UNDERSTAND AND FOLLOW IT.

24          MR. LARSON:  ON THE JUROR ISSUE, MY CLIENT, AS I

25     UNDERSTAND IT, HIS WIFE TEXTED THIS LADY'S DAUGHTER-IN-LAW, AND

1   HE WANTED TO KNOW SHOULD I TELL STACY OR TRACY NOT TO TEXT HER

2   ANYMORE.  AND I DIDN'T KNOW WHAT IT TELL HER.

3           MS. BERNSTEIN:  IT'S GOOD SHE DID.

4           THE COURT:  THAT'S THE WIFE AND THE DAUGHTER-IN-LAW.

5           MR. LARSON:  MY INSTRUCTION IS TO THE JUROR, I SAID

6   DON'T DO ANYTHING UNTIL WE TALK ABOUT IT.

7           THE COURT:  LET'S FIND OUT WHAT WE'RE GOING TO DO FIRST

8   BEFORE WE TELL PEOPLE WHO TO TEXT AND WHO NOT TO.

9           (SIDEBAR CONFERENCE CONCLUDED.)

10          (PROCEEDINGS IN RECESS.)

11          THE COURT:  WE'LL GO AHEAD AND FINISH UP THIS AFTERNOON.

12          MR. FLEMING, YOU ARE GOING TO GO NEXT?

13          MR. FLEMING:  YES, YOUR HONOR.

14          THE COURT:  MR. HUNTER, HAVE YOU SPOKEN TO ANY ANYONE

15  DURING THE BREAK ABOUT YOUR TESTIMONY?

16          THE WITNESS:  NO, YOUR HONOR.

17          THE COURT:  MR. FLEMING, YOU MAY BEGIN.

18                       CROSS EXAMINATION

19  BY MR. FLEMING:

20  Q   MR. HUNTER, HOW LONG WERE YOU WITH THE NEW ORLEANS POLICE

21  DEPARTMENT?

22  A   ELEVEN YEARS.

23  Q   AND, IN THAT MATTER OF TIME, YOU MANAGED TO RUN UP QUITE A

24  FEW NUMBER OF COMPLAINTS WITH PIB; RIGHT?

25  A   I HAVEN'T SEEN MY SHORT-SHEET IN A LONG TIME.

1    Q    YOU WERE ASKED RECENTLY ABOUT ONE FOR UNTRUTHFULNESS?

2    A    CORRECT.

3    Q    AND THAT WAS YOU GAVE A FALSE STATEMENT TO A SUPERIOR

4    OFFICER; RIGHT?

5    A    I DIDN'T GIVE ONE, BUT THAT'S HOW IT ENDED UP.

6    Q    YOU DIDN'T GET ONE?  YOU DIDN'T GIVE ONE?

7    A    I DIDN'T GIVE A FALSE STATEMENT.

8    Q    OKAY.  AND THAT COMPLAINT WAS SUSTAINED BY YOUR SUPERIORS;

9    CORRECT?

10   A    YES, IT WAS.

11   Q    BUT YOU'RE SAYING THAT THAT COMPLAINT WAS COMPLAINT WAS

12   SUSTAINED?

13   A    CORRECT.

14   Q    THEY KNOCKED YOU ONE THAT YOU DIDN'T DESERVE?

15   A    YES, SIR.

16   Q    AND THAT COMPLAINT AS WELL, THIS WAS -- THERE WAS A SERGEANT

17   THAT'S NOT AFFILIATED WITH THIS CASE AT ALL, SAID YOU USED VULGAR

18   LANGUAGE TOWARDS HIM AS WELL AS RESIDENTS; RIGHT?  WAS THAT MADE

19   UP AS WELL?

20   A    YEAH, HE MADE THAT UP.

21   Q    HE MADE THAT UP.  AND THAT WAS --

22   A    THAT WAS THE TRUTHFULNESS PART OF THAT.

23   Q    THAT WAS THE TRUTHFULNESS?

24   A    THE WAY I REMEMBER IT.  IT WAS A LONG TIME AGO.

25   Q    SO THE SERGEANT LIED ON YOU WHEN HE SAID YOU WERE UNTRUTHFUL?

1    A    YES.

2    Q    AND HE LIED ON YOU WHEN HE SAID YOU USED VULGAR LANGUAGE

3    TOWARDS HIM AND AREA RESIDENTS?

4    A    YES.

5    Q    YOU WERE SUSPENDED WHILE YOU WERE A NEW ORLEANS POLICEMAN?

6    A    YES, I WAS.

7    Q    FAILED TO REPORT FOR DUTY AT ONE POINT?

8         MS. BERNSTEIN:  YOUR HONOR, MAY WE APPROACH?

9    BY MR. FLEMING:

10   Q    JUNE OF 2000.

11        THE COURT:  COME ON UP.

12        (SIDEBAR CONFERENCE.  JURY NOT PRESENT.)

13        MS. BERNSTEIN:  I WAS UNDER THE IMPRESSION WHEN WE WERE

14   UP HERE LAST TIME THAT HE WAS GOING TO BE CROSSING ON THE FINDING

15   OF UNTRUTHFULNESS.  IF WE'RE GOING TO GET INTO HIS ENTIRE PIB

16   HISTORY, I OBJECT.  IT'S IRRELEVANT.  IT HAS NOTHING TO DO THE

17   DANZIGER CASE.  AND, AS LONG AS IT HAS NOTHING TO DO WITH

18   TRUTHFULNESS IT'S COMPLETELY IMPROPER.

19        MR. FLEMING:  FIRST OF ALL, THE WITNESS IS LISTENING TO

20   OUR CONVERSATION.

21        SECOND OF ALL, WE HAD A CONVERSATION REGARDING

22   TRUTHFULNESS.  I DON'T SEE WHY I SHOULDN'T BE ALLOWED TO DELVE

23   INTO OTHER AREAS THAT WERE SUPPLIED BY THE GOVERNMENT.

24        THE COURT:  I'LL OVERRULE.  YOU CAN ASK.

25        MS. BERNSTEIN:  ABOUT NEW DISCIPLINE?

```
 1        THE COURT:  HE'S ON CROSS.

 2            MS. BERNSTEIN:  ARE WE LIMITED TO DISCIPLINE THAT WAS

 3   NEW DISCIPLINE?

 4            MR. FLEMING:  ACCORDING TO YOUR RECORDS.

 5            THE COURT:  YES, THAT WAS SUSTAINED.

 6            (SIDEBAR CONCLUDED.  JURY NOW PRESENT.)

 7   BY MR. FLEMING:

 8   Q   WE WERE TALKING ABOUT THE TIME YOU WERE WRITTEN UP FOR

 9   FAILURE TO REPORT FOR DUTY IN JUNE OF 2000.

10   A   YOU'D HAVE TO SHOW MY THAT.  I'M NOT FAMILIAR WITH IT.

11   Q   HOW MANY TIMES WERE YOU SUSPENDED, MR. HUNTER, WHILE A

12   POLICEMAN?

13   A   I BELIEVE TWICE.

14   Q   ALL RIGHT.  WHAT WAS THE FIRST TIME FOR?

15   A   I THINK IT WAS FOR MISSING COURT.

16   Q   WHEN WAS THAT?

17   A   I DON'T REMEMBER.

18   Q   YOU DON'T REMEMBER WHEN YOU WERE SUSPENDED FROM YOUR JOB?

19   A   NO, SIR.

20   Q   WHEN WAS THE SECOND TIME OR WHAT WAS THE SECOND TIME YOU WERE

21   SUSPENDED FOR?

22   A   THE TRUTHFULNESS COMPLAINT.

23   Q   THAT WAS THE TRUTHFULNESS COMPLAINT.

24            SO YOU WERE SUSPENDED AT LEAST ONE TIME, YOU ADOPT

25   REMEMBER WHEN, FOR MISSING COURT.
```

1    A    YES, SIR.

2    Q    OKAY.  AND YOU WERE REPRIMANDED AGAIN IN 2005, PRIOR TO THE

3    STORM, FOR FAILURE TO LISTEN TO INSTRUCTIONS FROM A SUPERIOR

4    OFFICER; RIGHT?

5    A    THAT WAS THE MISSING COURT AS WELL.

6    Q    THAT WAS FOR MISSING COURT AS WELL?

7    A    YES.

8    Q    OKAY.  SO IT WAS NOT FOR FAILURE TO ABIDE BY INSTRUCTIONS

9    FROM AN AUTHORITATIVE SOURCE?

10   A    I BELIEVE IT'S A CATCH-ALL FOR --

11   Q    IT'S A CATCH-ALL, OKAY.

12   A    SOMEBODY TOLD ME TO GO TO COURT, AND I PROBABLY DIDN'T GO.

13   Q    AND YOU WERE ALSO DISCIPLINED FOR SOME TYPE OF

14   PROFESSIONALISM; CORRECT?

15   A    MAYBE.

16   Q    IN SEPTEMBER, THAT INCIDENT OCCURRED SEPTEMBER 13TH, 2006.

17   A    I'M NOT SURE WHAT YOU ARE REFERRING TO.  LIKE I SAID, YOU'RE

18   GOING TO HAVE TO SHOW ME.

19   Q    IT'S A RATHER SEVERE CONSEQUENCE, TO BE DISCIPLINE FROM THE

20   POLICE DEPARTMENT; RIGHT?

21   A    IT'S FAIRLY COMMON.

22   Q    IT'S FAIRLY COMMON?

23   A    YES.

24   Q    COMMON FOR YOU, THAT YOU DON'T REMEMBER?

25   A    IT WASN'T A BIG DEAL.

```
1    Q    WASN'T A BIG DEAL.  TO BE DISCIPLINE AND SUSPENDED FROM YOUR
2    JOB IS NOT A BIG DEAL TO YOU?
3    A    NO, SIR.  IT WAS ONLY THREE DAYS.
4    Q    IT WAS ONLY THREE DAYS?
5    A    SHORT VACATION.
6    Q    NICE.
7              AT SOME POINT, IT WAS EITHER ON DIRECT OR CROSS
8    EXAMINATION, YOU WERE EXPLAINING YOU WERE OFF-DUTY AT THE TIME
9    THE STORM HIT.  AND I BELIEVE YOU'VE INDICATED YOUR HOUSE WAS IN
10   SLIDELL AT THE TIME?
11   A    YES.
12   Q    AND, DURING THIS TIME, PRIOR TO THE STORM HITTING, NEW
13   ORLEANS POLICE DEPARTMENT HAD A RESIDENCY REQUIREMENT THAT THE
14   OFFICERS WERE REQUIRED TO LIVE WITHIN THE CITY OF NEW ORLEANS;
15   RIGHT?
16   A    CORRECT RIGHT.
17   Q    AND FOLKS HAD TO SIGN SOME TYPE OF AFFIDAVIT OR SWORN
18   STATEMENT SAYING THAT THEY DID IN FACT RESIDE WITHIN THE CITY OF
19   NEW ORLEANS; RIGHT?
20   A    I DON'T REMEMBER.
21   Q    YOU DON'T REMEMBER?
22   A    NO.
23   Q    YOU DON'T REMEMBER SIGNING A SWORN STATEMENT THAT YOU DID IN
24   FACT LIVE WITHIN THE CITY OF NEW ORLEANS?
25   A    I COULD HAVE.  I DON'T REMEMBER.
```

