UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| KENNETH BOWEN<br>ROBERT GISEVIUS<br>ROBERT FAULCON<br>ANTHONY VILLAVASO<br>ARTHUR KAUFMAN<br>GERARD DUGUE | NO. 10-204<br><br><br><br><br>SECTION "N" (1) |

## AMENDED ORDER AND REASONS

**IT IS ORDERED** that the Court's November 4, 2013 Order and Reasons (Rec. Doc. 1183) is amended to delete the reference therein to the motion designated as record document 1178. That motion remains pending and is scheduled for submission on December 11, 2013. In all other respects, the November 4, 2013 Order and Reasons remains the same.

New Orleans, Louisiana, this 5th day of <u>November</u> 2013.

_____
**KURT D. ENGELHARDT**
**United States District Judge**