UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                              CRIMINAL ACTION

VERSUS

KENNETH BOWEN                                        NO.  10-204
ROBERT GISEVIUS
ROBERT FAULCON
ANTHONY VILLAVASO
ARTHUR KAUFMAN
GERARD DUGUE                                         SECTION  "N"  (1)

<u>**ORDER AND REASONS**</u>

Having carefully considered the parties' supporting and opposing submissions, **IT

IS ORDERED** that, given the unique circumstances presented here,  Defendant Bowen's "Motion

to Return Kenneth Bowen to Custody of U.S. Marshal and to Eastern District of Louisiana" (Rec.

Doc. 1272) is **GRANTED**.  In particular, the Court emphasizes Defendant's Bowen present status

as a pre-trial detainee[1] and the restrictions that necessary security measures have imposed on his

---

[1]       In its Opposition Memorandum (Rec. Doc. 1276), the Government argues that the assignment of a defendant to a particular facility within the Federal Bureau of Prisons (BOP) is solely in the discretion of the BOP.  As a pre-trial detainee, however, Defendant Bowen's detention is subject to this Court's authority, including whether he should be released on bond, as the Government previously recognized and argued against, and which the Court previously declined to order at that time.  See Rec. Docs. 1202, 1241, and 1244.

1

ability to assist his counsel.  Accordingly, **IT IS FURTHER ORDERED** that the United States

Marshal's Office return Defendant Bowen from the U.S. Bureau of Prisons to be detained in the

custody of the U.S. Marshal for and in the Eastern District of Louisiana as soon as is practicable.

New Orleans, Louisiana, this 2nd day of April 2014.

**KURT D. ENGELHARDT**
**United States District Judge**