1    Q    YOU CONCEDE, THOUGH, THAT THERE WAS A RESIDENCY REQUIREMENT

2    PRIOR TO THE HURRICANE?

3    A    I DID WHAT WAS BEST FOR MY FAMILY.

4    Q    YOU CONCEDE THAT THERE WAS A RESIDENCY REQUIREMENT PRIOR TO

5    THE HURRICANE?

6    A    YES.

7    Q    AND YOU DID NOT IN FACT LIVE WITHIN THE CITY OF NEW ORLEANS?

8    A    I DID WHAT WAS BEST FOR MY FAMILY.

9    Q    YOU DID IN FACT NOT LIVE WITHIN THE CITY OF NEW ORLEANS?

10   A    NO, SIR.

11   Q    AT THE TIME STORM HIT, YOU WERE ASSIGNED TO THE SEVENTH

12   DISTRICT; RIGHT?

13   A    YES, SIR.

14   Q    ASSIGNED TO THE TASK FORCE?

15   A    NO, SIR.

16   Q    YOU WERE ASSIGNED TO THE TASK FORCE AT SOME POINT PRIOR;

17   RIGHT?

18   A    YES.

19   Q    WHERE WERE YOU ASSIGNED AT THE TIME OF THE HURRICANE?

20   A    I WAS ON THE SEVENTH DISTRICT NIGHT WATCH.

21   Q    WHY HAD YOU LEFT THE TASK FORCE?

22   A    LEFT THE TASK FORCE TO GO TO THE NEW NARCOTICS SQUAD SERGEANT

23   GISEVIUS FORMED.

24   Q    SO YOU WORKED UNDER SERGEANT GISEVIUS FOR AWHILE?

25   A    YES.

```
 1   Q    YOU DIDN'T GET ALONG WITH SERGEANT GISEVIUS EITHER; CORRECT?

 2   A    I DIDN'T LIKE HOW THINGS WERE BEING RUN.

 3   Q    YOU HAD TROUBLE WITH THAT BOSS AS WELL; CORRECT?

 4   A    I DIDN'T HAVE TROUBLE WITH HIM.  I JUST DIDN'T THE SAME

 5   OPINIONS AS HIM.

 6   Q    YOU HAD TROUBLE WITH YOUR BOSS AGAIN?

 7   A    NO, SIR.

 8   Q    SERGEANT GISEVIUS, JUST AS THE OTHER SERGEANT?

 9   A    NO, SIR.

10   Q    NO?

11        YOU DIDN'T STAY WORKING WITH SERGEANT GISEVIUS; DID YOU.

12   A    I DIDN'T ENJOY THE WORK WE WERE DOING.

13   Q    THAT'S THE ASSIGNMENT YOU SOUGHT INITIALLY; RIGHT?

14   A    NO.  HE INVITED ME OVER.  I TOOK HIM UP ON IT.

15   Q    YOU VOLUNTARILY TRANSFERRED OFFER TO THAT UNIT; RIGHT?

16   A    YES.

17   Q    NOBODY TOLD YOU YOU HAD TO GO?

18   A    NO, SIR.

19   Q    IN RESPONSE TO MR. DESALVO'S QUESTIONS, YOU SAID YOU DID NOT

20   WORK AT THE NURSING HOME WITH SERGEANT LEWIS GAYDOSH?

21   A    NO.  SERGEANT GAYGOSH --

22   Q    SERGEANT GAYDOSH.

23   A    -- SERGEANT GAYDOSH ASKED ME IF I WANTED TO WORK WITH HIM AND

24   ANOTHER OFFICER AT THE NURSING HOME.  AND I TURNED HIM DOWN.

25   Q    YOU DID NOT WORK THERE FOR TWO DAYS?
```

1    A    NO.

2    Q    DO YOU REMEMBER TELLING THIS MAN, AGENT BEZAK, THAT YOU

3    WORKED FOR MR. GAYDOSH FOR TWO DAYS?

4    A    I REMEMBER THE CONVERSATION.  I TOLD HIM THAT I WAS INVITED

5    TO GO OVER, BUT I CHOSE NOT TO.

6    Q    THAT WAS ROUGHLY ON 3/13 OF 2010?

7    A    3/13?

8    Q    I'M SORRY.  3/17/2010, WHEN YOU MET WITH MR. BEZAK?

9    A    YES.

10         MR. FLEMING:  MAY I APPROACH THE WITNESS?

11         THE COURT:  YES.

12    BY MR. FLEMING:

13    Q    ASK YOU TO TAKE A LOOK AT THAT, ASK YOU TO READ THAT BOTTOM

14    LAST PARAGRAPH.

15         (PAUSE IN PROCEEDINGS.)

16         MR. FLEMING:  READ IT TO YOURSELF.

17         (PAUSE IN PROCEEDINGS.)

18         THE WITNESS:  THIS PART, STARTING HERE?

19         MR. FLEMING:  NO.  THAT LAST PARAGRAPH ON THE PAGE, SIR.

20         (PAUSE IN PROCEEDINGS.)

21    BY MR. FLEMING:

22    A    THAT'S AN INCORRECT STATEMENT.

23    Q    THAT'S AN INCORRECT STATEMENT?

24    A    YES.

25    Q    SO WHAT AGENT BEZAK WROTE DOWN PURSUANT TO HIS CONVERSATION

```
 1    WITH YOU IS WRONG?

 2    A    IT WAS A MISUNDERSTANDING APPARENTLY.

 3    Q    I'M ASKING YOU -- NOT ASKING IF IT'S A MISUNDERSTANDING.  I'M

 4    ASKING IF IT'S WRONG.

 5    A    IT'S NOT CORRECT.

 6    Q    AND THAT'S ANOTHER WAY OF SAYING IT'S WRONG?

 7    A    IT'S NOT CORRECT.

 8    Q    IS IT RIGHT OR IS IT WRONG?

 9    A    IT'S WRONG, SIR.

10    Q    THANK YOU.

11                    AND YOU WENT BACK, WHEN YOU WERE AT THE SEVENTH

12    DISTRICT, YOU WENT BACK TO YOUR TRUCK TO OBTAIN SOME OF YOUR

13    FIREARMS; RIGHT?

14    A    YES.

15    Q    AN AK-47?

16    A    YES.

17    Q    AS WELL AS A SHOTGUN?

18    A    YES.

19    Q    YOUR PERSONAL WEAPONS?

20    A    YES.

21    Q    AND YOU DID THAT BECAUSE OF SNIPERS IN THE AREA; RIGHT?

22    A    YES.

23    Q    AND BECAUSE YOU HAD HEARD ABOUT THE OFFICER GETTING SHOT ON

24    THE WESTBANK?

25    A    YES.  THE SITUATION WAS CHAOTIC IN THE CITY.
```

1    Q    WHEN YOU GOT BACK TO THAT LITTLE MAKESHIFT AREA, CAPTAIN

2    BARDY SAW WITH THE RIFLE; RIGHT?

3    A    YES.

4    Q    AND HE GAVE YOU APPROVAL FOR USING THAT RIFLE; DID HE NOT?

5    A    YES.

6    Q    CAPTAIN BARDY, AGAIN, HE'S THE COMMANDER OF THE SEVENTH

7    DISTRICT?

8    A    HE WAS AT THE TIME.

9    Q    AT THE TIME.  THAT'S WHEN WE'RE TALKING ABOUT.

10         AND YOU WEREN'T THE ONLY OFFICER TO HAVE GUNS, PERSONAL

11   WEAPONS; RIGHT?

12   A    NO, SIR.

13   Q    AND YOU'RE AWARE THAT CAPTAIN BARDY ALLOWED OTHER OFFICERS TO

14   CARRY PERSONAL WEAPONS?

15   A    I DON'T HAVE ANY DIRECT KNOWLEDGE OF IT.

16   Q    I'M SORRY?

17   A    I DON'T HAVE ANY DIRECT KNOWLEDGE OF HIM GIVING PERMISSION,

18   AS HE DID ME.

19   Q    BUT, YOU, HE GAVE PERMISSION TO?

20   A    YES.

21   Q    LET'S TALK ABOUT SEPTEMBER 4TH, 2005 FOR A MOMENT.  YOU'RE AT

22   THE CRYSTAL PALACE THAT DAY?

23   A    YES, SIR.

24   Q    YOU DIDN'T HEAR THE 108 CALL YOURSELF; RIGHT?

25   A    NO, SIR.

1   Q   SERGEANT BOWEN TOLD YOU.

2   A   I COULDN'T HEAR YOU.

3   Q   SERGEANT BOWEN TOLD YOU ABOUT THE CALL; RIGHT?

4   A   YES, SIR.

5   Q   BUNCH OF YOU ALL PILED INTO THE BUDGET TRUCK?

6   A   YES, SIR.

7   Q   IT WAS ONLY YOU AND SERGEANT BOWEN IN THE FRONT; RIGHT?

8   A   YES, SIR.

9   Q   YOU HAD A BUNCH OF OTHER PEOPLE IN THE BACK?

10  A   YES, SIR.

11  Q   YOU'RE NOT SURE EXACTLY WHO AT THE TIME?

12  A   NO, NOT AT THE TIME.

13  Q   AND THAT BACK WAS ENCLOSED; CORRECT?

14  A   YES.

15  Q   YOU DROVE PRETTY FAST DOWN TO THE DANZIGER BRIDGE; DIDN'T

16  YOU?

17  A   YEAH.

18  Q   AT ONE POINT, YOU DROVE FAST ENOUGH TO SCARE A STATE TROOPER

19  SAW ALONG THE WAY; RIGHT?

20  A   YEAH, I REMEMBER THAT.

21  Q   IN FACT, THE TROOPER POINTED A GUN AT YOU?

22  A   NO, HE DIDN'T.

23  Q   HE DID NOT?

24  A   NO.  HE DREW HIS WEAPON BUT HE NEVER POINTED IT AT US.

25  Q   HE DREW HIS WEAPON?

```
1    A    YES, SIR.

2    Q    HE DIDN'T POINT IT AT YOU?

3    A    NO, SIR.

4    Q    I'M GOING TO SHOW YOU THAT SAME 302.

5              MR. FLEMING:  IF I MAY APPROACH THE WITNESS, YOUR HONOR?

6              THE COURT:  YES, YOU MAY.

7    BY MR. FLEMING:

8    Q    I'LL HIGHLIGHT THIS.  ASK YOU TO JUST READ OVER THAT PART TO

9    YOURSELF THAT I'VE JUST UNDERLINED.

10             (PAUSE IN PROCEEDINGS.)

11   BY MR. FLEMING:

12   A    THE LAST PART OF THAT SENTENCE IS INCORRECT.

13   Q    SO THAT DOESN'T REFRESH YOUR MEMORY.

14             SO YOU'RE SAYING THE PART OF THE 302 THAT SAYS THAT

15   TROOPER POINTED -- PULLED HIS PISTOL AND POINTED IT AT THE TRUCK

16   AS THE TRUCK SPED TOWARD HIM IS INCORRECT?

17   A    THAT'S INCORRECT.  HE DREW HIS WEAPON AND KEPT IT AT HIS

18   SIDE.

19   Q    SO THAT'S ANOTHER MISTAKE THAT AGENT BEZAK MADE?

20   A    I DON'T KNOW.  THAT'S NOT CONSISTENT --

21   Q    DID YOU TELL HIM THAT?

22   A    NO, I DIDN'T.

23   Q    AND THAT TOOK PLACE ON CHEF HIGHWAY; RIGHT?

24   A    YES, SIR.

25   Q    YOU WENT AROUND THE AREA, JUMPED INTO THE OTHER LANE?
```

1    A    YES, SIR.

2    Q    DRIVING IN THE TRUCK, YOU'RE ABLE TO HEAR THE RADIO JUST A

3    LITTLE BIT?

4    A    YES, SIR.

5    Q    THAT WAS SERGEANT BOWEN'S RADIO?

6    A    YES, SIR.

7    Q    AGAIN, YOUR RADIO DIDN'T WORK?

8    A    YES, SIR.

9    Q    A LITTLE, BECAUSE YOU WERE HAVING TROUBLE HEARING THE RADIO?

10   A    YES, SIR.

11   Q    YOUR WINDOWS WERE DOWN?

12   A    YES, SIR.

13   Q    BUT YOU WERE ABLE TO MAKE OUT THE DESCRIPTION FROM THE FEMALE

14   OFFICER; RIGHT?

15   A    YES, SIR.

16   Q    YOU WERE ABLE TO MAKE OUT THAT SHE WAS GIVING A DESCRIPTION

17   OF GUNMEN, RIGHT?

18   A    LET ME BACK UP AND CORRECT MYSELF.  WHEN THE DESCRIPTION WAS

19   GIVEN OUT, I'M NOT SURE IF IT WAS A MALE OR FEMALE.  I JUST COULD

20   HEAR A CLOTHING DESCRIPTION OF COLORS.

21   Q    YOU HEARD SOMEBODY GIVING A DESCRIPTION?

22   A    CORRECT, SIR.

23   Q    AND AT SOME POINT YOU HEARD A FEMALE VOICE ON THE RADIO;

24   RIGHT?

25   A    YES, SIR.

1    Q    SO YOU HEARD A FEMALE VOICE AND YOU A HEARD A MAIL VOICE ON

2    THE RADIO AS WELL?

3    A    I DON'T RECALL HEARING A MALE VOICE.

4    Q    BEEN THEN IT WAS A FEMALE VOICE THAT GAVE THE DESCRIPTION?

5    A    I DON'T IF IT WAS A MALE OR A FEMALE GIVING THE DESCRIPTION.

6    Q    DID YOU HEAR SOMEBODY GIVING YOU A DESCRIPTION?

7    A    I HEARD PART OF A DESCRIPTION COME OVER THE RADIO.

8    Q    WAS THAT A MALE OR A FEMALE?

9    A    I DON'T RECALL AT THIS TIME.

10   Q    AND THE DESCRIPTION, SHE DESCRIBED -- THE PERSON ON THE RADIO

11   DESCRIBED ONE OF THE INDIVIDUALS, THE GUNMAN, AS WEARING A WHITE

12   T-SHIRT AND BLUE JEAN SHORTS; RIGHT?

13   A    CORRECT.

14   Q    AND YOU HAD HEARD THAT AN OFFICER MAY HAVE BEEN SHOT IN THE

15   GUN FIGHT?

16   A    NO, I DIDN'T HEAR THAT.

17   Q    YOU DIDN'T HEAR THAT?

18   A    NO, SIR.

19   Q    WHY WERE YOU GOING OVER THERE?

20   A    SERGEANT BOWEN SAID THERE WAS A SIGNAL 108 AT CHEF AND

21   DOWNMAN.

22   Q    AND YOU DID NOT HEAR THAT AN OFFICER MAY HAVE BEEN SHOT?

23   A    NO, I DIDN'T HEAR THAT.

24   Q    OKAY.

25        YOU TESTIFIED IN THE STATE GRAND JURY; RIGHT?

1    A    YES, SIR.

2    Q    AND YOU TOLD THE STATE GRAND JURY THAT YOU WERE INFORMED THAT

3    AN OFFICER MAY BE SHOT AT THE LOCATION, ACTUALLY WOUNDED DURING A

4    GUN FIGHT.  THAT'S WHAT YOU TESTIFIED TO IN THE STATE GRAND JURY?

5    A    I DON'T RECALL THAT TESTIMONY, BUT A LOT OF THAT TESTIMONY

6    WAS FALSE.

7    Q    I'M NOT ASKING ABOUT A LOT OF IT, I'M ASKING ABOUT THAT

8    PARTICULAR PIECE OF INFORMATION?

9    A    I DON'T RECALL THAT PARTICULAR PIECE OF INFORMATION.

10            MR. FLEMING:  IF I MAY APPROACH THE WITNESS.

11            THE COURT:  YES.

12            MR. FLEMING:  I'VE SHOWN MS. BERNSTEIN.

13   BY MR. FLEMING:

14   Q    I'VE UNDERLINED THAT IN RED.  ASK YOU TO TAKE A LOOK AT THAT,

15   READ TO THAT YOURSELF, AND SEE IF THAT REFRESHES YOUR MEMORY AS

16   TO WHAT YOU TOLD THE STATE GRAND JURY.

17            (PAUSE IN PROCEEDINGS.)

18   BY MR. FLEMING:

19   A    I DON'T REMEMBER SERGEANT BOWEN TELLING ME THAT.

20   Q    THAT'S NOT MY QUESTION.  DID YOU TELL THE STATE GRAND JURY

21   THAT?

22   A    APPARENTLY, I DID.

23   Q    OKAY.  AND YOU'RE SAYING THAT'S NOT TRUE?

24   A    CORRECT.

25   Q    SO THAT WOULD BE ONE OF THE THINGS THAT YOU'RE UNTRUTHFUL

1    ABOUT?

2    A    YES.

3    Q    AND YOU'RE UNDER OATH AT THE TIME?

4    A    YES.

5    Q    THERE ARE OTHER PARTS OF THAT STATE GRAND JURY TESTIMONY THAT

6    ARE TRUE; RIGHT?

7    A    I'M SURE THERE ARE.

8    Q    I'M SORRY?

9    A    I'M SURE THERE ARE.

10   Q    YOU DIDN'T READ YOUR STATE GRAND JURY RECENTLY?

11   A    NO.

12   Q    WHEN IS THE LAST TIME YOU'VE READ IT OVER?

13   A    I'VE NEVER READ IT.

14   Q    YOU'VE NEVER READ IT, OKAY.

15          SO, YOU GET TO THE BRIDGE, STILL DRIVING THE TRUCK.  YOU

16   SAW A GROUP OF PEOPLE AT THE BRIDGE; RIGHT?

17   A    YES.

18   Q    RIGHT ABOUT THAT TIME, YOU HEARD A FEMALE OFFICER ON THE

19   RADIO AGAIN; RIGHT?

20   A    I HEARD HER THAT TIME.  I KNEW IT WAS A FEMALE THAT TIME.

21   Q    YOU HEARD HER THIS TIME.  ONCE AT THE BRIDGE, YOU SEE A GROUP

22   OF PEOPLE, YOU HEAR SOMEBODY ON THE RADIO THAT'S A FEMALE

23   OFFICER; RIGHT?

24   A    YES.

25   Q    YOU HEARD THE FEMALE OFFICER SAY:  THAT'S THEM; CORRECT?

1    A    YES.

2    Q    AND, THAT'S THEM, YOU ASSUME THAT MEANT THAT'S THEM, THAT'S

3    THE GUNMEN; RIGHT?

4    A    YES.

5    Q    AND EVERYTHING'S HAPPENED VERY, VERY FAST; CORRECT?

6    A    CORRECT.

7    Q    MATTER OF SECONDS; RIGHT?

8    A    YES, SIR.

9    Q    YOU TESTIFIED TODAY AND YOU'VE TOLD THE FBI IN THE PAST THAT,

10   WHEN YOU APPROACHED THIS GROUP, YOU FIRED WARNING SHOTS?

11   A    YES.

12   Q    WHEN YOU FIRST MET WITH THE FBI AND FIRST TOLD THEM THIS, I

13   BELIEVE YOU'VE INDICATED THAT SOMEBODY, YOU REMEMBER ONE OF THE

14   DOJ LAWYERS BEING PRESENT, A FORREST CHRISTIANSON?

15   A    YES, THAT'S HIS NAME.

16   Q    MS. BERNSTEIN WASN'T PRESENT AT THAT MEETING; RIGHT?

17   A    NO.

18   Q    AT THAT MEETING.

19   A    EXCUSE ME, SIR, I WAS TRYING TO ANSWER.

20         THE MEETING WHERE I FIRST SIGNED THE PLEA AGREEMENT, SHE

21   WAS NOT THERE.  THE MARCH 17TH MEETING, SHE WAS.

22   Q    I'M TALKING ABOUT THE MEETING ON MARCH 11TH, THAT'S THE

23   MEETING MS. BERNSTEIN WAS NOT PRESENT FOR; CORRECT?

24   A    SHE WAS THERE --

25   Q    THAT'S BEFORE MARCH 17TH.  MARCH 11TH.

```
 1    A    CAN YOU REPEAT YOUR QUESTION, SIR?

 2    Q    SURE.  I'M TALKING SPECIFICALLY ABOUT THE MEETING ON MARCH

 3    11TH, THAT'S THE MEETING MS. BERNSTEIN WAS NOT PRESENT FOR?

 4    A    THERE WERE TWO MEETINGS THAT DAY, SIR.  ONE, SHE WAS THERE

 5    AND ONE SHE WAS NOT.

 6    Q    YOU MET TWICE THAT DAY?

 7    A    YES.

 8    Q    WHEN YOU TOLD THE FBI THAT YOU FIRED WARNING SHOTS, WAS MS.

 9    BERNSTEIN WITH YOU OR NOT WITH YOU?

10    A    NOT WITH ME.  NOT THERE.

11    Q    THAT'S THE ONE MR. CHRISTIANSON WAS THERE FOR; RIGHT?

12    A    HE WAS THERE FOR THE FIRST ONE AS WELL.

13    Q    MR. BEZAK WAS THERE?

14    A    YES.  HE WAS THERE FOR BOTH OF THEM.

15    Q    AND, AGAIN, AS YOU SAID, THIS MEETING WAS ANTICIPATION OF

16    YOUR PLEADING GUILTY?

17    A    YES.

18    Q    AND REGARDING THE WARNING SHOTS, THAT'S WHAT YOU PLED GUILTY

19    TO ON THE FACTUAL BASIS; RIGHT?

20    A    I PLED GUILTY TO MISIMPRISONMENT OF A FELONY.

21    Q    THAT'S THE FACT ACTUAL BASIS UNDERLYING THE CHARGES, THAT YOU

22    FIRED WARNING SHORTS.

23    A    I'D HAVE TO READ WHAT CHARGES WENT WITH WHAT ACTION.

24    Q    SAME FACTUAL BASIS THAT MS. BERNSTEIN HAD YOU READ EARLIER,

25    HAD YOU IDENTIFY.  THE ONE YOU READ OVER WITH YOUR ATTORNEY, MADE
```

1    SOME CORRECTIONS, READ OVER AGAIN AND THEN SIGNED OFF ON THAT.

2    A    YEAH.

3    Q    THE ONE YOU STUDIED.  YOU DON'T REMEMBER THAT?  THE WARNING

4    SHOTS?

5    A    I REMEMBER THE WARNING SHOTS.  I'M TRYING TO -- YOU ASKED ME

6    IF I PLED GUILTY TO FIRING THE WARNING SHOT, AND I DON'T KNOW --

7    Q    I'M SORRY.

8    A    NOW I'M CONFUSED.  CAN HE HELP ME OUT, PLEASE?

9    Q    WAS THAT PART OF THE FACTUAL BASIS THAT YOU SIGNED OFF ON IN

10   CONJUNCTION WITH YOUR PLEA OF GUILTY?

11   A    THE WARNING SHOTS?

12   Q    YES.

13   A    THAT WAS PART OF THE FACTUAL BASIS.

14   Q    IT'S PART OF THE FACTUAL BASIS?

15   A    YES.

16   Q    THE ONE THAT YOU READ AT LEAST TWICE BEFORE SIGNING; RIGHT?

17   A    YES.

18   Q    AND YOU READ WITH YOUR ATTORNEY; RIGHT?

19   A    YES.

20   Q    ON THAT SAME DATE -- STRIKE THAT.

21                    THE DAY YOU MET WITH AGENT BEZAK AND MR.

22   CHRISTIAN, YOU TOLD THEM YOU FIRED THOSE WARNING SHOTS BECAUSE

23   YOU WERE AFRAID PEOPLE MIGHT BE ARMED?

24   A    YES.

25   Q    AND NOT BECAUSE YOU WERE IN A RENTAL TRUCK THAT THE GROUP

1    MIGHT NOT KNOW THAT YOU WERE POLICE OFFICERS; RIGHT?

2    A    CORRECT.

3    Q    AND THAT YOU WERE WORRIED THAT THE OFFICERS IN THE BACK OF

4    THE TRUCK MIGHT GET AMBUSHED; RIGHT?

5    A    THAT WAS A CONCERN AT THE TIME.

6    Q    THAT WAS A CONCERN AT THE TIME, AND THAT WAS WHAT YOU TOLD

7    THE FBI; RIGHT?

8    A    CORRECT.

9    Q    YOU SPOKE TO THE FBI, AS YOU SAID, AFTER YOUR PLEA OF GUILTY;

10   RIGHT?

11   A    YES.

12   Q    ANOTHER TIME ON MARCH 17, 2010; CORRECT?

13   A    DIDN'T PLEAD GUILTY AT THAT POINT.

14   Q    YOU HAD NOT PLED GUILTY WHEN YOU MET WITH THEM --

15   A    I SIGNED -- I'M GETTING MY DATES MIXED UP.  I SIGNED THE PLEA

16   AGREEMENT BEFORE MARCH 17TH.  I DON'T REMEMBER THE EXACT DAY I

17   ACTUALLY PLED GUILTY IN FRONT OF THE JUDGE.  I BELIEVE THAT WAS

18   IN APRIL.

19   Q    YOU SPOKE TO THEM ON MARCH 17, THE FBI?

20   A    YEAH, I DID HAVE A MEETING.

21   Q    MR. CHRISTIAN WAS THERE FOR THAT MEETING?

22   A    I THINK SO.

23   Q    AS MS. BERNSTEIN WAS THERE AS WELL?

24   A    SHE WAS THERE.

25   Q    AND ON AT THAT DATE YOU TOLD THEM THAT YOU'D FIRED WARNING

1   SHOTS AT THE GROUP AGAIN; RIGHT?

2   A   YES, I DID.

3   Q   AND ON THAT DATE YOU TOLD THEM YOU DID NOT WANT TO HIT

4   PEOPLE; RIGHT?

5   A   IT WASN'T MY INTENTION.

6   Q   THAT'S WHAT YOU TOLD THEM?

7   A   THAT'S WHAT I TOLD THEM, THAT'S CORRECT.

8   Q   YOU HAD PLED GUILTY SOME TIME IN APRIL OF 2010.

9        YOU MET WITH THE FBI AGAIN IN OCTOBER OF 2010; RIGHT?

10   OCTOBER 29TH.

11   A   I DON'T REMEMBER THE DATE.

12   Q   OCTOBER OF 2010?

13   A   IT COULD -- I'D HAVE TO TAKE YOUR WORD FOR IT, SIR.  I DON'T

14   KNOW.

15   Q   LATER IN THE YEAR?

16   A   LATER IN THE YEAR.

17   Q   AFTER THE SUMMER?

18   A   I SUPPOSE.  I APOLOGIZE, I JUST -- IT'S BEEN A LONG YEAR.

19   Q   THESE ARE EVENTS THAT ARE NOT TYPICAL IN YOUR LIFE; ARE THEY?

20   A   NO, SIR.

21   Q   AND, WHEN YOU MET WITH THEM LATER IN THE YEAR, SOME TIME

22   AFTER YOUR PLEA, MR. BEZAK WAS PRESENT?

23   A   I BELIEVE SO.

24   Q   MS. BERNSTEIN WAS THERE AS WELL?

25   A   I BELIEVE SO.

1    Q    AND MR. CHRISTIAN WAS NOT PRESENT AT THAT POINT; RIGHT?

2    A    I'M NOT SURE.

3    Q    OKAY.  AND, ON THAT MEETING, THAT'S WHEN YOU FIRST TOLD THEM

4    THAT YOU WANTED TO SEND THE PEOPLE ON THE BRIDGE A MESSAGE;

5    RIGHT?

6    A    I DON'T KNOW.  I DON'T REMEMBER.

7    Q    IS THAT IN THE FACTUAL BASIS, THAT YOU WANTED TO SEND THE

8    PEOPLE ON THE BRIDGE A MESSAGE?

9    A    I DON'T THINK SO.

10   Q    YOU'VE READ OVER THAT CAREFULLY A COUPLE OF TIMES.  DO YOU

11   THINK SO, OR YOU SAY NO IT'S NOT THERE, OR YOU'RE NOT SURE?  YOU

12   WANT TO READ OVER YOUR FACTUAL BASIS?

13   A    I DON'T THINK IT'S IN THERE.  THE FACTUAL BASIS IS A

14   SUMMATION OF EVERYTHING WE TALKED ABOUT --

15   Q    I'M NOT ASKING YOU WHAT A FACTUAL BASIS IS, I'M ASKING YOU IF

16   IT'S IN THERE.

17   A    I DON'T HAVE IT IN FRONT OF ME, SIR.

18           MR. FLEMING:  MAY I APPROACH THE WITNESS?

19           THE COURT:  YES.

20   BY MR. FLEMING:

21   Q    I'M GOING TO SHOW YOU THIS COPY.  JUST TAKE A MEMBER AND LOOK

22   IT OVER.  DOES THAT APPEAR TO BE A COPY OF THE FACTUAL BASIS?

23   A    IT APPEARS SO, SIR.

24   Q    OKAY.  TAKE A MOMENT, LOOK AT THAT OVER.  SEE IF THAT

25   REFRESHES YOUR MEMORY AS TO WHETHER THAT'S IN THE FACTUAL BASIS.

1    A    WHAT AM I LOOKING FOR AGAIN, SIR?

2    Q    THAT YOU WANTED TO SEND THE PEOPLE ON THE BRIDGE A MESSAGE

3    WHEN YOU FIRED YOUR WEAPON.

4    A    IT DOES NOT SAY THAT, SIR.

5    Q    IT'S NOT IN THERE?

6    A    NO, SIR.

7    Q    IT'S NOT IN THERE, BECAUSE, WHEN YOU SIGNED OFF ON THIS

8    FACTUAL BASIS AND PLED GUILTY, YOU HAD NOT TOLD MS. BERNSTEIN OR

9    AGENT BEZAK THAT YOU WANTED TO SEND A MESSAGE TO THE PEOPLE ON

10   THE BRIDGE; RIGHT?

11   A    I'M NOT SURE, SIR.

12   Q    FIRST TIME YOU TOLD THEM THAT WAS IN THAT MEETING WITH THEM

13   IN OCTOBER; RIGHT?

14   A    I DON'T KNOW, SIR.  I DON'T HAVE THE BENEFITS OF MR. BEZAK'S

15   302S.

16   Q    WITHIN THE LAST TWO MONTHS, HOW MANY TIMES HAVE YOU MET WITH

17   EITHER AGENT BEZAK OR THE MEMBERS OF THE PROSECUTION TEAM?

18   A    THE LAST TWO MONTHS?

19   Q    THE LAST TWO MONTHS.

20   A    AT LEAST THREE TIMES.

21   Q    AT LEAST THREE TIMES.

22        AND, IN ANY OF THOSE AT LEAST THREE MEETINGS, DID YOU

23   LOOK OVER THOSE 302S?

24   A    NO, SIR.

25   Q    YOU NEVER LOOKED OVER THE 302S?

1   A   THE FIRST TIME I EVER SAW A 302 WAS A COUPLE DAYS AGO.

2   Q   THAT WAS YOUR 302, OR SOMEONE ELSE'S?

3   A   IT WAS IN RELATION TO ME.

4   Q   SO YOU READ OVER YOUR 302?

5   A   IT WAS A SMALL PART OF SOMETHING WE WERE DISCUSSING.

6   Q   DO YOU REMEMBER TELLING EITHER AGENT BEZAK OR ANY MEMBER OF

7   THE PROSECUTION TEAM, MS. BERNSTEIN, MR. CHRISTIANSON, MS. CHUNG,

8   MR. CARTER, PRIOR TO THAT FALL MEETING, THAT YOU WANTED TO SEND A

9   MESSAGE TO THOSE PEOPLE ON THE BRIDGE WHEN YOU FIRED YOUR WEAPON?

10  A   I'M NOT SURE WHEN I TOLD THAT TO THEM.

11  Q   WHEN YOU FIRED YOUR WEAPON ON THE BRIDGE THAT DAY, THE PEOPLE

12  SCATTERED ON THE BRIDGE; RIGHT?

13  A   YES, SIR.

14  Q   SOME PEOPLE RAN WEST, WEST OVER THE BRIDGE?

15  A   YES, SIR.

16  Q   SOME PEOPLE RAN WEST OVER THE BRIDGE?

17  A   I WASN'T SURE WERE YOU ASKING A QUESTION.  I THOUGHT WERE YOU

18  MAKING A STATEMENT.

19  Q   I'M ASKING YOU A QUESTION, SIR.  IS THAT RIGHT?

20  A   YES, SIR.  I ANSWERED YOU.

21  Q   SOME PEOPLE RAN AND JUMPED OVER THAT LITTLE DIVIDER; RIGHT?

22  A   YES, SIR.

23  Q   NEW, WHEN YOU'RE FIRING THE WARN SHOTS, YOU EVER YELL TO THE

24  GUYS IN THE BACK SOMETHING TO THE EFFECT OF:  HEY GUYS, I'M

25  FIRING SOME WARNING SHOTS?

1    A    NO.

2    Q    EVER TELL THEM:  HEY GUYS, I'M FIRING SOME SHOTS AT THE GROUP

3    OF UNARMED CIVILIANS UP HERE?

4    A    NO, SIR.

5    Q    YOU EVER TELL THE GUYS IN THE BACK OF THE TRUCK SOMETHING TO

6    THE EFFECT:  HEY GUYS, THAT'S ME SHOOTING, THAT EVERYTHING'S

7    UNDER CONTROL?

8    A    NO, SIR.

9    Q    PRIOR TO SHOOTING YOUR WEAPON, DID YOU EVER TELL THE GUYS IN

10   THE BACK THAT YOU WERE GOING TO FIRE YOUR WEAPON?

11   A    THERE'S NO WAY TO COMMUNICATE WITH THEM BACK THERE.

12   Q    SO THAT'S A NO?

13   A    NO, SIR.

14   Q    LIKEWISE, YOU NEVER TOLD THEM THERE'S NO EMINENT DANGER?

15   A    NO, SIR.

16   Q    AND YOU COULDN'T HAVE TOLD THEM DON'T BE WORRIED?

17   A    DON'T BE --

18   Q    WORRIED?

19   A    WORRIED.  NO, SIR.

20   Q    YOU SLAM ON THE BRAKES?

21   A    YES, SIR.

22   Q    STOP THE TRUCK.

23   A    YES, SIR.

24   Q    YOU GET OUT OF THE TRUCK.

25   A    YES, SIR.

1    Q    AND YOU START FIRING YOUR WEAPON.

2    A    I DID, SIR.

3    Q    YOU JUMPED OUT OF YOUR TRUCK RIGHT AWAY.

4    A    YES, SIR.

5    Q    AND YOU DIDN'T WANT TO GET STUCK IN THE TRUCK IN CASE THE

6    PEOPLE ON THE BRIDGE STARTED FIRING AT YOU; RIGHT?

7    A    IT COULD HAVE BEEN A CONCERN AT THE TIME.  I DON'T RECALL.

8    Q    THAT'S WHAT YOU TOLD THE STATE GRAND JURY; RIGHT?

9    A    I DID.  AND I THINK I SAID SOMETHING TO THAT EFFECT IN MY

10   TAPED STATEMENT TO HOMICIDE.

11   Q    I'M GOING TO ASK YOU, THAT'S WHAT YOU TOLD THE STATE GRAND

12   JURY, YOU DIDN'T WANT TO GET STRUCK IN THE TRUCK IN CASE THE

13   PEOPLE STARTED FIRING AT YOU.

14   A    I'D HAVE TO SEE A TRANSCRIPT, BUT I'LL TAKE YOUR WORD FOR IT.

15   Q    WE'LL, SHOW YOU THE TRANSCRIPT.  I DON'T WANT YOU TO TAKE MY

16   WORD FOR IT.

17           DO YOU REMEMBER USING THE TERM FATAL FUDDLE?  YOU DID

18   NOT WANT TO GET STUCK IN A FATAL FUDDLE?

19   A    I KNOW THE TERM YOU'RE REFERRING TO.  I DON'T RECALL IF I

20   USED IT OR NOT.

21   Q    WHAT DOES THAT TERM REFER TO?

22   A    BEING STUCK IN A LINE OF FIRE WITHOUT ANY WAY TO GET TO

23   COVER.

24           MR. FLEMING:  IF I MAY APPROVE THE WITNESS, YOUR HONOR?

25           THE COURT:  YES.

1    BY MR. FLEMING:

2    Q    I'LL SHOW WHAT YOU I'VE SHOWN MS. BERNSTEIN, IT'S PAGE 58 OF

3    YOUR STATE GRAND JURY.  IF YOU'D READ THAT LAST HIGHLIGHTED

4    PORTION.  DOES THAT REFRESH YOUR MEMORY AS TO WHAT YOU TESTIFIED

5    TO BEFORE THE STATE GRAND JURY?

6    A    NO, SIR.

7    Q    IT DOES NOT REFRESH YOUR MEMORY?

8    A    NO, SIR.  THAT WAS A LONG TIME AGO.

9    Q    AND THAT'S WHAT YOU TOLD THEM, THOUGH, THAT DAY; RIGHT?

10   A    I'M NOT DISPUTING IT.

11   Q    THAT'S WHAT YOU TOLD THEM THAT DAY?

12   A    I DON'T REMEMBER IF I --

13   Q    I'M NOT ASKING IF YOU'RE DISPUTING IT OR NOT.

14            THE COURT:  WAIT, WAIT.

15            FIRST OF ALL, SIR, YOU NEED TO LISTEN TO HIS QUESTION

16   AND ANSWER IT DIRECTLY.  OKAY?  NO GOING OFF AND SAYING WHAT YOU

17   WANT TO SAY.  YOU NEED TO SAY WHAT HE'S ASKING YOU.  SO LISTEN TO

18   THE QUESTION AND ANSWER THE QUESTION.  YOU UNDERSTAND ME?

19            THE WITNESS:  YES, SIR.

20            THE COURT:  OKAY.  THAT'S HOW WE'RE GOING TO DO THIS.

21            GO AHEAD MR. FLEMMING.

22            MR. FLEMING:  THANKS, JUDGE.

23   BY MR. FLEMING:

24   Q    MR. HUNTER, THAT IS HOW YOU TESTIFIED TO THE STATE GRAND

25   JURY?

1    A    I BELIEVE SO.

2    Q    YOU JUST READ IT.

3    A    YES, SIR.

4    Q    THAT'S HOW YOU TESTIFIED; RIGHT?  OR DOES THE COURT REPORTER

5    GET THIS WRONG, TOO?

6    A    I DON'T BELIEVE SO, SIR.

7    Q    TESTIFIED TO THE STATE GRAND JURY YOU WERE CONCERNED THAT THE

8    PEOPLE MIGHT HAVE GUNS AND YOU'D GET STUCK IN THAT FATAL FUDDLE?

9    A    YES, SIR.

10   Q    YOU'D BE STUCK IN THAT TRUCK AND HAVE NO WAY TO GET OUT.

11            AND, AT THE TIME, BACK SEPTEMBER 4, 2005, AT THIS POINT

12   IN TIME, YOU AREN'T SURE WHETHER THIS GROUP OF PEOPLE HAD GUNS OR

13   NOT; RIGHT?

14   A    NO, SIR.

15   Q    AND, AGAIN, EVERYTHING'S HAPPENED VERY FAST.  MATTER OF

16   SECONDS; RIGHT?

17   A    YES, SIR.

18   Q    YOU START SHOOTING YOUR GUN.  YOU TOLD THE FBI YOU AIMED

19   HIGH; RIGHT?

20   A    YES, SIR.

21   Q    THAT YOU MISSED ON PURPOSE; RIGHT?

22   A    YES, SIR.

23   Q    THAT YOU RELOADED YOUR WEAPON?

24   A    YES, SIR.

25   Q    AND, DESPITE WHAT YOU SAID BEFORE, YOU DID IN FACT USE

1    SERGEANT GISEVIUS FOR COVER; RIGHT?

2    A    NO, SIR.

3    Q    WHEN YOU SAW THAT VIDEO, THAT WASN'T YOU CROUCHING DOWN

4    BEHIND SERGEANT GISEVIUS WHERE HE'S SHOOTING HIS GUN FOR YOUR

5    PROTECTION?

6    A    NO, SIR.

7    Q    WAS THAT NOT YOU, OR IS THAT NOT WHAT YOU WERE DOING?

8    A    IT WAS ME, BUT I WASN'T HIDING BEHIND SERGEANT GISEVIUS.

9    Q    WERE YOU RELOADING YOUR WEAPON AT THAT POINT?

10   A    I RELOADED MY WEAPON BEFORE I CROSSED BEHIND SERGEANT

11   GISEVIUS.

12   Q    WHEN YOU WERE PAUSED IN THE BACK BY THE BUDGET TRUCK BEHIND

13   SERGEANT GISEVIUS, THAT'S NOT WHEN YOU RELOADED YOUR WEAPON?

14   A    NO.

15   Q    YOU SAW THE VIDEO MORE THAN ONCE.

16   A    I'M SORRY, SIR, CAN I FINISH MY ANSWER?

17   Q    GO HEAD.

18   A    THANK YOU, SIR.

19          WHEN WE WATCHED THE BLUE RAY VERSION, YOU CAN SEEK

20   CLEARLY, WHILE I WAS STANDING NEXT TO SERGEANT GISEVIUS, I

21   RELOADED MY WEAPON, AND THEN I PROCEEDED TO THE FRONT OF THE

22   BUDGET TRUCK.

23   Q    TRYING TO AVOID THE TEMPTATION OF ROLLING OUT THE BLUE RAY

24   AGAIN.

25          THE COURT:  IF YOU NEED TO, WE'LL DO IT.  GIVE US SOME

1    ADVANCED NOTICE SO WE CAN GET OUR GUY UP HERE.

2            MR. FLEMING:  I MIGHT LET SOMEBODY ELSE DO THAT.  WE'LL

3    BE HERE THE REST OF THE DAY.

4    BY MR. FLEMING:

5    Q    NOW, YOU GO TO THE OTHER SIDE OF THE TRUCK.

6    A    YES, SIR.

7    Q    RIGHT?  CLOSE TO THE GUARDRAIL.

8            I BELIEVE YOU TESTIFIED YOU SAW SEVERAL PEOPLE; RIGHT?

9    A    YES, SIR.

10   Q    AT SOME POINT, YOU'D INDICATE YOU SAW SEVERAL PEOPLE FIRING;

11   RIGHT?

12   A    YES, SIR.

13   Q    BUT YOU'RE ACTUALLY ASSUMING THAT YOU SAW SOME OF THOSE

14   PEOPLE FIRING; RIGHT?

15   A    I SAW OFFICERS FIRING.  I DON'T RECALL WHO, OTHER THAN

16   SERGEANT BOWEN.

17   Q    DO YOU REMEMBER TELLING THE FBI WHEN YOU MET WITH THEM ON

18   MARCH 17TH THAT YOU COULD NOT RECALL IF FAULCON, BARRIOS OR

19   VILLAVASO WERE FIRING THEIR WEAPONS BUT ASSUMED THAT THEY ALL

20   WERE?

21   A    SOUNDS ACCURATE.

22   Q    IS THAT ACCURATE?

23   A    SOUNDS ACCURATE.

24   Q    IS THAT WHAT YOU TOLD THE FBI?

25   A    I BELIEVE SO.

```
 1              MR. FLEMING:  MAY I APPROACH?

 2              THE COURT:  YES.

 3    BY MR. FLEMING:

 4    Q    I WANT YOU TO TAKE A LOOK AT THE LAST SENTENCE OR TWO THAT

 5    I'VE UNDERLINED IN RED.  READ TO THAT TO YOURSELF, SEE IF THAT

 6    REFRESHES YOUR MEMORY AS TO WHAT YOU TOLD AGENT BEZAK ON MARCH

 7    17, 2010.

 8              DOES THAT REFRESH YOUR MEMORY AS TO WHAT YOU TOLD HIM

 9    THAT DAY, MR. HUNTER?

10    A    AS I SAID, SIR, THE -- IT'S ACCURATE.

11    Q    IS THAT WHAT YOU TOLD HIM ON THAT DAY?

12    A    I DON'T REMEMBER EXACT WORDS I USED THAT DAY, SIR.  I

13    APOLOGIZE.  BUT IT'S CLOSE TO ACCURATE IF NOT ACTUALLY ACCURATE.

14    Q    OKAY.  AND THAT'S, WHEN YOU SAY THAT'S ACCURATE, THAT WAS AN

15    ASSUMPTION ON YOUR PART, YOU DID NOT SEE FAULCON, VILLAVASO,

16    BARRIOS FIRE?

17    A    NO, SIR.  HAD THE IMPRESSION THAT MORE THAN ONE OFFICER WAS

18    FIRING.

19    Q    NOW, WHEN YOU'RE STILL ON THAT EAST SIDE, WE LOOKED THROUGH

20    THE VIDEO EARLIER OF A CAR DRIVING BY, SAW SOMEBODY RIDING ON THE

21    HOOD OF A NEW ORLEANS POLICE CAR; RIGHT?

22    A    CORRECT, SIR.

23    Q    AND THAT MAN WAS WEARING A BLACK SHIRT?

24    A    YES, SIR.

25    Q    SAID POLICE ON IT; RIGHT?
```

1    A    POLICE OR SHERIFF, I DON'T REMEMBER WHAT IT WAS.

2    Q    IT'S THE SAME MAN YOU IDENTIFIED IN THAT PICTURE; CORRECT?

3    A    CORRECT.

4    Q    AFTER THAT, YOU HEAD BACK TO THE WEST SIDE OF THE BRIDGE;

5    CORRECT?

6    A    BACK TO THE WEST SIDE, SIR?

7    Q    OR YOU HEADED TO THE WEST SIDE OF THE BRIDGE; RIGHT?

8    A    YES.  CORRECT, SIR.

9    Q    YOU JUMPED BACK IN THE TRUCK?

10   A    YES, SIR.

11   Q    START TO DRIVE THE TRUCK OFF; RIGHT?

12   A    YES, SIR.

13   Q    YOU GOT TO THE TOP OF THE BRIDGE, THE CREST, AND STOPPED;

14   RIGHT?

15   A    CORRECT, SIR.

16   Q    AND THAT'S BECAUSE SOMEBODY TOLD YOU THAT PEOPLE WERE

17   SHOOTING AT THE OFFICERS?

18   A    YES, SIR.  SERGEANT GISEVIUS DID.

19   Q    THAT THEY WERE SHOOTING AT OFFICERS, SOMEBODY WAS SHOOTING AT

20   OFFICERS?

21   A    YES, SIR.

22   Q    AND THEN YOU AND SERGEANT BOWEN STARTED WALKING TOWARDS THE

23   WEST SIDE?

24   A    YES, SIR.

25   Q    RIGHT?

```
 1              AND YOU HEARD A VERY LOUD SHOT?

 2    A   VERY LOUD, SIR.

 3    Q   I THINK, IN THE PAST, YOU'VE DESCRIBED THAT AS IT SOUND LIKE

 4    A CANON; RIGHT?

 5    A   IT WAS VERY LOUD, SIR.

 6    Q   HAVE YOU DESCRIBED THAT AS HAVING SOUNDED LIKE A CANON?

 7    A   YES, SIR.  YES, SIR.

 8    Q   AND YOU THOUGHT THAT CAME FROM THE HIGH-RISE; RIGHT?

 9    A   THAT WAS MY IMPRESSION, SIR.

10    Q   WHEN WE'RE TALKING ABOUT THE HIGH-RISE TO BE CLEAR FOR THE

11    PEOPLE THAT MAYBE AREN'T FROM THE METRO AREA, THAT'S THE I-10,

12    THE BRIDGE OVER THE INDUSTRIAL CANAL?

13    A   CORRECT.

14    Q   PART OF THE INTERSTATE; RIGHT?

15    A   CORRECT, SIR.

16    Q   AND THE I-10 SOUTH OF THE DANZIGER BRIDGE; RIGHT?

17    A   YES, SIR.

18    Q   WHILE YOU'RE STILL THERE, WALKING TOWARDS THE WEST SIDE, YOU

19    SAW A BLACK IMPALA COME OVER THE CREST OF THE BRIDGE; RIGHT?

20    A   YES, SIR.

21    Q   AND THAT TRUCK -- CAR WAS DRIVEN BY A LOUISIANA STATE

22    TROOPER; RIGHT?

23    A   YES, SIR.

24    Q   YOU GET IN THE CAR.  YOU GOT IN THE CAR WITH HIM; RIGHT?

25    A   YES, SIR.
```

```
 1   Q    YOU AND OFFICER FAULCON, OFFICER GISEVIUS; RIGHT?

 2   A    YES, SIR.

 3   Q    AND YOU TOOK THE SPOT IN THE REAR PASSENGER SIDE; RIGHT?

 4   A    YES, SIR.

 5   Q    WHEN YOU FIRST SPOKE TO THE FBI, YOU DIDN'T TELL THEM YOU GOT

 6   IN THE TROOPER'S CAR; DID YOU?

 7   A    NO.  I DID.

 8   Q    YOU DID?  YOU TOLD THEM THAT THE FIRST TIME YOU TALKED TO

 9   THEM THAT YOU GOT IN THE TROOPER'S CAR?

10   A    AFTER I SIGNED THE PLEA AGREEMENT, I --

11   Q    I'M ASKING YOU, THE FIRST TIME YOU TALKED TO THEM, SIR?

12   A    I DIDN'T TELL THEM ANYTHING THE FIRST TIME I TALKED TO THEM.

13   Q    THE FIRST TIME YOU TALKED, THE FIRST TIME YOU USED, YOU USED

14   YOUR MOUTH AND TALKED, DID YOU TELL THEM THAT YOU GOT IN THE CAR

15   WITH THE LOUISIANA STATE TROOPER?

16   A    I'M NOT UNDERSTANDING WHEN, WHAT MEETING, SIR?

17   Q    THE FIRST TIME THAT YOU SPOKE TO THE FBI, OTHER THAN TO SAY I

18   WANT TO HAVE MY LAWYER HERE, THAT YOU ACTUALLY DISCUSSED THE

19   FACTS, AT LEAST IN YOUR MIND, THE FACTS OF THIS CASE, YOU DID NOT

20   TELL THEM THAT YOU JUMPED IN THE CAR WITH THE LOUISIANA STATE

21   TROOPER; RIGHT?

22   A    I TOLD THEM THAT AFTER I SIGNED THE PLEA AGREEMENT.

23   Q    THAT'S NOT WHAT I'M ASKING YOU, SIR.

24   A    I'M CONFUSED AS TO WHAT YOU'RE ASKING.

25   Q    YOU TALKED --
```

1    A    YOU'RE TALKING ABOUT THE NIGHT THEY CAME TO MY HOUSE?

2    Q    NO, NO.  LET ME BACK UP.  I'M GOING TRY TO MAKE THIS MORE

3    CLEAR.

4              YOU SPOKE TO THE FBI PRIOR TO SIGNING THAT PLEA

5    AGREEMENT; RIGHT?

6    A    I DIDN'T SPEAK.  THEY SPOKE.  I WAS THERE TO LISTEN.

7    Q    YOU DID NOT SPEAK TO THE FBI PRIOR TO SIGNING THAT PLEA

8    AGREEMENT?

9    A    NO.  I DIDN'T GIVE THEM ANY INFORMATION.

10   Q    YOU DID NOT SPEAK TO ANYBODY FROM THE DEPARTMENT OF JUSTICE

11   PRIOR TO SIGNING THAT PLEA AGREEMENT?

12   A    NO, SIR.

13   Q    YOU DID NOT DO WHAT'S CALLED A PROFFER SESSION?

14   A    I DON'T KNOW WHAT THAT IS.

15   Q    YOU DID NOT TALK TO THEM WITH AGREEMENT THEY COULD NOT USE

16   YOUR STATEMENT AGAINST YOU?

17   A    I'M NOT AWARE OF ANYTHING LIKE THAT, SIR.

18   Q    SO THE FIRST TIME YOU SPOKE TO THEM IS AFTER YOU SIGNED THAT

19   PLEA AGREEMENT; IS THAT YOUR TESTIMONY?

20   A    YES, SIR.

21   Q    IT'S YOUR TESTIMONY, THE FIRST TIME THEY SPOKE TO YOU -- NOT

22   THE NIGHT THEY CAME TO YOUR HOUSE WHEN YOU DIDN'T REALLY TALK TO

23   THEM -- THE FIRST TIME YOU DISCUSSED THE FACTS IN THIS CASE, THAT

24   YOU TOLD THEM YOU JUMPED IN THE CAR WITH THE TROOPER?

25   A    WAS AFTER I SIGNED THE PLEA AGREEMENT.

1    Q    I'M ASKING YOU, THE FIRST TIME YOU DISCUSSED THE FACTS OF THE

2    CASE WITH THE FBI OR ANYBODY FROM THE GOVERNMENT, DID YOU TELL

3    THEM YOU JUMPED IN THE CAR WITH THE LOUISIANA STATE TROOPER?

4    A    I DIDN'T GIVE THEM ANY STATEMENT AS TO WHAT I DID OR DIDN'T

5    DO.  I'M AND KIND OF CONFUSED, SIR.

6    Q    I UNDERSTAND THAT.

7                      THE FIRST TIME YOU SPOKE, THAT YOU TALKED AND

8    YOU DISCUSSED THE FACTS OF THIS CASE WITH THEM, THE FIRST TIME

9    THAT YOU SPOKE -- NOT THE TIME THAT YOU LISTENED, NOT THE TIME

10   YOU TALKED TO THEM ABOUT WANTING A LAWYER -- THE TIME THAT YOU

11   SPOKE TO THEM, YOU DISCUSSED THE FACTS OF THIS CASE, DID YOU TELL

12   THEM THAT YOU JUMPED IN THE CAR WITH THE LOUISIANA STATE TROOPER?

13   A    YES.

14   Q    THE TIME YOU SPOKE TO THEM ON MARCH 11TH, FIRST TIME THAT I'M

15   AWARE OF ANYWAY, ON MARCH 11TH OF 2010, YOU TOLD AGENT BEZAK THAT

16   YOU ARRIVED ON THE WEST SIDE OF THE BRIDGE AND SERGEANT BOWEN AND

17   TWO OTHER OFFICERS WERE ALREADY STANDING NEAR THE MALE THAT WAS

18   WOUNDED?

19   A    THAT'S NOT CORRECT.

20   Q    THAT'S NOT CORRECT?

21        MR. FLEMING:  IF I MAY APPROACH?

22        THE COURT:  YES.

23   BY MR. FLEMING:

24   Q    I'M GOING TO ASK YOU TO A LOOK AT WHAT I'VE JUST UNDERLINED

25   IN RED.  READ THAT TO YOURSELF AND AGAIN SEE IF THAT REFRESHES

1    YOUR MEMORY AS TO WHAT YOU TOLD THE FBI.

2             (PAUSE IN PROCEEDINGS.)

3    BY MR. FLEMING:

4    A    WHAT I TOLD THEM -- DO YOU WANT TO KNOW --

5    Q    I'M ASKING YOU, FIRST OF ALL, DOES THAT REFRESH YOUR MEMORY

6    AS TO WHAT YOU TOLD THEM?

7    A    YES, IT REFRESHES MY MEMORY.

8    Q    AND WHAT DID YOU TELL THEM?

9    A    I TOLD THEM THAT I WENT TO THE WEST SIDE OF THE BRIDGE.  AND

10   I TOLD THEM ABOUT WHAT I WITNESSED SERGEANT BOWEN DOING AS FAR AS

11   THE STOMPING.

12   Q    WAS AGENT BEZAK'S 302 INCORRECT AS TO WHAT YOU TOLD THEM

13   ABOUT THIS?

14   A    IT'S VERY SHORT.  I WON'T SAY IT'S WRONG, BUT IT'S LACKING

15   SOME INFORMATION.

16   Q    OKAY.  DID YOU TELL AGENT BEZAK THAT, WHEN YOU APPROACHED THE

17   WEST SIDE OF THE BRIDGE, THAT BOWEN AND TWO OTHER OFFICERS WERE

18   ALREADY STANDING NEAR THE WOUNDED MALE?

19   A    NO, I DID NOT.

20   Q    THAT'S NOT WHAT YOU TOLD THEM?

21   A    NO, SIR.

22   Q    BUT THAT IS WHAT'S IN HERE?

23   A    IT APPEARS THAT WAY.

24   Q    OKAY.  SO AGENT BEZAK GOT IT WRONG AGAIN?  IS IT RIGHT?

25   A    IT'S NOT ENTIRELY CORRECT.  IT'S MISSING SOME INFORMATION.

```
 1    Q   IS IT WRONG?  WAS -- I'M SORRY, GO AHEAD.

 2    A   IT'S NOT COMPLETELY WRONG, BUT IT'S NOT COMPLETELY ACCURATE

 3    EITHER.

 4    Q   OKAY.  SO AGENT BEZAK GOT IT WRONG ONCE AGAIN IN YOUR MIND?

 5    A   IN MY OPINION.

 6    Q   OKAY.  AND IS ONE OF THE PIECES THAT AGENT BEZAK INCORRECTLY

 7    LEFT OUT OF THIS 302 THAT YOU JUMPED IN THE CAR WITH THE

 8    LOUISIANA STATE TROOPER?  THAT YOU TOLD HIM YOU JUMPED IN THE CAR

 9    WITH THE TROOPER?  HE LEFT THAT OUT, TOO; DIDN'T HE?

10    A   I'M SORRY, SIR, I WAS TRYING TO THINK BACK TO THAT DATE.  BUT

11    I'M PRETTY SURE I ADMITTED -- IT WAS A VERY SHORT MEETING, MAYBE

12    15, 20 MINUTES AT THE MOST.

13            MR. FLEMING:  MAY I APPROACH THE WITNESS AGAIN, YOUR

14    HONOR?

15            THE COURT:  YES, SHOW IT TO HIM.

16    BY MR. FLEMING:

17    Q   I WOULD ASK YOU TO TAKE THIS, LOOK THAT OVER YOURSELF.  SEE

18    IF THAT REFRESHES YOUR MEMORY.  BUT FIND IN THERE WHERE YOU TOLD

19    AGENT BEZAK THAT YOU GOT INTO THE CAR WITH THE LOUISIANA STATE

20    TROOPER ON MARCH 11TH.  WHERE YOU TOLD AGENT BEZAK.

21            (PAUSE IN PROCEEDINGS.)

22    BY MR. FLEMING:

23    A   IT'S NOT IN THIS 302.

24    Q   IT'S NOT IN THAT.  SO AGENT BEZAK GOT THAT WRONG AS WELL;

25    RIGHT?
```

```
 1   A   I WON'T --

 2         MS. BERNSTEIN:  YOUR HONOR, OBJECTION.  I'M GOING TO

 3   OBJECT TO THE IS IT IN THERE AND SO AGENT BEZAK GOT THAT WRONG.

 4   THIS IS NOT A TRANSCRIPTION, AND I THINK THIS LINE OF QUESTIONING

 5   IS MISLEADING.  I'VE KEPT QUITE FOR A LONG TIME.

 6         THE COURT:  I'M GOING TO OVERRULE.  IT'S CROSS

 7   EXAMINATION.  OVERRULED.

 8         MR. FLEMING:  THANK YOU, JUDGE.

 9   BY MR. FLEMING:

10   A   YOUR QUESTION WAS, DID AGENT BEZAK GET THAT 302 WRONG?

11   Q   YES, SIR.

12   A   I DON'T KNOW IF HE GOT IT WRONG OR IF -- OR NOT.  I DON'T

13   RECALL.

14   Q   IT'S NOT IN THERE?

15   A   IT'S NOT IN THE 302.

16   Q   BUT YOU TOLD HIM THAT?

17   A   I DON'T REMEMBER IF I DID OR NOT.

18   Q   EARLIER, YOU SAID YOU DID?

19   A   I KNOW FOR -- I THOUGHT I DID.

20   Q   NOW, YOU'RE NOT SO SURE?

21   A   IT'S NOT IN THE 302.

22   Q   DID YOU TELL HIM, DID YOU NOT TELL HIM, OR YOU'RE NOT SURE?

23   A   I'M NOT SURE.

24   Q   AT ANY RATE, YOU GET IN THE CAR WITH THE TROOPER, YOU,

25   FAULCON, GISEVIUS; RIGHT?
```

1    A    YES, SIR.

2    Q    AND THE TROOPER'S CHASING THREE GUYS RUNNING AWAY; RIGHT?

3    A    YEAH.  WE WERE GOING IN THAT DIRECTION.

4    Q    TWO ON THE RIGHT SIDE --

5    A    CORRECT.

6    Q    -- ONE ON THE LEFT SIDE?

7    A    CORRECT.

8    Q    AS TO THE TWO GUYS ON THE RIGHT, ONE WAS ABOUT 20, 30 FEET

9    BEHIND THE FIRST GUY; CORRECT?

10   A    YES, SIR.

11   Q    LET ME BACK UP A SECOND.  AS TO THE -- WHETHER YOU GOT IN THE

12   CAR OR NOT, YOU DID GET INTO THE CAR?

13   A    YES, I DID.

14   Q    WHEN YOU TESTIFIED IN FRONT OF THE STATE GRAND JURY, YOU DID

15   NOT TELL THEM YOU GOT IN THE CAR; DID YOU?

16   A    NO, I DIDN'T.

17   Q    AND YOU'RE UNDER OATH THAT DAY?

18   A    YES, I WAS.

19   Q    YOU DID TELL THEM THAT ROBERT FAULCON WAS IN THE CAR THOUGH

20   THAT DAY, THE STATE GRAND JURY?

21   A    I DON'T REMEMBER.

22   Q    OF COURSE.

23            MR. FLEMING:  IF I MAY APPROACH THE WITNESS, YOUR HONOR?

24   BY MR. FLEMING:

25   Q    I'M GOING TO ASK YOU TO READ THE HIGHLIGHTED PORTION.  YOU

1   CAN READ MORE IF YOU LIKE, BUT AT LEAST READ THE HIGHLIGHTED

2   PORTION, SEE IF THAT REFRESHES YOUR MEMORY AS TO HOW YOU

3   TESTIFIED IN FRONT OF THE STATE GRAND JURY.

4           (PAUSE IN PROCEEDINGS.)

5   BY MR. FLEMING:

6   A   COULD YOU REPEAT YOUR QUESTION, PLEASE.

7   Q   YOU TOLD THE STATE GRAND JURY THAT ROBERT FAULCON WAS IN THE

8   CAR.

9   A   I SAID HE MAY HAVE BEEN.

10  Q   HE MAY HAVE BEEN.

11          YOU ALSO SAID:  BUT I DON'T KNOW BECAUSE I WASN'T THERE?

12  A   YES, SIR.

13  Q   LET ME BACK UP AGAIN.  WE'VE TALKED ABOUT THREE PEOPLE.  YOU,

14  THE TROOPER, GISEVIUS AND FAULCON ARE CHASING THREE PEOPLE;

15  RIGHT?

16  A   YES, SIR.

17  Q   WHEN YOU MET WITH AGENT BEZAK ON MARCH 11TH AGAIN, YOU TOLD

18  HIM YOU WERE CHASING TWO PEOPLE; RIGHT?

19  A   I'D FORGOTTEN ABOUT THE THIRD INDIVIDUAL.

20  Q   SO IS THAT A RIGHT, YOU TOLD HIM TWO PEOPLE?

21  A   PROBABLY.

22  Q   AND YOU TOLD OTHER OFFICERS CHASED TWO INDIVIDUALS; RIGHT?

23  A   YEAH.  AT SOME POINT DURING ALL THIS, OVER THE YEARS, THE

24  THIRD INDIVIDUAL HAD GOTTEN OMITTED.

25  Q   WHAT YOU TOLD AGENT BEZAK ON MARCH 11TH WAS THAT OTHER

```
1    OFFICERS CHASED TWO INDIVIDUALS?

2    A   I DON'T RECALL IF I TOLD HIM THAT OR NOT.

3    Q   I'LL COME BACK TO THAT.

4          YOU'RE IN THE TROOPER'S CAR.

5    A   YES, SIR.

6    Q   YOU'RE IN THE REAR PASSENGER' SEAT; RIGHT?

7    A   YES, SIR.

8    Q   IT WAS YOU THAT POINTED OUT THE PEOPLE RUNNING, AND YOU TOLD

9    THE TROOPER:  THAT'S THEM.  RIGHT?

10   A   I DON'T REMEMBER IF I DID THAT OR NOT.

11   Q   YOU DON'T REMEMBER IF YOU DID THAT.

12          YOU MIGHT HAVE?

13   A   IT'S A POSSIBILITY, BUT I WAS SITTING IN THE REAR SEAT.

14   Q   REAR PASSENGER SEAT?

15   A   YES, SIR.

16   Q   YOU SAW THE MAN YOU LATER CAME TO LEARN WAS RONALD MADISON?

17   A   YES, SIR.

18   Q   HE WAS WEARING A WHITE T-SHIRT?

19   A   YES, SIR.

20   Q   AND BLUE JEAN SHORTS?

21   A   CORRECT.

22   Q   TROOPER STARTING TO SLOW DOWN?

23   A   YES.

24   Q   AT SOME POINT, STARTING TO SLOW DOWN?

25   A   YES, SIR.
```

1   Q    THE FIRST MAN ON THE RIGHT WAS NEAR THE MOTEL, THAT'S THE MAN

2   YOU LATER LEARNED WAS LANCE MADISON; CORRECT?

3   A    RIGHT.

4   Q    HE WAS CLOSING IN CLOSE TO THE MOTEL; RIGHT?

5   A    CORRECT.

6   Q    WHILE THE CAR IS SLOWING DOWN, YOU'RE GETTING READY TO JUMP

7   OUT OF THE CAR?

8   A    YES, SIR.

9   Q    WHEN DOING SO, YOU'RE LOOKING DOWN AT THE GROUND TO SEE WHEN

10  IT WAS GOING TO BE SAFE FOR YOU TO JUMP OUT; IS THAT CORRECT?

11  A    THAT'S CORRECT.

12  Q    IT'S THE POINT WHEN YOU'RE LOOKING AT THE GROUND THAT YOU

13  HEARD A GUNSHOT; RIGHT?

14  A    THAT'S CORRECT, SIR.

15  Q    WHILE YOU'RE LOOKING DOWN --

16  A    YES, SIR.

17  Q    -- AND AFTER YOU HEARD THE GUNSHOT, YOU LOOKED BACK UP?

18  A    YES, SIR.

19  Q    AND THAT'S WHEN YOU SAW RONALD FALL?

20  A    I DIDN'T SEE HIM FALL.  HE WAS ALREADY ON THE GROUND.

21  Q    HE WAS ALREADY ON THE GROUND?

22  A    YES, SIR.

23  Q    SO YOU DIDN'T ACTUALLY SEE MR. MADISON GET SHOT?

24  A    NO, SIR.

25  Q    YOU DIDN'T ACTUALLY SEE WHAT HE WAS DOING THE SECOND HE WAS

```
 1   SHOT; DID YOU?

 2   A   NO, SIR.

 3   Q   SWAT TEAMS ARRIVED?

 4   A   YES.

 5   Q   AN NOPD SWAT?

 6   A   YES.

 7   Q   AND YOU HAD THE LOUISIANA STATE POLICE SWAT?

 8   A   YES, SIR.

 9   Q   THE SWAT TEAMS LEFT, AND LANCE MADISON WAS CAUGHT; RIGHT?

10   A   AT SOME POINT, SIR.

11   Q   SHORTLY THEREAFTER?

12   A   YEAH.  THEY DIDN'T HANG AROUND TOO LONG.  I DON'T KNOW HOW

13   LONG THEY WERE OUT THERE FOR.

14   Q   THEY WENT ON TO THE NEXT ASSIGNMENT, FOR ALL YOU KNOW; RIGHT?

15   A   YES, SIR.

16   Q   THAT WAS SORT OF THE NEW NORMAL AFTER KATRINA, FINISH YOUR

17   JOB, GO ON TO THE NEXT ASSIGNMENT, FINISH YOUR JOB, GO ON TO THE

18   NEXT ASSIGNMENT?

19   A   THAT WAS THE NORMAL WITH THE NOPD AS LONG AS I WAS THERE.

20   Q   THAT WAS, AFTER THE HURRICANE, FINISH YOUR JOB AND GO ON --

21   A   YES.  I SEE WHAT YOUR POINT IS.  YES, SIR.

22   Q   AND YOU'D HEAR THAT HOMICIDE WAS NOT COMING OUT TO THE

23   BRIDGE?

24   A   SEVENTH DISTRICT STILL HANDLED THEIR OWN HOMICIDES.

25   Q   I'M ASKING YOU, YOU'D HEARD ABOUT -- WHO HANDLED POLICE
```

```
1    SHOOTINGS?

2    A    OKAY.  IT WAS -- SO --

3    Q    COLD CASE?

4    A    COLD CASE INVESTIGATORS, YES, SIR.

5    Q    YOU'D HEARD THAT THEY WEREN'T COMING OUT.

6    A    I DON'T KNOW IF I HAD HEARD THAT OR NOT.

7    Q    YOU'D HEARD THAT CRIME SCENE WASN'T COMING OUT?

8    A    I DO REMEMBER HEARING THAT.

9    Q    NOW, AT SOME POINT, YOU ALL HAD A MEETING AT THE SEVENTH

10   DISTRICT STATION.  I BELIEVE YOU'VE TESTIFIED TO THAT ON DIRECT

11   EXAMINATION.

12   A    YES, SIR.

13   Q    AT THE REAL SEVENTH DISTRICT STATION, DWYER AND REED.

14   A    YES, SIR.

15   Q    YOU BELIEVE THAT'S IN JANUARY OF 2006; RIGHT?

16   A    YES, SIR.

17   Q    AND, AT THAT POINT IN TIME, JANUARY 2006, ROBERT FAULCON HAD

18   LEFT NEW ORLEANS POLICE DEPARTMENT; RIGHT?

19   A    YES, SIR.

20   Q    HE WAS LIVING IN HOUSTON AT THAT TIME?

21   A    I DIDN'T KNOW WHERE HE WAS LIVING BUT I KNEW THAT HE HAD

22   MOVED ON.

23   Q    HE WASN'T AT THAT MEETING IN JANUARY; RIGHT?

24   A    NO, SIR.

25   Q    AT SOME POINT -- LET ME ASK YOU, YOU'VE TESTIFIED -- STRIKE
```

1   THAT.

2        LET'S TALK ABOUT ROBERT BARRIOS FOR A SECOND.  HE WAS

3   CARRYING A SHOTGUN THAT DAY; RIGHT?

4   A   YES, SIR.

5   Q   AT SOME POINT, YOU HEARD MR. BARRIOS BRAGGING ABOUT HIM

6   SHOOTING SOMEBODY ON THE BRIDGE; RIGHT?

7   A   YES, I DID.

8        MS. BERNSTEIN:  OBJECTION, HEARSAY.

9        THE COURT:  SUSTAINED.

10       MR. FLEMING:  I'LL MOVE ON.  ALTHOUGH, I AM GOING TO

11  NEED THIS WITNESS TO REMAIN AVAILABLE AND SUBJECT TO

12  SEQUESTRATION.

13       THE COURT:  HOW MUCH LONGER DO YOU HAVE ON YOUR CROSS?

14       MR. FLEMING:  I THINK I CAN PROBABLY FINISH UP TODAY.

15       THE COURT:  THEN WE CAN GO AHEAD AND PASS TO THE OTHERS

16  FOR TOMORROW.

17       MR. FLEMING:  ONE MOMENT, PLEASE.

18  BY MR. FLEMING:

19  Q   LET'S TALK ABOUT YOUR PLEA FOR A SECOND.

20  A   YES, SIR.

21  Q   LET ME BACK UP, BEFORE I DO THAT.

22       LET'S TALK FOR A MOMENT ABOUT THE MEETING AT DWYER AND

23  REED THAT MR. FAULCON WAS NOT PRESENT FOR.  THE INTERVIEW WAS

24  STOPPED AT THE POINT IN TIME THAT YOU SAID YOU FIRED YOUR WEAPON

25  ROUGHLY 30 TIMES; CORRECT?  THAT'S WHEN LIEUTENANT LOHMAN STOPPED

1    THE INTERVIEW.

2    A    NO.  THAT WAS A DIFFERENT MEETING, SIR.

3    Q    THAT WAS A DIFFERENT MEETING, OKAY.

4         THAT WAS A DIFFERENT MEETING THAT WAS STOPPED WHEN YOU

5    SAID YOU FIRED YOUR WEAPON --

6         MS. BERNSTEIN:  OBJECTION.  I THINK HE GAVE THE WRONG

7    INTERSECTION.

8         THE WITNESS:  THAT'S WHY IT'S THE WRONG MEETING.

9         THE COURT:  THE DATE AND LOCATION, SO THAT WE'RE CLEAR.

10   WHY DON'T YOU RE-ASK THE QUESTION WITH THE DATE AND LOCATION.

11        MR. FLEMING:  MAYBE I'M CONFUSED.

12        THE COURT:  THAT'S ALL RIGHT.  RE-ASK IT.

13        MR. FLEMING:  YES.

14   BY MR. FLEMING:

15   Q    WHERE DID THAT TAKE PLACE, THAT INTERVIEW TAKE PLACE?

16   A    CAN YOU BE MORE SPECIFIC, PLEASE?

17   Q    YEAH.  THE INTERVIEW THAT WAS STOPPED, THAT WAS TERMINATED

18   WHEN YOU SAID YOU FIRED YOUR WEAPON OVER 30 TIMES.

19   A    I NEVER STATED I FIRED MY WEAPON OVER 30 TIMES.

20   Q    WHEN WAS THE -- WHERE WAS THE INTERVIEW TAKING PLACE THAT YOU

21   -- THAT WAS STOPPED WHEN YOU SAID YOU FIRED YOUR WEAPON A BUNCH

22   OF TIMES?  THAT WAS STOPPED BY LIEUTENANT LOHMAN.

23   A    THE ONLY MEETING I HAD WITH LIEUTENANT LOHMAN WAS AT THE

24   CRYSTAL PALACE.

25   Q    SO THAT WAS AT THE CRYSTAL PALACE, AND HE TERMINATED THAT

1    MEETING WHEN YOU SAID YOU FIRED YOUR WEAPON A BUNCH OF TIMES;

2    RIGHT?

3    A    I DON'T THINK SO.

4    Q    NO?

5          LET'S MOVE ON.   LET'S TALK ABOUT YOUR PLEA FOR A SECOND.

6    YOU PLED GUILTY TO LESSER CHARGES THAN YOU ORIGINALLY FACED;

7    RIGHT?

8    A    YES, SIR.

9    Q    YOU PLED GUILTY TO A MAXIMUM SENTENCE OF LESSER TIME THAN YOU

10   ORIGINALLY FACED?

11   A    YES, SIR.

12   Q    AS PART OF YOUR PLEA AGREEMENT WITH THE FEDERAL GOVERNMENT,

13   THE STATE AUTHORITIES AGREED NOT TO PURSUE ADDITIONAL STATE

14   CHARGES AGAINST YOU; RIGHT?

15   A    THAT'S SOMETHING MY ATTORNEY SOUGHT OUT.

16   Q    I'M ASKING YOU, THAT'S PART OF THE PLEA AGREEMENT?

17   A    YES, THAT'S PART OF IT.

18   Q    AND YOU WERE ORIGINALLY INDICTED FOR WHAT IN STATE COURT?

19   A    TWO COUNTS OF ATTEMPTED FIRST DEGREE MURDER.

20   Q    AND EACH COUNT OF ATTEMPTED FIRST DEGREE MURDER CARRIES A

21   SENTENCE OF UP TO 50 YEARS PRISON; RIGHT?

22   A    I DON'T REMEMBER.

23   Q    A LOT OF TIME, THOUGH; RIGHT?

24   A    YES.

25   Q    MUCH MORE THAN EIGHT YEARS?

1    A    YES.

2    Q    AND YOU WERE FACING MORE THAN EIGHT YEARS JUST ON THE FEDERAL

3    CHARGES; CORRECT?

4    A    BELIEVE SO.

5    Q    YOU BELIEVE SO, OR YOU KNOW SO?

6    A    I KNOW SO.

7    Q    YOU'VE BEEN SENTENCED ALREADY; YOU'VE GOTTEN EIGHT YEARS?

8    A    CORRECT, SIR.

9    Q    AND YOU'RE AWARE OF WHAT'S CALLED A RULE 35 LETTER?

10    A    YES.

11    Q    THAT'S WHERE THE PROSECUTE CAN ASK THE JUDGE TO GIVE A

12    DECREASED SENTENCE; RIGHT?

13    A    YES, SIR.

14    Q    AND, GRANTED, THE JUDGE DOESN'T HAVE TO LISTEN TO THE

15    PROSECUTOR; RIGHT?

16    A    CORRECT.

17    Q    BUT IT WON'T HAPPEN UNLESS THE PROSECUTOR WRITES THAT LETTER;

18    CORRECT?

19    A    I'M NOT SURE EXACTLY THE PROCESS FOR THE ENTIRE --

20    Q    YOU KNOW, TO GET LESS THAN EIGHT YEARS, THAT MS. BERNSTEIN

21    HAS TO WRITE A LETTER TO THE JUDGE, JUDGE VANCE?

22    A    NO, I DIDN'T -- I THOUGHT MY ATTORNEY COULD DO IT.

23    Q    YOU THOUGHT YOUR ATTORNEY COULD DO IT.

24    A    YEAH.  I DIDN'T REALIZE THE GOVERNMENT HAD TO WRITE A LETTER.

25    Q    YOU DID NOT REALIZE THAT.

1   A   I GUESS I DON'T UNDERSTAND THE PROCESS COMPLETELY.

2   Q   THAT WAS NEVER TOLD TO YOU, THAT ONLY MS. BERNSTEIN COULD

3   WRITE THAT LETTER?

4   A   I NEVER ASKED.

5   Q   THAT WAS NOT TOLD TO YOU BY THE PROSECUTION THAT ONLY THEY

6   COULD WRITE THAT LETTER?

7   A   I BELIEVE, MY UNDERSTANDING WAS THEY WOULD DO THAT FOR ME.  I

8   DIDN'T REALIZE THEY WERE THE ONLY ONES THAT COULD.

9   Q   YOUR UNDERSTANDING WAS THAT THEY WILL WRITE THAT LETTER FOR

10  YOU?

11  A   YEAH.  THAT'S MY UNDERSTANDING.

12  Q   AND THE PURPOSE OF THAT LETTER IS TO DECREASE YOUR SENTENCE,

13  DECREASE IT FROM THE EIGHT YEARS MAXIMUM EXPOSURE THAT YOU'RE

14  FACING; RIGHT?

15  A   YES, SIR.

16  Q   AND YOU WANT THAT LETTER WRITTEN; DON'T YOU?  YOU WANT TO GET

17  LESS THAN EIGHT YEARS; DON'T YOU?

18  A   I DON'T SUSPECT I WILL.

19  Q   I'M NOT ASKING YOU WHAT SUSPECT.  YOU WANT TO GET LESS THAN

20  EIGHT YEARS; DON'T YOU?

21  A   YES, SIR.

22  Q   YOU WANT THE PROSECUTOR TO WRITE THAT LETTER; DON'T YOU?

23  A   YES.

24  Q   AND YOU STILL -- I BELIEVE YOU TESTIFIED ON DIRECT, YOU HAVE

25  SMALL FOUR CHILDREN; DON'T YOU?

1    A    YES, SIR.

2    Q    YOU'D LIKE TO GET OUT OF JAIL AS EARLY AS POSSIBLE TO SPEND

3    TIME WITH YOUR FOUR SMALL CHILDREN?

4    A    I'D LIKE TO START MY LIFE OVER AND TAKE CARE OF THEM.

5              MR. FLEMING:  ONE MOMENT PLEASE, JUDGE.

6              (PAUSE IN PROCEEDINGS.)

7              MR. FLEMING:  I HAVE NO FURTHER QUESTIONS OF MR. HUNTER,

8    YOUR HONOR.

9              THE COURT:  ALL RIGHT.  IT IS EXACTLY 5 O'CLOCK, SO

10   WE'RE GOING TO GO AHEAD AND ADJOURN FOR TODAY.

11             YOU KNOW MY INSTRUCTIONS.  AS USUAL, PLEASE DON'T

12   DISCUSS THE CASE WITH ANYONE, INCLUDING AMONGST YOURSELVES.

13   ALSO, PLEASE BE AWARE OF YOUR SURROUNDINGS AND NOT VIEW OR READ

14   ANY DISCUSSION OF THIS CASE, EITHER MEDIA-WISE OR OTHERWISE.  SO

15   IF YOU CAN FOLLOW THOSE INSTRUCTIONS.

16             WE WILL START UP AGAIN AT 8:30 TOMORROW, AND WE'LL GO

17   AHEAD AND BEGIN WITH THE NEXT ATTORNEY TO CROSS EXAMINE.

18             WHO'LL BE -- WHICH?  DO WE KNOW?

19             MR. FLEMING:  I BELIEVE IT'S MR. HESSLER.  ONE OF THE

20   TWO.

21             THE COURT:  YOU ALL TALK ABOUT IT, AND WE'LL START WITH

22   WHOEVER IS NEXT IN THE LINEUP HERE.

23             IN THE MEANTIME, MR. HUNTER, PLEASE DO NOT DISCUSS YOUR

24   TESTIMONY WITH ANYONE BETWEEN NOW AND 8:30 TOMORROW MORNING.  DO

25   YOU UNDERSTAND THAT, SIR?

1           THE WITNESS:  YES, SIR.

2           THE COURT:  ALL RIGHT.  LET'S GO AHEAD AND BREAK FOR

3  TODAY.

4           (JURY EXITS.)

5           THE COURT:  COUNSEL, IS THERE ANYTHING WE NEED TO COVER

6  ON THE RECORD HERE?

7           I WOULD LIKE TO SEE COUNSEL IN THE CONFERENCE ROOM ABOUT

8  THE ISSUE THAT WE DISCUSSED EARLIER TODAY.

9           MR. FLEMING:  OFFICIALLY, ON THE RECORD, I WOULD AT THIS

10 TIME MAKE A FORMAL MOTION FOR ANY ADDITIONAL GIGGLIO MATERIAL

11 THAT MAY BE OUT THERE WITH REGARDS TO MR. HUNTER WHILE MR. HUNTER

12 IS PRESENT IN LIGHT OF HIS TESTIMONY.  I'D LIKE TO MAKE A MORE

13 FORMAL MOTION OUTSIDE THE PRESENCE OF MR. HUNTER.

14          MR. LONDON:  MAY WE APPROACH BEFORE MR. HUNTER LEAVES?

15          THE COURT:  YOU MAY COME ON UP.

16          MR. LONDON:  TEN SECONDS, JUDGE.  IS MY UNDERSTANDING OF

17 THE SEQUESTRATION RULE THAT THE WITNESS CANNOT EACH READ

18 DOCUMENTATION OR GO OVER PRIOR TESTIMONY.  IS THAT INCLUDED IN

19 THE SEQUESTRATION ORDER?

20          THE COURT:  I SAID HE IS NOT TO DISCUSS HIS TESTIMONY

21 WITH COUNSEL.  IF YOU SEE HE HAS MATERIALS IN HIS POSSESSION AND

22 HE LOOKS AT THEM, I DON'T THINK THAT'S --

23          MS. BERNSTEIN:  WE CERTAINLY WON'T GIVE ANY TO HIM.

24          MR. LONDON:  THEN I DIDN'T UNDERSTAND IT CORRECTLY.  I

25 JUST WANT TO KNOW IF I UNDERSTOOD, YOU CAN'T GO OFF AND TAKE THIS

1  BREAK TO REVIEW PRIOR TESTIMONY, NO MORE THAN YOU COULD DO IF YOU

2  WERE STILL ON THE STAND.

3       THE COURT:  I DIDN'T TELL HIM NOT TO REVIEW ANYTHING

4  THAT'S IN HIS POSSESSION.  THE FACT, THAT THERE'S AN EVENING

5  BREAK IS FORTUITUS.

6       SO, TO THE EXTENT THAT HE REVIEWS SOMETHING THAT'S IN

7  HIS POSSESSION, ARE YOU SUGGESTING THAT THAT SHOULD BE THE ORDER,

8  THAT HE NOT VIEW ANYTHING?

9       MR. LONDON:  JUDGE, I WASN'T SURE WHETHER THAT WAS

10  ENCOMPASSED IN THE SEQUESTRATION ORDER OR NOT.  THAT'S WHY MY

11  IGNORANCE, AND I JUST WANTED TO APPROACH AND ASK IF THAT IS.

12       THE COURT:  MY CONCERN AND MY ORDER IS THAT HE NOT

13  DISCUSS WITH SOMEONE TO REVIEW HIS TESTIMONY TO EITHER BE

14  REMINDED OF SOMETHING BY SOMEONE OR TO BE COACHED IN HIS

15  TESTIMONY TO THE EXTENT THAT HE MIGHT HAVE MET PRIOR TO TAKING

16  THE STAND WITH THE GOVERNMENT.  SO, SINCE HE'S NOT -- HE HAS NO

17  ATTORNEY-CLIENT RELATIONSHIP THERE, THERE'S NO REASON FOR ANYONE

18  TO DISCUSS HIS TESTIMONY WITH HIM WHILE HE'S ON THE STAND BECAUSE

19  WE JUST BROKE FOR THE EVENING.  JUST AS IF HE HAD TESTIFIED

20  STRAIGHT THROUGH.  IF HE'S GOT MATERIAL IN HIS POSSESSION, LIKE

21  THE GRAND GRAND JURY STATEMENT OR THE THINGS THAT HE CAN REVIEW

22  SUCH AS WHAT HAS BEEN SHOWN TO HIM HERE TODAY, THE SEQUESTRATION

23  ORDER DOESN'T COVER THAT.  IF YOU MOVE FOR THAT, I CAN SO

24  INSTRUCT HIM, UNLESS THERE'S AN OBJECTION TO IT.

25       MR. LONDON:  I WOULD MOVE FOR THAT, JUDGE.

1          MR. CARTER:  YOU WOULD MOVE FOR THAT?

2          MR. LONDON:  I WOULD MOVE FOR THAT.

3          MS. BERNSTEIN:  I DON'T FEEL ANY NEED FOR IT.  IF I

4     UNDERSTAND, TOO, WE WOULDN'T SHOW HIM ANYTHING.  I HAVE NO IDEA

5     WHETHER HE HAS ANYTHING IN HIS POSESSION, BUT THAT IT SEEMS

6     INTRUSIVE TO TELL HIM NOT TO READ A STATEMENT OF HIS OWN IF HE

7     HAPPENS TO HAVE IT.

8          MR. LONDON:  I GUESS MY REASONING IS, IF HE WERE STILL

9     ON THE STAND AND I OR MR. HESSLER WOULD GET UP TO CROSS EXAMINE,

10    HE WOULD NOT HAVE AN OPPORTUNITY TO GO AND SIT DOWN AND LOOK UP

11    OTHER THINGS AND OTHER WAYS THAT HE'S ADDRESSED CERTAIN THINGS.

12         THE COURT:  WE CAN ASK HIM THAT FIRST THING IN THE

13    MORNING.

14         MR. LONDON:  THEN THAT'S FINE.  IF WE CAN ASK HIM THAT,

15    THAT WOULD BE FINE, JUDGE.

16         MR. CARTER:  BUT ARE CONCERNED THAT HE HAS DONE

17    SOMETHING IMPROPER?

18         THE COURT:  NO.  BUT, IN FACT, THE JURY CAN CONSIDER

19    THAT WITH HIS TESTIMONY.  I DON'T THINK THE JURY WOULD BE

20    SURPRISED TO HEAR THAT, ONE WAY OR THE OTHER.

21         MS. BERNSTEIN:  JUST TO BE CLEAR, WHEN YOU SAY WE, IT

22    WOULD BE WHOEVER GETS UP FIRST TO CROSS EXAMINE WOULD SAY HAVE

23    YOU REVIEWED ANYTHING.  BECAUSE, IF IT COMES FROM YOU ALL, IT MAY

24    INDICATE TO THE JURY THAT THAT'S IMPROPER.  I HAVE NO IDEA IF HE

25    IS GOING TO DO IT.

1    THE COURT:  I'M GOING TO ASK HIM IF HE'S SPOKEN TO

2  ANYBODY ABOUT HIS TESTIMONY, JUST LIKE I DO WITH EVERY WITNESS.

3  IF YOU WANT TO ASK HIM IF HE'S REVIEWED ANY DOCUMENTATION BETWEEN

4  50 O'CLOCK TUESDAY AND 9:30 ON WEDNESDAY, YOU MAY DO SO.  HE MAY

5  SAY:  GEE, WHY, AFTER MR. FLEMING GOT ME, I WAS THINKING I'D GO

6  AND TAKE A LOOK.  HE MIGHT SAY:  NO.  OR HE MIGHT SAY -- I MEAN,

7  IF HE'S GOT IT IN IF HIS POSSESSION, IT MAY BE SITTING ON HIS

8  KITCHEN TABLE WHERE HE LEFT IT THIS MORNING BEFORE HE CAME TO

9  COURT.  BUT MY ORDER DOESN'T NORMALLY ENCOMPASS THAT.  THIS IS

10  THE FIRST TIME IT'S COME UP.

11    MS. BERNSTEIN:  YOUR HONOR, I HAVE A QUICK PROCEDURE

12  QUESTION, AND WE DON'T NEED TO KEEP HER WAITING.

13    MR. FLEMING:  I DO HAVE A QUICK GIGGLIO MOTION IN

14  REGARDS TO THIS WITNESS, MR. HUNTER.  WE ARE GOING TO ASK FOR ANY

15  PRODUCTION OF ADDITIONAL GIGGLIO MATERIAL, ESPECIALLY IN LIGHT OF

16  THE NUMEROUS TIMES THAT MR. HUNTER SAID THAT MR. BEZAK HAD

17  INFORMATION WRONG IN THE 302.  AND WE WILL SPECIFICALLY ASK FOR

18  MR. BEZAK'S HANDWRITTEN NOTES REGARDING THOSE INTERVIEWS.

19    MS. BERNSTEIN:  WE ARE NOT GOING TO WILLINGLY TURN OVER

20  HANDWRITTEN NOTES.

21    MR. FLEMING:  I'M ASKING THAT YOU BE ORDERED TO.

22    MS. BERNSTEIN:  BUT WE CERTAINLY TURNED OVER ALL OF THE

23  302S FOR MR. HUNTER, AND I DON'T THINK THERE'S ANYTHING UNUSUAL

24  ABOUT THE ANSWER.  I THINK THE QUESTIONS THAT I OBJECTED TO WERE

25  AS IF THESE 302S ARE TRANSCRIBED, AND THEY'RE NOT.  AND THEY'RE

1    NOT INTENDED TO BE.

2         THE COURT:  I'LL GET BACK WITH YOU ON THAT.  LET'S GO IN

3    THE BACK.

4         (DISCUSSION HELD IN CHAMBERS, PLACED UNDER SEAL BY COURT

5    ORDER.)

6         (5:19 P.M., PROCEEDINGS CONCLUDED.)

7

8                        CERTIFICATE

9

10

11   CERTIFY THAT THE FOREGOING TRANSCRIPT IS CORRECT.
         I, SUSAN A. ZIELIE, OFFICIAL COURT REPORTER, DO HEREBY

12

13

14                    /S/ SUSAN A. ZIELIE, FCRR
                      _____
15                        SUSAN A. ZIELIE, FCRR

16

17

18

19

20

21

22

23

24

25